UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yisel Dean, et. al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 05 CV 10155 PBS |
| | ) |
| Raytheon Company, et. al. | ) |
| | ) |
| Defendants. | ) |

Motion for Waiver of Electronic Filing

Now comes the Plaintiff and respectfully requests this Court for a waiver of the electronic filing requirement for the purpose of filing the Amended Complaint being filed herewith. In support thereof, Plaintiff states that Plaintiff's counsel does not yet have a login and password to electronically file documents with this Court. Plaintiff's counsel is presently in the process of acquiring a login and password. Plaintiff is in need of filing a paper copy of the Amended Complaint in order to comply with Rule 4(j) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Robert J. McConnell BBO No. 550625
Motley Rice LLC
321 S. Main Street, 2nd Floor
Providence, RI 02903

## Certificate of Service

I hereby certify that I mailed a copy of the within motion to all counsel of record on May 24, 2005.

_____