# DOUGLAS K. BERGERE, PLC

ATTORNEY AT LAW

9100 CHURCH STREET, SUITE 107
MANASSAS, VIRGINIA 20110-5488
(703) 365-9626
(703) 365-9627
FACSIMILE (703) 365-9629

June 6, 2005

VIA FACSIMILE (401-457-7708)

Robert McConnell, Esquire
321 South Main Street
P. O. Box 6067
Providence, Rhode Island 01940

  Re: Case No: 050155PBS

Dear Mr. McConnell:

  I was served solely with the Summons to a case in the above referenced action. There was no Complaint attached to it, and, therefore, I am unable to properly proceed in this matter.

  Would you please forward to me at your earliest convenience a copy of the Complaint that was filed so I may notify Colgan Air as to the basis of the Complaint?

  Please note my new address.

Very truly yours,

Douglas K. Bergere

DKB/el

cc: Clerk
  United States District Court
  District of Massachusetts
  1 Courthouse Way, Room 2300
  Boston, MA 02210