Robert J. McConnell, Esq.
Mary Schaivo, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI
401-457-7700

Yisel Dean, Administratrix of the Estate of )
Steven Dean, deceased, and on behalf of all )
statutory beneficiaries, )
)
)
*Plaintiff,* )
)
)
vs. ) Case No.: 05 CV 10155 PBS
)
)
Raytheon Company, a Delaware Corporation, )
Raytheon Aircraft Holdings Inc., a )
Delaware Corporation, Raytheon Aircraft )
Company, a Kansas Corporation, Raytheon )
 Aircraft Credit Corporation, a Kansas )
Corporation, Colgan Air Inc., a Virginia )
Corporation d/b/a/ US Air Express, )
)
*Defendants.* )

## PLAINTIFF'S MOTION FOR WAIVER OF ELECTRONIC FILING

Plaintiff moves this Honorable Court for waiver of the electronic filing requirement in filing the attached Second Amended Complaint.

In support thereof, Plaintiff states that Plaintiff's counsel has registered for CM/ECF with the U.S. District Court for the District of Massachusetts. However, Plaintiff's counsel has not yet received the login and password information that would allow Plaintiff to file this document electronically. (See Exhibit "A"). Plaintiff further states that it is necessary to serve the Second Amended Complaint in a timely fashion in

order to comply with Fed. R. Civ. Pro. Rule 4.

Date: June 15, 2005                     Respectfully Submitted,

                                        /s/ Robert J. McConnell
                                        Robert J. McConnell, Esq. (BBO # 550625)
                                        Motley Rice LLC
                                        321 South Main Street
                                        P.O. Box 6067
                                        Providence, RI  02903
                                        401-457-7700

                                        Attorney for Plaintiff

## CERTIFICATION

I hereby certify that on the 15 day of June, 2005, I did cause to be served, via regular mail, postage prepaid, the within document to all counsel of record.

_____/s/ Robert J. McConnell_____

Robert T. Hall
Hall, Sickels, Frei & Krattenburg
12120 Sunset Hills Rd.
Suite 150
Reston, VA 20190

William L. Oliver
Martin, Pringle, Oliver, Wallace & Bauer
100 No. Broadway
Suite 500
Witchita, KS 67202

Mark Dombroff
Dombroff & Gilmore PC
1676 International Drive

Penthouse
McLean, VA 22102

**McConnell, Bob**

| | |
|---|---|
| From: | CMecfRegistrar@mad.uscourts.gov |
| Sent: | Friday, June 10, 2005 8:11 AM |
| To: | McConnell, Bob |
| Subject: | CMecf Registration Results - [Possible SPAM] Bayesian Filter detected spam |

Dear bmcconnell@motleyrice.com,

Thank you for registering for CM/ECF with the US District Court for the District of Massachusetts. Your application information has been successfully entered into our registration database.

 Information regarding the distribution of logins and passwords is currently posted on our website.  Once your application information is verified, it will be updated in the CM/ECF database and your login and password information  will be distributed shortly after. Updates to this process will be posted on our website. http://www.mad.uscourts.gov/

 Computer based training modules are available on our website:
http://www.mad.uscourts.gov/ecf22/index.html

 ***This message was automatically generated in order to verify your email address because you registered for CM/ECF with this court. Please DO NOT reply to this message.***

1

