UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., <br><br> Defendants. | Civil Action No. 05-CV-10155-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Christopher A. Kenney and Anthony L. DeProspo, Jr. as attorneys for the defendant Colgan Air, Inc.

June 20, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

00071377.DOC /

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: June 20, 2005