UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al.,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC.,<br><br>Defendants. | Civil Action No. 05-CV-10155-PBS |

**DEFENDANT COLGAN AIR, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Colgan Air, Inc. ("Colgan"), by and through its attorneys, Sherin and Lodgen LLP, provides the following notification in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3:

- Colgan Air, Inc. does not have a parent company.
- No company owns 10 percent or more of the stock of Colgan Air, Inc.

June 20, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

00071378.DOC /

-2-

*Of counsel*:
Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: June 20, 2005