UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., <br><br> Defendants. | Civil Action No. 05-CV-10155-PBS |

### AFFIDAVIT OF ANDRE M. GREGORIAN IN SUPPORT OF COLGAN AIR, INC.'S MOTION TO DISMISS

I, Andre M. Gregorian, being duly sworn, do hereby depose and say:

1.  I am an associate with the law firm of Dombroff & Gilmore, P.C. located at 1676 International Drive, Penthouse, McLean, Virginia. I am one of the attorneys representing Defendant, Colgan Air, Inc.

2.  I present this Affidavit for the purpose of authenticating documents presented in connection with Colgan Air, Inc.'s ("Colgan") Motion to Dismiss. I have personal knowledge of pertinent facts relevant to Colgan's motion.

3.  Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of Colgan's Wage and Tax register for Steven Dean, which includes the payroll code 500211, Colgan's code for its flight crew based in Hyannis, Massachusetts.

4. Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of Colgan's payroll Master Control indicating that Mr. Dean paid Massachusetts unemployment taxes (SUI/DI) and that his base was in Massachusetts.

5. Attached hereto as <u>Exhibit 3</u> is a true and accurate record of Colgan's insurer indicating that it paid workers' compensation insurance for Mr. Dean in Massachusetts.

6. Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of a Massachusetts workers' compensation claim file, indicating that Mr. Dean's claim was filed in Massachusetts.

7. Attached hereto as <u>Exhibit 5</u> is a true and accurate record of Colgan's insurer indicating that workers' compensation benefits were paid on behalf of Mr. Dean in Massachusetts.

Signed under the penalties of perjury this 17th day of June, 2005.

                                                                                   _____
                                                                                   André M. Gregorian

00071478.DOC /

**COLGAN AIR INC** — Wage and Tax Register *** DETAIL PAGE ***

Quarter Ending: 12/31/2003
Federal EIN: 54-1357506

ADP Automatic Data Processing — BALTIMORE REGION

| Employee | Earnings / Withholdings (summarized) |
|---|---|
| 001191 DAY, IAIN A — SUI 02 WK 36 | Gross 4520.70 / Fed Wages 4275.30 / Fed WH 285.12 / SS Wages 4275.30 / SS WH 265.07 / Medicare 4275.30 / Med WH 61.99 / State 4275.30 / SWH 204.4 / Local 245.10 / 40 hrs |
| *** STATE DISTRIBUTION *** ST1 45 — SUI 45 WK 51 | 8635.55 / 8144.75 / 471.07 / 8144.75 / 504.98 / 8144.75 / 118.10 / 8144.75 / 203.69 / 490.80 / 17 hrs |
| ***** LIVED IN STATE ***** ST2 45 — SUI 45 | 12752.25 / 12097.85 / 750.07 / 12097.85 / 754.2 / 12097.85 / 175.42 / 12097.85 / 76.95 / 654.40 / |
|  — SUI 45 WK 51 (2) | 34819.94 / 32952.84 / 2043.08 / 32952.84 / 2042.92 / 32952.84 / 477.82 / 32952.84 / 862.72 / 1667.10 |
| **** SUI DISTRIBUTION **** SUI 02 WK 00 (1) |  700.00 / 700.00 / 700.00 |
| 002257 DEAN, STEVEN T  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  P 53 02  T 53 M 500213 | 1491240 / 1412490 / 89.34 / 1412490 / 209.16 / / / / 1455690 / 1080.00 / 48750 / 38 hrs |
|  — SUI 02 WK 00 (1) |  700.00 / 700.00 |
|  — SUI 45 WK 27 (1) | 10318.60 / 9961.10 / 617.59 / 9961.10 / 144.44 / 9961.10 / 556.50 /  /  / 35.750 |
|  — SUI 45 WK 22 (1) | 996410 / 61.59 / 106000 / / / / / / |
|  — SUI 02 WK 00 (1) | 459380 / 446380 / 277675 / 446380 / 276.72 / 459380 / 83.89 / / / 459380 / 10 hrs |
|  — SUI 02 WK 38 (1) | 41645 |

