UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., | ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 05-CV-10155-PBS |
|  | ) |  |
| RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., | ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION OF ATTORNEY THOMAS B. ALMY PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Anthony L. DeProspo, Jr., a member of the bar of this

Court and attorney for Defendant Colgan Air, Inc., moves to admit attorney Thomas B. Almy to

the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the

accompanying Affidavit of Thomas B. Almy, which states that: (1) he is a member in good

standing of the bars of the District of Columbia and the State of Maryland; (2) he is not currently

the subject of any disciplinary proceedings as a member of any bar; and (3) he is familiar with

the Local Rules of the United States District Court for the District of Massachusetts. Mr. Almy's

affidavit is attached hereto as Exhibit A.

The Plaintiff has assented to this motion.

00071369.DOC /

**WHEREFORE**, Defendant Colgan Air, Inc. requests that the Court grant this Motion to

admit Thomas B. Almy *pro hac vice*.

June 20, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

*Of counsel*:
Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

## Certification of Compliance with Local Rule 7.1(A)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendant Colgan Air, Inc., certify that counsel
for Colgan Air, Inc. has conferred with counsel for the Plaintiff in an effort to narrow or resolve
the issue that is the subject of this Motion, and the Plaintiff has assented to this Motion.

Anthony L. DeProspo, Jr.

6|20|05
Date

00071369.DOC /                               -2-

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document by hand/mail upon all attorneys of record.

Dated: June 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the<br>Estate of Steven Dean, deceased, et al.,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON CORPORATION,<br>RAYTHEON AIRCRAFT HOLDINGS,<br>INC., RAYTHEON AIRCRAFT CO.,<br>RAYTHEON CREDIT CORPORATION,<br>and COLGAN AIR, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-CV-10155-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF THOMAS B. ALMY IN SUPPORT OF
## DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION PRO HAC VICE

I, Thomas B. Almy, on my oath swear and depose:

1.      I am a partner of the law firm of Dombroff & Gilmore, P.C., 1676 International

Drive, McLean, Virginia, (703) 336-8707.

2.      I was admitted to the Bar of the State of Maryland in 1978 and the District of

Columbia in 1983.

3.      I am in good standing in every jurisdiction where I have been admitted to

practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary

proceedings are pending against me in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

00071372.DOC /

5.     My firm represents Defendant Colgan Air, Inc. in the above-captioned matter and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this 17 day of June, 2005.

Thomas B. Almy