UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-10155-PBS |

**DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION OF
ATTORNEY ANDRE M. GREGORIAN PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), Anthony L. DeProspo, Jr., a member of the bar of this Court and attorney for Defendant Colgan Air, Inc., moves to admit attorney Andre M. Gregorian to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Andre M. Gregorian, which states that: (1) he is a member in good standing of the bars of the District of Columbia and the State of Maryland; (2) he is not currently the subject of any disciplinary proceedings as a member of any bar; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Gregorian's affidavit is attached hereto as Exhibit A.

The Plaintiff has assented to this motion.

00071370.DOC /

WHEREFORE, Defendant Colgan Air, Inc. requests that the Court grant this Motion to admit Andre M. Gregorian *pro hac vice*.

June 20, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

*Of counsel*:
Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

### Certification of Compliance with Local Rule 7.1(A)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendant Colgan Air, Inc., certify that counsel for Colgan Air, Inc. has conferred with counsel for the Plaintiff in an effort to narrow or resolve the issue that is the subject of this Motion, and the Plaintiff has assented to this Motion.

Anthony L. DeProspo, Jr.                    6/20/05
                                            Date

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: June 20, 2005

00071370.DOC /

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-CV-10155-PBS

**AFFIDAVIT OF ANDRE M. GREGORIAN IN SUPPORT OF
DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION PRO HAC VICE**

I, Andre M. Gregorian, on my oath swear and depose:

1. I am an associate at the law firm of Dombroff & Gilmore, P.C., 1676 International Drive, McLean, Virginia, (703) 336-8707.

2. I was admitted to the Bar of the State of Maryland in 2002 and the District of Columbia in 2003.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00071373.DOC /

5.  My firm represents Defendant Colgan Air, Inc. in the above-captioned matter and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this 17th day of June, 2005.

*[signature]*
Andre M. Gregorian

00071373.DOC /