UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YISEL DEAN, Administratix of the )
Estate of Steven Dean, deceased, et al., )
)
Plaintiff, )
)
v. ) Civil Action No. 05-CV-10155-PBS
)
RAYTHEON CORPORATION, )
RAYTHEON AIRCRAFT HOLDINGS, )
INC., RAYTHEON AIRCRAFT CO., )
RAYTHEON CREDIT CORPORATION, )
and COLGAN AIR, INC., )
)
Defendants. )

### DEFENDANT COLGAN AIR, INC.'S
### REQUEST FOR HEARING ON MOTION TO DISMISS

Defendant Colgan Air, Inc. ("Colgan") hereby requests a hearing on its Motion to Dismiss filed with this Court on June 20, 2005.

June 21, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

*Of counsel*:
Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

00071802.DOC /

## CERTIFICATE OF SERVICE

    I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: June 21, 2005