# UNITED STATES DISTRICT COURT

District of Massachusetts

Yisel Dean, et. al.

    Plaintiff,

V.

Raytheon Company, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05-10155 PBS

TO: (Name and address of Defendant)

Raytheon Aircraft Company
~~Butler & Witten~~
18~~95 Centre Street Suite 202~~
~~Boston, MA 021~~32

c/o CT Corp
101 Federal St
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Jack McConnell Jr., Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 2 2005

CLERK      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 27, 2005   1:00 p.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Francis Davis | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __by giving in hand to Gail Brown, agent authorized to accept service.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 27, 2005___   _____/s/ Francis Davis_____
            Date                  *Signature of Server*   Francis Davis, Constable

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.