UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Yisel Dean

        Plaintiff,   CIVIL ACTION
           NO.  05-10155-PBS
   v.

Raytheon Corp., et al
        Defendants.


**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                          July 5, 2005


    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Dismiss on **July 27, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**


                By the Court,


                _/s/ Robert C. Alba_
                Deputy Clerk


Copies to:  All Counsel