AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Yisel Dean, et. al.
    Plaintiff,

V.

Raytheon Company, et. al.
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10155 PBS

TO: (Name and address of Defendant)
    Raytheon Aircraft Company
    CT Corporation Systems
    101 Federal Street
    Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert McConnell, Esq.
    Mary Schiavo, Esq.
    Motley Rice LLC
    321 South Main Street
    P.O. Box 6067
    Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUN 15 2005

CLERK _____ DATE _____

(By) DEPUTY CLERK _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/17/05 |
| NAME OF SERVER (PRINT) James Campbell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Evette Concepcion as the Clerk on Duty for C.T. Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/22/05
*Date*

*Signature of Server*  James Campbell

60 State St Boston MA 02109
*Address of Server*

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.