AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Yisel Dean, et. al.
    Plaintiff,

V.

Raytheon Company, et. al.
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10155 PBS

TO: (Name and address of Defendant)
Raytheon Company
CT Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 10 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/17/05 |
| NAME OF SERVER *(PRINT)* James Campbell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was made on the Registered Agents for the above Corporation. Service made on Civette Concepcion

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/22/05          *Signature of Server* James Campbell

60 State Street Boston MA 02109
*Address of Server*

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.