# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yisel Dean, Administratrix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Colgan Air Inc., d/b/a/ US Air Express, <br><br> Defendants. | Case No.: 05 CV 10155 PBS |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS OF DEFENDANT COLGAN AIR, INC.

Plaintiff herein moves for an extension of time in which to respond to the Motion to Dismiss the Amended Complaint filed by Defendant Colgan Air, Inc. on June 20, 2005.

Plaintiffs counsel has conferred with counsel for Defendant Colgan Air, Inc. and he has agreed to an extension of an additional three days to respond to the Motion to Dismiss the Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that the court enter an Order fixing July 8, 2005, as the date Plaintiffs' response to the Motion to Dismiss is due.

July 5, 2005                                    Respectfully Submitted,

                                                /s/ Mary Schiavo
                                                _____
                                                Robert McConnell, Esq.
                                                (BBO No. 550625)
                                                Mary Schiavo
                                                Motley Rice LLC
                                                321 South Main St.
                                                P.O. Box 6067
                                                Providence, RI
                                                (401) 457-7700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Yisel Dean's Consent Motion for an Extension of Time to Respond to the Motion to Dismiss of Defendant Colgan Air, Inc., was served via Federal Express, on the **5th** day of **July, 2005** upon the following attorney of record:

Anthony L. DeProspo, Jr.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110-2104


By: _/s/ LeAnn Lester_
    LeAnn Lester