UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON CORPORATION, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT CO., RAYTHEON CREDIT CORPORATION, and COLGAN AIR, INC., <br><br> Defendants. | Civil Action No. 05-CV-10155-PBS <br><br> RECEIPT # _____ <br> AMOUNT $ _____ <br> BY DPTY CLK _____ |

**DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION OF
ATTORNEY MARK A. DOMBROFF PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), Anthony L. DeProspo, Jr., a member of the bar of this Court and attorney for Defendant Colgan Air, Inc., moves to admit attorney Mark A. Dombroff to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Mark A. Dombroff, which states that: (1) he is a member in good standing of the bars of the District of Columbia, the State of Maryland and the Commonwealth of Pennsylvania; (2) he is not currently the subject of any disciplinary proceedings as a member of any bar; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mr. Dombroff's affidavit is attached hereto as Exhibit A.

The Plaintiff has assented to this motion.

00074020.DOC /

**WHEREFORE**, Defendant Colgan Air, Inc. requests that the Court grant this Motion to admit Mark A. Dombroff *pro hac vice*.

July 8, 2005

Respectfully submitted,
COLGAN AIR, INC,

By its attorneys,

Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

*Pro Hac Vice:*
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, Virginia 22102
(703) 336-8800

### Certification of Compliance with Local Rule 7.1(A)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendant Colgan Air, Inc., certify that counsel for Colgan Air, Inc. has conferred with counsel for the Plaintiff in an effort to narrow or resolve the issue that is the subject of this Motion, and the Plaintiff has assented to this Motion.

Anthony L. DeProspo, Jr.

7/8/05
Date

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document by ~~hand~~/mail upon all attorneys of record.

Dated: July 8, 2005                              _/s/ signature_