UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratix of the<br>Estate of Steven Dean, deceased, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAYTHEON CORPORATION,<br>RAYTHEON AIRCRAFT HOLDINGS,<br>INC., RAYTHEON AIRCRAFT CO.,<br>RAYTHEON CREDIT CORPORATION,<br>and COLGAN AIR, INC.,<br><br>　　　　Defendants. | Civil Action No. 05-CV-10155-PBS |

### AFFIDAVIT OF MARK A. DOMBROFF IN SUPPORT OF
### DEFENDANT COLGAN AIR, INC.'S MOTION FOR ADMISSION PRO HAC VICE

I, Mark A. Dombroff, on my oath swear and depose:

1.　　I am a partner of the law firm of Dombroff & Gilmore, P.C., 1676 International Drive, McLean, Virginia, (703) 336-8800.

2.　　I was admitted to the Bar of the District of Columbia in 1971, the State of Maryland in 1971 and the Commonwealth of Pennsylvania in 1994.

3.　　I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00071371.DOC /

5.  My firm represents Defendant Colgan Air, Inc. in the above-captioned matter and I respectfully request admission to the Bar of this Court *Pro Hac Vice*.

Signed under the penalties of perjury this 7th day of July, 2005.

Mark A. Dombroff