UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yisel Dean, Administratrix of the Estate of Steven Dean, deceased, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Colgan Air Inc., d/b/a/ US Air Express, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No.: 05 CV 10155 PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS OF DEFENDANT COLGAN AIR, INC.**

Plaintiff herein moves for an extension of time in which to respond to the Motion to Dismiss the Amended Complaint filed by Defendant Colgan Air, Inc. on June 20, 2005.

Plaintiffs counsel conferred with counsel for Defendant Colgan Air, Inc. and they agreed to an extension of July 8, 2005, to respond to the Motion to Dismiss. Plaintiffs counsel again conferred with counsel from Colgan Air, Inc. and they agreed to an additional ten days to respond to the Motion to Dismiss the Amended Complaint. Plaintiff also conferred with counsel for Raytheon Co. and they agreed.

WHEREFORE, Plaintiff respectfully requests that the court enter an Order fixing July 18, 2005, as the date Plaintiffs' response to the Motion to Dismiss is due.

July 8, 2005                                          Respectfully Submitted,

*/s/ Mary Schiavo for*

Robert McConnell, Esq.
(BBO No. 550625)
Mary Schiavo
Motley Rice LLC
321 South Main St.
P.O. Box 6067
Providence, RI
(401) 457-7700