UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>Defendants. | DOCKET NO: 05cv10155 PBS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Peter C. Knight, Gary W. Harvey and Tory A. Weigand, of Morrison Mahoney LLP, on behalf of the defendants Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation.

          The Defendants,
          RAYTHEON COMPANY, RAYTHEON AIRCRAFT
          HOLDINGS, INC., RAYTHEON AIRCRAFT
          COMPANY AND RAYTHEON AIRCRAFT CREDIT
          CORPORATION
          By their attorneys,

          /s/ Gary W. Harvey
          Peter C. Knight, BBO #276000
          Gary W. Harvey, BBO #547993
          Tory A. Weigand, BBO #548553
          MORRISON MAHONEY LLP
          250 Summer Street
          Boston, MA 02210

Dated: July 14, 2005          (617) 439-7500

968813v1