UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br><br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br><br>    Defendants. | DOCKET NO: 05cv10155 PBS |

## AFFIDAVIT OF MICHAEL G. JONES

I, Michael G. Jones, depose and say the following:

I make this Affidavit in support of a motion seeking admission *pro hac vice* in the above-captioned matter.

1. I am a partner with the law firm of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. with offices at 100 North Broadway, Suite 500, Wichita, Kansas.

2. I was admitted to practice before the Kansas State Bar in 1990. I have likewise been admitted to practice before the United States Court of Appeals for the Tenth Circuit, and the United States District Court for the District of Kansas.

3. I have never been censured, suspended, disciplined, or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding is pending

1131353v1

against me before any court. A Certificate of Good Standing with the Supreme Court of Kansas is attached.

4.  I have associated myself with local counsel, Gary W. Harvey of Morrison Mahoney LLP, an attorney licensed to practice in the Commonwealth of Massachusetts and before this Court.

5.  It is at my client's specific request that I seek admission to practice *pro hac vice* before this Court.

6.  Pursuant to Local Rule 83.5.3(b), I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF JULY, 2005.

_____
Michael G. Jones

:ss

Sworn to and subscribed before me this 18th day of July, 2005.

_____
Notary Public
My Comm. Exp: 6/20/09



JOAN HAAGA
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 6/20/09

1131353v1