# UNITED STATES DISTRICT COURT

District of  Massachusetts

Yisel Dean, et. al.
      Plaintiff,

V.

Raytheon Company, et. al.
      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 10155 PBS

TO: (Name and address of Defendant)

Colgan Air d/b/a US Air Express

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Jack McConnell Jr., Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
PO Box 6067
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 25 2005

CLERK     [signature]     DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MAY 31 2005 |
| NAME OF SERVER (PRINT) Howard A. Coleman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): In hand to Atty William Enright accepting Service for Atty Robert Mills Service was made at 310 Barnstable Road, Hyannis, MA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.⁰⁰ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 31 2005        [signature]
                Date              Signature of Server

PO Box 715 Barnstable, MA 02630
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.