# UNITED STATES DISTRICT COURT

District of Massachusetts

Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries,

V.

Raytheon Company, et. al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-10155 PBS

TO: (Name and address of Defendant)

Raytheon Credit Corporation
Wayne W. Wallace
10511 E. Central
Wichita, KS 67206

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert McConnell, Esq.
Jack McConnell Jr., Esq.
Mary Schiavo, Esq.
Motley Rice LLC
321 South Main Street
PO Box 6067
Providence, RI 01940

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 25 2005

CLERK

(By) DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YISEL DEAN, INDEPENDENT ADMINISTRATRIX OF THE
ESTATE OF STEVEN DEAN, DECEASED, AND ON BEHLAF OF ALL STATUTORY
BENEFICIARIES
　　　　　Plaintiff (s)
VS　　　　　　　　　　　　　　　　　　CASE NO: 05 CV 10155 PBS
RAYTHEON COMPANY, ET. AL.
　　　　　Defendant (s)

State of Kansas )
Sedgwick County ) SS

AFFIDAVIT OF SERVICE

David Moore
　　　Special Process Server, verifies that he is authorized to serve process in this case, that he is not a party to this action, and that he served process in this case in the manner and at the time described below.

**PROCESS SERVED:**    Summons and Petition

**PERSON SERVED:**    Raytheon Credit Corporation, Wayne W. Wallace Registered Agent

**METHOD SERVED:**    by serving Lynn Doerr, White female, 5'4", 140 Pounds, Long black hair

**PLACE SERVED:**    10511 E. Central, Wichita, KS

**DATE & TIME SERVED:**    5/27/05            2:11 p.m.

　　　Pursuant to K.S.A. 53-601, as amended, the undersigned declares that under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

　　　Executed on this 31st day of May, 2005.

_[signature]_
Kansas Investigative Services Inc.
970 N. Santa Fe
Wichita, KS 67214
(316) 267-1356