| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries,<br><br>*Plaintiff,*<br><br>vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Holdings, Inc., a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Credit Corporation, a Kansas Corporation, Colgan Air Inc., a Virginia Corporation d/b/a US Air Express,<br><br>*Defendants.* | Case No.: 05 CV 10155 PBS |

*[Handwritten in left margin: 7/25/05 allowed Patti B Saris]*

### PLAINTIFF'S MOTION FOR WAIVER OF ELECTRONIC FILING

Plaintiff moves this Honorable Court for waiver of the electronic filing requirement in filing the attached copy of Plaintiff Yisel Dean's Motion and Suggestions to Exclude Matters outside the Pleadings or in the Alternative Protective Motion for Discovery for the Purpose of Responding to Defendant Colgan's Motion to Dismiss and Plaintiffs Response and Memorandum of Law and Fact in Opposition to Defendant Colgan's Motion to Dismiss.

In support thereof, Plaintiff states that Plaintiff's counsel has registered for CM/ECF with the U.S. District Court for the District of Massachusetts. However, Plaintiff's counsel has not yet received the login and password information that would allow Plaintiff to file these documents electronically. (See Exhibit "A"). Plaintiff further

states that it is necessary to serve the copy of Plaintiff Yisel Dean's Motion and Suggestions to Exclude Matters outside the Pleadings or in the Alternative Protective Motion for Discovery for the Purpose of Responding to Defendant Colgan's Motion to Dismiss and Plaintiffs Response and Memorandum of Law and Fact in Opposition to Defendant Colgan's Motion to Dismiss in a timely fashion in order to comply with Fed. R. Civ. Pro. Rule 4.

Date: July 18, 2005                                  Respectfully Submitted,


                                                     _____
                                                     Robert J. McConnell, Esq. (BBO# 560625)
                                                     Motley Rice LLC
                                                     321 South Main Street
                                                     P.O. Box 6067
                                                     Providence, RI 02903
                                                     401-457-7700

                                                     Attorney for Plaintiff

## CERTIFICATION

I hereby certify on the 18 day of July, 2005, I did cause to be served, via regular mail, postage prepaid, the within documents to all counsel of record.

*[signature]*

Peter C. Knight
Gary W. Harvey
Tory A. Weigand
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Mark A. Dombroff
Thomas B. Almy
Andre M. Gregorian
DOMBROFF & GILMORE, P.C.
1676 International Drive
McLean, VA 22102