UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Yisel Dean
Plaintiff,
        V.                                      Civil Action Number
                                                  05-10155-PBS

Raytheon Company, et al
Defendant.                                                July 27, 2005

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff to supplement by 9/30/05

Fact Discovery deadline: 1/30/06

Plaintiff's expert designation deadline: 2/20/06

Defendant's expert designation deadline: 3/30/06

Expert discovery deadline: 4/30/06

Summary Judgment Motion filing deadline: 5/30/06

Opposition to Summary Judgment Motions: 6/15/06

Hearing on Summary Judgment or Pretrial Conference: 7/18/06 at 2:00 p.m.

Case to be referred to Mediation program: First week of September, 2005

                                                                         By the Court,

                                                                         /s/ Robert C. Alba
                                                                         Deputy Clerk