UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yisel Dean, et al,<br>     Plaintiffs,<br>  v.<br>Raytheon Company, et al,<br>     Defendants. | **CONSOLIDATED**<br>CIVIL ACTION<br>NO. 05-10155-PBS |

**PRETRIAL ORDER**

SARIS, D.J.                    September 29, 2005

  The above action has been set down for a JURY TRIAL on 9/18/06, at 9:00 a.m.

  A FINAL PRETRIAL CONFERENCE has been scheduled for 9/6/06, at 2:00 p.m..

  By 8/7/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

  Objections to the pretrial disclosures shall be served and filed by 8/21/06.

  By 8/30/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

  By 8/23/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 8/30/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 9/11/06.

**NOTE: If the trial is continued by the Court, all dates in this pretrial order are to be adjusted by counsel commensurate with the new trial date.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk