UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YISEL DEAN, Administratrix of the Estate of )
STEVEN DEAN, deceased, et al.,              )
                                            )
        Plaintiff,                          )
                                            )
vs.                                         )
                                            )
                                            )   Case No.: 05 CV 10155 PBS
RAYTHEON COMPANY, et al.,                   )
                                            )
                                            )
        Defendants.                         )
                                            )
                                            )
                                            )
                                            )

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STIPULATION OF FACTS

Plaintiff herein moves for an extension of time in which to file a Joint Stipulation of Facts in this case relative to Colgan's Motion to Dismiss. Plaintiff has recently received new documents pertaining to Steven Dean's employment with Colgan Air from counsel for Defendant Colgan Air and due to illness, plaintiffs counsel has not had the opportunity to review these documents. Defendant Colgan Air is also still searching for some documents.

Plaintiffs counsel has conferred with counsel for Defendant Colgan Air, Inc. and he has agreed to an extension of five days to file the Joint Stipulation.

WHEREFORE, Plaintiff respectfully requests that the court enter an Order fixing October 12, 2005, as the date to file these materials.

October 6, 2005                                    Respectfully Submitted,


                                                   /s/ Robert McConnell
                                                   Robert McConnell (BBO No. 550625)
                                                   Motley Rice LLC
                                                   321 South Main Street
                                                   P.O. Box 6067
                                                   Providence, RI 02940
                                                   (401) 457-7703
                                                   bmcconnell@motleyrice.com