UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**RAYTHEON DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, and Raytheon Aircraft Credit Corporation, by and through their undersigned counsel, make the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

A.   **Persons Likely to Have Discoverable Information that Defendant May Use to Support its Defenses**

Defendants incorporate by reference all Rule 26 disclosures and discovery previously produced to counsel for plaintiff from the related Virginia litigation captioned, *Colgan Air, Inc. vs. Raytheon Aircraft Company*, filed in the United States District Court for the Eastern District of Virginia, Case Number 1:05 cv 213 (hereinafter referred to as "Colgan"). Most, if not all, of the witnesses identified and produced in the Colgan case are pertinent to the present case.

B.   **Documents in Possession/Control of Defendant That May Be Used To Support its Defenses which have been previously produced to plaintiff's counsel in the related Virginia case:**

Defendants incorporate by reference all Rule 26 disclosures and discovery previously produced to counsel for plaintiff from the related Virginia litigation captioned, *Colgan Air, Inc. vs. Raytheon Aircraft Company*, filed in the United States District Court for the Eastern District of Virginia, Case Number 1:05 cv 213 (hereinafter referred to as "Colgan"). Most, if not all, of the documents identified and produced in the Colgan case are pertinent to the present case.

C.   **Computation of Damages Claimed by Disclosing Party:**

Not Applicable

D.   **Insurance Agreements:**

A copy of the Manufacturers Products/Grounding Liability Policy was provided to counsel for plaintiff with defendants' initial disclosures made in the Colgan case.

Discovery in this case is expected to mirror discovery already done in the Colgan case, but some additional discovery is expected. Defendant will update the Rule 26 disclosures as additional information is learned through discovery. There will likely be

2

967985v1

additional documents and witnesses identified throughout the course of discovery. Those documents and witnesses will be disclosed when they become known to counsel.

>Raytheon Defendants,
>RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION
>By Counsel,
>
>/s/ Gary W. Harvey
>
>_____
>Peter C. Knight, BBO # 276000
>Gary W. Harvey, BBO # 547993
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA 02210
>Phone: 617-439-7500
>
>and
>
>William L. Oliver, Jr. Esquire
>Michael G. Jones, Esquire
>MARTIN, PRINGLE, OLIVER, WALLACE
>    & BAUER, L.L.P.
>100 North Broadway, Suite 500
>Wichita, KS 67202
>Phone:  (316) 265-9311

967985v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2005, a true and correct copy of the above and foregoing RAYTHEON DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES was sent in the United States mail, postage prepaid and properly addressed to:

*For Defendant Colgan Air*

Thomas B. Almy, Esquire
Dombroff & Gilmore, P.C.
1676 International Drive
McLean, VA  22102

Anthony L. Deprospo, Jr., Esquire
Christopher H. Kenney, Esquire
Sherin & Lodgen LLP
101 Federal Street
Boston, MA  02110-2104
**(service made via electronic filing)**

*For Plaintiffs*

Mary Schiavo, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Robert McConnell, Esquire
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI  02903

/s/ Gary W. Harvey
_____

4

967985v1