UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**NOTICE OF SERVICE OF
RAYTHEON DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, and Raytheon Aircraft Credit Corporation, by and through their undersigned

968023v1

counsel, notify the Court that they have submitted to plaintiff their initial disclosures pursuant to Federal Rule of Civil Procedure 26 on this 12th day of October, 2005.

        Raytheon Defendants,
        RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION
        By Counsel,

        /s/ Gary W. Harvey
        _____
        Peter C. Knight, BBO # 276000
        Gary W. Harvey, BBO # 547993
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210
        Phone: 617-439-7500

        and

        William L. Oliver, Jr. Esquire
        Michael G. Jones, Esquire
        MARTIN, PRINGLE, OLIVER, WALLACE
           & BAUER, L.L.P.
        100 North Broadway, Suite 500
        Wichita, KS 67202
        Phone:  (316) 265-9311

968023v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2005, a true and correct copy of the above and foregoing **NOTICE OF SERVICE OF RAYTHEON DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** was sent in the United States mail, postage prepaid and properly addressed to:

*For Defendant Colgan Air*

Thomas B. Almy, Esquire
Mark A. Dombroff, Esquire
Andre M. Gregorian, Esquire
Dombroff & Gilmore, P.C.
1676 International Drive
McLean, VA  22102

Anthony L. Deprospo, Jr., Esquire
Christopher H. Kenney, Esquire
Sherin & Lodgen LLP
101 Federal Street
Boston, MA  02110-2104
**(service made via electronic filing)**

*For Plaintiffs*

Mary Schiavo, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Robert McConnell, Esquire
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI  02903

　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Harvey
　　　　　　　　　　　　　　　　　　　　_____

968023v1