```
Date: 11MAY04                           COLGAN AIR                      Sabre CrewTrac
Time: 10:01                      Employee Bid Period Archive                Page 231
             2257 FO DEAN, STEVEN                          Bid Period JUL03   01JUL03 - 31JUL03
```

DEAN, STEVEN                          HYA BE1 FO        Emp: 2257      JUL03
Blk: 0264 Sen: 00188 (817)797-3864

| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |
|-----|------|-----|-----|-----|-----|------|-----|------|-----|-----|-----|-----|------|
| T01 | OFF | | | | | BH12 | T17 | OFF | | | | | BH12 |
| W02 | OFF | | | | | BH12 | F18 | PDU | 0910 | 2055 | | | BH12 |
| T03 | OFF | | | | | BH12 | S19 | H1257G | 0933 | 1321 | 0041 | 0043 | BH12 |
| F04 | H1250B | 0513 | 1336 | 0535 | 0552 | BH12 | S20 | H1264 | 0950 | 1702 | 0429 | 0436 | BH12 |
| S05 | H1254 | 0510 | 1652 | 0616 | 0710 | BH12 | M21 | H1251B | 0445 | 1343 | 0530 | 0542 | BH12 |
| S06 | H1260 | 0910 | 2141 | 0813 | 0813 | BH12 | T22 | OFF | | | | | BH12 |
| M07 | H1261A | 0910 | 0100☐ | 0933 | 0938 | BH12 | W23 | OFF | | | | | BH12 |
| T08 | OFF | | | | | BH12 | T24 | OFF | | | | | BH12 |
| W09 | OFF | | | | | BH12 | F25 | H1252 | 0505 | 1050 | 0255 | 0305 | BH12 |
| T10 | OFF | | | | | BH12 | S26 | H1266 | 1155 | 1828 | 0243 | 0333 | BH12 |
| F11 | H1261 | 0910 | 2154 | 0738 | 0810 | BH12 | S27 | H1261 | 0910 | 2036 | 0752 | 0831 | BH12 |
| S12 | H1262D | 0910 | 2051 | 0525 | 0605 | BH12 | M28 | R11 | 0900 | 2000 | | 0200 | BH12 |
| S13 | H1264 | 0950 | 1658 | 0447 | 0452 | BH12 | T29 | H1251 | 0500 | 1342 | 0633 | 0640 | BH12 |
| M14 | H1252 | 0505 | 0942 | 0302 | 0302 | BH12 | W30 | OFF | | | | | BH12 |
| T15 | OFF | | | | | BH12 | T31 | OFF | | | | | BH12 |
| W16 | OFF | | | | | BH12 | F01 | | | | | | |

Day Off: 15 Blk:YTD=0636:45 MTD=081:12 PROJ=081:12 CDT:MTD=087:52 PROJ=087:52

```
                                                             11MAY04  10:01:30
```

Exhibit
1

Date: 11MAY04
Time: 10:01                                    COLGAN AIR                                    Sabre CrewTrac
                                      Employee Bid Period Archive                                Page 232
              2257 FO DEAN,STEVEN                              Bid Period JUL03    01JUL03 - 31JUL03

```
H1250B 04JUL03
CA01FO01FA00CF00CP00
Report 0513    Duty 0823    Block 0535
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr   0500 HYA-HYA 0558 0628 0558 0628 BE1 0030 0030   047
Fr   5000 HYA-LGA 0710 0810 0715 0836 BE1 0121 0121   014
Fr   5026 LGA-PWM 0815 0941 0850 1012 BE1 0126 0122   008
Fr   5026 PWM-LGA 1000 1125 1020 1141 BE1 0125 0121   039
Fr   5002 LGA-HYA 1230 1340 1220 1321 BE1 0110 0101
TOTAL BLK 0535  DUTY 0823  TAFB   823
```

```
H1254  05JUL03
CA01FO01FA00CF00CP00
Report 0510    Duty 1142    Block 0616
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa   5037 HYA-MVY 0610 0630 0600 0617 BE1 0020 0017   018
Sa   5037 MVY-LGA 0645 0755 0635 0738 BE1 0110 0103   027
Sa   5007 LGA-PVD 0810 0910 0805 0851 BE1 0100 0046   034
Sa   5007 PVD-LGA 0930 1029 0925 1020 BE1 0059 0055   035
Sa   5028 LGA-LEB 1100 1215 1055 1155 BE1 0115 0100   045
Sa   5028 LEB-LGA 1245 1400 1240 1347 BE1 0115 0107   142
Sa   5086 LGA-HYA 1529 1640 1529 1637 BE1 0111 0108
TOTAL BLK 0616  DUTY 1142  TAFB  1142
```

```
H1260  06JUL03
CA01FO01FA00CF00CP00
Report 0910    Duty 1231    Block 0813
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su   5001 HYA-LGA 1010 1120 1005 1120 BE1 0115 0115   050
Su   5031 LGA-HYA 1215 1330 1210 1330 BE1 0120 0120   010
Su   5031 HYA-LGA 1345 1459 1340 1459 BE1 0119 0119   026
Su   5058 LGA-PVD 1529 1629 1525 1631 BE1 0106 0106   114
Su   5058 PVD-LGA 1800 1900 1745 1855 BE1 0110 0110   025
Su   5041 LGA-MVY 1925 2030 1920 2103 BE1 0143 0143   003
Su   5041 MVY-HYA 2045 2100 2106 2126 BE1 0020 0020
TOTAL BLK 0813  DUTY 1231  TAFB  1231
```

```
H1261A 07JUL03
CA01FO01FA00CF00CP00
Report 0910    Duty 1550    Block 0933
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo   5001 HYA-LGA 1010 1120 0958 1115 BE1 0117 0117   055
Mo   5031 LGA-LEB 1215 1330 1210 1325 BE1 0115 0115   015
Mo   5031 LEB-LGA 1345 1459 1340 1500 BE1 0120 0120   029
Mo   5058 LGA-PVD 1529 1630 1529 1630 BE1 0101 0101   310
Mo   5058 PVD-LGA 1715 1815 1940 2038 BE1 0100 0058   007
Mo   5041 LGA-MVY 1900 2010 2045 2152 BE1 0110 0107   003
Mo   5041 MVY-HYA 2020 2040 2045 2223 BE1 0028 0028   010
Mo   9534 HYA-ALB 2245 2345 2233 2338 BE1 0105 0105   005
Mo   9534 ALB-HYA 2355 0055 2343 0045 BE1 0102 0102
TOTAL BLK 0933  DUTY 1550  TAFB  1550
```

```
H1261  11JUL03
CA01FO01FA00CF00CP00
Report 0910    Duty 1244    Block 0738
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr   5001 HYA-LGA 1010 1120 1115 1231 BE1 0116 0116   024
Fr   5031 LGA-LEB 1215 1330 1255 1404 BE1 0115 0109   036
Fr   5031 LEB-LGA 1345 1459 1440 1547 BE1 0114 0107   028
Fr   5058 LGA-PVD 1529 1630 1615 1709 BE1 0101 0054   050
Fr   5058 PVD-LGA 1715 1815 1759 1847 BE1 0100 0048   013
Fr   5041 LGA-MVY 1900 2010 1900 2059 BE1 0159 0159   015
Fr   5041 MVY-HYA 2020 2040 2114 2139 BE1 0025 0025
TOTAL BLK 0738  DUTY 1244  TAFB  1244
```

```
H1262D 12JUL03
CA01FO01FA00CF00CP00
Report 0910    Duty 1141    Block 0525
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa   5001 HYA-LGA 1010 1120 1010 1129 BE1 0119 0119   031
Sa   LIMO LGA-LGA 1200 1256 1200 1256     0028         049
Sa   5028 LGA-LEB 1150 1305 1345 1527 BE1 0142 0142   006
Sa   5028 LEB-LGA 1330 1445 1533 1636 BE1 0115 0103   239
Sa   9450 LGA-HYA 1700 1800 1915 2036 BE1 0121 0121
TOTAL BLK 0525  DUTY 1141  TAFB  1141
```

```
H1264  13JUL03
CA00FO01FA00CF00CP00
Report 0950    Duty 0708    Block 0447
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su   5037 HYA-LGA 1050 1159 1100 1204 BE1 0109 0104   021
Su   5002 LGA-HYA 1230 1340 1225 1342 BE1 0117 0117   013
Su   5002 HYA-LGA 1355 1459 1355 1510 BE1 0115 0115   022
Su   5039 LGA-HYA 1540 1649 1532 1643 BE1 0111 0111
TOTAL BLK 0447  DUTY 0708  TAFB   708
```

```
H1252  14JUL03
CA01FO01FA00CF00CP00
Report 0505    Duty 0437    Block 0302
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo   5037 HYA-MVY 0605 0625 0555 0620 BE1 0025 0025   015
Mo   5037 MVY-LGA 0640 0750 0635 0750 BE1 0115 0115   015
Mo   5001 LGA-HYA 0810 0920 0805 0927 BE1 0122 0122
TOTAL BLK 0302  DUTY 0437  TAFB   437
```

```
H1257G 19JUL03
CA00FO01FA00CF00CP00
Report 0933    Duty 0348    Block 0041
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa   9451 HYA-ACK 1018 1045 1040 1105 BE1 0027 0025   145
Sa   9444 ACK-HYA 1250 1306 1250 1306 BE1 0016 0016
TOTAL BLK 0041  DUTY 0348  TAFB   348
```

```
Date: 11MAY04                           COLGAN AIR                        Sabre CrewTrac
Time: 10:01                        Employee Bid Period Archive                 Page 233
              2257 FO DEAN,STEVEN                 Bid Period JUL03    01JUL03 - 31JUL03
```

```
H1264  20JUL03                          │ H1251  29JUL03
CA01FO01FA00CF00CP00                    │ CA01FO01FA00CF00CP00
Report 0950   Duty 0712   Block 0429    │ Report 0500   Duty 0842   Block 0633
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT │ DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su    5037 HYA-LGA 1050 1159 1043 1145 BE1 0109 0102  039  │ Tu    5000 HYA-ACK 0600 0625 0550 0619 BE1 0029 0029  011
Su    5002 LGA-HYA 1230 1340 1224 1334 BE1 0110 0110  016  │ Tu    5000 ACK-LGA 0640 0750 0630 0752 BE1 0122 0122  018
Su    5002 HYA-LGA 1355 1459 1350 1455 BE1 0105 0105  040  │ Tu    5014 LGA-ORF 0810 0950 0810 1005 BE1 0155 0155  010
Su    5039 LGA-HYA 1540 1649 1535 1647 BE1 0112 0112       │ Tu    5014 ORF-LGA 1020 1159 1015 1159 BE1 0144 0144  025
TOTAL BLK 0429  DUTY 0712  TAFB   712   │ Tu    5002 LGA-HYA 1230 1340 1224 1327 BE1 0110 0103
                                        │ TOTAL BLK 0633  DUTY 0842  TAFB   842
```

```
H1251B  21JUL03
CA01FO01FA00CF00CP00
Report 0445   Duty 0858   Block 0530
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo    9444 HYA-PVD 0530 0600 0545 0622 BE1 0037 0037  008
Mo    5006 PVD-LGA 0630 0729 0630 0729 BE1 0059 0059  023
Mo    5026 LGA-PWM 0759 0925 0752 0910 BE1 0126 0118  045
Mo    5026 PWM-LGA 1000 1125 0955 1125 BE1 0130 0130  057
Mo    5002 LGA-HYA 1230 1340 1222 1328 BE1 0110 0106
TOTAL BLK 0530  DUTY 0858  TAFB   858
```

```
H1252  25JUL03
CA01FO01FA00CF00CP00
Report 0505   Duty 0545   Block 0255
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr    5037 HYA-MVY 0605 0625 0715 0750 BE1 0035 0035  005
Fr    5037 MVY-LGA 0640 0750 0755 0855 BE1 0110 0100  020
Fr    5001 LGA-HYA 0810 0920 0915 1035 BE1 0120 0120
TOTAL BLK 0255  DUTY 0545  TAFB   545
```

```
H1266  26JUL03
CA01FO01FA00CF00CP00
Report 1155   Duty 0633   Block 0243
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa    LIMO HYA-BOS 1210 1340 1210 1340     0045       100
Sa    5095 BOS-ACK 1440 1530 1440 1526 BE1 0050 0046  009
Sa    5095 ACK-BOS 1545 1630 1535 1619 BE1 0045 0044  036
Sa    5096 BOS-ACK 1700 1745 1655 1743 BE1 0048 0048  005
Sa    5096 ACK-HYA 1755 1815 1748 1813 BE1 0025 0025
TOTAL BLK 0243  DUTY 0633  TAFB   633
```

```
H1261  27JUL03
CA01FO01FA00CF00CP00
Report 0910   Duty 1126   Block 0752
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su    5001 HYA-LGA 1010 1120 1000 1205 BE1 0205 0205  005
Su    5031 LGA-LEB 1215 1330 1210 1333 BE1 0123 0123  012
Su    5031 LEB-LGA 1345 1459 1345 1447 BE1 0114 0102  032
Su    5058 LGA-PVD 1529 1630 1519 1612 BE1 0101 0053  108
Su    5058 PVD-LGA 1715 1815 1720 1827 BE1 0107 0107  023
Su    5041 LGA-MVY 1900 2010 1850 1941 BE1 0110 0051  009
Su    5041 MVY-HYA 2020 2040 1950 2021 BE1 0031 0031
TOTAL BLK 0752  DUTY 1126  TAFB  1126
```

```
06JUL03
LEGAL TO START LEGAL TO FINISH  121.471(g) LGA
VOLUME
```

```
Date: 11MAY04                                    COLGAN AIR                          Sabre CrewTrac
Time: 10:01                              Employee Bid Period Archive                     Page 234
                2257 FO DEAN,STEVEN                                 Bid Period JUL03    01JUL03 - 31JUL03
07JUL03
LEGAL  PART 91 ROUND TRIP AFTER PART 121 2:07


18JUL03
changed pairing to longer one so other FO could
cover open time

18JUL03
called sick


18JUL03
STEVE CALLED IN SICK I ASKED FOR A DR'S NOTE HE
SAID HE DID NOT HAVE ONE. THEN HE SAID HE JUST
COULD NOT NON REV OUT OF DFW        DMR
18JUL03
I GOT NAOMI INVOLVED HE COULD JUMP ON UNITED TO
ORD TO PVD AND DRIVE TO HYA HE WOULD NOT DO THAT.
I TOLD HIM THE CP WILL BE TALKING TO HIM.   DMR
18JUL03
I SAID I AM GIVING YOU A NO PAY DO HE SAID HE WILL
GET A DR'S NOTE.   DMR


20JUL03
verbal trade with clark


21JUL03
LEFT VM RE CHANGES IN 21 JUL PAIRING


28JUL03
modified res for early morning pairing on the 29th


29JUL03
removed res to cover open time
```

```
   check with acct. about res. for 7/31. he called to have us make a
   R11 PM RESERVE 1100-2300 R11     07/28/03 07/28/03 FO     4137 07/27/03 20:36
   ADV Notification         H1251B 07/21/03            FO     4137 07/20/03 16:56
   MMM Modified Pairing     H1251A 07/21/03            FO     4419 07/20/03 12:11
   MMM Modified Pairing     H1251  07/21/03            FO     4419 07/20/03 11:51
   ADV Notification         H1258  07/20/03            FO     4419 07/19/03 13:24
   ADV Notification         H1264  07/20/03            FO     4419 07/19/03 13:24
   TTD Trip Trade Drop Prg  H1258  07/20/03 07/20/03 FO      4419 07/19/03 13:22
   TTA Trip Trade Add Prg   H1264  07/20/03 07/20/03 FO      4419 07/19/03 13:22
   MMM Modified Pairing     H1257F 07/19/03            FO     4419 07/19/03 13:12
   MMM Modified Pairing     H1257E 07/19/03            FO     4419 07/19/03 13:05
   MMM Modified Pairing     H1257D 07/19/03            FO     4419 07/19/03 10:24
   MMM Modified Pairing     H1257C 07/19/03            FO     4419 07/19/03 09:22
   MMM Modified Pairing     H1257B 07/19/03            FO     4419 07/19/03 08:26
   MMM Modified Pairing     H1257  07/19/03            FO     4419 07/19/03 07:50
   PDU UNPAID LEAVE                07/18/03 07/18/03 FO      6893 07/17/03 13:09
   RAD Remove Absence Day   SCK    07/18/03 07/18/03 FO      6893 07/17/03 13:08
   SCK SICK                        07/18/03 07/18/03 FO      6893 07/17/03 13:00
   DRP Drop Pairing         H1261  07/18/03 07/18/03 FO      6893 07/17/03 13:00
   ADV Notification         H1252  07/18/03            FO     4152 07/15/03 10:25
```

```
Date: 11MAY04                                    COLGAN AIR                              Sabre CrewTrac
Time: 10:01                                 Employee Bid Period Archive                       Page 235
          2257 FO DEAN,STEVEN                                          Bid Period JUL03    01JUL03 - 31JUL03
ADV Notification            H1261   07/18/03          FO     4152  07/15/03 10:25
ADD Assign Pairing          H1261   07/18/03 07/18/03 FO     4152  07/15/03 10:13
DRP Drop Pairing            H1252   07/18/03 07/18/03 FO     4152  07/15/03 10:13
ADV Notification            H1251   07/29/03          FO     6893  07/15/03 09:34
ADV Notification            RRD     07/29/03          FO     6893  07/15/03 09:34
ADV Notification            R11     07/28/03          FO     6893  07/15/03 09:34
ADD Assign Pairing          H1251   07/29/03 07/29/03 FO     4152  07/15/03 08:53
RRD Remove Reserve Day      R11     07/29/03 07/29/03 FO     4152  07/15/03 08:52
R11 PM RESERVE 1100-2300    R11     07/28/03 07/28/03 FO     4152  07/15/03 08:52
MMM Modified Pairing        H1262C  07/12/03          FO     4137  07/13/03 14:55
MMM Modified Pairing        H1262B  07/12/03          FO     4137  07/12/03 20:54
MMM Modified Pairing        H1262A  07/12/03          FO     4137  07/12/03 15:49
MMM Modified Pairing        H1262   07/12/03          FO     4419  07/12/03 12:32
MMM Modified Pairing        H1261   07/07/03          FO     4137  07/07/03 21:38
MMM Modified Pairing        H1250A  07/04/03          FO     4419  07/04/03 07:12
MMM Modified Pairing        H1250   07/04/03          FO     4419  07/04/03 06:42
ADV Notification            H1275   07/06/03          FO     4419  07/03/03 13:40
ADV Notification            H1260   07/06/03          FO     4419  07/03/03 13:40
DRP Drop Pairing            H1275   07/06/03 07/06/03 FO     4419  07/03/03 13:00
ADD Assign Pairing          H1260   07/06/03 07/06/03 FO     4419  07/03/03 13:00
R11 PM RESERVE 1100-2300    R11     07/29/03 07/29/03 FO     2371  06/27/03 10:28
R11 PM RESERVE 1100-2300    R11     07/28/03 07/28/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1261   07/27/03 07/27/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1266   07/26/03 07/26/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1252   07/25/03 07/25/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1251   07/21/03 07/21/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1258   07/20/03 07/20/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1257   07/19/03 07/19/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1252   07/18/03 07/18/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1252   07/14/03 07/14/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1264   07/13/03 07/13/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1262   07/12/03 07/12/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1261   07/11/03 07/11/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1261   07/07/03 07/07/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1275   07/06/03 07/06/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1254   07/05/03 07/05/03 FO     2371  06/27/03 10:28
AWD Bid Award               H1250   07/04/03 07/04/03 FO     2371  06/27/03 10:28
```

```
Date: 11MAY04                              COLGAN AIR                    Sabre CrewTrac
Time: 11:25                         Employee Bid Period Archive                Page 246
                    2257 FO DEAN, STEVEN              Bid Period AUG03   01AUG03 - 31AUG03
```

DEAN, STEVEN                    HYA BE1 FO      Emp: 2257      AUG03
Blk: 0196 Sen: 00188 (817)797-3864

| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |
|-----|------|-----|-----|-----|-----|------|-----|------|-----|-----|-----|-----|------|
| F01 | H1131A | 1255 | 2121 | 0503 | 0512 | BH12 | S16 | SCK | 0600 | | | | BH12 |
| S02 | H1126 | 0910 | 1923 | 0517 | 0521 | BH12 | S17 | SCK | | 2400 | | 0730 | BH12 |
| S03 | H1127 | 0910 | 2144 | 0745 | 0747 | BH12 | M18 | SCK | 0505 | 0945 | | 0345 | BH12 |
| M04 | OFF | | | | | BH12 | T19 | H1121 | 0500 | 1345 | 0550 | 0604 | BH12 |
| T05 | OFF | | | | | BH12 | W20 | H1121 | 0500 | 1403 | 0635 | 0635 | BH12 |
| W06 | OFF | | | | | BH12 | T21 | OFF | | | | | BH12 |
| T07 | OFF | | | | | BH12 | F22 | OFF | | | | | BH12 |
| F08 | OFF | | | | | BH12 | S23 | OFF | | | | | BH12 |
| S09 | H1121 | 0500 | 1336 | 0530 | 0604 | BH12 | S24 | OFF | | | | | BH12 |
| S10 | R04 | 0400 | 0759 | | | BH12 | M25 | OFF | | | | | BH12 |
| S10 | H1011C | 0800 | 1823 | 0708 | 0734 | BH12 | T26 | H1121B | 0500 | 1355 | 0638 | 0639 | BH12 |
| M11 | RES | 0500 | 1700 | | 0200 | BH12 | W27 | OFF | | | | | BH12 |
| T12 | H1122 | 0505 | 0939 | 0242 | 0244 | BH12 | T28 | OFF | | | | | BH12 |
| W13 | OFF | | | | | BH12 | F29 | OFF | | | | | BH12 |
| T14 | OFF | | | | | BH12 | S30 | OFF | | | | | BH12 |
| F15 | OFF | | | | | BH12 | S31 | OFF | | | | | BH12 |

Day Off: 21 Blk:YTD=0636:45 MTD=052:28 PROJ=052:28 CDT:MTD=067:15 PROJ=067:15

11MAY04   11:25:23

Date: 11MAY04
Time: 11:25
                                    COLGAN AIR                          Sabre CrewTrac
                              Employee Bid Period Archive                    Page 247
        2257 FO DEAN,STEVEN                          Bid Period AUG03     01AUG03 - 31AUG03

```
H1131A 01AUG03
CA01FO01FA00CF00CP00
Report 1255    Duty 0826    Block 0503
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     5002 HYA-LGA 1355 1459 1355 1510 BE1 0115 0115    025
Fr     5039 LGA-HYA 1540 1649 1535 1712 BE1 0137 0137    107
Fr     5039 HYA-LGA 1720 1830 1819 1920 BE1 0110 0101    036
Fr     5005 LGA-HYA 1945 2046 1956 2106 BE1 0110 0110
TOTAL BLK 0503  DUTY 0826  TAFB  826
```

```
H1126 02AUG03
CA01FO01FA00CF00CP00
Report 0910    Duty 1013    Block 0517
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa     5001 HYA-LGA 1010 1120 1002 1110 BE1 0110 0108    035
Sa     5028 LGA-LEB 1150 1305 1145 1303 BE1 0118 0118    022
Sa     5028 LEB-LGA 1330 1445 1325 1438 BE1 0115 0113    247
Sa     5041 LGA-ACK 1730 1840 1725 1840 BE1 0115 0115    005
Sa     5041 ACK-HYA 1850 1910 1845 1908 BE1 0023 0023
TOTAL BLK 0517  DUTY 1013  TAFB  1013
```

```
H1127 03AUG03
CA01FO01FA00CF00CP00
Report 0910    Duty 1234    Block 0745
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su     5001 HYA-LGA 1010 1120 1005 1115 BE1 0110 0110    050
Su     5031 LGA-LEB 1215 1330 1205 1328 BE1 0123 0123    017
Su     5031 LEB-LGA 1345 1459 1345 1509 BE1 0124 0124    020
Su     5058 LGA-PVD 1529 1630 1529 1635 BE1 0106 0106    150
Su     5058 PVD-LGA 1715 1815 1825 1923 BE1 0100 0058    017
Su     5041 LGA-MVY 1900 2010 1940 2055 BE1 0115 0115    005
Su     5041 MVY-HYA 2020 2040 2100 2129 BE1 0029 0029
TOTAL BLK 0745  DUTY 1234  TAFB  1234
```

```
H1121 09AUG03
CA01FO01FA00CF00CP00
Report 0500    Duty 0836    Block 0530
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa     5000 HYA-ACK 0600 0625 0600 0621 BE1 0025 0021    009
Sa     5000 ACK-LGA 0640 0750 0630 0732 BE1 0110 0102    033
Sa     5014 LGA-ORF 0810 0950 0805 0935 BE1 0140 0130    045
Sa     5014 ORF-LGA 1020 1159 1020 1156 BE1 0139 0136    024
Sa     5002 LGA-HYA 1230 1340 1220 1321 BE1 0110 0101
TOTAL BLK 0530  DUTY 0836  TAFB  836
```

```
H1011C 10AUG03
CA01FO01FA00CF00CP00
Report 0800    Duty 1023    Block 0708
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su     9447 HYA-ACK 0845 0910 0915 0946 BE1 0031 0031    010
Su     5038 ACK-LGA 0930 1040 0956 1059 BE1 0110 0103    023
Su     5008 LGA-PVD 1100 1200 1122 1215 BE1 0100 0053    010
Su     5008 PVD-LGA 1225 1330 1225 1330 BE1 0105 0105    024
Su     5021 LGA-MVY 1359 1504 1354 1508 BE1 0114 0114    017
Su     5021 MVY-LGA 1525 1629 1525 1649 BE1 0124 0124    021
Su     9442 LGA-HYA 1640 1750 1710 1808 BE1 0110 0058
TOTAL BLK 0708  DUTY 1023  TAFB  1023
```

```
H1122 12AUG03
CA00FO01FA00CF00CP00
Report 0505    Duty 0434    Block 0242
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu     5037 HYA-MVY 0605 0625 0600 0620 BE1 0020 0020    017
Tu     5037 MVY-LGA 0640 0750 0637 0745 BE1 0110 0108    025
Tu     5001 LGA-HYA 0810 0920 0810 0924 BE1 0114 0114
TOTAL BLK 0242  DUTY 0434  TAFB  434
```

```
H1121 19AUG03
CA01FO01FA00CF00CP00
Report 0500    Duty 0845    Block 0550
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu     5000 HYA-ACK 0600 0625 0600 0625 BE1 0025 0025    012
Tu     5000 ACK-LGA 0640 0750 0637 0740 BE1 0110 0103    030
Tu     5014 LGA-ORF 0810 0950 0810 0947 BE1 0140 0137    033
Tu     5014 ORF-LGA 1020 1159 1020 1155 BE1 0139 0135    025
Tu     5002 LGA-HYA 1230 1340 1220 1330 BE1 0110 0110
TOTAL BLK 0550  DUTY 0845  TAFB  845
```

```
H1121 20AUG03
CA01FO01FA00CF00CP00
Report 0500    Duty 0903    Block 0635
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We     5000 HYA-ACK 0600 0625 0550 0615 BE1 0025 0025    015
We     5000 ACK-LGA 0640 0750 0630 0740 BE1 0110 0110    025
We     5014 LGA-ORF 0810 0950 0805 0955 BE1 0150 0150    015
We     5014 ORF-LGA 1020 1159 1020 1152 BE1 0142 0142    028
We     5002 LGA-HYA 1230 1340 1220 1348 BE1 0128 0128
TOTAL BLK 0635  DUTY 0903  TAFB  903
```

```
Date: 11MAY04                          COLGAN AIR                        Sabre CrewTrac
Time: 11:25                     Employee Bid Period Archive                    Page 248
              2257 FO DEAN,STEVEN                            Bid Period AUG03   01AUG03 - 31AUG03
```

```
H1121B 26AUG03
CA00FC01FA00CF00CP00
Report 0500    Duty 0855    Block 0638
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu     5000 HYA-ACK 0600 0625 0555 0619 BE1 0025 0024    016
Tu     5000 ACK-LGA 0640 0750 0635 0754 BE1 0119 0119    014
Tu     5014 LGA-ORF 0810 0950 0808 1004 BE1 0156 0156    016
Tu     5014 ORF-LGA 1020 1159 1020 1159 BE1 0139 0139    021
Tu     5002 LGA-HYA 1230 1340 1220 1340 BE1 0120 0120
TOTAL BLK 0638  DUTY 0855  TAFB   855
```

08AUG03
hotel- sea coast inn
 confirm #- 148023

11AUG03
on res due to ICE

15AUG03
hotel- radisson
 confirm #- 104703

16AUG03
needs days for his wife

16AUG03
will call us on sat or sun morning about mon

17AUG03
needs days for his wife

18AUG03
wife out of hospital, will be back on Tues.