(handwritten annotation on form: "H.J.A. MaCide")

| | | | |
|---|---|---|---|
| DEAN, STEVEN T | File: 002257 | Cur Gross: 0.00 | Marital Status: S-SINGLE |
| 913 S MAIN ST | Dept: 500211 | Hourly Rate: 20.0000 | Semi-Mon Federal: |
| APT 250 | Clock: F | Rate Calc: 3 | 01 Exemptions |
| EULESS,TX 76040 | Cnt: P | LWW: 38  NWW: 38 | 53 TX |
| | | Std Hours: 37.50 | 53 TX (Lived in) |
| Stat: TERMINATED | Sex: M  Hire: 10/04/2002 | Pay Group: 2 | 02 MA SUI/DI |
| SSN: 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 | Race: 1  Birth: 10/28/1964 | Prior Qtr Month 3 | State Reciprocity Cd 2 |
| Title: FO | Occup: 2  Last Inc:11/15/2002 | | |
| | Term: 08/26/2003 | | |
| Accrual 1 Reset Cd. | Yr. 2002 Date 6: 10/04/2003 | | |
| Accrual 2 Reset Cd. | Yr. 2002 Date 7: 10/04/2002 | | |

```
14,912.40  Y Gross        0.00  Q Gross
 1,380.94  Y FIT          0.00  Q FIT
   894.34  Y SS           0.00  Q SS
   209.16  Y MED          0.00  Q MED
    15.04  Allowed  S    15.04  Annum  S
   600.00  Acc 01 REG H  12,000.00 Acc 02 REG E
   441.00  Acc 07 UNIF    487.50 Acc 08 HEALT
 2,912.40  Acc 12 OV/SA   422.50 Acc 16
   745.62  Acc 17 POP H   487.50 Acc 37 PRETA
   266.40- Acc 64 YTD P
```

ut pd in MA
Based in MA


EXHIBIT 2

| Account Number: | 002680100-000-7?-4 08/12/2004 001 | | Audit Period: | 12/01/2002 | 12/01/2003 |
| Policy Number: | 2680100 | | Policy Period: | 12/01/2002 | 12/01/2003 |
| Insured Name: | COLGAN AIRWAYS | | | | |

| | | | | | |
|---|---|---|---|---|---|
| MA 7403 | Spencer, Andrew<br>Duties: STATION AGENT | 0 | | | 6,154 |
| | | Lump Sum: | 6,154 | Adjustment: | 0 |
| MA 7403 | Stackpole, Victoria S.<br>Duties: STATION AGENT | 0 | | | 24,649 |
| | | Lump Sum: | 24,649 | Adjustment: | 0 |
| MA 7403 | Stewart Jr, James R<br>Duties: Maintenance | 0 | | | 5,829 |
| | | Lump Sum: | 5,829 | Adjustment: | 0 |
| MA 7403 | Trovato, Jessica<br>Duties: STATION AGENT | 0 | | | 13,330 |
| | | Lump Sum: | 13,330 | Adjustment: | 0 |
| MA 7403 | Vallejo, Thomas Jeff<br>Duties: Maintenance | 0 | | | 58,016 |
| | | Lump Sum: | 58,016 | Adjustment: | 0 |
| MA 7403 | Waine, Matthew<br>Duties: STATION AGENT | 0 | | | 4,124 |
| | | Lump Sum: | 4,124 | Adjustment: | 0 |
| MA 7403 | Wall, Michael<br>Duties: Maintenance | 0 | | | 7,398 |
| | | Lump Sum: | 7,398 | Adjustment: | 0 |
| MA 7403 | Wheeless, Harlea Nuel<br>Duties: Maintenance | 0 | | | 39,770 |
| | | Lump Sum: | 39,770 | Adjustment: | 0 |
| MA 7403 | White, John C.<br>Duties: Maintenance | 0 | | | 50,732 |
| | | Lump Sum: | 50,732 | Adjustment: | 0 |
| MA 7403 | Willis, Rachel Ann<br>Duties: STATION AGENT | 0 | | | 2,931 |
| | | Lump Sum: | 2,931 | Adjustment: | 0 |
| MA 7403 | Wray, Norris<br>Duties: STATION AGENT | 0 | | | 7,980 |
| | | Lump Sum: | 7,980 | Adjustment: | 0 |
| MA 7403 | Zaremski, Christopher<br>Duties: STATION AGENT | 0 | | | 3,573 |
| | | Lump Sum: | 3,573 | Adjustment: | 0 |
| MA 7405 | Barnett, Karen M<br>Duties: Flight Crewmember | 0 | | | 11,345 |
| | | Lump Sum: | 11,345 | Adjustment: | 0 |
| MA 7405 | Baugh, Keith<br>Duties: Flight Crewmember | 0 | | | 26,092 |
| | | Lump Sum: | 26,092 | Adjustment: | 0 |
| MA 7405 | Cairney, Ryan L<br>Duties: Flight Crewmember | 0 | | | 23,844 |
| | | Lump Sum: | 23,844 | Adjustment: | 0 |
| MA 7405 | Christian, Anct<br>Duties: Flight Crewmember | 0 | | | 30,885 |
| | | Lump Sum: | 30,885 | Adjustment: | 0 |
| MA 7405 | Clark, Doug<br>Duties: Flight Crewmember | 0 | | | 22,205 |
| | | Lump Sum: | 22,205 | Adjustment: | 0 |
| MA 7405 | Dean, Steven | 0 | | | 16,412 |