19AUG03
back on original schedule

20AUG03
back on original schedule

25AUG03
hotel- radisson
 confirm #- 104704

```
MMM Modified Pairing   H1121A 08/26/03           FO    5249 08/27/03 15:56
DRP Drop Pairing       H1123  08/30/03 08/30/03 FO    5249 08/26/03 19:06
DRP Drop Pairing       H1123  08/29/03 08/29/03 FO    5249 08/26/03 19:06
DRP Drop Pairing       H1123  08/28/03 08/28/03 FO    5249 08/26/03 19:06
DRP Drop Pairing       H1123  08/27/03 08/27/03 FO    5249 08/26/03 17:37
MMM Modified Pairing   H1121  08/26/03           FO    5249 08/26/03 15:39
ADV Notification       H1121  08/20/03           FO    4137 08/17/03 22:58
ADV Notification       R04    08/20/03           FO    4137 08/17/03 22:58
```

```
Date: 11MAY04                                    COLGAN AIR                                      Sabre CrewTrac
Time: 11:25                              Employee Bid Period Archive                                 Page 249
              2257 FO DEAN,STEVEN                                    Bid Period AUG03   01AUG03 - 31AUG03
```

| | | | | | |
|---|---|---|---|---|---|
| ADV Notification | RRD | 08/20/03 | | FO | 4137 08/17/03 22:58 |
| ADV Notification | H1121 | 08/19/03 | | FO | 4137 08/17/03 22:58 |
| ADV Notification | H1130 | 08/19/03 | | FO | 4137 08/17/03 22:58 |
| RRD Remove Reserve Day | R04 | 08/20/03 | 08/20/03 | FO | 4137 08/17/03 19:14 |
| ADD Assign Pairing | H1121 | 08/20/03 | 08/20/03 | FO | 4137 08/17/03 19:14 |
| DRP Drop Pairing | H1130 | 08/19/03 | 08/19/03 | FO | 4137 08/17/03 19:14 |
| ADD Assign Pairing | H1121 | 08/19/03 | 08/19/03 | FO | 4137 08/17/03 19:14 |
| R04 RESERVE 0400-1600 | R04 | 08/20/03 | 08/20/03 | FO | 5249 08/17/03 13:59 |
| ADD Assign Pairing | H1130 | 08/19/03 | 08/19/03 | FO | 5249 08/17/03 13:31 |
| DRP Drop Pairing | H1121 | 08/20/03 | 08/20/03 | FO | 5249 08/17/03 13:30 |
| DRP Drop Pairing | H1121 | 08/19/03 | 08/19/03 | FO | 5249 08/17/03 13:30 |
| DRP Drop Pairing | H1123 | 08/18/03 | 08/18/03 | FO | 4137 08/16/03 21:11 |
| SCK SICK | | 08/18/03 | 08/18/03 | FO | 4137 08/16/03 21:11 |
| SCK SICK | | 08/16/03 | 08/17/03 | FO | 5249 08/13/03 18:58 |
| RRD Remove Reserve Day | R04 | 08/17/03 | 08/17/03 | FO | 5249 08/13/03 18:58 |
| DRP Drop Pairing | H1121 | 08/16/03 | 08/16/03 | FO | 5249 08/13/03 18:58 |
| MMM Modified Pairing | H1011B | 08/10/03 | | FO | 6893 08/10/03 10:31 |
| MMM Modified Pairing | H1011A | 08/10/03 | | FO | 6893 08/10/03 10:22 |
| MMM Modified Pairing | H1011 | 08/10/03 | | FO | 6893 08/10/03 08:51 |
| R04 RESERVE 0400-1600 | R04 | 08/10/03 | 08/10/03 | FO | 6893 08/10/03 08:51 |
| ADD Assign Pairing | H1011 | 08/10/03 | 08/10/03 | FO | 6893 08/10/03 08:51 |
| ADV Notification | H1121 | 08/11/03 | | FO | 4137 08/08/03 18:23 |
| ADV Notification | RES | 08/11/03 | | FO | 4137 08/08/03 18:23 |
| RES RESERVE DAY | RES | 08/11/03 | 08/11/03 | FO | 4152 08/07/03 11:41 |
| DRP Drop Pairing | H1121 | 08/11/03 | 08/11/03 | FO | 4152 08/07/03 11:41 |
| MMM Modified Pairing | H1131 | 08/01/03 | | FO | 4137 08/01/03 19:36 |
| AWD Bid Award | H1123 | 08/30/03 | 08/30/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1123 | 08/29/03 | 08/29/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1123 | 08/28/03 | 08/28/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1123 | 08/27/03 | 08/27/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/26/03 | 08/26/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/20/03 | 08/20/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/19/03 | 08/19/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1123 | 08/18/03 | 08/18/03 | FO | 2371 07/17/03 13:39 |
| R04 RESERVE 0400-1600 | R04 | 08/17/03 | 08/17/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/16/03 | 08/16/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1122 | 08/12/03 | 08/12/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/11/03 | 08/11/03 | FO | 2371 07/17/03 13:39 |
| R04 RESERVE 0400-1600 | R04 | 08/10/03 | 08/10/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1121 | 08/09/03 | 08/09/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1127 | 08/03/03 | 08/03/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1126 | 08/02/03 | 08/02/03 | FO | 2371 07/17/03 13:39 |
| AWD Bid Award | H1131 | 08/01/03 | 08/01/03 | FO | 2371 07/17/03 13:39 |

**Wage and Tax Register**

*** DETAIL PAGE ***

**ADP**
Automatic Data Processing
BALTIMORE REGION

COMPANY/CORP NAME: COLGAN AIR INC

QUARTER ENDING: 03/31/2003

FEDERAL EIN: 54-1397506

CO/CORP CODE: MVM

| | GROSS EARNINGS | FEDERAL INCOME TAX WAGES | FEDERAL INCOME TAX WITHHELD | SOCIAL SECURITY TAX WAGES | SOCIAL SECURITY TAX WITHHELD | MEDICARE TAX WAGES | MEDICARE TAX WITHHELD | SDI TAXABLE WAGES | TOTAL SUI WAGES | STATE INCOME TAX WAGES | STATE 2 INCOME TAX WAGES | LOCAL INCOME TAX WAGES | EMPLOYER SDI TAXABLE WAGES | 401(k) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CONTINUED
001191 DAY, IAIN A          500109

SUI 45 WK 51          2

| | 461620 | 445370 | | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

***** LIVED IN STATE *****
ST2 45          2

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 537776 | 436002 | 700030 | 10197 | 7032859 | 7032859 | 20223 | 39470 | | | | |
| | 537776 | | 700600 | | | | | | | | | |

**** SUI DISTRIBUTION ****
SUI 02 WK 00          1

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | 6458 | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

SUI 02 WK 00

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | 6458 | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

SUI 45 WK 27          1

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | 6458 | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

SUI 45 WK 27

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | 6458 | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

SUI 02 WK 00

SUI 02 WK 38          1

SUI 02 WK 38

*** STATE DISTRIBUTION ***
ST1 55

| | 461620 | 445370 | 445370 | 445370 | 445370 | | | | | | | |
| | 428653 | 276613 | 6458 | 6458 | 445370 | | | 16250 | | | | |
| | 428653 | | | | | | | | | | | |

ST1 53

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 DEAN, STEVEN T          500211
P 53

ST2 45          2

SUI 45 WK 51          2

SUI 45 WK 51

*** STATE DISTRIBUTION ***
ST1 45

SUI 45

SUI 45

002257

| | 742729 | 703259 | 703259 | 703259 | 7032859 | 7032859 | 7032859 | | | | | |
| | 537776 | 436002 | 10197 | 6458 | 7032859 | | 20223 | 39470 | | | | |

01.00 01.00 1
86.00

12/24/2003

2003/4/00778

PAGE
35
35

COMPANY/CORP NAME: COLGAN AIR INC
QUARTER ENDING: 03/31/2003
FEDERAL EIN: 54-1397506

# Wage and Tax Register

## *** DETAIL PAGE ***

**ADP Automatic Data Processing — BALTIMORE REGION**

PAGE NUMBER: 36

| SOC SEC NUMBER / FILE NUMBER | EMPLOYEE NAME | TAX CODES / BLOCKS | GROSS EARNINGS | FEDERAL INCOME TAX WITHHELD | SOCIAL SECURITY WAGES | SOCIAL SECURITY TAX WITHHELD | MEDICARE WAGES | MEDICARE TAX WITHHELD | SUI INCOME TAX WITHHELD | TOTAL SUI WAGES | STATE INCOME TAX WAGES | STATE INCOME TAX WITHHELD | LOCAL INCOME TAX WAGES | HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002257 | DEAN, STEVEN T | STATE LIVED IN ST2 53 | | | | | | | | | | | | |
| 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 002313 | DEATON, MATTHEW D | T 42 17 5 | 311580 291330 508 | 311580 291330 508 | 291330 18062 | 291330 18062 | 291330 4224 | 291330 4224 | 291330 | 291330 | 291330 | 291330 | | |
| 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 001195 | DEBLOIS, TAMMY | RT-H 0009 0700 P X 13 13 | 141674 141674 3043 | 141674 141674 3043 | 291330 180062 | 141674 8784 | 141674 2054 | 141674 2054 | 141674 | 141674 | 141674 1096 | 141674 1096 | | |
| 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 002241 | DEFRANCESCO, OLIVIA | P 50 32 1 | 322500 305010 21799 | 322500 305010 21799 | 305010 18911 | 305010 18911 | 305010 4423 | 305010 4423 | 305010 | 305010 | 305010 6984 | 305010 6984 | 17490 | |
| 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 002314 | DEJARNATT, KLAYTON O | 17 5 | 715580 693530 26754 | 715580 693530 26754 | 693530 43358 | 693530 43358 | 693530 10140 | 693530 10140 | 693530 | 693530 | 693530 26108 | 693530 26108 | 1625.0 | 1533.0 |
| 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 002403 | DENNEHEY, MICHAEL T | 01 19 | 836500 836500 93344 | 836500 836500 93344 | 836500 51863 | 836500 51863 | 836500 121129 | 836500 121129 | 836500 | 836500 | 836500 36349 | 836500 36349 | 2025.0 | |
| 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 001192 | DEROSBY, MARY E | 45 17 17 0 | 665040 665040 94252 | 665040 665040 94252 | 700000 41212 | 665040 41212 | 665040 9649 | 665040 9649 | 665040 | 665040 | 665040 29885 | 665040 29885 | 1125.0 | |
| 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 001198 | DESMOND III, JAMES J | 02 02 M OPEN | 1051200 974125 1342467 | 1051200 974125 134467 | 700000 | 665040 | 1026710 14887 | 1026710 14887 | 1051700 | 1051700 | 974125 47464 | 974125 47464 | 24990 | 52585 |
| | CONTINUED ***** ***** | | | | | | | | | | | | | 1051700 |

12/24/2003
01.00 01.1
86.00
TSR J003/4/00778

**COMPANY/CORP NAME:** COLGAN AIR INC
**FEDERAL EIN:** 54-1597306
**QUARTER ENDING:** 06/30/2003

# Wage and Tax Register
## *** DETAIL PAGE ***

**ADP Automatic Data Processing — BALTIMORE REGION**

| EMPLOYEE NAME / SSN | OPTIONS | GROSS EARNINGS | FEDERAL INCOME TAX WITHHELD | FEDERAL INCOME TAX WAGES | SOCIAL SECURITY TAX WITHHELD | SOCIAL SECURITY TAX WAGES | MEDICARE TAX WITHHELD | MEDICARE TAX WAGES | SUI TAXABLE WAGES | STATE INCOME TAX WITHHELD | STATE INCOME TAX WAGES | LOCAL INCOME TAX WAGES | HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 022257 DEAN, STEVEN T 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 53 02 | SUI 02 WK 00 | 5702400 5594 | 1031860 964 49 | 550740 34146 | 550740 7986 | 550740 | 550740 | 19500 | | | | |
| | SUI 02 WK 00 | | | 254630 617759 | 996110 14444 | 996110 | 996110 | | | | | |
| | SUI 45 WK 27 | | | | | | | | | | | |
| | SUI 45 WK 38 | | | | | | | | | | | |
| | SUI 02 WK 38 | | | | | | | | | | | |
| | **STATE DISTRIBUTION ***** STI 53 | 570240 53596 | 996110 964 49 | 550740 34146 | 550740 7986 | 550740 | 550740 | 19500 | 35750 | | | |
| | STI 45 WK 38 | 1031860 964 49 | | 254630 617759 | 996110 14444 | 996110 | 996110 | | | | | |
| | **LIVED IN STATE ***** ST2 53 | | | | | | | | | | | |
| 002313 DEATON, MATTHEW D 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 42 ST2 53 | | 313580 291310 508 | 291330 18062 | 291330 4224 | 291330 | 291330 | 291330 | 20250 | 13960 | | | |
| 001195 DEBLOIS, TAMMY 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 RT-H 0.0009.0700 | | 2683292 2683292 5329 | 2683292 7850 | 1266818 1836 | 1266818 1266818 | 1266818 | 1266818 831 | | | | | |

## Wage and Tax Register
### *** DETAIL PAGE ***

**ADP** Automatic Data Processing — BALTIMORE REGION

COMPANY/CORP NAME: **COLGAN AIR INC**
QUARTER ENDING: 09/30/2003
FEDERAL EIN: 54-1337506

DATE: 12/24/2003
PAGE NUMBER: 42

| SOC SEC NUMBER / EMPLOYEE NAME | TAX CODES | GROSS EARNINGS | FEDERAL INCOME TAX WITHHELD | SOCIAL SECURITY WAGES | SOCIAL SECURITY TAX WITHHELD | MEDICARE WAGES | MEDICARE TAX WITHHELD | TOTAL SUI TAXABLE WAGES | STATE INCOME TAX WAGES | STATE INCOME TAX WITHHELD | LOCAL INCOME TAX WAGES | SCORP | 401(K) | MA HEALTH INSURANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUED 001191 DAY, IAIN A | SUI 45 WK 51 | 411670 395348 | 395310 245509 | 395310 5732 | 395310 | 395310 16526 | 16360 | | | | | | | |
| *** STATE DISTRIBUTION *** STI 45 | SUI 45 WK 51 | 431670 558508 900285 940285 70048 | 395310 558298 | 395310 940285 13634 | 396310 964825 | 396310 940285 21760 | 16360 49080 | 4520/0 | | | | | | |
| ***** LIVED IN STATE ***** STI 45 | ST2 45 | 2618639 2480809 1058046 | 2618809 153810 | 2480809 345972 | 2503349 1200000 | 2480809 465963 | 137650 | | | | | | | |
| 572-27-06873 DEAN, STEVEN T 53 | STI 45 ST2 45 | 1491240 1186404 | 1442890 85634 | 1442890 205516 | 1454490 1080000 | | | | | | | | | |
| 0022257 002257 P 53 02 | SUI 45 WK 00 | 459380 463380 41645 | 459380 463380 27675 | 459380 463380 6472 | 459380 463380 83890 | 395310 16528 | 16360 | 4520/0 | | | | | 459380 | |
| *** SUI DISTRIBUTION *** SUI 02 WK 00 | SUI 02 WK 38 | 1031860 996110 41645 | 996110 14444 | 996110 14444 | 996110 996110 | | 48750 | | | | | | 459380 | |
| SUI 02 WK 27 | SUI 45 WK 27 | 459380 459380 41645 | 700000 700000 27675 | 700000 6472 | 459380 459380 | | 13090 | | | | | | 459380 | |
| *** STATE DISTRIBUTION *** STI 53 | SUI 02 WK 38 | 459380 459380 41645 | 463380 27675 | 463380 6472 | 459380 83890 | | 13090 | 459380 | | | | | | |
| STI 53 | | 1491240 1186404 | 1442890 85634 | 1442890 20516 | 1455490 1080000 | | 48750 | 459380 | | | | | | |

COMPANY/CORP.NAME: COLGAN AIR INC
FEDERAL EIN: F4-13375506
QUARTER ENDING: 09/30/2003

## Wage and Tax Register
### *** DETAIL PAGE ***

ADP Automatic Data Processing — BALTIMORE REGION

12/24/2003   85.00   01.00 01 1
PAGE NUMBER: 43

| SOCIAL SECURITY NUMBER | EMPLOYEE NAME | TAX CODES | DEPT NUMBER | GROSS EARNINGS | FEDERAL TAXABLE WAGES | FEDERAL INCOME TAX WITHHELD | SOCIAL SECURITY WAGES | SOCIAL SECURITY TAX WITHHELD | MEDICARE WAGES | MEDICARE TAX WITHHELD | STATE 1 TAXABLE WAGES | STATE 1 INCOME TAX WITHHELD | LOCAL INCOME TAX WITHHELD | HOURS WORKED | HEALTH INSURANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTINUED | | | | | | | | | | | | | | |
| 002257 | DEAN, STEVEN T ***** | | 500211 | | | | | | | | | | | | |
| | STATE LIVED IN ST2 53 | ST2 53 | | | | | | | | | | | | | |
| 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 | DEATON, MATTHEW D | T 42   17 17 | 618983 | 311580 | 291330 | 508 | 291330 | 18062 | 291330 | 4224 | 291330 | 291330 | 20250 | | |
| 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 | DEBLOIS, TAMMY | P X 13 13 | 600109 | 182017 | 182017 | 5289 | 182017 | 12285 | 182017 | 2639 | 182017 | 182017 | | 2006 8 | |
| RT-H 0009.0700 | | | | | | | | | | | | | | | |
| 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 | DEER, LISA R | 01 19 | 514216 | 450309 | 450309 | 10618 | 450309 | 27919 | 450309 | 6529 | 450309 | 450309 | | | |
| 003045 | DEER, LISA R | 19 | | 855509 | 855509 | 831429 | 855509 | 831429 | 855509 | 831429 | 899509 | 831429 | 28080 | | |
| 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 | DEFRANCESCO, OLIVIA | P 50 32 | 501219 | 444548 | 426874 | 33397 | 426874 | 42564 | 425464 | 45419 | 425464 | 425464 | 56160 | | |
| 002241 | DEFRANCESCO, OLIVIA | | 1 | 1147758 | 1037804 | | 1037804 | 64309 | 1037804 | 15770 | 1037752 | 25551 | 59178 | | |
| 002314 | DEVARNATT, KRAYTON O | 17 17 | 618983 | 768336 | 768336 | 11141 | 768336 | 47637 | 768336 | 11141 | 768336 | 27256 | | | |
| 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 | | | | | 1476224 | 95526 | 1476224 | 1476224 | 859550 | 1476224 | 53524 | | | | |
| 003120 | DELGUIDICE, JOSEPH A | 02 02 | 508982 | 2256427 | 2258427 | 33747 | 2258427 | 800100 | 2258427 | 81950 | 19500 | | | | |
| 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 | | | | 2313687 | 140023 | | | | | | | | | | |
| 002403 | DENNEHEY, MICHAEL T | 01 19 | 508216 | 316896 | 316896 | 3506 | 316896 | 322880 | 316896 | 15550 | 316896 | 9557 | 5984 | 322880 | 322880 |
| 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 | | | | 2244720 | 2244720 | 2244720 | 2244720 | 2244720 | 2244720 | 2244720 | 2244720 | 101158 | | | |

**Wage and Tax Register**

*** DETAIL PAGE ***

**ADP** Automatic Data Processing
BALTIMORE REGION

COMPANY/CORP NAME: COLGAN AIR INC.
FEDERAL EIN: 54-1357506
QUARTER ENDING: 12/31/2003

| | | |
|---|---|---|
| 01.00/01.1 | 01/09/2004 | 003/4/01115 |
| 88.00 | | 003/4/00819 |

PAGE NUMBER: 43

CONTINUED
001191  DAY, IAIN A

| Employee / Week | Dept No. | Federal Income Tax Wages | Social Security Wages | Medicare Wages | SUI Taxable Wages | State Income / Tax Wages | Local Income Tax Wages | Employer SDI Taxable Wages | MA Health Insurance | Weeks Worked / Fringe Benefits |
|---|---|---|---|---|---|---|---|---|---|---|
| SUI 02 WK 36 | 500104 | 452070 / 23632 | 427530 / 26307 | 427530 / 6199 | 452070 | 427530 / 2814 | 24590 | | 452070 | 10 |
| SUI 02 WK 36 | 2 | | | | | | | | | |
| SUI 45 WK 51 | | 863555 / 47107 | 814675 / 50698 | 814675 / 11810 | 814675 | 814675 / 20369 | 49080 | | | 17 |
| SUI 45 WK 51 | 2 | | | | | | | | | |
| *** STATE DISTRIBUTION *** | | 1275225 / 129285 | 1209785 / 75007 | 1209785 / 17942 | 1209785 | 1209785 / 36855 | 65440 | SCORP | | |
| STI 45 | 2 | | | | | | | | | |
| ***** LIVED IN STATE ***** | | 3319924 / 3395284 / 232953 | 3295308 / 700000 | 3295384 / 47782 | 3319824 / 1200000 | 3295284 / 862272 | 186710 | 452070 | 459380 | 28 |
| ST2 45 | 2 | | | | | | | | | |
| ST2 45 | | | | | | | | | | |
| 002257 DEAN, STEVEN T | | 1192240 / 1412890 / 136094 | 1442490 / 85934 / 700000 | 1442490 / 20516 | 1455490 / 108000 | 48750 | 130000 | | 459380 | 38 |
| 572-53-27-0673 | 1 | | | | | | | | | |
| SUI 02 WK 00 | | | | | | | | | | |
| SUI 02 WK 00 | 1 | | | | | | | | | |
| SUI 45 WK 27 | | 1031860 / 996110 / 96049 | 996110 / 617559 / 700000 | 996110 / 14444 | 996110 / 996110 | 35750 | | | 459380 | 10 |
| SUI 45 WK 27 | 1 | | | | | | | | | |
| SUI 02 WK 38 | | 459380 / 44645 | 446380 / 27675 | 446380 / 6472 | 459380 / 83890 | | | | | |

**Wage and Tax Register**

**\*\*\* DETAIL PAGE \*\*\***

ADP — Automatic Data Processing — BALTIMORE REGION

COMPANY/CORP NAME: COLGAN AIR INC

FED/STATE EIN: 54-1337506

QUARTER ENDING: 12/31/2003

TSR: 01.00/01.1 / 86.00

RUN DATE: 01/08/2004 / 2003/4/01115 / 2003/4/00119

PAGE NUMBER: 44 / 44

| Employee | SSN / Options | Fed Exempt | Gross Earnings / Fed Income Tax Withheld / EIC | Social Security Wages / Tax Withheld / Dependent FSA | Medicare Wages / Tax Withheld / Medical FSA | SUI Taxable / Total SUI Wages | SDI Taxable / State Income Tax Wages | State Income Tax Withheld | Local Income Tax Wages / Withheld | Cafe 125 / Employer SDI Taxable Wages | Hours Worked | Weeks Worked / Taxable Fringe Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUED \*\*\* STATE DISTRIBUTION \*\*\* ST1 53 | | 1 | 500211 | | | | | | | | | |
| DEAN, STEVEN T 002257 | STI 53 | 1 | 1491220 / 138094 | 1442490 / 89424 | 1442490 / 20916 | 1455190 / 1080000 | 291330 | 48750 | | 459380 | | |
| \*\*\*\*\* LIVED IN STATE \*\*\*\*\* | ST2 53 ST1 53 | | 1442490 / 700000 | 1442490 / 700000 | 1442490 / 20916 | 1455190 / 1080000 | 291330 | | | | 11544 | |
| DEATON, MATTHEW D 002313 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 T 42 | ST2 53 | 1 | 115380 / 293380 / 508 | 29230 / 116622 | 29230 / 203216 | 297300 / 80.7 | 291330 | 2025.0 | | | | |
| DEBLOIS, TAMMY 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 P X 13 13 RT-H 0009.0700 | ST-H | 1 | 1121105 / 66886 | 1121105 / 69551 | 1121105 / 11626 | 1121105 / 800000 | 1121105 / 11965 | | | | 9 | |
| DEE, LISA R 003045 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 | 01 19 | 2 | 562414 / 561304 / 74802 | 562414 / 74870 / 78944 | 562414 / 8155 | 805024 / 850000 | 562414 / 5834 | 28090 | SCORP | | 46 | |
| DEFRANCESCO, OLIVIA 002241 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 P 50 32 | F | 1 | 471841 / 459997 / 36500 | 450997 / 27962 | 450997 / 6539 | 450997 / 142652 | 450997 / 11288 | 84210 | | | 42 | |
| DEJARNATT, KLAYTON O 002314 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 17 17 | | 5 | 819924 / 799524 / 206624 | 799524 / 799524 | 799524 / 11626 | 799524 / 799924 | 799924 / 28136 | 80022 | | | | |
| DELGUIDICE, JOSEPH A 003120 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 02 02 | | 0 | 816362 / 798410 / 1157090 | 816362 / 495501 | 816362 / 11577 | 816362 / 757120 | 798410 / 390079 | 17952 | | 816362 | 21 | |

2001    Automatic    Data    Processing

OCT-03-2005 12:04

ADP

**Master Control**

**COLGAN AIR, INC**
Company Code: MVM

Batch: 6528-052    Period Ending: 08/31/2003
Pay Date: 09/05/2003    Week 36    Page 56

| PERSONNEL | PAY | TAX STATUS | SCHEDULED AMOUNTS | ACCUMULATIONS TO DATE |
|---|---|---|---|---|

**DEAN,STEVEN T**
913 S MAIN ST
APT 260
EULESS,TX 76040

Stat: ACTIVE
SSN: 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
Title: FO

File: 002257
Dept:
Check: F
Coll:

Sex: M Hire: 10/02/2002
Race: 1 Birth: 10/28/1984
Group: 2 Last Inc: 11/15/2002
Term:

Cur Gross: 750.00
Hourly Rate: 20.0000
Reha Calc: 3
LVW: 38    NWW: 38
Std Hours: 37.50
Pay Group: 2
Paid 12h of Month: 1,2
Prior Qtr Month 3

Marital Status: S-SINGLE
Federal:    Semi-Mon
01 Exemptions
53 TX
53 TX (Lived in)
02 MA SUI/DI
State Reciprocity Cd 2

| | | |
|---|---|---|
| 14,912.40 | Y Gross | 4,993.80 Q Gross |
| 1,380.54 | Y FIT | 416.45 Q FIT |
| 894.34 | Y SS | 278.75 Q SS |
| 209.16 | Y MED | 64.72 Q MED |
| 15.04 | Allowed S | 15.04 Q MED |
| 800.00 | Acc 01 REG H | 12,000.00 Acc 02 REG E |
| 441.00 | Acc 07 UNIF | 497.60 Acc 08 HEALT |
| 2,912.40 | Acc 12 OVBA | 422.90 Acc 16 |
| 745.62 | Acc 17 POP H | 130.00 Acc 36 PREFA |
| 497.60 | Acc 37 PREFA | 138.80 Acc 84 YTD P |

**DEATON,MATTHEW D**
1468 CRAIG CT
PORT ORANGE,FL 32129

Stat: TERMINATED
SSN: 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
Title: DISP

File: 002313
Dept:
Coll: P X

Sex: M Hire:
Race: 1 Birth:
Group: 9 Last Inc:
Term:

Cur Gross: 0.00
Hourly Rate: 12.0000
Reha Calc: 3
LVW: 10    NWW: 09
Prior Qtr Month: 1,2

Marital Status: M-MARRIED
Federal:    Semi-Mon
05 Exemptions
17 VA
17 VA (Lived in)
17 VA SUI/DI
State Reciprocity Cd 2

| | | |
|---|---|---|
| 5.08 | Y FIT | 0.00 Q FIT |
| 150.02 | Y SS | 0.00 Q SS |
| 42.24 | Y MED | 0.00 Q MED |
| 2,838.20 | Acc 02 REG E | |
| 4.70 | Acc 03 OT HC | 54.00 Acc 03 OT EA |
| 202.50 | Acc 08 HEALT | 67.50 Acc 16 |
| 257.30 | Acc 17 POP H | 16.00 Acc 23 HOLID |
| 192.00 | Acc 24 HOLID | 202.50 Acc 37 PREFA |

**DEBLOIS,TAMMY**
269 CREEK ROAD
PO BOX 321
WALLINGFORD,VT 05773

Stat: ACTIVE
SSN: 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
Title: CSR

File: 002313
Dept: 610105
Check:
Coll: P X

Sex: F Hire: 10/15/2000
Race: 1 Birth: 04/20/1956
Group: 9 Last Inc: 01/07/2003
Term:

Cur Gross: $24.25
Hourly Rate: 9.0710
Reha Calc: 3
LVW: 38    NWW: 36
Paid 12h of Month: 1,2
Prior Qtr Month 3

Marital Status: S-SINGLE
Federal:    Semi-Mon
01 Exemptions
13 VT
13 VT (Lived in)
13 VT SUI/DI

| | | |
|---|---|---|
| 4,408.87 | Y Gross | 1,726.75 Q Gross |
| 106.18 | Y FIT | 52.89 Q FIT |
| 273.40 | Y SS | 107.06 Q SS |
| 63.94 | Y MED | 25.04 Q MED |
| 38.63 | Y State 1 | 19.42 Q State 1 |
| 4,112.63 | Acc 02 REG H | 453.43 Acc 07 UNIF |
| 483.78 | Acc 17 POP H | 74.71 Acc 07 UNIF |
| 79.00 | Acc 60 YTD N | 70.40 Acc 60 YTD N |

**DEELISA,R**
40 SNOWBERRY WAY
BALLSTON SPA,NY 12020

Stat: ACTIVE
SSN: 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
Title: CLRK

File: 003045
Dept: 514216
Check:
Coll:

Sex: F Hire: 03/31/2003
Race: 1 Birth: 02/14/1968
Group: 9 Last Inc: 04/14/2003
Term:

Cur Gross: 1,397.45
Hourly Rate: 14.0000
Reha Calc: 3
LVW: 36    NWW: 25
Paid 12h of Month: 1,2

Marital Status: S-SINGLE
Federal:    Semi-Mon
01 Exemptions
02 Exemptions
01 NY
19 NY SUI/DI

| | | |
|---|---|---|
| 13,348.17 | Y Gross | 7,119.42 Y Gross |
| 1,293.85 | Y FIT | 692.83 Q FIT |
| 428.30 | Q SS | 428.30 Q SS |
| 190.33 | Y MED | 99.93 Q MED |
| 479.52 | Y State 1 | 260.05 Q State 1 |
| 14.23 | Y SUI/DI | 6.50 Q SUI/DI |
| 82.39 | Acc 01 REG H | 11,527.46 Acc 07 REG E |
| 78.51 | Acc 04 OT HO | 1,548.71 Acc 04 OT EA |

**DEFRANCESCO,OLIVIA**
67 HAXVILLE ROAD
EXETER,NH 03822

Stat: ACTIVE
SSN:
Title:

File: 002241
Dept: 501215
Coll: P

Sex: F Hire:

Cur Gross: 675.00
Hourly Rate: 18.0000
Reha Calc: 3
LVW: 36    NWW: 37
Std Hours: 37.50

Marital Status: S-SINGLE
Federal:    Semi-Mon
01 Exemptions
50 RI
50 RI (Lived in)

| | | |
|---|---|---|
| 10,554.06 | Y Gross | 3,549.06 Q Gross |
| 724.48 | Y FIT | 252.77 Q FIT |
| 619.02 | Y SS | 209.26 Q SS |
| 144.95 | Y MED | 49.55 Q MED |
| 231.06 | Y State 1 | 80.74 Q State 1 |

MC

Exhibit 3

Time: 15:44                          Employee Bid Period Archive                          Page 208
        2257 FO DEAN, STEVEN                                        Bid Period APR03    01APR03 - 30APR03

DEAN, STEVEN
Blk: 0195 Sen: 00131 (817)797-3864          PO: Act no      Emp: 2257          APR03

| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |
|-----|------|-----|-----|-----|-----|------|-----|------|-----|-----|-----|-----|------|
| T01 | Q1127 | 0500 | 1349 | 0539 | 0629 | BQ12 | W16 | Q1128 | 0500 | 1350 | 0627 | 0642 | BQ12 |
| W02 | Q1127 | 0500 | 1405 | 0638 | 0647 | BQ12 | T17 | OFF |  |  |  |  | BQ12 |
| T03 | R04 | 0400 | 1600 |  | 0200 | BQ12 | F18 | OFF |  |  |  |  | BQ12 |
| F04 | OFF |  |  |  |  | BQ12 | S19 | OFF |  |  |  |  | BQ12 |
| S05 | OFF |  |  |  |  | BQ12 | S20 | OFF |  |  |  |  | BQ12 |
| S06 | OFF |  |  |  |  | BQ12 | M21 | Q1128 | 0500 | 1341 | 0606 | 0629 | BQ12 |
| M07 | Q1128 | 0500 | 1357 | 0628 | 0647 | BQ12 | T22 | Q1128 | 0500 | 1346 | 0614 | 0631 | BQ12 |
| T08 | Q1128 | 0500 | 1359 | 0633 | 0639 | BQ12 | W23 | Q1128 | 0500 | 1359 | 0614 | 0630 | BQ12 |
| W09 | Q1128 | 0500 | 1340 | 0603 | 0629 | BQ12 | T24 | OFF |  |  |  |  | BQ12 |
| T10 | OFF |  |  |  |  | BQ12 | F25 | OFF |  |  |  |  | BQ12 |
| F11 | OFF |  |  |  |  | BQ12 | S26 | OFF |  |  |  |  | BQ12 |
| S12 | OFF |  |  |  |  | BQ12 | S27 | OFF |  |  |  |  | BQ12 |
| S13 | OFF |  |  |  |  | BQ12 | M28 | BEV | 0500 | 1359 |  | 0300 | BQ12 |
| M14 | Q1128 | 0500 | 1349 | 0537 | 0629 | BQ12 | T29 | Q1128 | 0500 | 1343 | 0537 | 0629 | BQ12 |
| T15 | Q1128 | 0500 | 1345 | 0600 | 0629 | BQ12 | W30 | Q1128 | 0500 | 1338 | 0544 | 0629 | BQ12 |