| Date Printed 08/14/2004 2:52:57AM | American International Group | | Page 48 of 77 |



EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | 002680100-000-A-4 08/12/2004 001 | | | Audit Period: | 12/01/2002 12/01/2003 |
| Policy Number: | 2680100 | | | Policy Period: | 12/01/2002 12/01/2003 |
| Insured Name: | COLGAN AIRWAYS | | | | |

| | | Duties: | Flight Crewmember | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Lump Sum: | 16,412 | Adjustment: | 0 |
| MA | 7405 | Driscoll, Katherine | | 0 | | | 7,506 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 7,506 | Adjustment: | 0 |
| MA | 7405 | Jurkiewicz, Richard John | | 0 | | | 32,612 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 32,612 | Adjustment: | 0 |
| MA | 7405 | Kinzer, Jason | | 0 | | | 15,824 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 15,824 | Adjustment: | 0 |
| MA | 7405 | Knabe, Scot | | 0 | | | 23,341 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 23,341 | Adjustment: | 0 |
| MA | 7405 | Lewis, Deveron | | 0 | | | 22,691 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 22,691 | Adjustment: | 0 |
| MA | 7405 | McCracken, Robert | | 0 | | | 38,879 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 38,879 | Adjustment: | 0 |
| MA | 7405 | Metten, Yvonne | | 0 | | | 750 |
| | | Duties: | Flight Att- TRAINEE | | | | |
| | | | | Lump Sum: | 750 | Adjustment: | 0 |
| MA | 7405 | O'Brien, William E | | 0 | | | 11,093 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 11,093 | Adjustment: | 0 |
| MA | 7405 | Smith, Danie | | 0 | | | 3,875 |
| | | Duties: | Flight Inst- SIMULATOR/ CLASS | | | | |
| | | | | Lump Sum: | 3,875 | Adjustment: | 0 |
| MA | 7405 | Stureman, SunDancer | | 0 | | | 6,659 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 6,659 | Adjustment: | 0 |
| MA | 7405 | Willis, C Carlton | | 0 | | | 4,439 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 4,439 | Adjustment: | 0 |
| MA | 7405 | Wing, Frederick | | 0 | | | 24,765 |
| | | Duties: | Flight Crewmember | | | | |
| | | | | Lump Sum: | 24,765 | Adjustment: | 0 |
| | | | | Total Classified | | | 1,795,901 |

**Time and 1/2 Overtime**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MA | 7403 | Almonacid, Theresa M. | | 0 | | | 4,945 |
| | | Duties: | STATION AGENT | | | | |
| | | | | Lump Sum: | 0 | Adjustment: | 4,945 |
| MA | 7403 | Armstrong, William B | | 0 | | | 1,093 |
| | | Duties: | STATION AGENT | | | | |
| | | | | Lump Sum: | 0 | Adjustment: | 1,093 |
| MA | 7403 | Ayer, Ryan M | | 0 | | | 775 |
| | | Duties: | PARTS | | | | |
| | | | | Lump Sum: | 0 | Adjustment: | 775 |
| MA | 7403 | Barry, Brian | | 0 | | | 11,676 |
| | | Duties: | Maintenance | | | | |