Day Off: 16 Blk:YTD=0636:45 MTD=079:20 PROJ=079:20 CDT:MTD=090:19 PROJ=090:19

                                                      02SEP03   15:44:47

Exhibit
4

```
Date: 02SEP03                              COLGAN AIR                        Sabre CrewTrac
Time: 15:44                          Employee Bid Period Archive                  Page 209
          2257 FO DEAN,STEVEN                            Bid Period APR03   01APR03 - 30APR03
```

```
Q1127  01APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0849    Block 0539
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu      5985 PQI-BOS 0600 0735 0600 0718 BE1 0135 0118   042
Tu      5985 BOS-PQI 0800 0940 0800 0930 BE1 0140 0130   030
Tu      5987 PQI-BOS 1000 1135 1000 1122 BE1 0135 0122   043
Tu      5987 BOS-PQI 1205 1344 1205 1334 BE1 0139 0129
TOTAL BLK 0539  DUTY 0849  TAFB   849
```

```
Q1128  14APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0849    Block 0537
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo      5985 PQI-BOS 0600 0735 0600 0716 BE1 0135 0116   034
Mo      5985 BOS-PQI 0800 0940 0750 0920 BE1 0140 0130   040
Mo      5987 PQI-BOS 1000 1135 1000 1117 BE1 0135 0117   043
Mo      5987 BOS-PQI 1205 1344 1200 1334 BE1 0139 0134
TOTAL BLK 0537  DUTY 0849  TAFB   849
```

```
Q1127  02APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0905    Block 0638
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We      5985 PQI-BOS 0600 0735 0600 0740 BE1 0140 0140   020
We      5985 BOS-PQI 0800 0940 0800 0945 BE1 0145 0145   015
We      5987 PQI-BOS 1000 1135 1000 1143 BE1 0143 0143   037
We      5987 BOS-PQI 1205 1344 1220 1350 BE1 0139 0130
TOTAL BLK 0638  DUTY 0905  TAFB   905
```

```
Q1128  15APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0845    Block 0600
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu      5985 PQI-BOS 0600 0735 0600 0718 BE1 0135 0118   032
Tu      5985 BOS-PQI 0800 0940 0750 0940 BE1 0140 0140   040
Tu      5987 PQI-BOS 1000 1135 1000 1127 BE1 0135 0127   028
Tu      5987 BOS-PQI 1205 1344 1155 1330 BE1 0139 0135
TOTAL BLK 0600  DUTY 0845  TAFB   845
```

```
Q1128  07APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0857    Block 0628
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo      5985 PQI-BOS 0600 0735 0600 0721 BE1 0135 0121   029
Mo      5985 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150   020
Mo      5987 PQI-BOS 1000 1135 1000 1130 BE1 0135 0130   025
Mo      5987 BOS-PQI 1205 1344 1155 1342 BE1 0147 0147
TOTAL BLK 0628  DUTY 0857  TAFB   857
```

```
Q1128  16APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0850    Block 0627
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We      5985 PQI-BOS 0600 0735 0550 0735 BE1 0145 0145   015
We      5985 BOS-PQI 0800 0940 0750 0915 BE1 0140 0125   035
We      5987 PQI-BOS 1000 1135 0950 1127 BE1 0137 0137   028
We      5987 BOS-PQI 1205 1344 1155 1335 BE1 0140 0140
TOTAL BLK 0627  DUTY 0850  TAFB   850
```

```
Q1128  08APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0859    Block 0633
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu      5985 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135   025
Tu      5985 BOS-PQI 0800 0940 0800 0940 BE1 0140 0140   020
Tu      5987 PQI-BOS 1000 1135 1000 1129 BE1 0135 0129   026
Tu      5987 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0633  DUTY 0859  TAFB   859
```

```
Q1128  21APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0841    Block 0606
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo      5985 PQI-BOS 0600 0735 0550 0721 BE1 0135 0131   029
Mo      5985 BOS-PQI 0800 0940 0750 0930 BE1 0140 0140   030
Mo      5987 PQI-BOS 1000 1135 1000 1127 BE1 0135 0124   031
Mo      5987 BOS-PQI 1205 1344 1155 1326 BE1 0139 0131
TOTAL BLK 0606  DUTY 0841  TAFB   841
```

```
Q1128  09APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0840    Block 0603
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We      5985 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135   025
We      5985 BOS-PQI 0800 0940 0800 0933 BE1 0140 0133   027
We      5987 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135   030
We      5987 BOS-PQI 1205 1344 1205 1325 BE1 0139 0120
TOTAL BLK 0603  DUTY 0840  TAFB   840
```

```
Q1128  22APR03
CA01FC01FA00CF00CP00
Report 0500    Duty 0846    Block 0614
DAY    FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu      5985 PQI-BOS 0600 0735 0600 0727 BE1 0135 0127   023
Tu      5985 BOS-PQI 0800 0940 0750 0932 BE1 0142 0142   028
Tu      5987 PQI-BOS 1000 1135 1000 1129 BE1 0135 0129   026
Tu      5987 BOS-PQI 1205 1344 1155 1331 BE1 0139 0136
TOTAL BLK 0614  DUTY 0846  TAFB   846
```

```
Date: 02SEP03                           COLGAN AIR                        Sabre CrewTrac
Time: 15:44                      Employee Bid Period Archive                  Page 210
                 2257 FO DEAN,STEVEN                       Bid Period APR03   01APR03 - 30APR03
```

```
Q1128  23APR03
CA01FO01FA00CF00CP00
Report 0500   Duty 0859   Block 0614
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We     5985 PQI-BOS 0600 0735 0600 0723 BE1 0135 0135  027
We     5985 BOS-PQI 0800 0940 0750 0931 BE1 0141 0141  029
We     5987 PQI-BOS 1000 1135 1000 1131 BE1 0135 0131  034
We     5987 BOS-PQI 1205 1344 1205 1344 BE1 0139 0139
TOTAL BLK 0614  DUTY 0859  TAFB   859
```

```
Q1128  29APR03
CA01FO01FA00CF00CP00
Report 0500   Duty 0843   Block 0537
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu     5985 PQI-BOS 0600 0735 0600 0727 BE1 0135 0127  033
Tu     5985 BOS-PQI 0800 0940 0800 0923 BE1 0140 0123  037
Tu     5987 PQI-BOS 1000 1135 1000 1124 BE1 0135 0124  041
Tu     5987 BOS-PQI 1205 1344 1205 1328 BE1 0139 0123
TOTAL BLK 0537  DUTY 0843  TAFB   843
```

```
Q1128  30APR03
CA01FO01FA00CF00CP00
Report 0500   Duty 0838   Block 0544
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We     5985 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135  025
We     5985 BOS-PQI 0800 0940 0800 0922 BE1 0140 0122  038
We     5987 PQI-BOS 1000 1135 1000 1129 BE1 0135 0129  036
We     5987 BOS-PQI 1205 1344 1205 1323 BE1 0139 0118
TOTAL BLK 0544  DUTY 0838  TAFB   838
```

```
28APR03
t/t with kinzer
28APR03
PER MIKEY OK TO DROP AND ADD AS BEREAVEMENT LOSS
OF MOTHER THAT RAISED HIM

29APR03
t/t with kinzer
30APR03
t/t with kinzer
 cell phone not working, call PQI inn 207 764 3321 rm. 357
 TDY to HYA to fly saab pairing on 25th-27th. Per Dot. DL 6/9/03
check with acct. about res. for 7/31. he called to have us make a
ADV Notification        Q1128  04/28/03         FO      4419 04/25/03 14:51
DRP Drop Pairing        Q1128  04/28/03 04/28/03 FO     4419 04/25/03 14:51
BEV Death in family            04/28/03 04/28/03 FO     4419 04/25/03 14:51
ADV Notification        Q1128  04/30/03         FO      4419 04/24/03 19:00
ADV Notification        Q1131  04/30/03         FO      4419 04/24/03 19:00
ADV Notification        Q1128  04/29/03         FO      4419 04/24/03 19:00
ADV Notification        Q1131  04/29/03         FO      4419 04/24/03 19:00
ADV Notification        Q1131  04/28/03         FO      4419 04/24/03 19:00
ADV Notification        Q1128  04/28/03         FO      4419 04/24/03 19:00
TTD Trip Trade Drop Prg Q1131  04/30/03 04/30/03 FO     4419 04/24/03 18:56
TTA Trip Trade Add Prg  Q1128  04/30/03 04/30/03 FO     4419 04/24/03 18:56
TTA Trip Trade Add Prg  Q1128  04/29/03 04/29/03 FO     4419 04/24/03 18:56
TTD Trip Trade Drop Prg Q1131  04/29/03 04/29/03 FO     4419 04/24/03 18:56
TTD Trip Trade Drop Prg Q1131  04/28/03 04/28/03 FO     4419 04/24/03 18:56
```

```
Date: 02SEP03                              COLGAN AIR                              Sabre CrewTrac
Time: 15:44                        Employee Bid Period Archive                         Page 211
                2257 FO DEAN,STEVEN                         Bid Period APR03    01APR03 - 30APR03
TTA Trip Trade Add Prg  Q1128  04/28/03 04/28/03 FO    4419 04/24/03 18:56
AWD Bid Award           Q1131  04/30/03 04/30/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1131  04/29/03 04/29/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1131  04/28/03 04/28/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/23/03 04/23/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/22/03 04/22/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/21/03 04/21/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/16/03 04/16/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/15/03 04/15/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/14/03 04/14/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/09/03 04/09/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/08/03 04/08/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1128  04/07/03 04/07/03 FO    2371 03/24/03 13:13
R04 RESERVE 0400-1600   R04    04/03/03 04/03/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1127  04/02/03 04/02/03 FO    2371 03/24/03 13:13
AWD Bid Award           Q1127  04/01/03 04/01/03 FO    2371 03/24/03 13:13
```

2257 FO DEAN, STEVEN                                          Bid Period MAY03    01MAY03 - 31MAY03

| DEAN, STEVEN | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blk: 0295 Sen: 00131 (817)797-3864 | | | | | PQI BE1 FO | Emp: 2257 | MAY03 | | | | |
| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |

| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T01 | Q1155 | 0500 | 1355 | 0636 | 0636 | BQ12 | S17 | OFF | | | | | BQ12 |
| FO2 | Q1155 | 0500 | 1359 | 0629 | 0634 | BQ12 | S18 | OFF | | | | | BQ12 |
| S03 | R04 | 0400 | 1600 | | 0200 | BQ12 | M19 | OFF | | | | | BQ12 |
| S04 | OFF | | | | | BQ12 | T20 | OFF | | | | | BQ12 |
| M05 | OFF | | | | | BQ12 | W21 | OFF | | | | | BQ12 |
| T06 | OFF | | | | | BQ12 | T22 | Q1154 | 0500 | 1355 | 0610 | 0630 | BQ12 |
| W07 | Q1154A | 0505 | 1340 | 0600 | 0631 | BQ12 | F23 | Q1154 | 0500 | 1341 | 0617 | 0629 | BQ12 |
| T08 | Q1154 | 0500 | 1359 | 0649 | 0649 | BQ12 | S24 | Q1157 | 1315 | 1855 | 0255 | 0311 | BQ12 |
| FO9 | Q1154 | 0500 | 1359 | 0649 | 0649 | BQ12 | S25 | Q1156 | 0900 | 1345 | 0301 | 0314 | BQ12 |
| S10 | Q1154 | 0500 | 1359 | 0635 | 0639 | BQ12 | M26 | OFF | | | | | BQ12 |
| S11 | Q1156 | 0900 | 1351 | 0301 | 0314 | BQ12 | T27 | OFF | | | | | BQ12 |
| M12 | OFF | | | | | BQ12 | W28 | OFF | | | | | BQ12 |
| T13 | OFF | | | | | BQ12 | T29 | OFF | | | | | BQ12 |
| W14 | OFF | | | | | BQ12 | F30 | Q1154 | 0500 | 1359 | 0638 | 0654 | BQ12 |
| T15 | Q1154 | 0500 | 1359 | 0649 | 0649 | BQ12 | S31 | Q1157 | 1315 | 1905 | 0255 | 0311 | BQ12 |
| F16 | Q1154 | 0500 | 1359 | 0637 | 0649 | BQ12 | S01 | | | | | | |

Day Off: 15  Blk:YTD=0636:45 MTD=083:41  PROJ=083:41 CDT:MTD=088:19 PROJ=088:19

02SEP03    17:31:07

```
Date: 02SEP03                           COLGAN AIR                          Sabre CrewTrac
Time: 17:31                      Employee Bid Period Archive                    Page 231
              2257 FO DEAN,STEVEN                    Bid Period MAY03   01MAY03 - 31MAY03
```

```
Q1155  01MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0855   Block 0636
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th     5985 PQI-BOS 0600 0735 0600 0738 BE1 0138 0138  022
Th     5985 BOS-PQI 0800 0940 0800 0940 BE1 0140 0140  020
Th     5987 PQI-BOS 1000 1135 1000 1138 BE1 0138 0138  022
Th     5987 BOS-PQI 1205 1344 1200 1340 BE1 0140 0140
TOTAL BLK 0636  DUTY 0855  TAFB   855
```

```
Q1155  02MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0629
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     5985 PQI-BOS 0600 0735 0600 0730 BE1 0135 0130  025
Fr     5985 BOS-PQI 0800 0940 0755 0940 BE1 0145 0145  020
Fr     5987 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  030
Fr     5987 BOS-PQI 1205 1344 1205 1344 BE1 0139 0139
TOTAL BLK 0629  DUTY 0859  TAFB   859
```

```
Q1154A  07MAY03
CA01FC01FA00CF00CP00
Report 0505   Duty 0835   Block 0600
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We     4988 PQI-AUG 0550 0642 0550 0642 BE1 0052 0052  008
We     4988 AUG-BOS 0650 0735 0650 0735 BE1 0045 0045  025
We     4989 BOS-PQI 0800 0940 0800 0939 BE1 0140 0139  021
We     4989 PQI-BOS 1000 1135 1000 1124 BE1 0135 0124  041
We     4992 BOS-PQI 1205 1344 1205 1325 BE1 0139 0120
TOTAL BLK 0600  DUTY 0835  TAFB   835
```

```
Q1154  08MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0649
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th     4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135  015
Th     4989 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150  020
Th     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  020
Th     4992 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0649  DUTY 0859  TAFB   859
```

```
Q1154  09MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0649
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135  015
Fr     4989 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150  020
Fr     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  020
Fr     4992 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0649  DUTY 0859  TAFB   859
```

```
Q1154  10MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0635
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa     4988 PQI-BOS 0600 0735 0600 0731 BE1 0135 0131  019
Sa     4989 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150  020
Sa     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  030
Sa     4992 BOS-PQI 1205 1344 1205 1344 BE1 0139 0139
TOTAL BLK 0635  DUTY 0859  TAFB   859
```

```
Q1156  11MAY03
CA01FC01FA00CF00CP00
Report 0900   Duty 0451   Block 0301
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su     4989 PQI-BOS 1000 1135 1000 1130 BE1 0135 0130  035
Su     4992 BOS-PQI 1205 1344 1205 1336 BE1 0139 0131
TOTAL BLK 0301  DUTY 0451  TAFB   451
```

```
Q1154  15MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0649
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th     4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135  015
Th     4989 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150  020
Th     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  020
Th     4992 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0649  DUTY 0859  TAFB   859
```

```
Q1154  16MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0859   Block 0637
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     4988 PQI-BOS 0600 0735 0600 0723 BE1 0135 0123  027
Fr     4989 BOS-PQI 0800 0940 0750 0940 BE1 0150 0150  020
Fr     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  020
Fr     4992 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0637  DUTY 0859  TAFB   859
```

```
Q1154  22MAY03
CA01FC01FA00CF00CP00
Report 0500   Duty 0855   Block 0610
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th     4988 PQI-BOS 0600 0735 0600 0730 BE1 0135 0130  030
Th     4989 BOS-PQI 0800 0940 0800 0930 BE1 0140 0130  030
Th     4989 PQI-BOS 1000 1135 1000 1130 BE1 0135 0130  030
Th     4992 BOS-PQI 1205 1344 1200 1340 BE1 0140 0140
TOTAL BLK 0610  DUTY 0855  TAFB   855
```

```
Date: 02SEP03                           COLGAN AIR                          Sabre CrewTrac
Time: 17:31                       Employee Bid Period Archive                   Page 232
            2257 FO DEAN,STEVEN                         Bid Period MAY03   01MAY03 - 31MAY03
```

```
Q1154  23MAY03
CA01FC01FA00CF00CP00
Report 0500    Duty 0841    Block 0617
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135    015
Fr     4989 BOS-PQI 0800 0940 0750 0926 BE1 0140 0136    034
Fr     4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135    020
Fr     4992 BOS-PQI 1205 1344 1155 1326 BE1 0139 0131
TOTAL BLK 0617  DUTY 0841  TAFB   841
```

```
Q1157  24MAY03
CA01FC01FA00CF00CP00
Report 1315    Duty 0540    Block 0255
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa     4992 PQI-BOS 1415 1550 1415 1550 BE1 0135 0135    130
Sa     4994 BOS-PQI 1730 1906 1720 1840 BE1 0136 0120
TOTAL BLK 0255  DUTY 0540  TAFB   540
```

```
Q1156  25MAY03
CA01FC01FA00CF00CP00
Report 0900    Duty 0445    Block 0301
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Su     4989 PQI-BOS 1000 1135 1000 1126 BE1 0135 0126    029
Su     4992 BOS-PQI 1205 1344 1155 1330 BE1 0139 0135
TOTAL BLK 0301  DUTY 0445  TAFB   445
```

```
Q1154  30MAY03
CA01FC01FA00CF00CP00
Report 0500    Duty 0859    Block 0638
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Fr     4988 PQI-BOS 0600 0735 0600 0719 BE1 0135 0119    036
Fr     4989 BOS-PQI 0800 0940 0755 0940 BE1 0145 0145    010
Fr     4989 PQI-BOS 1000 1135 0950 1135 BE1 0145 0145    020
Fr     4992 BOS-PQI 1205 1344 1155 1344 BE1 0149 0149
TOTAL BLK 0638  DUTY 0859  TAFB   859
```

```
Q1157  31MAY03
CA01FC01FA00CF00CP00
Report 1315    Duty 0550    Block 0255
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa     4992 PQI-BOS 1415 1550 1415 1540 BE1 0135 0125    140
Sa     4994 BOS-PQI 1730 1906 1720 1850 BE1 0136 0130
TOTAL BLK 0255  DUTY 0550  TAFB   550
```

```
25MAY03
tt trachsel


29MAY03
DROP DUE TO 34 AND 7 ISSUE
  TDY to HYA to fly saab pairing on 25th-27th. Per Dot.  DL 6/9/03
  check with acct. about res. for 7/31. he called to have us make a
ADV Notification        Q1154  05/29/03        FO    4137 05/25/03 11:54
DRP Drop Pairing        Q1154  05/29/03 05/29/03 FO   2371 05/22/03 16:50
ADV Notification        Q1160  05/25/03        FO    9573 05/07/03 13:34
```

```
Date: 02SEP03                                    COLGAN AIR                                      Sabre CrewTrac
Time: 17:31                               Employee Bid Period Archive                              Page 233
          2257 FO DEAN,STEVEN                                          Bid Period MAY03    01MAY03 - 31MAY03
ADV Notification       Q1156  05/25/03            FO      9573 05/07/03 13:34
ADV Notification       Q1154  05/17/03            FO      9573 05/07/03 13:34
ADV Notification       Q1157  05/17/03            FO      9573 05/07/03 13:34
ADV Notification       Q1156  05/11/03            FO      9573 05/07/03 13:34
MMM Modified Pairing   Q1154  05/07/03            FO      5249 05/07/03 11:27
DRP Drop Pairing       Q1154  05/17/03 05/17/03 FO        717 05/06/03 14:31
ADD Assign Pairing     Q1156  05/25/03 05/25/03 FO        717 05/06/03 14:30
DRP Drop Pairing       Q1160  05/25/03 05/25/03 FO        717 05/06/03 14:29
ADD Assign Pairing     Q1156  05/11/03 05/11/03 FO        717 05/06/03 14:27
ADD Assign Pairing     Q1154  05/17/03 05/17/03 FO        717 05/06/03 14:16
DRP Drop Pairing       Q1157  05/17/03 05/17/03 FO        717 05/06/03 14:15
AWD Bid Award          Q1157  05/31/03 05/31/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/30/03 05/30/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/29/03 05/29/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1160  05/25/03 05/25/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1157  05/24/03 05/24/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/23/03 05/23/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/22/03 05/22/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1157  05/17/03 05/17/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/16/03 05/16/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/15/03 05/15/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/10/03 05/10/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/09/03 05/09/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/08/03 05/08/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1154  05/07/03 05/07/03 FO       2371 04/25/03 12:30
R04 RESERVE 0400-1600  R04    05/03/03 05/03/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1155  05/02/03 05/02/03 FO       2371 04/25/03 12:30
AWD Bid Award          Q1155  05/01/03 05/01/03 FO       2371 04/25/03 12:30
```

Date: 03OCT03
Time: 16:14
2257 FO DEAN, STEVEN

COLGAN AIR
Employee Bid Period Archive

Sabre CrewTrac
Page 207

Bid Period JUN03 01JUN03 - 30JUN03

DEAN, STEVEN PQI BE1 FO Emp: 2257 JUN03
Blk: 0205 Sen: 00131 (817)797-3864

| DTE | PAIR | BGN | END | BLK | CDT | TBES | DTE | PAIR | BGN | END | BLK | CDT | TBES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S01 | OFF | | | | | BQ12 | M16 | Q1155 | 0500 | 1349 | 0607 | 0629 | BQ12 |
| M02 | Q1155 | 0500 | 1348 | 0604 | 0629 | BQ12 | T17 | Q1155 | 0500 | 1349 | 0600 | 0629 | BQ12 |
| T03 | Q1155 | 0500 | 1350 | 0603 | 0629 | BQ12 | W18 | Q1155 | 0500 | 1351 | 0606 | 0629 | BQ12 |
| W04 | Q1155A | 0500 | 1145 | 0433 | 0450 | BQ12 | T19 | Q1155A | 0500 | 1230 | 0440 | 0513 | BQ12 |
| T05 | OFF | | | | | BQ12 | F20 | OFF | | | | | BQ12 |
| F06 | OFF | | | | | BQ12 | S21 | OFF | | | | | BQ12 |
| S07 | OFF | | | | | BQ12 | S22 | OFF | | | | | BQ12 |
| S08 | Q1158A | 1130 | 1350 | 0440 | 0453 | BQ12 | M23 | OFF | | | | | BQ12 |
| M09 | Q1155B | 0500 | 1347 | 0600 | 0614 | BQ12 | T24 | Q1155A | 1130 | 1356 | 0739 | 0808 | BQ12 |
| T10 | Q1155 | 0500 | 1348 | 0603 | 0629 | BQ12 | W25 | Q1003C | 0545 | 1651 | 0624 | 0719 | BQ12 |
| W11 | Q1155A | 0500 | 1155 | 0440 | 0450 | BQ12 | T26 | H1026B | 0500 | 1405 | 0626 | 0632 | BH12 |
| T12 | OFF | | | | | BQ12 | F27 | H1028D | 0615 | 1445 | 0630 | 0630 | BH12 |
| F13 | OFF | | | | | BQ12 | S28 | R04 | 0400 | 1600 | | 0200 | BH12 |
| S14 | OFF | | | | | BQ12 | S29 | OFF | | | | | BQ12 |
| S15 | OFF | | | | | BQ12 | M30 | OFF | | | | | BQ12 |

Day Off: 14 Blk:YTD=0636:45 MTD=087:55 PROJ=087:55 CDT:MTD=095:23 PROJ=095:23

03OCT03 16:14:17

```
Date: 03CT03                          COLGAN AIR                        Sabre CrewTrac
Time: 16:14                    Employee Bid Period Archive                   Page 208
        2257 FO DEAN,STEVEN                      Bid Period JUN03    01JUN03 - 30JUN03
```

```
Q1155  02JUN03                              Q1155  10JUN03
CA01FC01FA00CF00CP00                        CA01FC01FA00CF00CP00
Report 0500    Duty 0848    Block 0604      Report 0500    Duty 0848    Block 0603
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT    DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo  4988 PQI-BOS 0600 0735 0600 0731 BE1 0135 0131  029      Tu  4988 PQI-BOS 0600 0735 0600 0728 BE1 0135 0128  032
Mo  4989 BOS-PQI 0800 0940 0800 0930 BE1 0140 0130  010      Tu  4989 BOS-PQI 0800 0940 0800 0933 BE1 0140 0133  027
Mo  4989 PQI-BOS 1000 1135 0940 1115 BE1 0135 0135  050      Tu  4989 PQI-BOS 1000 1135 1000 1134 BE1 0135 0134  031
Mo  4992 BOS-PQI 1205 1344 1205 1333 BE1 0139 0128           Tu  4992 BOS-PQI 1205 1344 1205 1333 BE1 0139 0128
TOTAL BLK 0604  DUTY 0848  TAFB  848        TOTAL BLK 0603  DUTY 0848  TAFB  848
```

```
Q1155  03JUN03                              Q1155A  11JUN03
CA01FC01FA00CF00CP00                        CA00FC01FA00CF00CP00
Report 0500    Duty 0850    Block 0603      Report 0500    Duty 0655    Block 0440
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT    DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Tu  4988 PQI-BOS 0600 0735 0600 0730 BE1 0135 0130  030      We  4988 PQI-BOS 0600 0735 0600 0731 BE1 0135 0131  029
Tu  4989 BOS-PQI 0800 0940 0800 0932 BE1 0140 0132  028      We  4989 BOS-PQI 0800 0940 0800 0934 BE1 0140 0134  026
Tu  4989 PQI-BOS 1000 1135 1000 1131 BE1 0135 0131  034      We  4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  020
Tu  4992 BOS-PQI 1205 1344 1205 1335 BE1 0139 0130           We  LIMO BOS-PQI 1155 1155 1155 1155     0000
TOTAL BLK 0603  DUTY 0850  TAFB  850        TOTAL BLK 0440  DUTY 0655  TAFB  655
```

```
Q1155A  04JUN03                             Q1155  16JUN03
CA00FC01FA00CF00CP00                        CA01FC01FA00CF00CP00
Report 0500    Duty 0645    Block 0433      Report 0500    Duty 0849    Block 0607
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT    DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We  4988 PQI-BOS 0600 0735 0600 0730 BE1 0135 0130  025      Mo  4988 PQI-BOS 0600 0735 0600 0733 BE1 0135 0133  025
We  4989 BOS-PQI 0800 0940 0755 0928 BE1 0140 0133  032      Mo  4989 BOS-PQI 0800 0940 0800 0930 BE1 0140 0130  025
We  4989 PQI-BOS 1000 1135 1000 1130 BE1 0135 0130  015      Mo  4989 PQI-BOS 1000 1135 0955 1130 BE1 0135 0135  035
We  LIMO BOS-PQI 1145 1145 1145 1145     0000               Mo  4992 BOS-PQI 1205 1344 1205 1334 BE1 0139 0129
TOTAL BLK 0433  DUTY 0645  TAFB  645        TOTAL BLK 0607  DUTY 0849  TAFB  849
```

```
Q1158A  08JUN03                             Q1155  17JUN03
CA00FC01FA00CF00CP00                        CA01FC01FA00CF00CP00
Report 1130    Duty 0210    Block 0135      Report 0500    Duty 0849    Block 0600
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT    DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Sa  LIMO PQI-BOS 1130 1130 1130 1130     0000      035      Tu  4988 PQI-BOS 0600 0735 0600 0725 BE1 0135 0125  035
Sa  4992 BOS-PQI 1205 1344 1205 1340 BE1 0139 0135          Tu  4989 BOS-PQI 0800 0940 0800 0935 BE1 0140 0135  025
                                 Rest 1920                  Tu  4989 PQI-BOS 1000 1135 1000 1131 BE1 0135 0131  034
Report 0900    Duty 0450    Block 0305                      Tu  4992 BOS-PQI 1205 1344 1205 1334 BE1 0139 0129
Su  4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135  030     TOTAL BLK 0600  DUTY 0849  TAFB  849
Su  4992 BOS-PQI 1205 1344 1205 1335 BE1 0139 0130
TOTAL BLK 0440  DUTY 0700  TAFB 2620
```

```
Q1155B  09JUN03                             Q1155  18JUN03
CA01FC01FA00CF00CP00                        CA01FC01FA00CF00CP00
Report 0500    Duty 0847    Block 0600      Report 0500    Duty 0851    Block 0606
DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT    DAY  FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo  4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135  015     We  4988 PQI-BOS 0600 0735 0600 0730 BE1 0135 0130  030
Mo  9521 BOS-HYA 0735 0810 0750 0823 BE1 0035 0033  022     We  4989 BOS-PQI 0800 0940 0800 0936 BE1 0140 0136  024
Mo  9521 HYA-BOS 0830 0900 0845 0915 BE1 0030 0030  015     We  4989 PQI-BOS 1000 1135 1000 1129 BE1 0135 0129  036
Mo  4969 BOS-RUT 0930 1025 0930 1025 BE1 0055 0055  010     We  4992 BOS-PQI 1205 1344 1205 1336 BE1 0139 0131
Mo  4969 RUT-BOS 1035 1135 1035 1135 BE1 0100 0100  030     TOTAL BLK 0606  DUTY 0851  TAFB  851
Mo  4992 BOS-PQI 1205 1344 1205 1332 BE1 0139 0127
TOTAL BLK 0600  DUTY 0847  TAFB  847
```

```
Q1155A 19JUN03                              H1028D 27JUN03
CA00FO01FA00CF00CP00                        CA01FO01FA00CF00CP00
Report 0500   Duty 0730   Block 0440        Report 0615   Duty 0830   Block 0630
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT   DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th    4988 PQI-BOS 0600 0735 0600 0735 BE1 0135 0135   025   Fr    5000 HYA-LGA 0700 0802 0700 0825 BE1 0125 0125   020
Th    4989 BOS-PQI 0800 0940 0800 0935 BE1 0140 0135   025   Fr    5014 LGA-ORF 0810 0950 0845 1050 BE1 0205 0205   010
Th    4989 PQI-BOS 1000 1135 1000 1130 BE1 0135 0130   015   Fr    5014 ORF-LGA 1020 1200 1100 1245 BE1 0145 0145   030
Th    LIMO BOS-PQI 1145 1230 1145 1230     0023              Fr    5002 LGA-HYA 1230 1340 1315 1430 BE1 0115 0115
TOTAL BLK 0440  DUTY 0730  TAFB   730       TOTAL BLK 0630  DUTY 0830  TAFB   830
```

```
Q1155A 24JUN03
CA00FO01FA00CF00CP00
Report 1130   Duty 0204   Block 0129
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Mo    LIMO PQI-BOS 1130 1130 1130 1130     0000       035
Mo    4992 BOS-PQI 1205 1344 1205 1334 BE1 0139 0129

Report 0500   Duty 0856   Block 0610                  Rest  1526
Tu    4988 PQI-BOS 0600 0735 0600 0728 BE1 0135 0128   032
Tu    4989 BOS-PQI 0800 0940 0800 0931 BE1 0140 0131   029
Tu    4989 PQI-BOS 1000 1135 1000 1135 BE1 0135 0135   030
Tu    4992 BOS-PQI 1205 1344 1205 1341 BE1 0139 0136
TOTAL BLK 0739  DUTY 1100  TAFB  2626
```

```
Q1003C 25JUN03
CA01FO01FA00CF00CP00
Report 0545   Duty 1106   Block 0624
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
We    4988 PQI-BOS 0630 0805 0620 0753 BE1 0135 0133   047
We    4989 BOS-PQI 0840 1015 0840 1003 BE1 0135 0123   037
We    4989 PQI-BOS 1040 1215 1040 1210 BE1 0135 0130   025
We    9529 BOS-ALB 1245 1345 1235 1329 BE1 0055 0054   107
We    9529 ALB-HYA 1436 1536 1436 1540 BE1 0104 0104   011
We    LIMO HYA-PQI 1551 1651 1551 1651     0030
TOTAL BLK 0624  DUTY 1106  TAFB  1106
```

```
H1026B 26JUN03
CA01FO01FA00CF00CP00
Report 0500   Duty 0905   Block 0626
DAY   FLTNO DPT-ARV DEPS ARRS DEPA ARRA EQP CRDT BLKT GRNT
Th    5000 HYA-ACK 0600 0625 0600 0622 BE1 0025 0022   018
Th    5000 ACK-LGA 0640 0750 0640 0747 BE1 0110 0107   023
Th    5014 LGA-ORF 0810 0950 0810 0950 BE1 0140 0140 . 030
Th    5014 ORF-LGA 1020 1200 1020 1207 BE1 0147 0147   013
Th    5002 LGA-HYA 1230 1340 1220 1350 BE1 0130 0130
TOTAL BLK 0626  DUTY 0905  TAFB   905
```