# Employer's Report of Industrial Injury
## State of Massachusetts
Date: 04/18/2005

### General Information 

| | Reference No. | Branch - Case |
|---|---|---|
| Ref. No. / Branch - Case : | 0000083988 | 456 - 084835 |

| | Code | Description |
|---|---|---|
| Origin : | I - Internet | Claim Services First Notice Of Loss |

Handling Office : 456 - Claim Services Boston W C Handling Office

Claim or Notification

Report Purpose :

Employer / Insured Name : Colgan Air, Inc.

Claimant Name : Dean,, Yisel

| | Phone No. | Extension |
|---|---|---|
| Claimant Work Phone : | (703) 368-8880 | 235 |

Carrier Name :

| | Policy No. | Eff. Date | Exp. Date |
|---|---|---|---|
| Policy No. : | 002680100 | 12/01/2002 | 12/01/2003 |

Line of Business : Workers Compensation

| | Date | Time |
|---|---|---|
| Date / Time of Injury : | 08/26/2003 | 3:38 P M |

Reported By : Joan Simons

Title :

| | Phone No. | Extension |
|---|---|---|
| Work Phone : | (703) 257-5999 | |

| | Date | Start | Stop |
|---|---|---|---|
| Date / Time : | 08/27/2003 | 06:32 P M | 06:44 P M |

### Insurance/Coverage Information

Carrier Info :

Carrier Name :

Carrier Address :

**EXHIBIT 4**

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code: |  |  |  |

|  | Phone No. | Extension |
|---|---|---|
| Carrier Phone: |  |  |
| Carrier FEIN: |  |  |

**Policy Info:**

|  | Policy No. | Eff. Date | Exp. Date |
|---|---|---|---|
| Pol. No. Eff. / Exp. Date: | 002680100 | 12/01/2002 | 12/01/2003 |

|  | Module | Policy Prefix | Inv Mod Ind. |
|---|---|---|---|
| Mod., Prefix, Inv Mod Ind.: |  |  |  |

|  | Code | Name |
|---|---|---|
| Annual Statement Co.: | 013 | COMMERCE AND INDUSTRY CO |

|  | Code | Name |
|---|---|---|
| Issuing Company: | 107 | COMMERCE & INDUSTRY INS CO |

|  | Code |
|---|---|
| Division: | 014 |

|  | Code | Description |
|---|---|---|
| Major Class (MJC): | 014 | Workers Compensation |

**State Info:**

Coverage State(s): ME, MA, NH, NY, PA, RI, VT, VA, WV, NY, NY

|  | Accident State | Benefit State | Hire State |
|---|---|---|---|
| Acc., Bene., Hire State: | Massachusetts | Massachusetts | Massachusetts |

*Employer/Insured Information*

**Company Info:**

| Company Name: | Colgan Air, Inc. |
|---|---|
| Address: | 10677 Aviation Lane |

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code: | Manassas | Virginia | 201102701 |

**Local Business Info:**

| Employer Name: | COLGAN AIR |
|---|---|
| Address: |  |

|  | 10677 Aviation Lane | | |
| --- | --- | --- | --- |
|  | City | State | Zip Code |
| City, State, Zip Code: | Manassas | Virginia | 20110 |
|  | Phone No. | Extension |  |
| Phone: | 703368880 | 0231 |  |
|  | Fax No. | | |
| Fax: | 703 3313116 | | |
|  | Employer FEIN | | |
| FEIN: | 541397506 | | |
|  | Employer SIC | State Unemp. ID | |
| SIC & SUI: |  |  | |
|  | Nature of Business | | |
| Nature of Business: |  | | |

### Contact Info:

| | | | |
| --- | --- | --- | --- |
| Contact Person Name: | Simons, Joan E | | |
| Title: | | | |
| Address: | | | |
|  | City | State | Zip Code |
| City, State, Zip Code: |  |  |  |
|  | Phone No. | Extension |  |
| Work Phone: | (703) 257-5999 | | |