04JUN03
DROP FOR 34 AND 7 ISSUE
04JUN03
RE ADDED DROPED ANOTHER DAY DURING AWARD
04JUN03
Kiewiet flying last BOS-PQI leg


07JUN03
taking Kiewiet's last BOS-PQI leg

```
Date: 03OCT03                              COLGAN AIR                          Sabre CrewTrac
Time: 16:14                          Employee Bid Period Archive                     Page 210
             2257 FO DEAN,STEVEN                              Bid Period JUN03   01JUN03 - 30JUN03
      TDY to HYA to fly saab pairing on 25th-27th. Per Dot. DL 6/9/03
      check with acct. about res. for 7/31. he called to have us make a
MMM Modified Pairing      H1028C 06/27/03           FO   4419 06/27/03 07:20
MMM Modified Pairing      H1028B 06/27/03           FO    717 06/26/03 14:56
ADV Notification          RRD    06/27/03           FO    717 06/26/03 14:24
ADV Notification          RRD    06/27/03           FO    717 06/26/03 14:24
MMM Modified Pairing      H1028A 06/27/03           FO   4419 06/26/03 13:38
MMM Modified Pairing      H1028  06/27/03           FO   4419 06/26/03 10:04
ADD Assign Pairing        H1028  06/27/03 06/27/03 FO    717 06/25/03 20:50
RRD Remove Reserve Day    R04    06/27/03 06/27/03 FO    717 06/25/03 20:50
MMM Modified Pairing      H1026A 06/26/03           FO    717 06/25/03 16:00
MMM Modified Pairing      Q1003B 06/25/03           FO   4419 06/25/03 13:59
MMM Modified Pairing      Q1003A 06/25/03           FO   4419 06/25/03 12:49
MMM Modified Pairing      Q1003  06/25/03           FO   4137 06/25/03 21:01
ADV Notification          RRD    06/27/03           FO   4137 06/23/03 20:56
ADV Notification          R04    06/27/03           FO   4137 06/23/03 20:56
ADV Notification          R04    06/26/03           FO   4137 06/23/03 20:56
ADV Notification          RRD    06/26/03           FO   4137 06/23/03 20:56
ADV Notification          H1026A 06/26/03           FO   4137 06/23/03 20:56
ADV Notification          RRD    06/26/03           FO   4137 06/23/03 20:56
ADV Notification          RRD    06/25/03           FO   4137 06/23/03 20:56
ADV Notification          Q1003  06/25/03           FO   4137 06/23/03 20:56
ADV Notification          RRD    06/25/03           FO   4137 06/23/03 20:56
ADV Notification          R04    06/25/03           FO   4137 06/23/03 20:56
RRD Remove Reserve Day    R04    06/26/03 06/26/03 FO   4137 06/23/03 17:31
ADD Assign Pairing        H1026A 06/26/03 06/26/03 FO   4137 06/23/03 17:31
TBS Chg Base/Eqpt/Status  BQ12   06/26/03 06/28/03 FO   4137 06/23/03 14:24
TBS Chg Base/Eqpt/Status  BQ12   06/26/03 06/27/03 FO   4137 06/23/03 14:23
TBS Chg Base/Eqpt/Status  BQ12   06/26/03 06/26/03 FO   4137 06/23/03 14:23
RRD Remove Reserve Day    R04    06/25/03 06/25/03 FO   4137 06/23/03 14:23
ADD Assign Pairing        Q1003  06/25/03 06/25/03 FO   4137 06/23/03 14:23
MMM Modified Pairing      Q1155  06/24/03           FO   4137 06/22/03 20:15
TBS Chg Base/Eqpt/Status  BH12   06/27/03 06/27/03 FO   4137 06/22/03 14:38
TBS Chg Base/Eqpt/Status  BH12   06/26/03 06/27/03 FO   4137 06/22/03 14:37
MMM Modified Pairing      Q1155  06/19/03           FO   4419 06/19/03 11:53
MMM Modified Pairing      Q1155  06/11/03           FO   4137 06/11/03 11:55
R04 RESERVE 0400-1600     R04    06/27/03 06/27/03 FO    717 06/09/03 16:14
R04 RESERVE 0400-1600     R04    06/26/03 06/26/03 FO    717 06/09/03 16:14
R04 RESERVE 0400-1600     R04    06/25/03 06/25/03 FO    717 06/09/03 16:14
TBS Chg Base/Eqpt/Status  BH12   06/25/03 06/27/03 FO    717 06/09/03 16:14
RRD Remove Reserve Day    R04    06/27/03 06/27/03 FO    717 06/09/03 16:13
RRD Remove Reserve Day    R04    06/26/03 06/26/03 FO    717 06/09/03 16:13
RRD Remove Reserve Day    R04    06/25/03 06/25/03 FO    717 06/09/03 16:13
TBS Chg Base/Eqpt/Status  BQ12   06/25/03 06/27/03 FO    717 06/09/03 16:10
MMM Modified Pairing      Q1155A 06/09/03           FO   4137 06/09/03 06:53
MMM Modified Pairing      Q1155  06/09/03           FO   4137 06/09/03 06:40
MMM Modified Pairing      Q1158  06/08/03           FO   4137 06/04/03 11:46
MMM Modified Pairing      Q1155  06/04/03           FO   4137 06/04/03 11:44
ADD Assign Pairing        Q1155  06/04/03 06/04/03 FO   2371 05/22/03 16:51
DRP Drop Pairing          Q1155  06/04/03 06/04/03 FO   2371 05/22/03 16:48
R04 RESERVE 0400-1600     R04    06/28/03 06/28/03 FO   2371 05/20/03 23:12
R04 RESERVE 0400-1600     R04    06/27/03 06/27/03 FO   2371 05/20/03 23:12
R04 RESERVE 0400-1600     R04    06/26/03 06/26/03 FO   2371 05/20/03 23:12
R04 RESERVE 0400-1600     R04    06/25/03 06/25/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/24/03 06/24/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/19/03 06/19/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/18/03 06/18/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/17/03 06/17/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/16/03 06/16/03 FO   2371 05/20/03 23:12
AWD Bid Award             Q1155  06/11/03 06/11/03 FO   2371 05/20/03 23:12
```

```
Date: 03OCT03                                COLGAN AIR                            Sabre CrewTrac
Time: 16:14                            Employee Bid Period Archive                    Page 211
             2257 FO DEAN,STEVEN                              Bid Period JUN03   01JUN03 - 30JUN03
AWD Bid Award          Q1155  06/10/03 06/10/03 FO    2371 05/20/03 23:12
AWD Bid Award          Q1155  06/09/03 06/09/03 FO    2371 05/20/03 23:12
AWD Bid Award          Q1158  06/08/03 06/08/03 FO    2371 05/20/03 23:12
AWD Bid Award          Q1155  06/04/03 06/04/03 FO    2371 05/20/03 23:12
AWD Bid Award          Q1155  06/03/03 06/03/03 FO    2371 05/20/03 23:12
AWD Bid Award          Q1155  06/02/03 06/02/03 FO    2371 05/20/03 23:12
```

```
*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110
```

Mr. Steven Dean

Arrival:   06/25/03
Departure: 06/28/03

Room:    148
Cashier: 28
Page:    1

R E C E I P T      Radisson Hotel Hyannis, 06/28/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 06/25 | Room Charge | 148 | 65.00 | |
| 06/25 | Tax - State 5% | | 3.25 | |
| 06/25 | Tax - City 4.7% | | 3.06 | |
| 06/26 | Room Charge | | 65.00 | |
| 06/26 | Tax - State 5% | | 3.25 | |
| 06/26 | Tax - City 4.7% | | 3.06 | |
| 06/27 | Room Charge | | 65.00 | |
| 06/27 | Tax - State 5% | | 3.25 | |
| 06/27 | Tax - City 4.7% | | 3.06 | |
| 06/28 | Direct Bill | | | 213.93 |

Total       213.93    213.93

Balance               0.00 USD

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.   Free Nights.   Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

6002 (9/01)



Exhibit
5

*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110


Mr. Steven Dean

Arrival:    07/03/03
Departure: 07/08/03

Room:     310
Cashier:  23
Page:     1


R E C E I P T    Radisson Hotel Hyannis, 07/08/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date  | Text              | Room | Charges | Credits |
|-------|-------------------|------|---------|---------|
| 07/03 | Room Charge       | 310  | 65.00   |         |
| 07/03 | Tax - State 5%    |      | 3.25    |         |
| 07/03 | Tax - City 4.7%   |      | 3.06    |         |
| 07/04 | Room Charge       |      | 65.00   |         |
| 07/04 | Tax - State 5%    |      | 3.25    |         |
| 07/04 | Tax - City 4.7%   |      | 3.06    |         |
| 07/05 | Room Charge       |      | 65.00   |         |
| 07/05 | Tax - State 5%    |      | 3.25    |         |
| 07/05 | Tax - City 4.7%   |      | 3.06    |         |
| 07/06 | Room Charge       |      | 65.00   |         |
| 07/06 | Tax - State 5%    |      | 3.25    |         |
| 07/06 | Tax - City 4.7%   |      | 3.06    |         |
| 07/07 | Room Charge       |      | 65.00   |         |
| 07/07 | Tax - State 5%    |      | 3.25    |         |
| 07/07 | Tax - City 4.7%   |      | 3.06    |         |
| 07/08 | Direct Bill       |      |         | 356.55  |

Total        356.55      356.55

Balance                  0.00 USD

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

-002 (9/02)

*Radisson*

```
*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110
```

Mr. Steven Dean

Arrival:   07/10/03                     Room:      265
Departure: 07/14/03                     Cashier:   18
                                        Page:      1

R E C E I P T    Radisson Hotel Hyannis, 07/14/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/10 | Room Charge | 265 | 65.00 | |
| 07/10 | Tax - State 5% | | 3.25 | |
| 07/10 | Tax - City 4.7% | | 3.06 | |
| 07/11 | Room Charge | | 65.00 | |
| 07/11 | Tax - State 5% | | 3.25 | |
| 07/11 | Tax - City 4.7% | | 3.06 | |
| 07/12 | Room Charge | | 65.00 | |
| 07/12 | Tax - State 5% | | 3.25 | |
| 07/12 | Tax - City 4.7% | | 3.06 | |
| 07/13 | Room Charge | | 65.00 | |
| 07/13 | Tax - State 5% | | 3.25 | |
| 07/13 | Tax - City 4.7% | | 3.06 | |
| 07/14 | Direct Bill | | | 285.24 |

                        Total       285.24      285.24

                        Balance                 0.00 USD

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

*Radisson*

.002. (9/02)

```
*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110
```

```
Mr. Steven Dean                    Room:      415
                                   Cashier:   28
Arrival:   07/18/03                Page:      1
Departure: 07/21/03
```

I N V O I C E   N O. 68088   Radisson Hotel Hyannis, 07/21/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/18 | Room Charge | 415 | 65.00 | |
| 07/18 | Tax - State 5% | | 3.25 | |
| 07/18 | Tax - City 4.7% | | 3.06 | |
| 07/19 | Room Charge | | 65.00 | |
| 07/19 | Tax - State 5% | | 3.25 | |
| 07/19 | Tax - City 4.7% | | 3.06 | |
| 07/20 | Room Charge | | 65.00 | |
| 07/20 | Tax - State 5% | | 3.25 | |
| 07/20 | Tax - City 4.7% | | 3.06 | |
| 07/21 | Direct Bill | | | 213.93 |

```
                  Total        213.93    213.93

                  Balance                  0.00 USD
```

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

```
Guest
Signature _____
```



```
OCT-10-2005   14:29              7033618034                98%              P.05
```

Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110

Mr. Steven Dean

Arrival:   07/24/03
Departure: 07/29/03

Room:    230
Cashier: 18
Page:    1

R E C E I P T    Radisson Hotel Hyannis, 07/29/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/24 | Room Charge | 230 | 65.00 | |
| 07/24 | Tax - State 5% | | 3.25 | |
| 07/24 | Tax - City 4.7% | | 3.06 | |
| 07/25 | Room Charge | | 65.00 | |
| 07/25 | Tax - State 5% | | 3.25 | |
| 07/25 | Tax - City 4.7% | | 3.06 | |
| 07/26 | Room Charge | | 65.00 | |
| 07/26 | Tax - State 5% | | 3.25 | |
| 07/26 | Tax - City 4.7% | | 3.06 | |
| 07/27 | Room Charge | | 65.00 | |
| 07/27 | Tax - State 5% | | 3.25 | |
| 07/27 | Tax - City 4.7% | | 3.06 | |
| 07/28 | Room Charge | | 65.00 | |
| 07/28 | Tax - State 5% | | 3.25 | |
| 07/28 | Tax - City 4.7% | | 3.06 | |
| 07/29 | Direct Bill | | | 356.55 |

Total       356.55     356.55

Balance                 0.00 USD

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

*Radisson*

OCT-10-2005   14:29          7033618034                    98%              P.06

```
⌐Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110
```

```
Mr. Steven Dean

Arrival:   07/31/03                    Room:      416
Departure: 08/04/03                    Cashier:   43
                                       Page:      1
```

I N V O I C E   N O. 68838   Radisson Hotel Hyannis, 08/04/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|------|------|------|---------|---------|
| 07/31 | Room Charge | 416 | 65.00 | |
| 07/31 | Tax - State 5% | | 3.25 | |
| 07/31 | Tax - City 4.7% | | 3.06 | |
| 08/01 | Room Charge | | 65.00 | |
| 08/01 | Tax - State 5% | | 3.25 | |
| 08/01 | Tax - City 4.7% | | 3.06 | |
| 08/02 | Room Charge | | 65.00 | |
| 08/02 | Tax - State 5% | | 3.25 | |
| 08/02 | Tax - City 4.7% | | 3.06 | |
| 08/03 | Room Charge | | 65.00 | |
| 08/03 | Tax - State 5% | | 3.25 | |
| 08/03 | Tax - City 4.7% | | 3.06 | |
| 08/04 | Direct Bill | | | 285.24 |

```
                    Total            285.24    285.24

                    Balance                    0.00 USD
```

Thank you for choosing Radisson Hotel Hyannis.

We are glad to confirm your participation in Radisson Gold Rewards.
Your credit for this stay will be posted in 1 to 2 days.

Watch for more exciting partners being added to the Radisson Gold Rewards
network.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____



```
*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110
```

Mr. Steven Dean

Arrival:    08/18/03                    Room:      244
Departure:  08/20/03                    Cashier:   18
                                        Page:      1


R E C E I P T      Radisson Hotel Hyannis, 08/20/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date  | Text            | Room | Charges | Credits |
|-------|-----------------|------|---------|---------|
| 08/18 | Room Charge     | 244  | 65.00   |         |
| 08/18 | Tax - State 5%  |      | 3.25    |         |
| 08/18 | Tax - City 4.7% |      | 3.06    |         |
| 08/19 | Room Charge     |      | 65.00   |         |
| 08/19 | Tax - State 5%  |      | 3.25    |         |
| 08/19 | Tax - City 4.7% |      | 3.06    |         |
| 08/20 | Direct Bill     |      |         | 142.62  |

                       Total        142.62    142.62

                       Balance                0.00 USD

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.


I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

*Radisson*

*Colgan Air
Accounts Payable
10652 Wakeman Ct
Suite 102
Manassas, DC 20110

Mr. Steven Dean

| | | | | |
|---|---|---|---|---|
| Arrival: | 08/25/03 | | Room: | 415 |
| Departure: | 08/27/03 | | Cashier: | 20 |
| | | | Page: | 1 |

Copy of Invoice 70255    Radisson Hotel Hyannis, 08/27/03

Make your next reservation via the WWW at - http://www.radisson.com

| Date | Text | Room | Charges | Credits |
|---|---|---|---|---|
| 08/25 | Room Charge | 415 | 65.00 | |
| 08/25 | Tax - State 5% | | 3.25 | |
| 08/25 | Tax - City 4.7% | | 3.06 | |
| 08/26 | Room Charge | | 65.00 | |
| 08/26 | Tax - State 5% | | 3.25 | |
| 08/26 | Tax - City 4.7% | | 3.06 | |
| 08/27 | Direct Bill | | | 142.62 |

| | | | |
|---|---|---|---|
| Total | | 142.62 | 142.62 |
| Balance | | | 0.00 US |

Thank you for choosing Radisson Hotel Hyannis.

Join Radisson Gold Rewards Today.  Free Nights.  Global Rewards.

See the Front Desk for more information.

I agree that my liability for this bill is not waived and agree to be held personally responsible
in the event that the indicated person, company or association fails to pay for any portion
or the full amount of these charges.

Guest
Signature _____

*Radisson*

OCT-10-2005  14:29          7033618034          98%          P.09

# Colgan Air, Inc.



# Flight Crewmember
# Policy Handbook

**July 1999**

Exhibit
6

# Colgan Air, Inc.
## Flight Crew Policy Handbook

INDEX

# INDEX

| TOPIC | PAGE |
|---|---|
| Introduction | 1-1 |
| Personnel Procedures | 2-1 |
| Scheduling Procedures | 3-1 |
| Training Policy and Procedures | 4-1 |
| Professional Standards | 5-1 |
| Statement of Policy | 6-1 |
| Acknowledgement | 7-1 |

**Colgan Air, Inc.**

**Flight Crew Policy Handbook**

## 1. INTRODUCTION

The purpose of this appendix is to establish policies and guidelines for Flight Crews (Pilots) in areas not applicable to other personnel or not covered in other Company personnel policy manuals. This appendix supplements the personnel handbook which is applicable to all Company employees.

Colgan Air reserves the right at any time to suspend, discontinue or change any or all of such policies, practices or procedures.

**OPERATIONAL GOALS**

**Safety**

Our primary goal is to provide 100% safe transportation for our customers. Safety is the priority of Colgan Air. No other value or goal has more priority.

**Reliability**

Reliability means always flying all of our scheduled flights, and always being on time. The success of an airline is predicated on safety and reliability. The public measures the quality of an airline by its reliability.

**Reputation**

A positive reputation is an airline's best marketing tool Factors that contribute to a positive reputation include clean aircraft and stations, on time performance, professional pilot performance, timely correction of irregularities, and most of all, friendly, helpful people. These are the keys to building the best reputation in the Regional Airline industry.

## Remember: Passengers make our paychecks possible.

**Colgan Air, Inc.**
**Flight Crew Policy Handbook**

# 2. PERSONNEL PROCEDURES

## CONTENTS

Purpose

Divulgence of Company Information

Confidentiality

Probation

Attendance

Solicitations, Collections, & Company Property

Non-Colgan Air Flight Time

Employment Responsibilities & Policies

Discharge/Resignation/Separation

Communications

Seniority

Compensation & Flight Pay Guarantee

Temporary & Regular Base Assignments

The Pilot Records Improvement Act

Furloughs

# Colgan Air, Inc.
## Flight Crew Policy Handbook

## Confidentiality of Company Affairs

It is the policy of the Company that employees are not to make verbal or written statements, or displays concerning Company affairs to anyone outside the Company, including representatives of the press, radio, television, attorneys, investigators, government agency representatives or other airline's employees, without first obtaining the Company's consent to do so. Frequently, a statement made without full knowledge of the situation is misleading. Such statements can result in legal liability to the Company.

### Divulgence of Information

Employees shall respect the private status of all Company business and shall not reveal to any unauthorized person(s) the nature or contents of any form of conferences or meetings pertaining to Company affairs.

This policy prohibits employees from disclosing any business information to persons outside the organization. No information should be communicated in any manner without prior consent of the Company.

We reiterate the Company's commitment to upholding and enforcing these confidentiality policies. Violations of the confidentiality policies will be addressed promptly and could result in disciplinary action, including termination of employment.

Only the President, Executive Vice President, Vice President of Marketing, or persons directed to do so by them are authorized to make statements concerning company policies or activities to the public or the press. Any proposed release or statement must be cleared through them.

### Probation

All crewmembers are considered to be on probation for a period of 12 months following their hire date. During this period of evaluation, the company may discharge crewmembers without the benefit of any procedures that may be afforded regular non-probationary employees.

### Attendance

To ensure a smooth and efficient operation and support fellow employees, it is necessary that every employee report to work at the scheduled place and time. It is the crewmembers' responsibility to notify Crew Scheduling as soon as possible of any anticipated absence, the reason and probable duration, and to return to work as soon as possible thereafter. Poor attendance, regardless of the cause may force the company to take action.

# Colgan Air, Inc.
SECTION 2-3

**Flight Crew Policy Handbook**                        **Personnel Procedures**

Of particular concern is the absence of a crewmember at a reporting time causing a delay or cancellation. Such occurrences are "No Shows". Absences with reasonable notice due to sickness or absence due to personal injury making communications impossible, are not "No Shows". "No Shows" are subject to the following actions:

> First Occurrence: 1 week suspension & letter of reprimand
> Two Occurrences in 24 months: Termination

## Solicitations. Collections and Company Property

All company property and facilities are to be used solely for company business. Non-employees shall not be permitted access to company property at any time to solicit for any cause or to distribute material or literature of any kind for any purpose.

## Outside Employment

All pilots receiving the company flight pay guarantee are considered full time employees of Colgan Air *and* outside employment is discouraged. Any outside employment or activity which conflicts with company interests or involves the acceptance of any type of payment or commission from an outside source for services in connection with company business is not permitted. All Colgan Air employees are required to give their best efforts and devote full attention and energy to their assigned positions. Work for another airline is strictly prohibited.

## Flight Time Outside of Colgan Air

The company prohibits line qualified pilots from engaging in commercial flying outside of Colgan Air. Colgan Air will assume that for scheduling, planning, and regulatory purposes, no flight crewmember will engage in any commercial flying outside of Colgan Air. Exceptions to this paragraph are as follows:

> **Pleasure Flying**: Outside flying conducted under FAR Part 91 and for which the pilot is not receiving compensation.
> **Military Flying**: All flying in which the pilot is performing required flight crew duties under proper orders as a member of a Reserve or National Guard unit. Military flying requires as much advance notice as possible to Colgan Air if the pilot's schedule must be altered to meet the obligations to the military. The pilot is required to furnish the company a copy of the military orders for duty if requested.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

**SECTION 2-4**
**Personnel Procedures**

## Employment Responsibilities

**Physical Standards**: Pilots are required to maintain and have current FAA medical certifications appropriate to their assigned positions. First Officers will be required to have a First Class medical at the time of employment or upgrade only. Safety of flight and all employees' safety, welfare, and good health are key concerns to Colgan Air. As a consequence, the company may require a physical examination at any time there is probable cause to do so.

**Identification Badge**: The company will issue each flight crewmember a company identification badge. Federal security regulations require that this badge be worn at all times on company property and while engaged in work activities. These regulations further require the badge to be returned should the employee leave the company.

**Personnel Records**: Each employee is responsible for keeping certain personnel information current at all times. This may be done in writing directly to the Personnel Department. This information includes:

| | |
|---|---|
| Name | Current Address |
| Telephone Number | Emergency Contacts |

**Personal Telephone**: As a condition of employment, each pilot, must have the availability of a telephone at their residence to allow the company contact. During any period when a telephone is unavailable, it is the crewmember's responsibility to contact scheduling and personnel as necessary so as to be available for training and flight assignments. It is also the crewmember's responsibility to inform scheduling as soon as possible of any change in their current number. In no case will this notification be made more than 24 hours after becoming effective.

**Staying Legal For Flight**: The company will monitor flight crewmember requirements such as physical date, flight check and recurrent training dates, crew rest and flight time restrictions. However, it also remains the individual crewmember's responsibility to comply with all FARs and to notify the Chief Pilot's office and Crew Scheduling (when appropriate) as soon as they become aware of possible violations such as flight time restrictions, medical problems or any required training for which they have been scheduled. New medicals are due in the Chief Pilot's office by the 20th of the month in which they expire. If the medical is not in by that date, the crewmember will be removed from flight status.

## Discharge/Resignation/Separation

Upon termination/resignation date, a flight crewmember is required to return all company property to include: company manual, company I.D., airport I.D., any issued Interline passes, Buddy Passes, crew member wings, epaulets, keys, door/gate cards. In addition, flight crewmembers must submit their final Time and Duty report for actual hours worked, along with any expense reports requiring company reimbursement (all items are required where applicable).

As an employee of Colgan Air, Inc. you serve as an employee at will. You retain the right to terminate the employment relationship between yourself and Colgan Air, Inc. at any time.

---

# Colgan Air, Inc.
## Flight Crew Policy Handbook

SECTION 2-5

**Personnel Procedures**

Colgan Air has the same right. All other provisions of employment are the same as those found in the Company Personnel Policy Manual.

All crewmembers are requested to inform the company as far in advance as possible of the intended date of departure. A written letter of resignation must accompany verbal notification or follow as soon as possible.

Upon termination of employment, a pilot is entitled to be paid for unused vacation pay. Resignation with less than 14 days notice will result in the loss of all vacation. At the time of termination, all company manuals and ID badges must be returned to the company prior to the issuance of the employees final paycheck. This final paycheck will reflect deductions for any unreturned items due to the company as well as for any balances unpaid such as uniform payroll deduction. Crewmembers not returning their ID badge will be assessed a fine of $100.00. Additionally, their cases will be referred to FAA security as required by the security program.

## Communication

A number of methods exist by which the company will attempt to maintain effective and constant lines of communication.

1. Fax additions to daily crew paperwork will be utilized whenever information is discovered which must be brought to the attention of the crews in the field.
2. Pay envelope inserts will be issued for the dissemination of general administrative information.

## Seniority

Seniority at Colgan Air is based on date of hire. In the event that more than one crewmember is hired on the same date, seniority will be determined by age with the older being the most senior.

Effective 1/1/99 the Colgan Air Captain's seniority list is "locked-in" as it exists on that date. Notwithstanding the policy of date-of-hire seniority stated above, Captains on this list as of that date will retain their seniority as long as they remain in the employ of the company. All subsequent upgrades will be subject to the date-of-hire policy in the previous paragraph.

## Compensation and Flight Pay Guarantee

All crewmembers are guaranteed a minimum of seventy five (75) hours flight pay credit monthly after the completion of initial training. For these purposes, this will be considered as the successful completion of the appropriate proficiency check.

**During Training**:  At the completion of training, the new hire will receive one full month's guarantee of 75 hours flight pay.

Hourly pay for the credited hours will be as follows beginning with IOE:

# Colgan Air, Inc.

SECTION 2-6

## Flight Crew Policy Handbook

**Personnel Procedures**

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|------|-----|-----|-----|-----|-----|-----|-----|
| **Captain** | $28.00 | 29.50 | 31.00 | 32.50 | 34.00 | 35.50 | 37.00 |
| **F/O** | $16.00 | 18.00 | 20.00 | 21.00 | 22.00 | 23.00 | 24.00 |

Check Airmen will receive overrides (in addition to their regular pay) while performing the following functions:

| | |
|---|---|
| **Line Check Airman** | $  7.00 |
| **Flight Instructor/Simulator Instructor** | $  7.00 |
| **Proficiency Check Airman** | $ 10.00 |

Simulator instructors will be compensated 1.0 briefing/debriefing time for each four hour period. Classroom Instruction will be compensated at $25.00/hour up to a maximum of $150/day.

Pay will be based on actual block time, or a total of 75 hours, whichever is greater.

Crewmembers serving on reserve will receive 2 flight credit hours or actual block time, if they are used during the reserve period, whichever is greater.

The monthly guarantee shall be reduced by the number of credit hours for which a crewmember was scheduled during any month, but which he did not complete for reasons other than weather, vacation, illness or injury (to the extent the pilot has sufficient sick leave accrued), or requirements imposed by the company. Reasons for adjustment to the monthly guarantee are such occurrences as requested  time off, missed trips, military or personal leave. An opportunity will be made whenever possible to allow the crewmember to make up the lost time during the month in which he lost it. The adjustment to guarantee will consist of two (2) block hours credit per day missed or scheduled trip time, whichever is greater.

Flight Time and Duty reports are due in to the Chief Pilot by the 5th of the month.  Any sick claims must be accompanied by a completed vacation/leave request.

## Scheduled Overnight and Per Diem

When a flight crewmember is required by the company to remain overnight away from his base, he/she  will receive $1.10 per hour from their report time to the time they return to their home base.  For example, a pilot's show time is 11:00 a.m., and he returns to his base and is off duty at 3:00 p.m. the next day.  He will receive $30.80.  Per Diem is claimed on a form which must be submitted to the Chief Pilot for approval. Per Diem will only be paid for overnight trips and will not be paid for day trips.  See company Personnel Policy for more information.

Paydays will be the first and fifteenth of each month, at company headquarters for a total of 24 periods per year.  Checks for employees not residing in the area of headquarters will be sent to their crew base via an overnight delivery service such as Fedex.  One half  the monthly guarantee will be paid each payday.  Overtime and Per Diem due for a given month will be paid on the second payday of the following month.