### RMIS Info:

|  | Code | Description |
| --- | --- | --- |
| Division: |  |  |
|  | Code | Description |
| Location: |  |  |
|  | Code | Description |
| Department: |  |  |
|  | Code | Description |
| Section: |  |  |

*Employee Information*   

**Personal Info :**

Employee Name : Dean,, Yisel

Social Security No. : 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

Home Address : 841 S Main St, Apt #132

| | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : | Euless | Texas | 76040 |

| | Phone No. | | |
|---|---|---|---|
| Home Phone : | (817) 545-6934 | | |

| | Date of Birth | Age | |
|---|---|---|---|
| Date of Birth / Age : | 10/28/1964 | 38 | |

| | Gender | Marital Status | |
|---|---|---|---|
| Gender, Marital Status : | Male | Married | |

| | No. of Dependents | No. of Dependent Children | |
|---|---|---|---|
| No. of Dep(s) & Dep. Children : | 2 | 0 | |

**Work Info :**

| | Phone No. | Extension | |
|---|---|---|---|
| Employee Work Phone : | (703) 368-8880 | 235 | |

| | Department | Status | Job Title |
|---|---|---|---|
| Reg. Dept., Status, Title : | | Regular | Pilot/Fo |

| | NCCI Class Code | | |
|---|---|---|---|
| NCCI Class Code : | 7403 | | |

| | Date of Hire | State of Hire | |
|---|---|---|---|
| Date / State of Hire : | 10/04/2002 | Massachusetts | |

Supervisor Name :

| | Phone No. | Extension | |
|---|---|---|---|
| Supervisor Phone : | | | |

**Wage Info :**

| | Wage Rate | Per | or Other |
|---|---|---|---|
| Wage Rate, Per, or Other : | 20.00 | Hour | |

| | Days Worked Per Week | Hours Worked Per Day | Hours Worked Per Week |
|---|---|---|---|
| No. of : | 5.00 | 19.00 | |

|  | Average Weekly Wage | Est. Annual Salary |
|---|---|---|
| Salary : | $ 375.00 | $ 19500 |

Full Pay for Day of Injury :  Y - Yes

Salary Cont. After Injury :  N - No

Last Received Full Pay :

|  | Time Began Work | Date Of Loss | Time Of Loss |
|---|---|---|---|
| Time Began Work Date / Time Of Loss : |  | 08/26/2003 | 3:38 P M |

Lost Time From Work :

|  | Employer Notified | Administrator Notified | Return Work Status |
|---|---|---|---|
| Date Employer Notified, Date Administrator Notified, Return To Work Status : | 08/26/2003 | 08/27/2003 | O - Off Work |

|  | Last Day Worked | Disability Began |
|---|---|---|
| Last Day Worked, Date Disability Began : |  | 08/26/2003 |

|  | Release To Work | Returned To Work | Total Work Days Lost |
|---|---|---|---|
| Release To Work, Returned To Work, Work Days Lost : |  |  |  |

## General Info:

Average Weekly Wage Is :  A

## *Occurence Information* 

### Accident Location Info :

Employer Premises :  Y - Yes

Loss Location or Dept. :  Barnstable Municipal Airport

Address :  Hangar #2

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : | Hyannis | Massachusetts | 02601 |

|  | County |
|---|---|
| County : | Barnstalbe |

### Incident Info :

Employee Activity at Time of Incident :

Work Process :

How Injury Occurred : Please call, still under investigation

Equip., Chem., Materials in Use :

|  | Required | Provided | Used |
|---|---|---|---|
| Safety Equip. Required, Provided, Used : | | | |

### General Info:

Employer Representative Notified Name : Michael J Colgan

Loss Location Phone : 508 7718610

Was Employee Injured Doing Regular Occupation : Y

Did Worker Stop Work Immediately : Y

### Injury / Illness Info :

|  | Fatality | Date of Death |
|---|---|---|
| Fatality / Date of Death : | Y - Yes | 08/26/2003 |

|  | Code | Description |
|---|---|---|
| Type of Injury / Illness : | DE | Death |

|  | Code | Description |
|---|---|---|
| Part of Body Affected : | MB | Multiple Body Parts : Multiple Body Parts |

|  | Code | Description |
|---|---|---|
| Cause of Injury : | MX | Struck Or Injured By : Miscellaneous |