Crewmembers who believe there is an error in the amount of pay should contact the Chief Pilot's office.  Errors will be rectified on the second paycheck of the following month.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

## Vacation

A flight crewmember taking earned vacation shall be credited 3 hours 45 minutes for each day of vacation.  Vacation can only be taken in weekly increments, with the maximum consecutive amount being 2 weeks.

Vacation is accrued in the follow manner:
1 year service-1 week vacation (18.75)
2 year service-2 weeks vacation (37.50)
3 years service-2 weeks vacation (37.50)
4 years service-3 weeks vacation (56.25)

A vacation preference bid will be conducted in November of each year.  Crewmembers are expected to take their vacations as requested.  Crewmembers may bid for vacation time not yet earned, but which will be by the time it is taken.  The company reserves the right to "black out" certain seasonal periods from vacation awards.   In addition to the annual preference bid, crewmembers claiming vacation time will submit a vacation/leave request form with their monthly bid for the period in question.   A crewmember who either upgrades or moves to another base will have to re-select a new vacation based on availability in the new position or base.  Previously awarded vacations in that base will not be changed.

Vacations will not be "carried over" from one year to the next unless a crewmember's vacation is canceled by the company for some reason, and it is not possible for the crewmember to re-schedule it during the time remaining in the current year.  In this event only,  the crewmember will be allowed to take the lost vacation in the coming year.

## Temporary and Regular Base Assignments

Base bids will occur in the case of vacancies and awards will be on the basis of seniority and crew qualification.

When a new flight crewmember is assigned to their initial base, Colgan Air will provide three hundred dollars ($300.00) to assist the new hire's relocation.

All expenses will be paid by the crewmember.

A crewmember selecting a new base either through direct base bid or by upgrading into an available slot will be responsible for all expenses connected with the transition.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

**SECTION 2-8**
**Personnel Procedures**

Flight Crewmembers who are transferred at the Company's request (forced move) will be reimbursed as follows:

- Three (3) nights accommodations (room and tax only).
- One relocation trip for employee (and spouse) to consist of two days with one overnight, transportation (mileage reimbursed at the prevailing rate of .27 cents per mile), lodging and meals.
- Cost of an appropriate sized rental vehicle to move personal belongings.
- Personal ground transportation to move family to new location at the prevailing mileage rate (one round trip).

All expenses must be pre-approved by the Director of Personnel prior to the actual move. Two estimates are required on rental vehicles. Expenses that were not approved prior to the move will not be reimbursed. The Company will not be responsible for damages incurred during the move.

All approved expenses must be submitted on an Expense Report form to the Director of Personnel for reimbursement.

Travel from a crewmember's base to any other in which the crewmember may be required for work will be provided by the company.

A temporary base assignment is any assignment for a period of ninety days or less. In the event of a temporary base assignment, the company will arrange for travel to and from the work location and its associated hotel. (Whenever possible, courtesy transportation will be utilized.) The crewmember will receive a per diem expense allowance of $1.10 for each hour away from base. This will be claimed on the appropriate company form and submitted to the Chief Pilot for approval. In certain cases, the Chief Pilot may approve the use of a crewmember's personal automobile. In this event, mileage in the amount of 27 cents per mile will be paid.

While commuting by crewmembers will be understood and accepted by the company, in no way will commuting be deemed a mitigating factor in the crewmember's scheduling, punctuality and demeanor. All crewmembers will be fully accountable for timely and on time appearance at their domicile. Any and all expenses incurred because of commuting will be borne by the crewmember.

Crewmembers commuting by air must report in base to scheduling no less than 3 hours prior to the departure of their flight. In no case will they commute inbound on the flight which will make up their outbound leg.

# Colgan Air, Inc.
**SECTION 2-9**

## Flight Crew Policy Handbook
**Personnel Procedures**

**Pilot Records Improvement Act/Background Checks**

In accordance with the Pilot Records Improvement Act effective February 6, 1997, Colgan Air will adhere to the following policies regarding this Act. Please note that these policies will only pertain to pilots who apply after the February 6, 1997 effective date.

Before releasing a pilot for Inflight Operating Experience (IOE)
Colgan Air will obtain:

FAA records on airman certificates, type ratings and enforcement actions resulting in violation finds.

2.    A Motor Vehicle Driving Record from the National Driver Register or the Department of Motor Vehicles.

3.    Records on the pilot from any air carrier or person who has employed the applicant **as a pilot** during the preceding 5 years including:

   a.    Physical exams, training proficiency, and professional competency records, including check airman comments and evaluations

   b.    Disciplinary actions that were not subsequently overturned

   c.    Resignation or termination of employment. Please note that if the prior carrier does not have five years of records, the hiring carrier can only obtain what records are currently available.

Colgan Air will obtain written consent of applicant before requesting records, provide a reasonable time period for the applicant to comment, and establish procedures to ensure privacy is maintained.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

In the event that another carrier requests the records of a Colgan Air pilot, the company will proceed as follows:

1.  Colgan Air will provide whatever appropriate FAA records are currently maintained.

2.  Within 30 days of receiving a request, Colgan Air will transmit all records that are currently maintained.

3.  Within 20 days of receiving the request, Colgan Air will advise the pilot in writing, that his/her records have been requested.

4.  Colgan Air will give all current pilots reasonable opportunity to review and comment upon their records.

5.  Colgan Air will maintain the pilot records for whatever time period the FARs currently mandate.

Under the Pilot Records Improvement Act, Colgan Air and it's agents and employees are immune from lawsuits by pilots for defamation, invasion of privacy and other claims resulting from release of or requests for records unless they knowingly include false information in the records and the records were altered in violation of the Federal Aviation Act

# Colgan Air, Inc.
**SECTION 2-11**

## Flight Crew Policy Handbook
**Personnel Procedures**

**Furlough/Layoff**

If it should become necessary for the company to reduce employment levels due to economic or unforeseen business conditions, it will do so based on company needs and seniority.

A furlough of less than 90 calendar days is considered temporary. If the employee is recalled and begins to work on or before the 90th day following the furlough date, then that employee will retain all company seniority accrued prior to the furlough date. Employees on a furlough status will continue to accrue company seniority for pay and benefit purposes. After the 90 day point is reached, the employee will be terminated.

When on furlough status, an eligible employee may elect to continue their medical coverage under COBRA. For additional information on continuing insurance coverage, please contact the Personnel Manager.

**Colgan Air, Inc.**

**Flight Crew Policy Handbook**

# 3. SCHEDULING

## CONTENTS

Reporting for Duty

Reserve

Lines of Time

Trip Trades

R.O.N. & Per Diem

# Colgan Air, Inc.
SECTION 3-2
## Flight Crew Policy Handbook
Scheduling

**Reporting for Duty**

Show time for all trips originating at domestic stations will be 45 minutes prior to scheduled departure at the gate or facility. The Captain may increase these times at his discretion. On arrival at the departure station, at or before show time, the Captain will "check in" with crew scheduling by telephone to verify that the entire crew is on site and ready for duty. This time will be logged as the crew's check in time. It is the responsibility of ALL crewmembers to insure that scheduling is notified at once of a missing crewmember. **The trip must be protected.**

Commuting crewmembers scheduled for a trip or sequence of trips will notify crew scheduling of their arrival in the departure city and verify contact number.

**Reserve**

Reserve may be incorporated into the schedule either as separate lines of time or as parts of regular lines. There are two categories of reserve.
1.  Normal reserve means that the crewmember is contactable within 30 minutes and is capable of being at his/her domicile airport, ready for duty within one hour of the contact.
2.  Standby means that the crewmember is at any assigned airport and ready for duty immediately on contact.

**Lines of Time**

It shall be the goal of scheduling to target 75 hours per month whenever possible in constructing lines of time. Crewmembers bidding on scheduled lines of time will be awarded these based on seniority at domicile. *Regardless of the amount of hours in a given bid line, the only guarantee in effect is the 75 hour monthly guarantee.* The monthly guarantee can be reduced under circumstances which are outlined in the compensation section of this manual.

Once a crewmember has been awarded a line of time, all flights and reserves appearing on that line are considered to be his or her responsibility unless specifically relieved of the responsibility by crew scheduling through a trade or re-schedule.

**Bidding**

Each month bid packages will be prepared for distribution to the domiciles no later than the fifteenth. The bid package will contain closing date for the receipt of bids. Crewmembers must bid by the closing date and time or they will be assigned any line not awarded by bid.

# Colgan Air, Inc.
**SECTION 3-3**

## Flight Crew Policy Handbook
**Scheduling**

**Trip Trades**

Because of the regulations and record keeping involved, crew scheduling must approve *all* trip trades. Trip trades should be submitted in writing well in advance of the flights involved. In certain circumstances, the paper requirement may be waived providing both parties involved in the trade speak directly with the scheduler. Trades will be approved unless they are submitted too late to process, are illegal, or result in additional expense for the company.

A trade resulting in one crewmember falling below his line guarantee while the other reaps overtime will be disapproved.

Crew scheduling will not engineer trip trades. This must be done by the crewmembers themselves.

**Colgan Air, Inc.**
**Flight Crew Policy Handbook**

## 4. TRAINING POLICY AND PROCEDURES

## CONTENTS

Purpose

Pilot Upgrade Committee

Training Difficulties

# Colgan Air, Inc.
## Flight Crew Policy Handbook

**Training Policy & Procedures**

**Purpose**

The purpose of this section is to outline the administrative policies for the training and advancement of pilots in the service of Colgan Air.

**Pilot Upgrade Committee**

The Colgan Air Pilot Upgrade Committee consists of the Director of Operations, the Chief Pilot, and Check Airmen. The pre-requisite experience level required for upgrade will be as follows:

1.    ATP or ATP written exam completed, 4000 hours total flight time, 1500 hours pilot-in-command, and 500 hours in the type aircraft in which the upgrade is to occur (or similar equipment) and a valid first class medical certificate;

    **or**

2.    ATP or ATP written exam completed, 2500 hours total flight time of which 800 hours must be in the type aircraft in which the upgrade is to occur, and a valid first class medical certificate.

Additional requirements to basic hours for upgrade which will be considered by the committee are seniority, maturity, leadership, technical ability, initiative, basic knowledge, business appearance, professional standards, customer sensitivity, and overall attitude. Except in cases of obvious deficiency (either in experience or other categories), the greatest weight will be given to seniority.

**Recurrent Training**

Crewmembers will be notified of recurrent training assignments in their monthly bid packages. When reporting to the training site, crewmembers should always have their uniforms and ID badges with them. While unlikely, it is nonetheless possible that the company could be forced to use them for flight duty.

**Training Difficulties**

**Upgrade Failures**: A candidate upgrading from one position to another who fails a simulator (or aircraft) check associated with upgrading to the position shall be given the following option:

1.    Have another check conducted within a reasonable amount of time after one additional period of training;

    **or**

2.    Be reassigned to his last position (following successful completion of the appropriate proficiency check) for a minimum period of 12 months before receiving additional re-training as determined by the Chief Pilot.

# Colgan Air, Inc.
SECTION 4-3

**Flight Crew Policy Handbook**                    **Training Policy & Procedures**

In the event that the failed check is a line check, the candidate may accept an additional 2 days of check airman surveillance followed by another line check.

If, after the additional training is completed, the candidate fails the second check, he will, at the option of the company be released from employment with Colgan Air.

**Initial and Recurrent Checks**:  If any flight crewmember fails a simulator (or aircraft) proficiency check, line check or any other check associated with initial new-hire, transition or recurrent training, he will be given additional training as soon as practical and, upon completion of that training, given a re-check.  Additional training will be as determined by the Chief Pilot and Director of Operations after consultation with the Check Airman, but in no case less than one full training period in the case of a proficiency check and two flights in the case of a line check.

If, after the additional training is completed, the crewmember fails the second check, he will, at the option of the company, be released from employment with Colgan Air.

**Equipment/Position Freeze**
A First Officer on one aircraft will not be trained for a First Officer position on another.

A pilot who completes Upgrade Training or Transition Training will not be selected for training for any other pilot position for a period of twelve (12) months.

**Colgan Air, Inc.**
**Flight Crew Policy Handbook**

# 5. PROFESSIONAL STANDARDS

## CONTENTS

Purpose

Business Meetings and Training

Fitness

Conduct in Uniform

Grooming

Uniforms and Accessories

Access

Alcohol Policy

Drug & Alcohol Testing Program

# Colgan Air, Inc.

## Flight Crew Policy Handbook

### Purpose

The purpose of the chapter is to define minimum professional standards required of all Colgan Air flight crewmembers. It is not the company's intent to interfere with employees personal habits and life styles. However, in so much as dress and conduct, both in or out of uniform, reflect upon the company, these standards are necessary.

### Business Meetings and Training

During operational meetings, simulator training, ground schools, flight training, etc., pilots will observe professional standards of conduct and dress. While the uniform is not required at these times, dress appropriate for the occasion is to be worn by all crewmembers. Dress while conducting business with the FAA or other government officials will be business attire (coat and tie). For all other above listed activities, shirt and slacks will be suitable with no coat required. Jeans are prohibited.

### Fitness

Pilots are to maintain reasonable standards of fitness and physical condition so as to not endanger their medical certification.

### Conduct in Uniform

When in uniform, crewmembers are expected to conduct themselves in a manner which will bring credit to Colgan Air. Crewmembers are not to enter bars, lounges, etc., while wearing any identifying insignia and under no circumstances are they allowed to consume alcohol while in uniform.

While in the presence of passengers or employees of other airlines, restraint as to tone and topic of conversation is to be exercised. Avoid congregating or lounging in the gate areas when possible. It should be kept in mind that casual or joking comments by crewmembers in uniform sometimes cause undue passenger concern. Always be mature and professional within hearing of the passengers.

If operational matters must be discussed by telephone, every attempt should be made to do so away from the gate.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

## Grooming

**Males**: Hair is to be neatly combed and cut so that it will not extend below the top of the collar or extend over the ears.  Moustaches are to be neatly trimmed and not extend beyond corners of the mouth.  Beards are not authorized.

**Females**: The wearing of shorter hair styles is encouraged.  While in uniform hair is to be styled so as not to extend more than four (4) inches below the top of the collar.  Longer hair should be worn "up" if possible.  Make-up and perfume are to be conservative.

## Uniforms

All crewmembers are required to purchase the company approved uniform through the company and to repair and replace items as necessary.  The purchase of the basic uniform may be defrayed through payroll deduction over a period of several paychecks.

Accessory items (hardware and epaulets) are provided directly by the company in the same manner as manuals and remain the property of the company.  Replacement of these items will be at the employee's expense.  In the event that the pilot is furloughed or resigns, the hardware and epaulets will be returned to the company or the amount of fifteen ($15.00) will be deducted from the pilot's final paycheck for each item not returned.

Flight Crews are truly the representatives of the airline at all times.  For that reason, when the uniform is appropriate for wear, it is to be worn in its entirety.  When out of the cockpit, sleeves should be rolled down, all shirt buttons must be buttoned, and tie fully in place.  Converting the uniform to street status (removal of insignia) is discouraged and should not be considered a normal action. If it is necessary to do this, it should be accomplished out of public view.

Uniform jackets or blazers will be worn during all periods of standard time. A plain V neck sweater may be worn under the jacket during cold weather.

Shoes and socks must be appropriate to the uniform.  For cockpit crews, black, plain toe oxfords are preferred.  Corfam (patent leather) shoes are not permitted.

## Access

The company identification and security badge will be furnished by the company.  This badge remains the property of Colgan Air or the appropriate issuing authority.  Badges must be displayed and visible at all times when in any Airport Operations Area or on company property. This means attaching the badge to the outermost garment being worn.  However, display using a neck chain is satisfactory as long as the devise is visible.  Any fines levied against the company because of a crewmembers improper display of his badge will be directly passed through to the employee.

# Colgan Air, Inc.

## Flight Crew Policy Handbook

**Restrictions on Alcohol**

Federal Aviation Administration regulations states no person may act or attempt to act as a crewmember of a civil aircraft within (8) hours after the consumption of any alcoholic beverages, while under the influence of alcohol, while using any drug that affects the person's faculties in any way contrary to safety, or, while having a .04 percent by weight or more alcohol in the blood. **Colgan Air's** company policy is to stringently enforce this regulation.

Under no circumstances are crewmembers to be observed consuming alcoholic beverages while in uniform whether on duty or not. Also, while in uniform, crewmembers should not be frequenting places other than restaurants where alcoholic beverages are served.

**NOTE:** The legal use of drugs for medical purposes may still diminish a crewmember's ability to safely perform their duties during a flight. It is therefore required that a crewmember research the full side effects of any drug they are using. They must also insure that their performance is not diminished as a result of drug intake.

**Drug/Alcohol Testing Program**

D.O.T. Testing: The Company has an established FAA approved Drug/Alcohol testing program. Specific details of this program and training will be handled by the Personnel Manager/Anti-Drug Managers.

Non-D.O.T. Testing: Colgan Air reserves the right to conduct non-D.O.T. drug and alcohol testing under circumstances of reasonable cause or reasonable suspicion.

**Refusal to Submit to a Requested Drug Test**

Covered employees may not refuse to submit to a periodic, post-accident, random, reasonable cause or follow-up test. Notice must be sent to the FAA/Civil Aviation Registry, Airmen Certification Branch (AFS-760) PO Box 25082, Oklahoma City, Oklahoma 73125 within 5 working days.

Further details are provided in the Colgan Air Drug/Alcohol Testing Program.

# Colgan Air, Inc.
## Flight Crew Policy Handbook

## 6.  STATEMENT OF POLICY

It is the policy of the Company that an understanding of the organizational structure is essential to the smooth running of the operation.  The company has been laid out in such a way that a direct chain of command exists from the CEO on down to all employees.  This chain can only function properly if it is kept unbroken.  For that reason, all employees must deal with their direct supervisor.  For instance, crews in the field are responsible to the Captain at all times.  All contact with the company when in the field should only come from the Captain.  Not only does this simplify matters, it also insures that the Captain remains "in the loop" at all times.  This simple principle is the foundation of our administrative policy.  Remember: If you go around your supervisor, you take him/her out of the loop.  For that reason, it will not be tolerated.

If, however, the Captain or other supervisor *is* the problem you wish to address, then the matter should be brought to the attention of the next person up the chain of command.

### Flight Operations Chain of Command

President
Executive Vice President
Vice President of Operations & Regulatory Compliance
Director of Operations
Chief Pilot
Captain
First Officer

**Colgan Air, Inc.**
**Flight Crew Policy Handbook**

## 7. ACKNOWLEDGEMENT

This is to acknowledge that I have received and read the contents of the Colgan Air Flight Crewmember Policy Handbook, dated July 1999 as well as the general Personnel Policy of the company.

I understand the policies outlined in these manuals and agree to abide by them to the best of my ability.

Name: (Print) _____

Signature: _____

Date: _____

**Lester, LeAnn C**

| | |
|---|---|
| **From:** | Thomas B. Almy [talmy@dglitigators.com] |
| **Sent:** | Tuesday, October 04, 2005 9:25 AM |
| **To:** | Lester, LeAnn C; Schiavo, Mary |
| **Cc:** | Joshua Wulf |
| **Subject:** | Dean v. Raytheon et al |



Flight Crew Policy
Handbook1 (...
        Mary: Attached please find a copy of Colgan's Flight Crewmember Policy
Handbook.   Tom

Thomas B. Almy
Dombroff & Gilmore
1676 International Drive, Penthouse
McLean, Virginia 22102
T: 703 336-8723
F: 703 336-8750

# Earnings Statement

**ADP**®

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

| CO. | FILE | DEPT. | CLOCK | NUMBER | 052 |
|---|---|---|---|---|---|
| MVM | 002257 | 500211 | F | 000052999 | 1 |

Period Ending:    08/31/2003
Pay Date:    09/05/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:    1
TX:    No State Income Tax
TX:    No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 12,000.00 |
| √/Gar | | | | 2,912.40 |
| **Gross Pay** | | | **$750.00** | 14,912.40 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -61.88 | 1,380.94 |
| Social Security Tax | | -46.50 | 894.34 |
| Medicare Tax | | -10.87 | 209.16 |
| **Other** | | | |
| Per Diem | | | -136.80 |
| Pretax Medical | | | 487.50 |
| Uniform | | | 441.00 |
| **Net Pay** | | **$630.75** | |

Your federal taxable wages this period are $750.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 15.04 |

© 1997 ADP, Inc.

◄ TEAR HERE    ©2001 Automatic Data Processing, Inc.

Exhibit
7

# Earnings Statement

**ADP**

CO.    FILE    DEPT.    CLOCK    NUMBER    052
MVM    002257    500211    M    0000052809    1

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Period Ending:    08/15/2003
Pay Date:    08/20/2003

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    1
  TX:    No State Income Tax
  TX:    No State Income Tax

Social Security Number: 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

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 11,250.00 |
| Ov/Gar | 20.0000 | 19.89 | 397.80 | 2,912.40 |
| **Gross Pay** | | | **$1,147.80** | 14,162.40 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | this period | year to date |
| Federal Income Tax | | -116.67 | 1,319.06 |
| Social Security Tax | | -69.14 | 847.84 |
| Medicare Tax | | -16.18 | 198.29 |
| | | | |
| Other | | | |
| Pretax Medical | | -32.50* | 487.50 |
| Per Diem | | | -136.80 |
| Uniform | | | 441.00 |
| **Net Pay** | | **$913.31** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,115.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 15.04 |

©2001 Automatic Data Processing, Inc.

# Earnings Statement

ADP®

| | | |
|---|---|---|
| CO. | FILE | DEPT. | CLOCK | NUMBER | 052 |
| MVM | 002257 | 500211 | | 0000052615 | 1 |

Period Ending:    07/31/2003
Pay Date:    08/05/2003

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    1
  TX:    No State Income Tax
  TX:    No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 10,500.00 |
| OV/Gar | | | | 2,514.60 |
| **Gross Pay** | | | **$750.00** | 13,014.60 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -57.00 | | 1,202.39 |
| Social Security Tax | -44.49 | | 778.70 |
| Medicare Tax | -10.40 | | 182.11 |
| **Other** | | | |
| Pretax Medical | -32.50* | | 455.00 |
| Per Diem | | | -136.80 |
| Uniform | | | 441.00 |
| **Net Pay** | | | **$605.61** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 13.16 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $717.50



COPY   COPY

COPY   COPY

©2001 Automatic Data Processing, Inc.

# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | NUMBER | 052 |
|-----|------|-------|-------|--------|-----|
| MVM | 002257 | 500160 | | 0000051844 | 1 |

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Period Ending:    05/31/2003
Pay Date:    06/05/2003

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    1
  ME:    1, Tax Blocked
  TX:    No State Income Tax

Social Security Number: 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

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 20.0000 | 37.50 | 750.00 | 7,500.00 |
| Ov/Gar | 20.0000 | 21.40 | 428.00 | 1,749.40 |
| **Gross Pay** | | | **$1,178.00** | 9,249.40 |

| Deductions | | | |
|------------|--|--|--|
| **Statutory** | | | |
| Federal Income Tax | -123.92 | | 859.61 |
| Social Security Tax | -71.02 | | 553.31 |
| Medicare Tax | -16.61 | | 129.40 |
| | | | |
| **Other** | | | |
| Pretax Medical | -32.50* | | 325.00 |
| Per Diem | | | -136.80 |
| Uniform | | | 441.00 |
| | | | |
| **Net Pay** | | **$933.95** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,145.50

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sick Balance | | 9.40 |



©2001 Automatic Data Processing, Inc.

# Earnings Statement

CO.    FILE    DEPT.    CLOCK    NUMBER    052
MVM    002257    500160    0000051652    1

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:         1
  ME:              1 Tax Blocked
  TX:              No State Income Tax

Social Security Number: 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

Period Ending:   05/15/2003
Pay Date:        05/20/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 6,750.00 |
| Ov/Gar | | | | 1,321.40 |
| **Gross Pay** | | | **$750.00** | 8,071.40 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -59.72 | | 735.69 |
| Social Security Tax | -44.48 | | 482.29 |
| Medicare Tax | -10.40 | | 112.79 |
| **Other** | | | |
| Pretax Medical | -32.50* | | 292.50 |
| Uniform | -41.00 | | 441.00 |
| Per Diem | | | -136.80 |
| **Net Pay** | | | **$561.90** |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $717.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 9.40 |

COPY
COPY
COPY
© 1991 ADP, Inc.

◀ TEAR HERE       ©2001 Automatic Data Processing, Inc.

# Earnings Statement

CO.        FILE     DEPT.     CLOCK     NUMBER
MVM   002257   500160             0000051463   1

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:                1
  ME:                     1 Tax Blocked
  TX:                     No State Income Tax

Social Security Number: 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

Period Ending:    04/30/2003
Pay Date:         05/05/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 6,000.00 |
| Ov/Gar | | | | 1,321.40 |
| **Gross Pay** | | | **$750.00** | 7,321.40 |

| Deductions | | | this period | year to date |
|---|---|---|---|---|
| **Statutory** | | | | |
| Federal Income Tax | | | -59.72 | 675.97 |
| Social Security Tax | | | -44.49 | 437.81 |
| Medicare Tax | | | -10.40 | 102.39 |
| **Other** | | | | |
| Pretax Medical | | | -32.50* | |
| Uniform | | | | 260.00 |
| Per Diem | | | -50.00 | 400.00 |
| | | | | -136.80 |
| **Net Pay** | | | **$552.89** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $717.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 7,52 |



TEAR HERE          ©2001 Automatic Data Processing, Inc.





© 1991 ADP, Inc.

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK NUMBER |
|-----|------|-------|--------------|
| MWI | 002257 | 500160 | 0000051251 1 |

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Period Ending: 04/15/2003
Pay Date: 04/21/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
ME: 1, Tax Blocked
TX: No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 20.0000 | 37.50 | 750.00 | 5,250.00 |
| Ov/Gar | 20.0000 | 22.76 | 455.20 | 1,321.40 |
| **Gross Pay** | | | **$1,205.20** | 6,571.40 |

| Deductions | this period | year to date |
|------------|-------------|--------------|
| **Statutory** | | |
| Federal Income Tax | -128.00 | 616.25 |
| Social Security Tax | -72.71 | 393.32 |
| Medicare Tax | -17.01 | 91.99 |
| **Other** | | |
| Pretax Medical | -32.50* | 227.50 |
| Uniform | -50.00 | 350.00 |
| Per Diem | | -136.80 |
| **Net Pay** | **$904.98** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,172.70

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sick Balance | | 7.52 |

COPY COPY COPY COPY

◄ TEAR HERE    ©2001 Automatic Data Processing, Inc.

# Earnings Statement

**ADP®**

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|---|---|---|---|---|
| MVM | 002257 | 500160 | 0000051007 | 1 |

Period Ending: 03/31/2003
Pay Date: 04/04/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
ME: 1 Tax Blocked
TX: No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 4,500.00 |
| Ov/Gar | | | | 866.20 |
| **Gross Pay** | | | **$750.00** | **5,366.20** |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -59.72 | | 488.25 |
| Social Security Tax | -44.48 | | 320.61 |
| Medicare Tax | -10.40 | | 74.98 |
| **Other** | | | |
| Pretax Medical | -32.50* | | 195.00 |
| Uniform | -50.00 | | 300.00 |
| Per Diem | | | -136.80 |
| **Net Pay** | | | **$552.90** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $717.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 5.64 |

©1991 ADP, Inc.

# Earnings Statement

ADP®

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|---|---|---|---|---|
| MWI | 002257 | 500160 | 0000050736 | 1 |

Period Ending:    03/15/2003
Pay Date:    03/20/2003

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:        1
   ME:             1, Tax Blocked
   TX:             No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 3,750.00 |
| OV/Gar | 20.0000 | 26.01 | 520.20 | 866.20 |
| **Gross Pay** | | | **$1,270.20** | 4,616.20 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -137.75 | 428.53 |
| Social Security Tax | | -76.74 | 276.13 |
| Medicare Tax | | -17.95 | 64.58 |
| **Other** | | | |
| Pretax Medical | | -32.50* | 162.50 |
| Uniform | | -50.00 | 250.00 |
| Per Diem | | | -136.80 |
| **Net Pay** | | **$955.26** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,237.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 5.64 |

COPY   COPY   COPY

© 1991 ADP, Inc.

◄ TEAR HERE        ©2001 Automatic Data Processing, Inc.

# Earnings Statement

**ADP®**

CO.  FILE  DEPT.  CLOCK  NUMBER
MVM  002257  500160  0000049689  1

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  ME:  1 Tax Blocked
  TX:  No State Income Tax

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | 2,250.00 |
| **Gross Pay** | | | **$750.00** | **2,250.00** |

| Deductions | | | | |
|---|---|---|---|---|
| Statutory | | | | |
| Federal Income Tax | | | -59.72 | 179.16 |
| Social Security Tax | | | -44.49 | 133.46 |
| Medicare Tax | | | -10.40 | 31.21 |
| Other | | | | |
| Pretax Medical | | | -32.50* | 97.50 |
| Travel Card | | | -45.00 | |
| Uniform | | | -50.00 | 150.00 |
| Per Diem | | | | -136.80 |
| **Net Pay** | | | **$507.89** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $717.50

COPY

© 1991 ADP, Inc.

Period Ending:  02/15/2003
Pay Date:  02/14/2003

**STEVEN T DEAN**
**913 S MAIN ST**
**APT 250**
**EULESS, TX 76040**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 3.76 |

◀ TEAR HERE          ©2001 Automatic Data Processing, Inc.



# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| MVM | 002257 | 500211 | M | 0000047562 1 |

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:    1
MA:         1
TX:         1.Tax Blocked
            No State Income Tax

Period Ending:    12/16/2002
Pay Date:         12/16/2002

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.50 | 750.00 | |
| **Gross Pay** | | | **$750.00** | |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| Federal Income Tax | | | -60.03 | 288.87 |
| Social Security Tax | | | -44.48 | 207.39 |
| Medicare Tax | | | -10.40 | 48.50 |
| **Other** | | | | 2,325.00 |
| Pretax Medical | | | -32.50* | 130.00 |
| Uniform | | | -50.00 | 100.00 |
| Per Diem | | | | -67.32 |
| **Adjustment** | | | | |
| Per Diem | | | +67.32 | |
| **Net Pay** | | | **$519.91** | 3,475.00 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $717.50

COPY
COPY
COPY
COPY
© 1997 ADP, Inc.

◄ TEAR HERE        ©2001 Automatic Data Processing, Inc.

# Earnings Statement



| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| MVM | 002257 | 500980 | M | 0000046669 1 |

COLGAN AIR, INC.
10652 WAKEMAN COURT
SUITE 102
MANASSAS, VA 20110

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:          1
VA:               1.Tax Blocked
TX:               No State Income Tax

Social Security Number: 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

Period Ending:    11/15/2002
Pay Date:         11/15/2002

STEVEN T DEAN
913 S MAIN ST
APT 250
EULESS, TX 76040

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 33.75 | 675.00 | |
| Training | 50.0000 | 10.00 | 500.00 | |
| Gross Pay | | | $1,175.00 | 1,975.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -123.78 | | 168.81 |
| Social Security Tax | -70.83 | | 118.42 |
| Medicare Tax | -16.57 | | 27.70 |
| Other | | | |
| Pretax Medical | -32.50* | | 65.00 |
| Net Pay | $931.32 | | |

* Excluded from federal taxable wages

* Your federal taxable wages this period are
  $1,142.50



◀ TEAR HERE          ©2001 Automatic Data Processing, Inc.