### Treatment Info :

|  | Authorized | Date Authorized |
|---|---|---|
| Medical Treatment : | | |

|  | Code | Description |
|---|---|---|
| Initial Treatment : | 0 | No Medical |

|  | Admitted to Hospital | Type of Facility |
|---|---|---|
| Admitted to Hospital, Type of Facility : | N - No | |

### Physician Info :

Physician Name :

Address :

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : | | | |

|  | Phone No. |  |  |
|---|---|---|---|
| Work Phone : |  |  |  |
|  | Phone No. |  |  |
| Home Phone : |  |  |  |

**Managed Care Info :**

|  | Branch No. | Branch Name |  |
|---|---|---|---|
| Branch No. and Name : |  |  |  |
| Managed Care Address : |  |  |  |

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : |  |  |  |

|  | Phone No. |  |  |
|---|---|---|---|
| Phone : |  |  |  |
|  | Fax No. |  |  |
| Fax : |  |  |  |

**Hospital Info :**

Hospital Name :

Address :

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : |  |  |  |

|  | Phone No. |  |  |
|---|---|---|---|
| Phone : |  |  |  |

Med. Treatment Provided :

**Witness Info :**

Witness (1) Name :

Address :

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : |  |  |  |

|  | Phone No. | Extension |  |
|---|---|---|---|
| Work Phone : |  |  |  |
|  | Phone No. |  |  |
| Home Phone : |  |  |  |

Witness (2) Name :

Address :

|  | City | State | Zip Code |
|---|---|---|---|

City, State, Zip Code :

               **Phone No.**               **Extension**

Work Phone :

               **Phone No.**

Home Phone :

Witness (3) Name :

Address :

               **City**               **State**               **Zip Code**

City, State, Zip Code :

               **Phone No.**               **Extension**

Work Phone :

               **Phone No.**

Home Phone :

## *Other Information* 

### Supplementary Info :

| | Prior Accident, Illness, Injury | Known Medical Condition | Pre-Existing Disabilities |
|---|---|---|---|
| Claimant Has : | N - No | N - No | N - No |

Please Explain :

Claimant Had Any Previous Workers' Comp or Group Disability Claims? :

Would You Consider Your [Claimant's] Job as Part of Management? :

Is Claimant a Member of Labor Union? :

CDI Flag : N - No

## *Processing Information*

### Report Info :

| | Preparer's Name | | Date Prepared |
|---|---|---|---|
| Preparer Name & Date Prepared : | Joan Simons | | 08/27/2003 |

Title :

Address :

               **City**               **State**               **Zip Code**

City, State, Zip Code :

**Phone No.**        **Extension**

Work Phone : (703) 257-5999

**Phone No.**

Home Phone :

Primary 'To' Email Address : joansimons@colganair.com

Cc Email Address :

### General Info:

Preparers Phone Area Code : 703

Preparers Phone Number : 2575999

### Status Info :

| | Reference | | Branch - Case |
|---|---|---|---|
| Claim Reference No. : | 0000083988 | Branch - Case No. : | 456 - 084835 |
| Ref. Abstraction Status : | C - Abstracted | Claim Processing Status : | O - Open |
| Reference Assigned Date : | 08/27/2003 | Branch - Case Assigned Date : | 08/28/2003 |
| Time : | 06:52 P M | Time : | 12:03 P M |

| | Code | | Description |
|---|---|---|---|
| Origin Code / Description : | I - Internet | | Claim Services First Notice Of Loss |

Assigned Handling Office :  159 - WC ATLANTA, GA
Atlanta WC Service Center
P.O. Box 3030
Alpharetta, GA 30023-3030
Tel. (770) 870-2300
Tel. (800) 448-9707
Fax (770) 870-2305
WCATLFROI@aig.com

Adjuster Name : Hulsey, Kim H

Adjuster Phone : 770-870-2300

Report generated on 04/18/2005 11:50 AM by Joan Simons

You may wish to use the browser's 'Print' button to make a copy of this page for your records.