## Wage and Tax Register

*** DETAIL PAGE ***

ADP — Automatic Data Processing — BALTIMORE REGION

**COMPANY/CORP. NAME:** COLGAN AIR INC

**FEDERAL E/N:** 54-1357306

**QUARTER ENDING:** 12/31/2003

| Employee | Income | | |
|---|---|---|---|
| 001191  DAY, IAIN A | | | |
| SUI 02 WK 36 | | | |
| *** STATE DISTRIBUTION *** | | | |
| STI 45 | | | |
| ***** LIVED IN STATE ****** | | | |
| ST2 45 | | | |
| SUI 45 | | | |
| 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  DEAN, STEVEN T | | | |
| SUI 45 WK 52 | | | |
| SUI 02 WK 00 | | | |
| SUI 45 WK 27 | | | |
| SUI 02 WK 00 | | | |
| SUI 45 WK 38 | | | |

Exhibit 8

# Wage and Tax Register
## *** DETAIL PAGE ***

**COMPANY/CORP NAME:** COLGAN AIR INC

**QUARTER ENDING:** 12/31/2003  **FEDERAL EIN:** 54-1397506

ADP — BALTIMORE REGION — Automatic Data Processing

**DATE:** 01/09/2004  **PAGE NUMBER:** 44

| SOC SEC NUMBER / EMPLOYEE NAME / TAX CODES | ADDL BLOCK EXEMPT | GROSS EARNINGS | FEDERAL INCOME TAX WAGES | SOCIAL SECURITY WAGES | MEDICARE WAGES | SDI TAXABLE WAGES | STATE 1 INCOME TAX WAGES | LOCAL INCOME TAX WAGES | EMPLOYER SDI FICA/REC WAGES | 401(k) HOURS WORKED | MA HEALTH INSURANCE | WEEKS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUED 00225, DEAN,STEVEN T *** STATE DISTRIBUTION *** ST1 53 | 500211 | | | | | | | | | | | |
| 062311 DEATON,MATTHEW D T 42 ST2 53 | 618983 1 | | | | | | | | | | | |
| ***** LIVED IN STATE ***** ST1 53 ST2 53 | 1 | | | | | | | | | | | |
| 0001395 DEBLOIS,TAMMY P X 13 13 | 600105 | 31580 293360 508 | 31580 293360 508 | 293360 | 293360 | 293360 | 293360 | | | | | |
| 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 RT=H.0009.0700 | | 293360 6686 | 293360 6951 | 112105 6951 | 112105 1626 | 112105 | 291330 | 20250 | | | | |
| 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 DKR,LISA R 01 19 | 514216 1 | 56248 51994 | 56248 51994 | 56248 | 56248 | 56248 | 56248 | | | | | |
| 003045 DKR,LISA R 01 19 | | 54704 | 54704 84700 | 54704 8015 | 54704 8015 | 52248 562424 | 56248 | 20250 | | | | 9 |
| 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 DEFRANCESCO,OLIVIA F 50 32 | 501211 2 | 805024 74802 | 805024 76994 11226 | 77654 11226 | 77654 11266 | 805024 817 | 779344 27933 | 28080 | | 11544 | | |
| 002441 DEFRANCESCO,OLIVIA F 50 32 | | 471841 460997 36150 | 232568 233468 27962 | 232568 6639 | 233268 6267 | 2337408 450997 | 2252368 3159 | | | | | |
| 022114 DEJARNATT,KLAYTON O M 17 | 618983 5 | 450997 27962 | 450997 27962 | 450997 6639 | 450997 6267 | 450997 | 451988 36399 | 80022 20844 | | | | 46 |
| 002314 DEJARNATT,KLAYTON O M 17 | | 1618599 1538517 90402 | 1538517 95392 22309 | 1538577 22309 | 1538577 22309 | 1538577 1200000 | 1538577 36399 | 80022 20844 | | | | 53 |
| 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 | | 313111 305831 | 305831 799924 | 313131 6951 | 305831 11599 | 3058361 650000 | 3058361 110345 | 19500 74750 | | | | 53 |
| 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 DELGUIDICE,JOSEPH A M 02 | 508982 0 | 791610 904002 | 3058361 799924 499595 | 799924 11599 | 799924 11599 | 799924 | 799924 28336 | 19500 | 17952 | | | |
| 003120 DELGUIDICE,JOSEPH A M 02 | | 8163962 7984410 112802 | 8163962 7984410 49501 | 7984410 49501 | 7984410 44346 | 7984410 751120 | 7984410 79640 8079 | 74750 | 8163362 | | | |
| | | 1132942 1150790 | 1132942 1150790 | 1150790 | 1150790 | 1132942 1080000 | 1132942 54989 | 23996 | | 1132942 | | 21 |
| | | 3831104 69149 | 3831104 69149 | 69149 | 11672 | 11153061 | 11153061 54989 | | | | | |
| | | 1115306 | 1115306 | 1115306 | | 1080000 | | | | | | |

# GENERAL LAWS OF MASSACHUSETTS

## PART I.
## ADMINISTRATION OF THE GOVERNMENT

## TITLE XXI.
## LABOR AND INDUSTRIES

**CHAPTER 152.** WORKERS' COMPENSATION

### COMPULSORY COMPENSATION AND SELF-INSURANCE

**Chapter 152: Section 25A Purchase of insurance; self-insurance; reinsurance; deductibles**

Section 25A. In order to promote the health, safety and welfare of employees, every employer shall provide for the payment to his employees of the compensation provided for by this chapter in the following manner:

(1) By insurance with an insurer or by membership in a workers' compensation self-insurance group, established pursuant to the provisions of sections twenty-five E to twenty-five U, inclusive, or

(2) Subject to the rules of the department, by obtaining from the department annually a license as a self-insurer by conforming to the provisions of one of the two following subparagraphs and also to the provisions of subparagraph (c) if required. Every employer desiring to be licensed as a self-insurer shall make application for such license on a form provided by the department. The application shall contain: (1) a sworn itemized statement of the assets and liabilities of the applicant; (2) a payroll report for the preceding fiscal year of the applicant; (3) a detailed description of the nature and kind of business carried on.

(a) By keeping on deposit with the state treasurer in trust for the benefit and security of employees such amount of securities, not less in market value than twenty thousand dollars, as may be required by the department, said securities to be in the form of cash, bonds, stocks or other evidences of indebtedness as the department may require, and to be used, liquidated and disbursed only upon order of the department for the purposes of paying the benefits provided for by this chapter. The department shall, at least semiannually, determine the liabilities of a self-insurer both incurred or to be incurred because of personal injuries to employees under this chapter. The department shall require an additional deposit or further security when the sum of the self-insurer's liability both incurred or to be incurred exceeds the deposit or any required reinsurance, or permit a decrease of said deposit provided the value of said deposit in no case shall be less than twenty thousand dollars. The department may permit a substitution of securities in place of those deposited. Interest, dividends and other income from said deposit or deposits shall be payable to the employer who deposited them, unless and until the department shall direct otherwise. The deposit or deposits may be returned to the employer if the employer shall insure with an insurer under paragraph (1) of this section, or qualify as a self-insurer under subparagraph (b) of this section, or if he shall cease to transact business in the commonwealth; provided, that in any case he satisfies the department that he is not under any obligation to pay compensation under this chapter, or, if the department so requires, he furnishes the department with a single premium non-cancellable policy,

Exhibit
9

insuring him against any liability that may have arisen under this chapter or with a bond executed as surety by some company authorized to transact the business of workers' compensation insurance in this commonwealth, in an amount and form approved by the department, guaranteeing the payment of any liability on his part that may have arisen under this chapter. No deposit so deposited shall be assignable or subject to attachment or be liable in any way for the debt of the self-insurer. If an employer engaged in interstate or foreign commerce certifies that the laws of the United States provide for liability for injury to or death of its employees, the deposit shall be returned to the employer less such amount as determined by the department as necessary to satisfy against liability that may already have arisen under this chapter; and provided that such determination by the department shall be reviewable by the superior court for the county in which the employer resides, or, in the case of a corporation, where said corporation has a usual place of business.

(b) By furnishing annually a bond running to the commonwealth, with some surety company authorized to transact business in the commonwealth as surety, in such form as may be approved by the department and in such amount not less than twenty thousand dollars as may be required by the department, said bond, however, to be upon the condition that if the license of the principal shall be revoked or if the principal shall cease to transact business in the commonwealth or if the department shall refuse to renew the license or if the principal shall insure with an insurer, the principal shall upon demand deposit with the state treasurer an amount of securities equal to the penal sum of the bond or a single premium non-cancellable policy issued by some insurance company authorized to transact the business of workers' compensation insurance in this commonwealth, insuring him against any liability that may have arisen under this chapter or a bond executed as surety by some company authorized to transact the business aforesaid in this commonwealth, in an amount and form approved by the department, guaranteeing the payment of any liability on his part that may have arisen under this chapter. The department shall, at least semiannually, determine the liabilities of a self-insurer both incurred or to be incurred because of personal injuries to employees under this chapter. The department may at any time require an additional bond, similarly conditioned, or further security or permit a decrease in the amount of said bond provided the amount of the bond or the bonds in no case shall be less than twenty thousand dollars. The liability of the surety shall not exceed in the aggregate the penal sum or sums stated in any such annual bond or bonds or in any endorsements giving effect to any such increase or reduction. The department may permit a substitution of a new bond or bonds for the bond or bonds which have been furnished and shall return the old bond or bonds to the self-insurer as soon as a new annual bond has been obtained.

(c) As a further guarantee of a self-insurer's ability to pay the benefits provided for by this chapter to injured employees, every self-insurer shall make arrangements satisfactory to the department, by reinsurance, to protect it from extraordinary losses or losses caused by one disaster.

Such reinsurance shall be in such amounts and form as the department may approve and shall be effected with a company as provided in section twenty of chapter one hundred and seventy-five, provided, the minimum amount shall be not less than five hundred thousand dollars. Such reinsurance shall provide that the use or disposition of any money received by a self-insurer or former self-insurer under any such reinsurance shall be subject to the approval of the department, and no such money shall be assignable or subject to attachment or be liable in any way for the debt of the self-insurer unless incurred under this chapter. The provisions of this paragraph shall not apply to common carriers by railroad which are subject to the provisions of the Federal Employers Liability Act.

(3) The department may make rules governing self-insurers, and may revoke or refuse to renew

the license of a self-insurer because of the failure of such self-insurer promptly to make payments of compensation provided for by this chapter, or for any other reasonable cause. Any person aggrieved by the action of the department in refusing to grant a license or in revoking, or refusing to renew, a license of a self-insurer under this section or by the action of the department in requiring an additional deposit or further security under subparagraph (a) of this section, or in requiring a further bond or security for an additional sum under subparagraph (b) of this section may demand a hearing before the department, and if, after said hearing, the department denies his petition, he may within ten days after receipt of a notice stating reasons for such denial, file a petition in the superior court for Suffolk county for a review thereof; but the filing of such a petition shall not suspend the action of the department unless a stay thereof shall be allowed by the justice pending a final determination by the court. The court shall summarily hear the petition and may make any appropriate order or decree.

(4)(a) The commissioner of insurance shall require each insurer issuing a policy under this chapter to offer, as a part of the policy or as an optional endorsement to the policy, deductibles, including reasonable small deductibles optional to the policyholder for benefits payable under this chapter. Deductible amounts offered shall be fully disclosed to the prospective policyholders in writing in amounts determined by the commissioner. The policyholder exercising the deductible option shall choose only one deductible amount.

(b) If the policyholder exercises the option and chooses a deductible, the insured employer shall be liable for the amount of the deductible for benefits paid for each compensable claim of work injury suffered by an employee or, at the option of the policyholder, an aggregate deductible as determined by the commissioner. The insurer shall pay all or part of the deductible amount, whichever is applicable, to a compensable claim, to the person or medical provider entitled to the benefits conferred by this chapter and then seek reimbursement from the insured employer for the applicable deductible amount. The payment or nonpayment of deductible amounts by the insured employer to the insurer shall be treated under the policy insuring the liability for workers' compensation in the same manner as payment or nonpayment of premiums.

(c) Optional deductibles shall be offered in each policy insuring liability for workers' compensation that is issued, delivered, issued for delivery, or renewed under this chapter on or after a date to be determined by the commissioner, unless an insured employer and insurer agree to renegotiate a workers' compensation policy in effect, so as to include a provision allowing for a deductible.

(d) Premium reductions for deductibles shall be determined by the commissioner of insurance.

(e) This subsection shall not apply to employers who are approved to self-insure against liability for workers' compensation or group self-insurance funds for workers' compensation established pursuant to the provisions of this chapter.

(f) The commissioner of insurance may promulgate regulations to enforce the provisions of this section.

---

Return to:

** Next Section ** Previous Section ** Chapter Table of Contents ** Legislative Home Page

Account Number: 007680100401-55-RBC 12/2004 061
Policy Number: 2680100
Insured Name: COLGAN AIRWAYS

| | Audit Period: | 12/01/2002 | 12/01/2003 |
|---|---|---|---|
| | Policy Period: | 12/01/2002 | 12/01/2003 |

| Class | Name | Duties | Lump Sum | Adjustment |
|---|---|---|---|---|
| MA 7403 | Spencer, Andrew | STATION AGENT | 0 | |
| MA 7403 | Stackpole, Victoria S. | STATION AGENT | 6,154 | 0 |
| MA 7403 | Stewart Jr, James R | Maintenance | 24,649 | 0 |
| MA 7403 | Trovato, Jessica | STATION AGENT | 5,829 | 0 |
| MA 7403 | Vallejo, Thomas Jeff | Maintenance | 13,330 | 0 |
| MA 7403 | Waine, Matthew | STATION AGENT | 58,016 | 0 |
| MA 7403 | Wall, Michael | Maintenance | 4,124 | 0 |
| MA 7403 | Wheeless, Harlea Nuel | Maintenance | 7,398 | 0 |
| MA 7403 | White, John C. | Maintenance | 39,770 | 0 |
| MA 7403 | Willis, Rachel Ann | STATION AGENT | 50,732 | 0 |
| MA 7403 | Wray, Norris | STATION AGENT | 2,931 | 0 |
| MA 7403 | Zaremski, Christopher | STATION AGENT | 7,980 | 0 |
| MA 7405 | Barnett, Karen M | Flight Crewmember | 3,573 | 0 |
| MA 7405 | Baugh, Keith | Flight Crewmember | 11,345 | 0 |
| MA 7405 | Cairney, Ryan L | Flight Crewmember | 26,092 | 0 |
| MA 7405 | Christian, Ann | Flight Crewmember | 23,844 | 0 |
| MA 7405 | Clark, Doug | Flight Crewmember | 30,885 | 0 |
| MA 7405 | Dean, Steven | | 22,205 | 0 |

Date Printed 08/14/2004 2:52:57AM

Exhibit
10

Account Number: 002680100-000-7-4 08/12/2004  001  
Policy Number: 2680100  
Insured Name: COLGAN AIRWAYS  

Audit Period: 12/01/2002 12/01/2003  
Policy Period: 12/01/2002 12/01/2003  

| Code | Name | Duties | Lump Sum | | Adjustment |
|---|---|---|---|---|---|
| | | Flight Crewmember | 16,412 | 0 | 0 |
| MA 7405 | Driscoll, Katherine | Flight Crewmember | | | 7,506 |
| MA 7405 | Jurkiewicz, Richard John | Flight Crewmember | 7,506 | 0 | 0 |
| | | | | | 32,612 |
| MA 7405 | Kinzer, Jason | Flight Crewmember | 32,612 | 0 | 0 |
| | | | | | 15,824 |
| MA 7405 | Knabe, Scott | Flight Crewmember | 15,824 | 0 | 0 |
| | | | | | 23,341 |
| MA 7405 | Lewis, Deveron | Flight Crewmember | 23,341 | 0 | 0 |
| | | | | | 22,691 |
| MA 7405 | McCracken, Robert | Flight Crewmember | 22,691 | 0 | 0 |
| | | | | | 38,879 |
| MA 7405 | Metten, Yvonne | Flight Att- TRAINEE | 38,879 | 0 | 0 |
| | | | | | 750 |
| MA 7405 | O'Brien, William E | Flight Crewmember | 750 | 0 | 0 |
| | | | | | 11,093 |
| MA 7405 | Smith, Danie | Flight Inst- SIMULATOR/ CLASS | 11,093 | 0 | 0 |
| | | | | | 3,875 |
| MA 7405 | Stureman, SunDancer | Flight Crewmember | 3,875 | 0 | 0 |
| | | | | | 6,659 |
| MA 7405 | Willis, C Carson | Flight Crewmember | 6,659 | 0 | 0 |
| | | | | | 4,439 |
| MA 7405 | Wing, Frederick | Flight Crewmember | 4,439 | 0 | 0 |
| | | | | | 24,765 |
| | | | 24,765 | | 0 |

Total Classified **1,795,901**

**Time and 1/2 Overtime**

| Code | Name | Duties | Lump Sum | | Adjustment |
|---|---|---|---|---|---|
| MA 7403 | Almonacid, Theresa M. | STATION AGENT | 0 | | 4,945 |
| MA 7403 | Armstrong, William B | STATION AGENT | 0 | 0 | 4,945 |
| | | | | | 1,093 |
| MA 7403 | Ayer, Ryan M | PARTS | 0 | 0 | 1,093 |
| | | | | | 775 |
| MA 7403 | Barry, Brian | Maintenance | 0 | 0 | 775 |
| | | | | | 11,676 |

Date Printed: 08/14/2004  2:52:57AM

# Employer's Report of Industrial Injury
## State of Massachusetts
### Date: 04/18/2005

## General Information [Top] [Up] [Down]

|  | Reference No. |  | Branch - Case |
|---|---|---|---|
| Ref. No. / Branch - Case : | 0000083988 |  | 456 - 084835 |

|  | Code |  | Description |
|---|---|---|---|
| Origin : | I - Internet |  | Claim Services First Notice Of Loss |

Handling Office : 456 - Claim Services Boston W C Handling Office

**Claim or Notification**

Report Purpose :

Employer / Insured Name : Colgan Air, Inc.

Claimant Name : Dean,, Yisel

|  | Phone No. |  | Extension |
|---|---|---|---|
| Claimant Work Phone : | (703) 368-8880 |  | 235 |

Carrier Name :

|  | Policy No. |  | Eff. Date | Exp. Date |
|---|---|---|---|---|
| Policy No. : | 002680100 |  | 12/01/2002 | 12/01/2003 |

Line of Business : Workers Compensation

|  | Date |  | Time |
|---|---|---|---|
| Date / Time of Injury : | 08/26/2003 |  | 3:38 P M |

Reported By : Joan Simons

Title :

|  | Phone No. |  | Extension |
|---|---|---|---|
| Work Phone : | (703) 257-5999 |  |  |

|  | Date |  | Start | Stop |
|---|---|---|---|---|
| Date / Time : | 08/27/2003 |  | 06:32 P M | 06:44 P M |

## Insurance/Coverage Information [Top] [Up] [Down]

### Carrier Info :

Carrier Name :

Carrier Address :

Exhibit
11

|                              | City          |               |             | State         |          | Zip Code |
|------------------------------|---------------|---------------|-------------|---------------|----------|----------|
| City, State, Zip Code :      |               |               |             |               |          |          |

|                    | Phone No.   |           | Extension |
|--------------------|-------------|-----------|-----------|
| Carrier Phone :    |             |           |           |
| Carrier FEIN :     |             |           |           |

## Policy Info :

|                              | Policy No.  |           | Eff. Date   | Exp. Date   |
|------------------------------|-------------|-----------|-------------|-------------|
| Pol. No. Eff. / Exp. Date :  | 002680100   |           | 12/01/2002  | 12/01/2003  |

|                              | Module      |           | Policy Prefix | Inv Mod Ind. |
|------------------------------|-------------|-----------|---------------|--------------|
| Mod., Prefix, Inv Mod Ind. : |             |           |               |              |

|                          | Code |   | Name                        |
|--------------------------|------|---|-----------------------------|
| Annual Statement Co. :   | 013  |   | COMMERCE AND INDUSTRY CO     |

|                      | Code |   | Name                        |
|----------------------|------|---|-----------------------------|
| Issuing Company :    | 107  |   | COMMERCE & INDUSTRY INS CO   |

|             | Code |   |
|-------------|------|---|
| Division :  | 014  |   |

|                       | Code |   | Description            |
|-----------------------|------|---|------------------------|
| Major Class (MJC) :   | 014  |   | Workers Compensation   |

## State Info :

Coverage State(s) :  ME, MA, NH, NY, PA, RI, VT, VA, WV, NY, NY

|                             | Accident State   | Benefit State   | Hire State    |
|-----------------------------|------------------|-----------------|---------------|
| Acc., Bene., Hire State :   | Massachusetts    | Massachusetts   | Massachusetts |

## *Employer/Insured Information*  `Top`  `Up`  `Down`

## Company Info :

|                         |                    |
|-------------------------|--------------------|
| Company Name :          | Colgan Air, Inc.   |
| Address :               | 10677 Aviation Lane |

|                         | City       | State     | Zip Code   |
|-------------------------|------------|-----------|------------|
| City, State, Zip Code : | Manassas   | Virginia  | 201102701  |

## Local Business Info :

|                   |             |
|-------------------|-------------|
| Employer Name :   | COLGAN AIR  |
| Address :         |             |

10677 Aviation Lane

| | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : | Manassas | Virginia | 20110 |

| | Phone No. | | Extension |
|---|---|---|---|
| Phone : | 703368880 | | 0231 |

| | Fax No. |
|---|---|
| Fax : | 703 3313116 |

| | Employer FEIN |
|---|---|
| FEIN : | 541397506 |

| | Employer SIC | State Unemp. ID |
|---|---|---|
| SIC & SUI : | | |

| | Nature of Business |
|---|---|
| Nature of Business : | |

## Contact Info :

| | |
|---|---|
| Contact Person Name : | Simons, Joan E |
| Title : | |
| Address : | |

| | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : | | | |

| | Phone No. | Extension |
|---|---|---|
| Work Phone : | (703) 257-5999 | |

## RMIS Info :

| | Code | Description |
|---|---|---|
| Division : | | |

| | Code | Description |
|---|---|---|
| Location : | | |

| | Code | Description |
|---|---|---|
| Department : | | |

| | Code | Description |
|---|---|---|
| Section : | | |

*Employee Information*   

## Personal Info :

Employee Name :  Dean,, Yisel

Social Security No. :  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

Home Address :  841 S Main St, Apt #132

| City | State | Zip Code |
|---|---|---|
| | | |

City, State, Zip Code :  Buless    Texas    76040

Phone No.

Home Phone :  (817) 545-6934

Date of Birth    Age

Date of Birth / Age :  10/28/1964    38

Gender    Marital Status

Gender, Marital Status :  Male    Married

No. of Dependents    No. of Dependent Children

No. of Dep(s) & Dep. Children :  2    0

## Work Info :

Phone No.    Extension

Employee Work Phone :  (703) 368-8880    235

Department    Status    Job Title

Reg. Dept., Status, Title :    Regular    Pilot/Fo

NCCI Class Code

NCCI Class Code :  7403

Date of Hire    State of Hire

Date / State of Hire :  10/04/2002    Massachusetts

Supervisor Name :

Phone No.    Extension

Supervisor Phone :

## Wage Info :

Wage Rate    Per    or Other

Wage Rate, Per, or Other :  20.00    Hour

Days Worked Per Week    Hours Worked Per Day    Hours Worked Per Week

No. of :  5.00    19.00

|  | Average Weekly Wage |  | Est. Annual Salary |  |
|---|---|---|---|---|
| Salary : | $ 375.00 |  | $ 19500 |  |

Full Pay for Day of Injury :  Y - Yes

Salary Cont. After Injury :  N - No

Last Received Full Pay :

|  | Time Began Work |  | Date Of Loss | Time Of Loss |
|---|---|---|---|---|
| Time Began Work Date / Time Of Loss : |  |  | 08/26/2003 | 3:38 P M |

Lost Time From Work :

|  | Employer Notified |  | Administrator Notified | Return Work Status |
|---|---|---|---|---|
| Date Employer Notified, Date Administrator Notified, Return To Work Status : | 08/26/2003 |  | 08/27/2003 | O - Off Work |

|  | Last Day Worked |  | Disability Began |  |
|---|---|---|---|---|
| Last Day Worked, Date Disability Began : |  |  | 08/26/2003 |  |

|  | Release To Work |  | Returned To Work | Total Work Days Lost |
|---|---|---|---|---|
| Release To Work, Returned To Work, Work Days Lost : |  |  |  |  |

## General Info:

Average Weekly Wage Is :  A

## *Occurence Information*   Top   Up   Down

## Accident Location Info :

Employer Premises :  Y - Yes

Loss Location or Dept. :  Barnstable Municipal Airport

Address :  Hangar #2

|  | City |  | State | Zip Code |
|---|---|---|---|---|
| City, State, Zip Code : | Hyannis |  | Massachusetts | 02601 |

|  | County |
|---|---|
| County : | Barnstalbe |

## Incident Info :

Employee Activity at Time of Incident :

Work Process :

How Injury Occurred : Please call, still under investigation

Equip., Chem., Materials in Use :

|  | Required | Provided | Used |
|---|---|---|---|
| Safety Equip. Required, Provided, Used : |  |  |  |

## General Info:

Employer Representative Notified Name : Michael J Colgan

Loss Location Phone : 508 7718610

Was Employee Injured Doing Regular Occupation : Y

Did Worker Stop Work Immediately : Y

## Injury / Illness Info :

|  | Fatality | Date of Death |
|---|---|---|
| Fatality / Date of Death : | Y - Yes | 08/26/2003 |

|  | Code | Description |
|---|---|---|
| Type of Injury / Illness : | DE | Death |

|  | Code | Description |
|---|---|---|
| Part of Body Affected : | MB | Multiple Body Parts : Multiple Body Parts |

|  | Code | Description |
|---|---|---|
| Cause of Injury : | MX | Struck Or Injured By : Miscellaneous |

## Treatment Info :

|  | Authorized | Date Authorized |
|---|---|---|
| Medical Treatment : |  |  |

|  | Code | Description |
|---|---|---|
| Initial Treatment : | 0 | No Medical |

|  | Admitted to Hospital | Type of Facility |
|---|---|---|
| Admitted to Hospital, Type of Facility : | N - No |  |

## Physician Info :

Physician Name :

Address :

|  | City | State | Zip Code |
|---|---|---|---|
| City, State, Zip Code : |  |  |  |

Phone No.

Work Phone :

Phone No.

Home Phone :

## Managed Care Info :

Branch No.                                    Branch Name

Branch No. and Name :

Managed Care Address :

City                        State            Zip Code

City, State, Zip Code :

Phone No.

Phone :

Fax No.

Fax :

## Hospital Info :

Hospital Name :

Address :

City                        State            Zip Code

City, State, Zip Code :

Phone No.

Phone :

Med. Treatment Provided :

## Witness Info :

Witness (1) Name :

Address :

City                        State            Zip Code

City, State, Zip Code :

Phone No.                                      Extension

Work Phone :

Phone No.

Home Phone :

Witness (2) Name :

Address :

City                        State            Zip Code

City, State, Zip Code :

Phone No.                                    Extension
Work Phone :

Phone No.
Home Phone :

Witness (3) Name :

Address :

                              City                      State              Zip Code
City, State, Zip Code :

                              Phone No.                  Extension
Work Phone :

                              Phone No.
Home Phone :

## *Other Information*   Top   Up   Down

### Supplementary Info :

                              Prior Accident, Illness, Injury    Known Medical        Pre-Existing
                                                                 Condition            Disabilities
Claimant Has :   N - No                           N - No               N - No

Please Explain :

Claimant Had
Any Previous Workers'
Comp or Group Disability Claims? :

Would You Consider Your
[Claimant's] Job as Part
of Management? :

Is Claimant a Member
of Labor Union? :

CDI Flag :   N - No

## *Processing Information*   Top   Up   Down

### Report Info :

                              Preparer's Name                        Date Prepared
Preparer Name & Date Prepared :   Joan Simons                        08/27/2003

Title :

Address :

                              City                      State              Zip Code

Phone No.

Work Phone :

Phone No.

Home Phone :

## Managed Care Info :

Branch No.                                    Branch Name

Branch No. and Name :

Managed Care Address :

City                                    State                     Zip Code

City, State, Zip Code :

Phone No.

Phone :

Fax No.

Fax :

## Hospital Info :

Hospital Name :

Address :

City                                    State                     Zip Code

City, State, Zip Code :

Phone No.

Phone :

Med. Treatment Provided :

## Witness Info :

Witness (1) Name :

Address :

City                                    State                     Zip Code

City, State, Zip Code :

Phone No.                                    Extension

Work Phone :

Phone No.

Home Phone :

Witness (2) Name :

Address :

City                                    State                     Zip Code

City, State, Zip Code :

Work Phone :      Phone No.      Extension

Home Phone :      Phone No.

Witness (3) Name :

Address :

City, State, Zip Code :     City     State     Zip Code

Work Phone :      Phone No.      Extension

Home Phone :      Phone No.

## *Other Information*     Top  Up  Down

### Supplementary Info :

| | Prior Accident, Illness, Injury | Known Medical Condition | Pre-Existing Disabilities |
|---|---|---|---|
| Claimant Has : | N - No | N - No | N - No |

Please Explain :

Claimant Had
Any Previous Workers'
Comp or Group Disability Claims? :

Would You Consider Your
[Claimant's] Job as Part
of Management? :

Is Claimant a Member
of Labor Union? :

CDI Flag :   N - No

## *Processing Information*     Top  Up  Down

### Report Info :

| | Preparer's Name | | Date Prepared |
|---|---|---|---|
| Preparer Name & Date Prepared : | Joan Simons | | 08/27/2003 |

Title :

Address :

     City     State     Zip Code

City, State, Zip Code :

Phone No.                                    Extension

Work Phone :    (703) 257-5999

Phone No.

Home Phone :

Primary 'To' Email Address :    joansimons@colganair.com

Cc Email Address :

## General Info:

Preparers Phone Area Code :    703

Preparers Phone Number :    2575999

## Status Info :

| | Reference | | Branch – Case |
|---|---|---|---|
| Claim Reference No. : | 0000083988 | Branch – Case No. : | 456 - 084835 |
| Ref. Abstraction Status : | C - Abstracted | Claim Processing Status : | O - Open |
| Reference Assigned Date : | 08/27/2003 | Branch - Case Assigned Date : | 08/28/2003 |
| Time : | 06:52 P M. | Time : | 12:03 P M |

| | Code | | Description |
|---|---|---|---|
| Origin Code / Description : | I - Internet | | Claim Services First Notice Of Loss |

Assigned Handling Office :    159 - WC ATLANTA, GA
Atlanta WC Service Center
P.O. Box 3030
Alpharetta, GA 30023-3030
Tel. (770) 870-2300
Tel. (800) 448-9707
Fax (770) 870-2305
WCATLFROI@aig.com

Adjuster Name :    Hulsey, Kim H

Adjuster Phone :    770-870-2300

Report generated on 04/18/2005 11:50 AM by Joan Simons

You may wish to use the browser's 'Print' button to make a copy of this page for your records.