New Search      Search Results

Copyright © 2005 American International Group, Inc. All rights reserved.
Last Updated: Friday, March 4, 2005. Terms of Use | Privacy | Legal Notices

```
                                           A I G   R M I S
                                       R I S K   D E T A I L   R E P O R T

| CLIENT   | ACCOUNT  | POLICY         | CONTRACT PERIOD         | VALIDATION | REPORT   | PAGE |
| 1400570  | 1400570  | 002680100  WC  | 12/01/02 - 12/01/03     | DATE       | DATE     |  14  |
| COLGAN AIR, INC. | COLGAN AIR, INC. | COLGAN AIRWAYS |          | 03/31/05   | 03/31/05 |      |
```

| LOSS DATE | OFF | CLAIMANT NAME | STATE | COMP | MEDICAL | ALLOCATED | TOTALS | SALVAGE | TOTAL |
| RPT. DATE | CASE NCCI | OCCUPATION | | BI | PROPERTY | EXPENSE | | SUBRO | INCURRED |
| STATUS | SYM | ACCIDENT DESCRIPTION | | | | | | OTHER | |
| CLOS DATE H-OFF | | | | | | | | | |
| LOSS TYPE | | INJURY DESCRIPTION | | | | | | | |

| 8/26/03 | 456 | KNABB SCOTT | MA | CURR | 4000.00 | .00 | .00 | 4000.00 | .00 |
| 8/27/03 | 084833 07403 | PILOT/CAPT | | PREV | .00 | .00 | .00 | .00 | .00 |
| CLOSED | 001 MALE | AGE - 39  SS# - 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 | | RESV | .00 | .00 | .00 | .00 | 4,000.00 |
| 3/30/04 | 159 | | | | | | | | |
| WC-IND | | PLEASE CALL, UNDER INVESTIGATION | | | | | | | |
| | | DEATH | | | | | | | |

| 8/26/03 | 456 | DEAN, YISEL | MA | CURR | 3000.00 | 5500.00 | 1500.00 | 3000.00 | .00 |
| 8/27/03 | 084835 07403 | PILOT/FO | | PREV | 21750.00 | .00 | 200.00 | 21950.00 | .00 |
| OPEN | 001 MALE | AGE - 38  SS# - 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 | | RESV | 18250.00 | .00 | 1500.00 | 25250.00 | 50,200.00 |
| | 159 | | | | | | | | |
| WC-IND | | PLEASE CALL, STILL UNDER INVESTIGATION | | | | | | | |
| | | DEATH | | | | | | | |

| 8/28/03 | 456 | GRINDLE MAY | ME | CURR | .00 | 6834.40 | 311.84 | 7146.24 | .00 |
| 8/28/03 | 084887 07403 | CUSTOMER SERVICE AGENT | | PREV | .00 | .00 | .00 | .00 | .00 |
| CLOSED | 001 FEMALE | AGE - 47  SS# - 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 | | RESV | .00 | .00 | .00 | .00 | 7,146.24 |
| 6/16/04 | 159 | | | | | | | | |
| WC-MED | | WHILE LOADING BAGS ON AIRCRAFT, PULLED S OMETHING IN ELBOW OF LEFT ARM. | | | | | | | |
| | | STRAIN | | | | | | | |

| 8/30/03 | 016 | HART SUSAN | ME | CURR | .00 | .00 | .00 | .00 | .00 |
| 9/05/03 | 166624 07403 | FLIGHT ATTENDAN | | PREV | 4652.50 | 1694.62 | 91.95 | 6439.07 | .00 |
| CLOSED | 001 FEMALE | AGE - 29  SS# - 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 | | RESV | .00 | .00 | .00 | .00 | 6,439.07 |
| 3/09/04 | 067 | | | | | | | | |
| WC-IND | | EMPLOYEE WAS WALKING ONTHE TARMAC. THERE WAS A LARGE CRACK/HOLE IN THE PAVEMENT. THE HEAL OF HER SHO | | | | | | | |
| | | SPRAIN TO FOOT.CH | | | | | | | |