New Search          Search Results

Copyright © 2005 American International Group, Inc. All rights reserved.
Last Updated: Friday, March 4, 2005. Terms of Use | Privacy | Legal Notices

Colgan Air
Wachovia Insurance Services
PO BOX 75076
Baltimore, MD 21275-5076

September 08, 2003

Ms. BRITTANY DEAN
913 S MAIN STREET
APT 250
EULESS, TX 76040-

Dear Ms. DEAN

We are saddened to learn of the death of STEVEN T DEAN on 08/26/2003. We share in your loss.

Your Health Benefits Continuation Plan allows you to continue health benefits for yourself and your covered dependents, if any, for a period of up to 36 months from the Qualifying Event Date of 08/26/2003. Your coverage will begin on 09/01/2003, the first day after your coverage for the regular group health benefits ends. If you or qualified dependents were disabled at the time of your Qualifying Event Date, or become disabled within 60 days of that date, you may be eligible for an extension of eleven (11) months of coverage.

If you would like to continue receiving these benefits, please complete the enclosed Enrollment Form and return it to the address stated on the form no later than 11/06/2003.

The total premiums due are shown on the attached Premium Computation Form. In order to complete your enrollment you should pay the total premium due at the time you send in the Enrollment Form. However, you are allowed to delay the premium payment for up to forty-five days after you have signed, dated and submitted your Enrollment Form. Any claims submitted for expenses incurred following the date of the Qualifying Event may be held in suspense until all premiums which are due have been paid.

Future premiums are due each month thereafter, and should be mailed to reach us on or before the due date. Failure to meet premium payments by the due dates may terminate your participation in the Health Benefits Continuation Plan.

Please be aware that any break in continued coverage of more than sixty-three days may cause loss of coverage portability.

If you have questions, please contact the Wachovia Insurance Services COBRA Help Line at 1-877-274-0226. Or you may contact the COBRA Department via email at cobra@cshusa.com Wachovia Insurance Services also has a new website: www.cobra.cshusa.com where you may check your eligibility, payment, and benefit enrollment status.

Sincerely,

Wachovia Insurance Services COBRA Dept

Insurance Products
NOT A DEPOSIT        NOT FDIC INSURED        NOT BANK        MAY LOSE VALUE        NOT INSURED BY ANY FEDERAL
                                                                          GUARANTEED
         GOVERNMENT AGENCY

Exhibit
12

HEALTH BENEFITS CONTINUATION PLAN ENROLLMENT FORM

Colgan Air

PQB NAME:        Ms. BRITTANY DEAN
ADDRESS:         913 S MAIN STREET
                 EULESS, TX 76040-

TELEPHONE:
EMPLOYEE:        STEVEN T DEAN                          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
BRANCH:
QUALIFYING EVENT:           Death
EFFECTIVE DATE 09/01/2003

LIST ELIGIBLE PERSONS TO BE COVERED: (PERSONS PREVIOUSLY COVERED ONLY)

| NAME LAST | FIRST | MIDDLE | STUDENT STATUS? | BIRTH DATE | SEX | SOCIAL SECURITY # |
|-----------|-------|--------|-----------------|------------|-----|-------------------|
|           |       |        |                 |            |     |                   |
|           |       |        |                 |            |     |                   |
|           |       |        |                 |            |     |                   |
|           |       |        |                 |            |     |                   |

| Plan Description | Coverage Level | Premium |
|------------------|----------------|---------|
| BCBS PPO Anthem | PQB ONLY | $218.27 |
| Total Monthly Premium: | | $218.27 |

I HEREBY REQUEST ENROLLMENT IN THE HEALTH BENEFITS CONTINUATION PLAN FOR MYSELF AND ELIGIBLE QUALIFIED DEPENDENTS LISTED ON THIS FORM AND AGREE TO PAY THE PREMIUM AS REQUIRED. I UNDERSTAND THAT THESE RATES ARE SUBJECT TO CHANGE AT THE PLAN'S ANNUAL RENEWAL DATE AND THAT THIS MAY RESULT IN A RETROACTIVE INCREASE IN MY PREMIUM PAYMENT. I ALSO UNDERSTAND THAT CONTINUATION COVERAGE WILL TERMINATE UNDER SEVERAL CIRCUMSTANCES, INCLUDING, BUT NOT LIMITED TO: LATE OR NON-PAYMENT OF PREMIUMS, THE DATE I (OR A CONTINUED DEPENDENT) BECOME COVERED UNDER ANOTHER GROUP HEALTH/DENTAL PLAN, THE DATE I BECOME ENTITLED TO MEDICARE, OR ON THE DATE ON WHICH THE GROUP HEALTH/DENTAL PLAN ENDS. I ALSO UNDERSTAND THAT IF I WAS DISABLED AT THE TIME OF MY QUALIFYING EVENT, I MAY BE ELIGIBLE FOR CONTINUATION COVERAGE AND FINALLY, THAT ANY BREAK IN CONTINUED COVERAGE OF MORE THAN SIXTY-THREE (63) DAYS MAY CAUSE LOSS OF COVERAGE "PORTABILITY".

DATE:_____

Signature of Ms. BRITTANY DEAN

NOTE: In order to be enrolled in the Health Benefits Continuation Plan this ENROLLMENT FORM must be received no later than 11/06/2003.
Please send completed form to:

        Wachovia Insurance Services
        PO BOX 75076
        Baltimore, MD 21275-5076

PREMIUM COMPUTATION FORM

September 08, 2003

Colgan Air
Wachovia Insurance Services
PO BOX 75076
Baltimore, MD 21275-5076

Principal Qualified Beneficiary:
Ms. BRITTANY DEAN
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

The Health Benefits Continuation Plan requires you to pay premiums according to the schedule shown below.  The premium for the first partial month, if applicable, has been calculated for the remaining number of days in the month the Qualifying Event occurs.

Subsequent premiums are due each month, as shown.  You must pay all initial premiums due within forty-five days of the day you sign and date the Enrollment Form.

Your Qualifying Event Date: 08/26/2003
Your Last Enrollment Date:   11/06/2003

| Plan Description | Coverage Level | Premium |
|---|---|---|
| ------------------------------------------------------- | ---------------------------- | -------------- |
| BCBS PPO Anthem | PQB ONLY | $218.27 |
| ------------------------------------------------------- | | -------------- |
| Total Monthly Premium: | | $218.27 |

| Schedule Of First Payment | Premium |
|---|---|
| Amount Due if Enrollment Form Signed And Received In Our Office: 09/30/2003 | $218.27 |
| Amount Due if Enrollment Form Signed And Received In Our Office: 10/31/2003 | $436.54 |
| Amount Due if Premium Paid By...................: 11/30/2003 | $654.81 |
| Amount Due if Premium Paid By...................: 12/31/2003 | $873.08 |

Premiums must be paid by check or money order and made payable to Wachovia  Insurance Services.  PLEASE DO NOT SEND CASH.
Send payments to:

Wachovia Insurance Services
PO BOX 75076
Baltimore, MD 21275-5076

02257      CL

US AIRWAYS IS COLLECTING INFORMATION REQUIRED FOR THE 2003 TRAVEL YEAR
WHICH BEGINS JANUARY 1 AND ENDS ON DECEMBER 31, 2003.  CAREFULLY
REVIEW ALL THE INFORMATION LISTED BELOW FOR ACCURACY AND RETURN THE
SIGNED APPLICATION TO YOUR PASS DEPARTMENT BY THE ESTABLISHED DEADLINE.
 ** PLEASE PRINT ALL ENTRIES CLEARLY. **
**IMPORTANT** ALL EMPLOYEES MUST SUBMIT AN APPLICATION AND PAY AN ANNUAL
ADMINISTRATIVE FEE TO RECEIVE ANY TYPE OF TRAVEL PRIVILEGES.  TERM PASS
FEES ARE LISTED ON THE ANNOUNCEMENT LETTER. ALL FEES ARE NON-REFUNDABLE.

                    02257      CL

          STEVEN      T  DEAN
          913 S MAIN ST
          APT 250
          EULESS          TX 76040


OUR RECORDS INDICATE THAT THE FOLLOWING FAMILY MEMBERS ARE CURRENTLY
ELIGIBLE FOR THE TRAVEL PRIVILEGES, WHICH ARE LISTED NEXT TO EACH NAME.
ELIGIBLE FAMILY MEMBERS NOT LISTED BELOW WILL BE INELIGIBLE FOR TRAVEL._

| NAME FIRST | MI LAST | BIRTHDAY | RELATION | TRAVEL TYPE |
|---|---|---|---|---|
| STEVEN | T DEAN | 10/28/64 | EMPLOYEE | TP |
| YISEL | M DEAN | 01/10/75 | SPOUSE | TP |
| BRITTANY | M DEAN | 12/24/94 | CHILD | TP |


   PLEASE MAKE CHANGES TO YOUR EXISTING TRAVEL PRIVILEGES/FAMILY MEMBERS
OR ADDRESS DIRECTLY ON THIS APPLICATION.  IF ANY ITEMS ARE MISSING, I.E.
BIRTH DATE, PLEASE COMPLETE.  PLEASE ADD/CHANGE/DELETE FAMILY MEMBERS BY
CROSSING OFF OR ADDING NAMES, BIRTH DATES, RELATIONSHIP TO EMPLOYEE AND
TRAVEL TYPE DESIRED (TP OR SC) NEXT TO EACH NAME.  FOR EACH DEPENDENT
LISTED YOU WILL BE REQUIRED TO ATTACH A DEPENDENT ELIGIBILITY FORM
(ALC-16) AND REQUIRED EVIDENCE OF DEPENDENT ELIGIBILITY (CHECK EMPLOYEE
TRAVEL MANUAL FOR EVIDENCE REQUIREMENTS).  EMPLOYEES ADDING A SPOUSE OR
DOMESTIC PARTNER FOR THE FIRST TIME MUST SUBMIT A COPY OF THEIR
MARRIAGE CERTIFICATE OR DOMESTIC PARTNER PAPERWORK.
   "I CERTIFY THAT ALL PERSONS LISTED ON THIS APPLICATION MEET THE
ELIGIBILITY REQUIREMENTS AND ACCEPT THE CONDITIONS OF TRAVEL AS OUTLINED
IN THE EMPLOYEE TRAVEL MANUAL.  WHERE APPLICABLE, I AGREE TO PAY FOR ALL
FEES."  FALSIFICATION OF INFORMATION LISTED ON THIS APPLICATION WILL BE
CAUSE FOR SUSPENSION OF TRAVEL PRIVILEGES AND POSSIBLE TERMINATION.
      **** UNSIGNED APPLICATIONS WILL NOT BE PROCESSED ****
SIGNATURE ___Steven J Dean___          DATE OF APPLICATION__12-17-02__
TOTAL TERM PASS FEES $_80.00_+ $5.00 ANNUAL ADMINISTRATION FEE = $__85.00_

Exhibit
13

# COLGAN AIR, INC.



# EMPLOYEE HANDBOOK

Exhibit
14

# SECTION I.

- ➢ **WELCOME**

- ➢ **INTRODUCTION**

- ➢ **RESPONSIBILITY**

- ➢ **OPERATIONAL GOALS**

- ➢ **EQUAL OPPORTUNITY EMPLOYMENT**

- ➢ **HARASSMENT POLICY**

- ➢ **REPORTING VIOLATIONS**

- ➢ **STATUS OF EMPLOYMENT**

Case 1:05-cv-10155-PBS     Document 51-16     Filed 10/12/2005     Page 3 of 30

To New Colgan Air Employees:

WELCOME, to Colgan Air, Inc. We are pleased to have you with us and very happy that you have selected our company as your employer. We pride ourselves in hiring only the finest people to represent our company.

During your career with us you will be our representative and each time you meet one of our passengers or a member of the public, you will be representing Colgan Air.

This manual contains the details of our Employee Handbook. I hope that you will read it and familiarize yourself with it. If you have any questions, please do not hesitate to call Mary Finnigan, Vice President, Marketing and Personnel.

There is one point I would like to emphasize with all of the employees and that is Colgan Air does not pay your salary - our passengers do - we only sign the check. Always keep this in mind when you are dealing with our passengers; without them we would not be in business. We know that you will provide them with excellent service.

Again, welcome aboard. We hope that your career with us will be a long and fruitful one.


Sincerely,



Charles J. Colgan
Chairman of the Board

## INTRODUCTION

Colgan Air Inc. believes its most important asset is its employees. This Employee Handbook has been established to help employees do their jobs. It is important that every employee be familiar with the policies in this handbook.

This Employee Handbook is provided only for informational purposes. Although Colgan Air Inc. believes in the policies, practices, and procedures described in this manual, they are not conditions of employment and are not intended to create nor are they to be interpreted to create a contract between the Company and any of its employees. The Company reserves the right at any time, with or without notice, to suspend, interpret, discontinue or change any or all such policies, practices, or procedures.

Colgan Air Inc. and its employees have an employment relationship, which is known as employment at will. This means that either the Company or an individual employee has the right to terminate the employment relationship at any time for any reason or for no reason at all. It is Colgan Air Inc.'s goal to see that each employee is treated fairly, equally, and respectfully. Each employee is considered an important part of the Company. Employees should feel free to discuss the contents of this handbook with either their supervisor or the Vice President, Marketing and Personnel.

## RESPONSIBILITY

➢ It is the responsibility of each Manager/Supervisor to ensure that these procedures are administered appropriately.

➢ Employees are responsible for familiarizing themselves with the content of this handbook and abiding by these polices.

➢ The Personnel Department is available to assist with the interpretation and application of these policies.

## OPERATIONAL GOALS

### Safety

Our primary goal is to provide 100% safe transportation for our customers.  Safety is the first priority of Colgan Air.  No other value or goal has priority over safety.
For safety or concern questions, call Colgan Air's **Safety First** line at 1-800-366-3851.

### Reliability

Reliability means always flying all of our scheduled flights, and always being on time.  The success of an airline is predicated on safety and reliability.   The public measures the quality of an airline by its reliability.

### Reputation

A positive reputation is an airline's best marketing tool.  Factors that contribute to a positive reputation include clean aircraft and stations, on-time performance, professional performance, timely correction of any irregularities, and most of all, friendly, helpful people.  These are the keys to building the best reputation in the regional airline industry.  Remember:  Passengers make our paychecks possible.

### Appearance

The appearance of our aircraft, our stations, and equipment tells our passengers a great deal about our company.  Our passengers see a clean aircraft as a well-maintained aircraft.   A professional appearance by our employees is extremely important.  Please always keep your personal appearance and the appearance of our company foremost in your mind.

## EQUAL OPPORTUNITY EMPLOYMENT

It is the policy of Colgan Air Inc. to provide Equal Employment Opportunities to all applicants for employment. Equal Employment Opportunities are also provided to employees throughout their careers with this Company - beginning with selection and placement, through training and development, compensation, transfer, promotion and all others conditions and privileges of employment. Equal Employment Opportunity shall be without regard to race, color, religion, sex, age, marital status, disability, sexual orientation or national origin.

## HARASSMENT POLICY

We at Colgan Air share a common belief that each of us should be able to work in an environment free of discrimination, and any form of harassment, based on race, color, religion, age, sex, pregnancy, national origin, disability, marital or other protected status.

To help ensure that none of us ever feel we are being subjected to harassment, and in order to create a comfortable work environment, Colgan Air prohibits any offensive physical, written or spoken conduct regarding any of these items, including conduct of a sexual nature. This includes:

1. Unwelcome or unwanted advances, including sexual advances. This means patting, pinching, brushing up against, hugging, cornering, kissing, fondling, or any other similar physical contact, unless it is welcomed.

2. Unwelcome requests or demands for favors, including sexual favors. This includes subtle or blatant expectation, pressures or requests for any type of favor, including a sexual favor (this includes unwelcome requests for dates) whether or not it is accompanied by an implied or stated promise of preferential treatment or negative consequence concerning your employment status.

3. Verbal abuse or kidding that is oriented toward a prohibited form of harassment, including that, which is sex-oriented and considered unwelcome. This includes comments about our national origin, race, age, body, disability or appearance, where such comments go beyond mere courtesy; telling "dirty jokes" that are unwanted and considered offensive; or tasteless, sexually oriented comments, innuendos, epithets, slurs, negative stereotyping or actions that offend.

4. Any type of sexually oriented conduct or other prohibited form of harassment that would unreasonably interfere with our work performance. This includes extending unwanted sexual attentions to someone whether or not it reduces that person's productivity or time available to work at assigned tasks.

Revision
May 2001

5.   Creating a work environment that is intimidating, hostile, abusive or offensive because of unwelcome or unwanted conversations, suggestions, requests, demands, physical contacts or attentions, whether sexually oriented or otherwise prohibited form of harassment.

6.   The distribution, display or discussion of any written or graphic material, including calendars, posters, cartoons, or names, that denigrates or show hostility or aversion toward an individual or a group because of race, color, religion, age, sex, pregnancy, national origin, disability, marital or other protected status.

Normal, courteous, mutually respectful, pleasant, non-coercive interactions between employees, including men and women, that are acceptable to and welcomed by parties are not considered to be harassment, including sexual harassment.

## REPORTING VIOLATIONS

If anyone believes they are being subjected to any of these forms of harassment, or believes they are being discriminated against because other employees are receiving favored treatment in exchange, for example, for sexual favors, we must bring this to the attention of appropriate persons in management. The very nature of harassment makes it virtually impossible to detect unless the person being harassed registers his or her discontent with Colgan Air Management. Consequently, in order for Colgan Air to deal with the problem, we must report such offensive conduct or situations to the Immediate Supervisor, or the Vice President, Marketing and Personnel, Mary Finnigan at 703-331-3102.

A record of the complaint and the findings will become a part of the complaint investigation record and the file will be maintained separately from the employee personnel files.

It is understood that any person electing to utilize this complaint resolution procedure will be treated courteously, the problem handled swiftly and as confidentially as feasible in light of the need to take appropriate corrective action. Colgan Air will not take action against an employee who makes a good faith report of inappropriate conduct. If you are unsatisfied with the attention your report receives, contact Mike Colgan, President at (703) 331-3101. While reporting such problems may be a difficult personal experience, allowing harassment activities to continue will most certainly lead to a less desirable outcome.

Case 1:05-cv-10155-PBS    Document 51-16    Filed 10/12/2005    Page 1 of 1

## STATUS OF EMPLOYMENT

### Full Time Employment

A full time employee is one who works more than 29 hours per week, for 5 or more months during the year.

### Part Time Employment

A part time employee is one who works less than 29 hours per week. Part time employees are not entitled to any benefits such as sick leave, vacation leave, and group insurance or paid holidays.

### Change from Full Time to Part Time Employment

An employee who changes from Full Time to Part Time will no longer be eligible for Full Time benefits. However, they will retain any sick leave they have accrued and any vacation will be paid out to them at the time they become Part Time.

### Part Time to Full Time

A Part Time employee who becomes Full Time will become eligible for benefits after waiting periods from the date he/she becomes Full Time.

Original
June 2000

Case 1:05-cv-10155-PBS     Document 51-16     Filed 10/12/2005     Page 1 of 30

# SECTION II.

> **PERSONNEL FILES**

> **CONFIDENTIALITY OF COMPANY AFFAIRS**

> **DIVULGENCE OF INFORMATION**

> **ELECTRONIC COMMUNICATIONS**

> **GENERAL REGULATIONS**

> **TAPING / EAVESDROPPING**

> **REGULATORY COMPLIANCE**

> **COLGAN AIR ANTI-DRUG AND ALCOHOL POLICY**

> **I.D. CARDS**

## PERSONNEL FILES

The purpose of personnel files is to maintain an accurate record of each employee's history and current employment status with Colgan Air. Company forms, documents and correspondence relevant to an employee's status are maintained and protected in the permanent file.

Each employee has the responsibility of ensuring that his or her records are current. The Personnel Department must be notified of any changes to the following:

1.      Name
2.      Address
3.      Telephone Number
4.      Dependents
5.      Marital Status
6.      Insurance Beneficiary
7.      Health Insurance Status
8.      Contact in Case of Emergency
9.      Withholding Tax Information (W-4)

The records maintained in the personnel file are company property. Employees wishing to review their records must make prior arrangements with the Personnel Department.

## CONFIDENTIALITY OF COMPANY AFFAIRS

It is the policy of Colgan Air that employees are not to make verbal or written statements or displays concerning Company affairs to anyone outside the Company. This includes representatives of the written press, radio and television, attorneys, investigators, government agency representatives or other airline's employees, without first obtaining the Company's consent to do so. Frequently, a statement made without full knowledge of the situation is misleading. Such statements can result in legal liability to the Company. Public appearances or statements in the media or public forums, which are identified or attributed to Company personnel, are prohibited without prior Company authorization.

## DIVULGENCE OF INFORMATION

Employees shall respect the private status of all Company business and shall not reveal to any unauthorized person(s) the nature or contents of any form of conferences or meetings pertaining to Company affairs.

This policy prohibits employees from disclosing any business information to persons outside the organization. No information should be communicated in any manner without prior consent of the Company.

Original
June 2000

We reiterate the Company's commitment to upholding and enforcing these confidentiality policies. Violations of confidentiality policies will be addressed promptly and could result in disciplinary action, including termination of employment.

Only the President, Executive Vice President, Vice President of Marketing and Personnel or persons directed to do so by them are authorized to make statements concerning company policies or activities to the public or the press. Any proposed release or statement must be cleared through them.

## ELECTRONIC COMMUNICATIONS

Electronic Communications, including computer files; voice mail and email are not considered private. The Controller maintains all employee passwords. If a password is changed the controller must be notified immediately. Company email addresses are to be used for *business only* not as an employee's personal email address.

## TAPING / EAVESDROPPING OF CONVERSATIONS

It is the policy of Colgan Air, Inc. ("Colgan" or the "Company") to encourage open communications among our employees and between employees and management. To facilitate such open communications, and to prevent the chilling effect that may occur if employees are permitted to tape or secretly record or surreptitiously listen in on any conversation or communication, and to ensure compliance with applicable federal, state, and local wiretapping, eavesdropping, and privacy laws, Colgan has instituted the following policy:

Without the prior written authorization of the Vice President, Marketing & Personnel, no employee may openly or secretly tape or otherwise surreptitiously record, or videotape, any conversation, communication, activity, or event. This prohibition applies to any conversation, communication, activity, or event which in any way involves the Company or employees of the Company or any of our subsidiaries or affiliate companies, or any customers or clients, or any other individual with whom the Company is doing business or intending to do business in any capacity (for example, vendors, suppliers, consultants, attorneys, independent contractors). This policy also applies to conversations and communications with any other third parties unrelated to the Company including, but not limited to, outside legal counsel, auditors and regulatory officials.

"Taping" and "Recording" under this policy includes the taping or recording of any conversation or communication, regardless of whether the conversation or communication is taking place in person, over the telephone, or via any other communications device or equipment, and regardless of the method used to tape or record (e.g., as with a tape recorder, video recorder, mechanical recording, or wiretapping

equipment), and regardless of where the conversation or communication takes place, i.e. whether on or off the Company's premises.

"Taping" and "Recording" as used in this policy does not include any lawful taping and recording engaged in by an employee on the employee's own time, with the employee's own equipment, away from the Company's place of business, and which does not involve in any manner whatsoever, directly or indirectly, the business or activities of the Company, or any of its employees.

No employee may eavesdrop on the conversations or communications of other employees or non-employees in accordance with the same standards set forth above.

From time to time the Company may tape, record, videotape, or otherwise monitor conversations or other communications between employees and/or between employees and non-employees for legitimate business purposes. Generally, employees will be notified when such taping or recording occurs, in accordance with applicable laws and sound employee relations principles. Under certain circumstances, however, notice may not be given, such as where the Company is conducting an investigation into allegedly unlawful or unethical activities, in conjunction with regulatory or other enforcement authorities.

Violations of this policy may result in disciplinary action against the offending employee(s), up to and including termination of employment. Where the conduct engaged in is illegal, violators may also be subject to prosecution under applicable federal, state, or local laws.

If any employee has any questions or concerns regarding whether any contemplated taping or recording would violate this policy, he or she should discuss the matter with the Vice President Marketing and Personnel before engaging in any such activities.

## GENERAL REGULATIONS

➢ Personal long distance calls made from company phones or company phone lines are not permitted. Company toll free numbers are for business use only.

➢ Firearms or weapons of any type are not permitted on property that is leased, rented, or owned by Colgan Air.

➢ Company supplies are to be used for their intended job related use only. Company supplies are not for personal use, and should not be removed from Colgan Air premises unless authorized.

➤ Personal use of Company supplies, or the unauthorized removal of Company supplies from Company premises is considered to be theft, and will result in disciplinary action up to and including termination.

➤ Colgan Air aircraft, headquarters, airport offices, ticket counters, gates and ramp areas are smoke-free.

➤ Certain positions require employees to transport passengers or drive on other company business.  These employees must have a valid driver's license and be willing to drive.

➤ Any employee receiving a parking or traffic violation while operating a Colgan Air company vehicle is required to report it to their supervisor on duty immediately.   Employees are responsible for paying all fines if they are at fault (i.e. speeding).

➤ Maintenance, cleaning, and repairs of personal automobiles and other personal equipment is not permitted in Colgan Air maintenance facilities.

➤ Any employee involved in a vehicle accident while driving a company car is required to report it immediately to their immediate supervisor.

➤ Employees are not authorized to charge meals, phone calls, movies or other incidentals to the Company while traveling on Company business.  Room and tax only may be charged to our direct bill hotel accounts.

➤ All company property and facilities are to be used solely for company business. Non-employees shall not be permitted access to company property at any time to solicit for any cause or to distribute material or literature of any kind for any purpose.

➤ All mail delivered to any of the Colgan Air offices will be considered the property of Colgan Air.

➤ All bulletin boards, office and cubical walls are the exclusive property of Colgan Air who reserves the right to control all postings on said property.

➤ All computer hardware, software, and operating systems are the property of Colgan Air and as such should not be used for personal use. Programs shall not be loaded on company computers without the permission of the designated Manager of Information Systems.

➤ Colgan Air understands it may be necessary for employees to commute, however, in no way will commuting be deemed a mitigating factor in an employees schedule, punctuality and demeanor.  All employees will be fully accountable for

Revision
May 2001

**COLGAN AIR**
**EMPLOYEE HANDBOOK**

<div align="right">

**SECTION II-5**
**REGULATIONS**

</div>

> ➤ On time appearance at their base (for their shift). Any and all expenses incurred because of commuting will be the responsibility of the employee.

> ➤ The use of profanity will not be tolerated.

> ➤ Employees may not take any company documents (original or copies) off Colgan Air premises without written permission of the President or Vice President, Marketing and Personnel.

## REGULATORY COMPLIANCE

Local, state and federal law and regulations govern our company and its airline operation. Every employee must be knowledgeable of these legal requirements and comply with them. Any violation of the law or governing regulations by an employee is a violation of company policy, and disciplinary action, up to and including termination will be taken. Colgan Air, Inc. company manuals required by FAA or DOT regulation are considered part of this regulatory group and must be strictly complied with. Any knowledge of an apparent violation must be reported

## COLGAN AIR ANTI-DRUG AND ALCOHOL POLICY

We believe in our employees and do not think that there is a substance abuse problem in our company. However, to maintain our status as a responsible employer and continue reliable service to our customers, any location where company business is being conducted is hereby declared to be a drug and alcohol free work place. This means that our employees cannot manufacture, distribute, dispense, have with them, or use any illegal or controlled substance including, but not limited to, marijuana, cocaine, opiates, amphetamines, phencyclidine or alcohol. The purchase or use of controlled substances will not be tolerated. No one shall report to work while under the influence of drugs or alcohol. **Federal Aviation Regulations govern alcohol and drug use by Safety Sensitive Employees. These regulations must be strictly followed.**

Pre-employment testing of an individual is required only prior to the **first** time the individual performs a safety sensitive function. If an employee is out of the drug testing pool for any length of time (such as a seasonal pilot), the individual is not required to submit to pre-employment testing prior to returning to work. An employer must have proof that the employee had a negative test result prior to the employee performing a covered function.

As mandated by Federal Aviation Regulation (FAR), Colgan Air will test certain groups of employees for alcohol/drugs of abuse (marijuana, cocaine, opiates, amphetamine, phencyclidine, and alcohol) under specific circumstances. Employees to be tested include: pilots, flight attendants, ground security coordinators, security screeners, dispatchers, mechanics, and any other position claimed to be safety/security sensitive and defined in the Federal Aviation Regulations.

Employees who perform safety/security sensitive work will participate in the comprehensive anti-drug and alcohol program, which will include education and random drug testing. This program will be implemented by a FAA approved consortium. Colgan Air will provide employee and supervisor training for the anti-drug/alcohol program. Supervisors are required to have annual recurrent training for the anti-drug program.

Any employee who violates the anti-drug or alcohol policy will be terminated. This includes refusal to take or failure to complete a drug/alcohol test, or by testing positive for drugs and/or alcohol (0.02 or Greater).

We are required to notify the FAA *within 5 working days* of any instance in which a 14 CFR part 61, part 63, or part 65 airman certificate holder **refused** to submit to a required drug test (generally, this applies to individuals who perform flight crewmember, flight instruction, aircraft dispatcher, aircraft maintenance, or air traffic control duties).

Case 1:05-cv-10155-PBS     Document 51-16     Filed 10/12/2005     Page 16 of 20

Any employee who receives 2 verified positive drug/alcohol tests with a concentration of .04 or greater conducted after September 19, 1994, is permanently precluded from performing the safety duties that the employee was performing at the time of the second verified test. Any employee who has engaged in prohibited drug use during the performance of safety-sensitive duties (even once) is permanently precluded from performing that duty.

Colgan Air will maintain all records pertaining to the drug/alcohol testing program in a secured file. Information will not be released to third parties unless specifically directed to do so by the employee.

Colgan reserves the right to conduct non-D.O.T. drug and alcohol testing under the following circumstances: Reasonable Cause/Reasonable Suspicion. This testing would apply to all employees.

Post-accident drug and alcohol testing will be conducted using the same procedures in place for D.O.T. Testing, i.e. urine specimen collection and breath alcohol.

Only the President or the Executive Vice President can authorize a non-D.O.T. test.

Our clients and passengers expect us to maintain a drug-free work place. Colgan Air has contracted with an FAA approved consortium to administer our anti-drug and alcohol program. This consortium provides the maximum protection for our employees as well as the necessary training program to cover the dangers of drug/alcohol abuse and identify how a substance abuse problem is a compulsive disease that can be rehabilitated and it strongly urges individuals with a substance abuse problem to seek and get help for themselves. Any questions on the policy or testing program should be directed to the Colgan Air Anti-Drug and Alcohol Manager, Benita Meyer at (703) 368-8880 ext 256. All questions will be kept in strict confidence.

## I.D. CARDS

The US Airways Express, I.D. card, and perhaps an airport I.D. (if required) card as well, are required by federal regulation. They are a mandatory uniform item. I.D. cards must be worn on the outer most garment above the waist. Failure to properly display the required I.D. cards may result in a civil penalty. Failure of an employee to display the proper I.D. cards will result in disciplinary action up to and including termination of employment.

I.D. cards are the property of the company (or the airport, if required) and must be returned to the company immediately upon resignation or termination of employment. Failure to do so will result in the sum of $100.00 in liquidated damages being withheld from your final paycheck. Employees that require airport badges in addition to the US Airways Express I.D. badge are personally responsible to the airport for any penalties imposed for lost badges or failure to return a badge upon leaving the airport assignment.

Colgan Air is required to report any individual who does not return their I.D. to the F.A.A.  I.D. BADGES ARE SERIOUS BUSINESS!

Revision
January 2002

Case 1:05-cv-10185-PBS     Document 51-16     Filed 10/12/2005     Page 18 of 30

# SECTION III.

➢     **GROUP MEDICAL INSURANCE**

➢     **PREMIUM ONLY PLAN (POP)**

➢     **LIFE INSURANCE**

➢     **401K PLAN**

➢     **UNEMPLOYMENT COMPENSATION**

➢     **WORKER'S COMPENSATION**

**COLGAN AIR**
**EMPLOYEE HANDBOOK**

## GROUP MEDICAL INSURANCE

Full time employees are eligible for medical coverage on the first of the month following their date of full time employment. *  Eligible employees who do not wish to enroll in the program will be requested to sign a decline to participate form. **If at a later date, an employee elects to enroll in the program, you may only do so during open season.** More information may be obtained from the Personnel Department.

Example:

| | |
|---|---|
| Your hire date | 1-5-01 |
| Your eligibility date | 2-1-01 |
| Your effective date | 2-1-01* |

**\*Provided the employee has completed the appropriate enrollment form and returned to the Personnel Administrator at least 2 business days prior to your eligibility date.  It is the employee's responsibility to provide the Personnel Administrator with the completed enrollment form.**

Voluntary Dental Insurance - all full time employees are eligible for Dental Coverage. Effective dates follow the Health Benefits effective dates.  * See example above.

More information may be obtained from the Personnel Department.  It is the employee's responsibility to complete the appropriate paperwork and return it to the Personnel Department.

## PREMIUM ONLY PLAN (POP)

The Premium Only Plan allows employee payroll deductions for group insurance premiums to be taken before taxes instead of after taxes.  By participating you could save 30% of the amount you spend on group insurance premiums.  The extra money you put in your pocket comes from not having to pay Social Security and Federal Income taxes on your premium deductions.

## LIFE INSURANCE

Full time employees are eligible for life insurance on the first of the month following their date of full time employment, subject to insurance carrier approval of the applicant in the amount of $25,000. Eligible employees who do not wish to enroll in the program will be requested to sign a decline to participate form. If at a later date, an employee elects to enroll in the program, they are subject to health questionnaire and insurance carrier approval.

**Example:**

|  |  |
|---|---|
| Your Hire date | 1-5-01 |
| Your eligibility date | 2-1-01 |
| Your effective date | 2-1-01 |

Further information can be obtained from the Personnel Department. It is the employees responsibility to complete the appropriate paperwork and return it to the personnel administrator

## 401(K) PLAN

All employees are eligible to take advantage of Colgan Air's 401K plan after 12 months of continuous employment. The 401(K) plan allows you to save for the future with money contributed from your paycheck before income taxes are withheld. This plan is administered by the Controller.

## UNEMPLOYMENT COMPENSATION

Colgan Air pays all of the costs for this program. No contribution is made by the employee.

## WORKER'S COMPENSATION

Employees are protected under the provisions of worker's compensation insurance at no cost to the employee. In the event an employee is injured on the job, the employee is required to report it immediately to the Supervisor on duty. The Supervisor must then report the accident to the Workers CompAdministator within 24 hours. A "Personal Injury" form must be completed.

# SECTION IV.

> **PAYDAY**

> **OVERTIME**

> **VACATION**

> **SICK LEAVE**

> **HOLIDAYS**

> **EXTENDED LEAVE WITHOUT PAY**

> **BEREAVEMENT LEAVE**

> **MILITARY LEAVE**

> **FAMILY & MEDICAL LEAVE ACT OF 1993**

> **JURY DUTY**

> **LUNCH BREAK**

> **DRESS CODE**

> **SHIFT TRIP TRADES**

> **RELOCATION**

> **TRAVEL EXPENSES**

> **TRAINING**

> **AIRLINE PASS PRIVILEGES**

> **EVALUATION**

> **FURLOUGH/LAY-OFF**

> **SEPARATION**

> **RECEIPT OF COLGAN AIR EMPLOYEE HANDBOOK**

## PAYDAY

The company pays employees on the 1st and 15th of each month.   In the event the 1st or 15th falls on a Saturday, we pay on the Friday before.  If the 1st or the 15th falls on a Sunday, we pay on the Monday following

## OVERTIME

Hourly employees who at the Company's request, work in excess of forty hours in a workweek, will be paid at time and a half for those hours actually worked over forty hours.

Vacation, sick leave, travel time, and training hours will not be used in the calculation of overtime.  Hours worked for another employee as a result of a trade will be paid at a straight time rate.

All overtime must be approved by a supervisor/manager and an overtime authorization form must be submitted to accounting.

## VACATION

An employee is not entitled to paid vacation during the first year of employment.  After their one-year anniversary, an employee will receive 5 days paid vacation per year.  After two years, an employee will receive 10 days per year.  An employee earns 15 days vacation after four years of employment.  Full time employees working less than 40 hours per week will accrue and be paid vacation based on average hours worked.

An application for Leave Form must be completed and signed by the employee and supervisor.  This form must be submitted to the Personnel Department prior to the last day of the pay period in which that vacation occurred.

Vacation is not normally accrued.  Excess vacation will be dropped, as of your anniversary date and leave records will be adjusted accordingly.  Employees will not be paid for dropped vacation.  If an employee has an approved vacation cancelled due to a need of the company and that vacation cannot be reasonably rescheduled and taken prior to the employees' anniversary date, then the employee may apply to have those vacation days carried forward to the next year.  Vacation will not be paid out.  Vacation time will not be used in the calculation of overtime pay.  Vacation pay will be based on the employee's base pay.  If employees have a balance of vacation due them, they will be paid for that leave time at separation, **provided two weeks notice is given.  If two weeks notice is not given, employees will not be paid for accrued vacation leave**.

Employees who separate prior to their one-year anniversary are not entitled to any vacation pay.

## HOLIDAYS

For full time personnel, the company recognizes six national holidays.

NEW YEARS DAY
MEMORIAL DAY
INDEPENDENCE DAY
LABOR DAY
THANKSGIVING DAY
CHRISTMAS DAY

Because of the requirement to operate on holidays, it may be necessary for an employee to work. Full time employees will receive 8.0 hours pay for the holiday. In the event that a full time employee is required to work on a holiday, they will receive pay for actual hours worked. Management personnel may take another day off for a holiday worked.

Part-time employees are not entitled to holidays. However, if they work on a holiday, they will receive time and one half for actual hours worked.

In the event a holiday falls on a Saturday or Sunday, for full time Employees we will observe the holiday on the same day as the Federal Government. However, part-time employees who work on the holiday will receive time and one half for actual hours worked.

For Example, December 25, Christmas Day is on a Saturday and Friday, December 24 is the Federal holiday. The part time employees who work 24th will receive straight time and the part-time employees who work on December 25 will receive time and one half.

Flight crewmembers refer to the Flight Crewmember Policy Handbook.

## SICK LEAVE

After ninety days of employment, all full time employees will accrue paid sick leave on the basis of one half day per month (4 hours). Full time employees working less than 40 hours per week will accrue and be paid sick leave based on average hours worked. A maximum of thirty (30) days sick leave can be accrued. Unused sick leave will not be paid upon separation. Colgan Air Inc. reserves the right to request a doctor's note. Sick leave will not be used in the calculation of overtime pay. Sick leave may not be used for routine doctor and dental appointments. Employees may use up to 5 days (40 hours) of sick leave per year (based on their anniversary date) for illness of an immediate family member (child, spouse, parents of employee). If additional time off is needed, employees may use accrued vacation or leave without pay as approved by their immediate supervisor.

The company reserves the right to require verification of the illness.   Please remember, sick leave is a privilege not a benefit.  Do not abuse it.

An Application for Leave Form must be completed and signed by the employee and supervisor.  This form must be submitted to the Personnel Department prior to the last day of the pay period in which that sick leave occurred.  The Application for Leave Form must also be submitted for part time employees for record keeping purposes.

Flight crewmembers refer to the Flight Crewmember Policy Handbook

## EXTENDED LEAVE WITHOUT PAY (LWOP)

Occasionally, it is unavoidable for an employee to be away from the job for an extended period of time.  Employees with no accrued vacation may be granted reasonable leave without pay as approved by the President.  Leave without pay is a privilege and granted solely at the discretion of the company.  The amount of leave without pay granted to any employee will be at the discretion of the President.  All company privileges including pass privileges are suspended during this period.  Employee and airport I.D. (if applicable) must be returned when employees are on extended LWOP.   NOTE:  There is no vacation or sick leave accrued during LWOP.

## BEREAVEMENT LEAVE

Colgan Air grants time off as requested without the loss of pay, between and including the day of the death and the day of the funeral, not to exceed three (3) days in his/her regularly scheduled work week for the death of spouse, father, stepfather, mother, stepmother, brother, stepbrother, sister, stepsister, child, grandparents, grandchild, or the death of the father or mother of the employee's spouse. Bereavement Leave will be granted to Full Time employees with at least 90 days of employment.  If additional time off is needed, employees may use accrued vacation or leave without pay as approved by their immediate supervisor.

## MILITARY LEAVE (SHORT TERM)

Employees who are members of the Armed Forces of the United States or National Guard will be granted time off for training duty, emergency service or active duty.

An application for leave must be submitted to the employee's supervisor at least 30 days prior to requested leave.

Written notification of induction or orders to report to duty along with the effective date of the leave of absence and the last day of work must be provided to the employee's supervisor. Time off granted for military service shall be without pay. However, an employee may use any available vacation time they have accrued.

## FAMILY AND MEDICAL LEAVE ACT OF 1993

Eligible employees are permitted to take up to twelve (12) weeks of unpaid leave during a twelve (12) month period measured backward from the date an employee uses any FMLA leave for the following reasons: (1) the birth of a child or placement of a child with the employee for adoption or foster care; (2) the care of a spouse, child or parent with a serious health condition; or (3) a serious health condition of the employee that renders the employee unable to perform the functions of his or her job. Leave taken under this policy may be taken intermittently, in separate blocks of time, or on the basis of a "reduced leave schedule" under which an employee's working hours are reduced. Leave taken under this policy will be counted against the employee's annual Family and Medical Leave Act entitlement.

**Eligibility-**In order to be eligible for leave under this policy, employees must have been employed by the Company for at least one (1) year of service, must have worked at least 1,250 hours during the twelve (12) months immediately preceding the leave, and must be employed at a worksite where fifty (50) or more employees are employed by the Company within seventy-five (75) miles of that worksite. For more information refer to Colgan Air's Family and Medical Leave Act Policy.

## JURY DUTY

An employee shall be granted time off and be paid his or her regular salary when called for Jury Duty or subpoenaed as a third party witness for up to five (5) days. Beyond 5 days employees may use their accrued vacation. The employee is expected to report to work if his/her services are required for less than half a day. Documentation must be provided to the Personnel Department verifying service on Jury Duty within 10 days of serving.

**COLGAN AIR**
**EMPLOYEE HANDBOOK**

<div align="right">

**SECTION IV-5**
**COMPANY POLICY**
</div>

## LUNCH BREAK

Employees scheduled to work 6 hours or more in a day will be given one 30 minute, unpaid meal period during their shift.  These employees shall also be given a paid 15-minute break during their shift.

Employees scheduled to work at least 4 hours, but less than 6 hours shall be given a paid 15-minute break.

Meal periods will be not less than 30 minutes.

Hourly employees must "clock " out and in for meal periods.

Employees may not accumulate unused meal periods or breaks to use as a basis for changing scheduled work hours.


Employees scheduled to work less than 4 hours are not entitled to a break.

If it is necessary due to operational needs for an hourly employee to work through their meal break, they must receive authorization from their supervisor as it may result in overtime.

## DRESS CODE

The manner in which an employee dresses and their overall appearance has a major impact on how Colgan Air Inc. is perceived.  To the public, you as the employee are Colgan Air Inc.  Proper attire and excellent grooming is required at all times.

Fashion fads such as nose rings, tongue posts, eyebrow posts etc. or extreme hairstyles are not permitted.

**Station Personnel** – Colgan Air follows the US Airways Impressions of Excellence Policy.  Employees are required to wear a company uniform, which is paid for by the employee.  The employee is responsible for the cost of the uniform in full at time of shipment. However, as a courtesy, Colgan Air will pay in advance the amount owed and do a payroll deduction if requested by the employee.  Specific information on uniform requirements and policies are in the US Airways Impressions of Excellence Policy.

**Flight Crewmembers** Colgan Air follows the US Airways Impressions of Excellence policy.  Employees are required to wear a company uniform, which is paid for by the employee.  The employee is responsible for the cost of the uniform in full at time of shipment.  However, as a courtesy, Colgan Air will pay in advance of the amount owed and do a payroll deduction if requested by the employee.  Specific information on

uniform requirements and policies are in the US Airways Impressions of Excellence Policy.

Reservations, dispatch, office and administrative personnel are required to dress in business attire. No jeans, sneakers, sweats or shorts are permitted. If an employee is not properly dressed, they may be sent home to change.

## SHIFT/TRIP TRADES

Shift/trip trading is a privilege provided to employees, which allows them the opportunity to take time off for personal or emergency reasons. Employees wishing to trade a shift/trip must request and receive approval from their supervisor. Approvals of shift/trip trade will be at the discretion of the supervisor and based on the business needs of the company. Hours worked on a shift trade will be paid at a straight rate not overtime.

For specific procedures for shift trading, please see your immediate supervisor. All areas may not be able to shift trade due to the nature of their work and the number of employees in their area.

## RELOCATION

Colgan Air full time employees who are transferred at the Company's request will be reimbursed as follows for relocation:

➢ One relocation trip for employee (and spouse) to consist of two days with one overnight, transportation (mileage reimbursed at prevailing rate), lodging, and meals.
➢ Cost of an appropriate sized rental vehicle to move personal belongings.
➢ Personal ground transportation to move family to new location at the prevailing mileage rate (one round trip).

All expenses must be pre-approved by the Vice President, Marketing and Personnel prior to the actual move. Two estimates are required on rental vehicles. Expenses that were not approved prior to move will not be reimbursed.

All approved expenses must be submitted on an Expense Report form to the Vice President, Marketing and Personnel for reimbursement.

The Company will not be responsible for damages incurred during the move.

Employees who transfer by their own request will not receive any compensation for the move.

## TRAVEL EXPENSES

All requests for reimbursement of travel expenses **must** be forwarded to the Accounting Department on a Colgan Air "Request for Reimbursement" form.  The form must be completed in full **and signed by the employee's supervisor.**

Meals will be reimbursed at the following rate:

| | |
|---|---|
| Breakfast | $7.00 |
| Lunch | $10.00 |
| Dinner | $15.00 |

The Maximum reimbursement is $32.00 per day.  Receipts are not necessary for meals within the maximum allowance.

Receipts are required for other expenditures such as transportation, etc.
Flight Crewmembers; refer to Flight Crewmember Policy.

Travel Expenses will not be paid unless:

➢ Employee must be on an overnight assignment at a location other than his/her assigned domicile.
➢ Duration of the overnight assignment must exceed 8 hours.
➢ The temporary duty must be required and assigned by the company.
➢ Mileage expenses are reimbursed at $.32 per mile; reimbursement covers gasoline and basic wear and tear on the vehicle.  Supervisor's approval is needed prior to using personal vehicle on business.
➢ Personal telephone calls, laundry and dry cleaning and other incidentals are not reimbursable.
➢ Employees traveling on company business must use the least expensive airport parking option.  Employees will only be reimbursed at that rate.  For example, at Washington-Dulles airport if an employee chooses to park in the daily instead of economy, they will be reimbursed at the economy-parking rate of $6.00 per day.

## TRAINING

There may be times when an employee is required to attend mandatory training classes for more than their normal amount of scheduled hours.  Employees will be expected to attend all mandatory training sessions as part of their continuing employment.  Upon completion of the training, the employee will be required to work any scheduled hours remaining in the workweek. Employees will be compensated at their straight time rate for actual hours spent in training and travel time to and form their base.  Training and travel time will not be used in the calculation of overtime.

Flight Crewmembers see the Flight Crewmember policies.

Revision
January 2002

## AIRLINE PASS PRIVILEGES

All full-time or part-time employees and their immediate family are eligible for pass privileges on Colgan Air, Inc., and US Airways from his or her date of hire based on space available travel. The station manager or Interline Department can issue Employee Passes for travel on Colgan Air. Pass privileges on other airlines for personal travel will be made available on airlines which have pass agreements with Colgan Air, Inc., based on the airlines eligibility rules. Employees are required to complete an Employee Travel Application and pay a minimum of $5.00. *Falsification of information will result in disciplinary action up to and including termination*. Airlines differ on their pass agreements. *Refer to the Employee Travel Manual packet* for more information. In no case is spaces reserved for pass riders and under no circumstances are reservations to be made by the employee on any airline while riding on a pass.

Employees traveling on company business contact the Interline Manager to arrange your travel plans at least three business days in advance.

Requests for passes on Airlines not listed in your pass information packet must be made through the Colgan Air Interline Department using a Employee Transportation Request Form, not through station managers, (station managers may issue employees passes on Colgan Air, airlines listed in the pass information packet and AirTran), or any other source unless prior approval is received. Violation of this policy will result in termination of the employee's pass privileges for personal travel and may result in the termination of the employee.

Colgan Air employees are to dress appropriately when riding non-revenue on Colgan Air flights as well as other carriers extending pass privileges. It is the employees responsibility that pass-riding family members be made aware of the rules of non-revenue travel.

## EVALUATION

Employees are hired on a six-month probationary period. At the completion of this period the employee's immediate supervisor will conduct an evaluation of the employee's performance. Evaluation will be done each year thereafter on the employee's anniversary date.

## FURLOUGH/LAYOFF

If it should become necessary for the Company to reduce employment levels due to economic or unforeseen business conditions, it will do so based on location and performance of the employees at the affected location.

A furlough of less than 90 calendar days is considered temporary. If the employee is recalled and begins to work on or before the 90th day following the furlough date, then

Case 1:05-cv-10155-PBS   Document 51-16   Filed 10/12/2005   Page 30 of 30

that employee will retain all Company seniority accrued prior to the furlough date. Employees on a furlough status will continue to accrue Company seniority for pay and benefits purposes for the first 30 days of furlough.

Upon return from furlough status in excess of 30 days an employee will have their seniority date adjusted accordingly.

If an employee has not returned to active status on or before the 90th day following their furlough date, that employee's furlough status will become a termination.

When on furlough status, an eligible employee may elect to continue their medical insurance coverage by paying the full cost of the premiums. For additional information on continuing insurance coverage please contact the Personnel Department.

## SEPARATION

As an employee, of Colgan Air Inc., you serve as an employee at will. You retain the right to terminate the employment relationship between yourself and Colgan Air, Inc. at any time, without notice or cause. Colgan Air, Inc. retains the same right.

US Airway Express I.D., airport security badges, company manuals and other company property must be returned to the Personnel Department or station manager within (24) hours of the date of separation.

An employee may not extend their employment by using vacation time.

As a resigning employee, in order to be considered for re-hire with Colgan Air, you must have given the Company two weeks written notice. All unused airline passes and buddy passes must be turned in to the Personnel Department prior to your last day. Any expense reports must be turned in prior to your last day. An employee who fails to return their US Airway Express I.D. will have $100.00 liquidated damages deducted from their final paycheck.

# A I G   R I S K   D E T A I L   R E P O R T

| CLIENT | ACCOUNT | POLICY | CONTRACT PERIOD | VALUATION DATE | REPORT DATE | PAGE |
|--------|---------|--------|-----------------|----------------|-------------|------|
| 1400570 | 1400570 | 002680100  WC | 12/01/02 - 12/01/03 | 03/31/05 | 03/31/05 | 14 |
| COLGAN AIR, INC. | COLGAN AIR, INC. | COLGAN AIRWAYS | | | | |

| LOSS DATE  RPT. DATE  STATUS  CLOS DATE  LOSS TYPE | OFF  CASE  SYM  H-OFF | CLAIMANT NAME  NCCI OCCUPATION  ACCIDENT DESCRIPTION  INJURY DESCRIPTION | STATE | | COMP<br>BI | MEDICAL<br>PROPERTY | ALLOCATED<br>EXPENSE | TOTALS | SALVAGE<br>SUBRO<br>OTHER | TOTAL<br>INCURRED |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/26/03<br>8/27/03<br>CLOSED<br>3/30/04<br>WC-IND | 456<br>084833<br>001 | KNABB SCOTT<br>07403 PILOT/CAPT<br>MALE   AGE - 39   SS# - 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 | MA | CURR<br>PREV<br>RESV | .00<br>4000.00<br>.00 | .00<br>.00<br>.00 | .00<br>.00<br>.00 | .00<br>4000.00<br>.00 | .00<br>.00<br>.00 | |
| | | PLEASE CALL, UNDER INVESTIGATION | | | | | | | | 4,000.00 |
| 8/26/03<br>8/27/03<br>OPEN<br>WC-IND | 456<br>084835<br>001 | DEAN, YISEL<br>07403 PILOT/FO<br>MALE   AGE - 38   SS# - 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 | MA | CURR<br>PREV<br>RESV | 3000.00<br>21750.00<br>18250.00 | .00<br>.00<br>5500.00 | .00<br>200.00<br>1500.00 | 3000.00<br>21950.00<br>25250.00 | .00<br>.00<br>.00 | |
| | | DEATH | | | | | | | | |
| | | PLEASE CALL, STILL UNDER INVESTIGATION | | | | | | | | 50,200.00 |
| 8/28/03<br>8/28/03<br>CLOSED<br>6/16/04<br>WC-MED | 456<br>084887<br>001<br>159 | GRINDLE MAY<br>07403 CUSTOMER SERVICE AGENT<br>FEMALE AGE - 47   SS# - 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 | ME | CURR<br>PREV<br>RESV | .00<br>.00<br>.00 | .00<br>6834.40<br>.00 | .00<br>311.84<br>.00 | .00<br>7146.24<br>.00 | .00<br>.00<br>.00 | |
| | | WHILE LOADING BAGS ON AIRCRAFT, PULLED S<br>OMETHING IN ELBOW OF LEFT ARM.<br>STRAIN | | | | | | | | 7,146.24 |
| 8/30/03<br>9/05/03<br>CLOSED<br>3/09/04<br>WC-IND | 016<br>166624<br>001<br>067 | HART SUSAN<br>07403 FLIGHT ATTENDANT<br>FEMALE AGE - 29   SS# - 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 | ME | CURR<br>PREV<br>RESV | .00<br>4652.50<br>.00 | .00<br>1694.62<br>.00 | .00<br>91.95<br>.00 | .00<br>6439.07<br>.00 | .00<br>.00<br>.00 | |
| | | EMPLOYEE WAS WALKING ON THE TARMAC. THERE<br>WAS A LARGE CRACK/HOLE IN THE PAVEMENT. THE HEAL OF HER SHO<br>SPRAIN TO FOOT.CH | | | | | | | | 6,439.07 |

18

Exhibit
15

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

YISEL DEAN, Administratrix of the Estate )
of STEVEN DEAN, deceased, et al., )
                                            )
             Plaintiff, )
                                              )
vs. )
                                              )
RAYTHEON COMPANY, et al., )     Case No.: 05 CV 10155 PBS
                                              )
           Defendants. )
                                              )

## JOINT AGREED STIPULATIONS OF FACT

COMES NOW the Plaintiff, by counsel, and the Defendant, Colgan Air, Inc. ("Colgan"), by counsel, pursuant to this Court's rulings on July 27, 2005, and respectfully submit this Joint Agreed Stipulations of Fact with regard to Colgan's Motion to Dismiss. In support thereof, the Plaintiff and Colgan state as follows:

1.     Steven Dean, the Plaintiff's decedent, was employed by Colgan starting October 4, 2002. At all times during his employment with Colgan, the Plaintiff and the Plaintiff's decedent were residents of Texas. The home, mailing, and residential address of the Plaintiff and Plaintiff's decedent was 841 S. Euless Main, Apt. #250, Euless, Texas 76040.

2.     Beginning in July, 2003, the Plaintiff's decedent worked out of and was supervised from Colgan's base in Hyannis, Massachusetts (HYA). See Exhibit 1 (Flight records and monthly bid charts from July and August, 2003), Exhibit 2A and 2B (Wage and Tax Register with Hyannis base code (500211)), and Exhibit 3 (payroll Master Control statement reflecting base in Massachusetts for July and August, 2003). Prior to being based in Hyannis, Mr. Dean was based at Presque Isle, Maine (PQI). See Exhibit 4

(Flight records and monthly bid charts from April, May, and June, 2003). While based in Hyannis, on some nights Mr. Dean stayed at the Hyannis Radisson hotel, which was paid for by Colgan. Exhibit 5.

3.      Colgan did not require its pilots to establish a residence or address at or near any assigned duty station. Exhibit 6, p.2-8 (Flight Crewmember Policy Handbook). The Plaintiff's decedent was not violating any Colgan work rules or FAA regulations by having his residence in Texas. However, failure to make an assigned flight sequence was treated as a "No Show," subjecting the pilot to discipline. Exhibit 6, p.2-3. When commuting by air, Mr. Dean was required to report in base 3 hours prior to departure. Exhibit 6, p. 2-8.

4.      During the course of his employment with Colgan, the Plaintiff's decedent was assigned flights to and from the following states: Virginia, New Hampshire, Pennsylvania, Rhode Island, Vermont, New York, Massachusetts and Maine. Mr. Dean bid on flight sequences among the options available to him and was assigned flight sequences based on the needs of Colgan and Mr. Dean's bid requests within these Colgan options. Beginning in July, 2003 when Mr. Dean was based in Hyannis, all his flight sequences began in Hyannis and ended the same day in Hyannis. Exhibit 1.

5.      The Plaintiff's decedent received $750.00 in gross wages every two weeks. See Exhibit 7 (earnings statements). Colgan's payment record for the Plaintiff's decedent is attached as Exhibit 8.

6.      Prior to and on August 26, 2003, under Mass. G.L. ch. 152 § 25A, Colgan provided workers' compensation insurance in Massachusetts for its employees working out of its base in Massachusetts. See Exhibit 9.

7.      Colgan provided workers' compensation insurance for the Plaintiff's decedent pursuant to Massachusetts law. See Exhibit 10 (record of covered employees from Massachusetts workers' compensation insurer) and Exhibit 11, p2 (Employer's

Report of Industrial Injury reflecting all states, including Massachusetts, where Colgan had workers' compensation insurance).

8.    Colgan had no business operations in Texas prior to and on August 26, 2003, and its flight operations at that time were limited to primarily the mid-Atlantic and New England areas.

9.    According to the Employer's Report of Industrial Injury, prior to and on August 26, 2003, Colgan did not have workers' compensation insurance in Texas.  Exhibit 11, p2.

10.    The Plaintiff's decedent did not apply for or complete any applications or statements with regard to workers' compensation benefits.

11.    Colgan notified its workers' compensation carrier of Mr. Dean's death.

12.    Colgan completed the Proof of Loss Claim Statement.  See Exhibit 11 (Massachusetts workers' compensation claim).

13.    The Plaintiff did not complete or sign any workers' compensation application or the Proof of Loss Claim Statement.

14.    The Plaintiff received a notice of Health Benefits Continuation Plan for Wachovia Insurance Services, attached as Exhibit 12.

15.    The employee benefit travel privileges of the Plaintiff's decedent on US Airways, attached as Exhibit 13, listed his address as Euless, Texas.

16.    Colgan's Employee Handbook, attached as Exhibit 14, states only the following about worker's compensation:

> Employees are protected under the provisions of worker's compensation insurance at no cost to the employee.  In the event an employee is injured on the job, the employee is required to report it immediately to the Supervisor on duty. The Supervisor must them report the accident to the Workers Comp Administrator within 24 hours.  A "Personal Injury" form must be completed.

17.     There are no other statements about worker's compensation in the Employee Handbook.

18.     The Colgan Air Employee Handbook lists items which are included in a worker's personnel file—items according to the handbook to which an employee has input and access, as follows:

**PERSONNEL FILES**
The purpose of personnel files is to maintain an accurate record of each employee's history and current employment status with Colgan Air. Company forms, documents and correspondence relevant to an employee's status are maintained and protected in the permanent file.

Each employee has the responsibility of ensuring that his or her records are current.  The Personnel Department must be notified of any changes to the following:

1.     Name
2.     Address
3.     Telephone Number
4.     Dependents
5.     Marital Status
6.     Insurance Beneficiary
7.     Health Insurance Status
8.     Contact in Case of Emergency
9.     Withholding Tax Information (W-4)

The records maintained in the personnel file are company property. Employees wishing to review their records must make prior arrangements with the Personnel Department.

[Colgan Air Employee Handbook Section II-1]

19.     From the time Plaintiff's decedent was hired by Colgan, he was never relocated or transferred by Colgan, but his assigned base was changed from Presque Isle, Maine to Hyannis, Massachusetts in July, 2003.

20.    The allegedly negligent acts of Colgan occurred in Massachusetts. See Complaint at ¶79.

21.    The Plaintiff's decedent sustained fatal injuries in Massachusetts as a result of Colgan's alleged negligence.  See Complaint at ¶ 82.

22.    The Plaintiff's decedent's fatal injuries were compensable pursuant to Mass. G.L. ch. 152 § 26.

23.    The Plaintiff could obtain an award of benefits pursuant to the Massachusetts Workers' Compensation Act for the death of the Plaintiff's decedent.

24.    Colgan's Massachusetts workers' compensation insurance is paying benefits to Plaintiff herein as a result of the death of her husband.  See Exhibit 15 (insurer's payment screen).


Dated:  October 12, 2005


YISEL DEAN
By her attorneys,


 /s/ Robert McConnell____
Robert McConnell, Esq
(BBO No. 550625)
Mary Schiavo, Esq.
MOTLEY RICE LLC
321 South Main St.
P.O. Box 606
Providence, RI 01940
(401)457-7700

COLGAN AIR, INC.
By its attorneys,


 /s/ Anthony L. DeProspo_____
Christopher A. Kenney (BBO# 556511)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN & LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, a true and correct copy of the above and foregoing JOINT AGREED STIPULATION OF FACTS, was sent in the United States mail, postage prepaid and properly addressed to the following attorneys of record who do not receive service via electronic filing.

Michael G. Jones
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
100 North Broadway
Wichita, KS 67202

Thomas B. Almy
Dombroff & Gilmore, P.C.
1676 International Drive
McLean, VA 22102