UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, et. al., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RAYTHEON COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 05 CV 10155 PBS |
| LISA A. WEILER, et. al., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RAYTHEON COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 05 CV 10364 PBS |

**PLAINTIFFS' RULE 26 INITIAL DISCLOSURES**

Plaintiff, by and through its undersigned counsel, makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

A.   **Persons Likely to Have Discoverable Information:**

**Raytheon or Colgan Employees/Agents:**

| Rob Ramey | Accident Investigator |
|---|---|
| Mike Scheidt | Raytheon relationship with Colgan and lease of UE-40 |
| Brian Burris | Raytheon relationship with Colgan and lease of UE-40 |

1

| | |
|---|---|
| Tom Peay | Raytheon relationship with Colgan and lease of UE-40 |
| Karen Jenkins | Raytheon relationship with Colgan and lease of UE-40 |
| Andrew Matthews | Raytheon relationship with Colgan and lease of UE-40 |
| Tim Dieker | Raytheon relationship with Colgan and lease of UE-40 |
| Willard Crowe | Elevator trim controls and manuals |
| A. J. Lusch | Proper repair techniques |
| Lee Rhodes | Colgan maintenance issues |
| Dean Thompson | Accident Investigator |
| Lou Johnson | CVR review |
| Tim Green | Technical representative interacting with Colgan |
| Chris Berquist | Technical representative interacting with Colgan |
| Matt McCarthy | Technical representative interacting with Colgan |
| Mike Jolicouer | Technical representative interacting with Colgan |
| Mike Johnson | Technical representative interacting with Colgan |
| Gregory Thummel | Parts issues |
| Records Custodian | |
| Other Raytheon employees, former employees and corporate representatives with knowledge as of yet unnamed or unknown. | |

| | |
|---|---|
| Michael Colgan | Company President |
| Robert Moorehead | NTSB participant |
| LaDonn James Nunn | VP-Operations, NTSB participant |
| Dave Vance | NTSB participant |
| Dan Kinan | Lead mechanic, replaced cable |
| Scott Servis | Replaced cable |
| Gerry Shutrump | Current director of maintenance |
| Dominick Battaglia, Jr. | Colgan mechanic |
| Perry Sarluca | Colgan mechanic |
| Jimmy Desmond | Colgan mechanic |
| Kevin Gonzales | Colgan mechanic |
| Jeff Vallejo | Colgan mechanic |
| Miguel Rodriguez | Past director of maintenance |
| John E. Barrett | |
| Patti Barth | |
| Matt Callender | |
| Marcus Cunningham | AJ report |
| Scott Gebauer | |
| James Ham | AJ report |
| Dennis Lemos | |

| | |
|---|---|
| Larry Ratliff | |
| Ed Vilchez | AJ report |
| Jeb Barrett | |
| James Desmond | |
| Kim Ernzen | |
| Ron Jaerger | |
| Matt McCarthy | |
| Bob Pedroja | |
| Dave Rosenberg | |
| Dean Thompson | |
| Records Custodian | |
| Other Colgan employees, former employees, and representatives, or others with knowledge as of yet unnamed or unknown | |

**Others:**

| | |
|---|---|
| Yisel Dean | |
| Robert Dean | |
| Lisa Weiler | |
| Alice Knabe | |
| Robert J. Gretz | NTSB Investigator in Charge |
| Floyd A. James | FAA participant in FAA investigation |
| Steven Magladry | NTSB Airworthiness Group Chairman |
| Casey Davis | |
| Jenny Elsenrath | |
| Pete Kriegler | |
| A.J. Lusch | |
| P. Armstrong | Director of Recreation, Town of Yarmouth, witnessed plane taking off – RAC 00224 |
| Jackie Berger | |
| Chris Berquist | |
| Thomas Berthe | Pratt & Whitney Canada |
| Tim Bischoff | (saw accident) RAC 000227 |
| Douglas P. Brazy | NTSB  RAC000374 |
| William Bramble, Ph.D. | NTSB |
| Richard Bunker | MA Aeronautics Commission |
| Brian Burris | |
| Robert Busto | FAA |
| Stephen Carbone | NTSB |
| John Clark | NTSB |
| Dennis Crider | NTSB  RAC 000234-252 |
| Stephen Demko | |

| | |
|---|---|
| Tim Dieker | |
| Les Door | FAA |
| Jerry Earleywine | |
| John D. Falvey | RAC 000222 (was fishing when plane took off) |
| John Goglia | NTSB |
| Dennis Grossi | NTSB Flight Data Recorder Study RAC 000253 |
| Stephen Grota | FAA |
| Bob Hartman | |
| Bob Hogan | |
| Rob Houghton | |
| Conrad Jackson | |
| Tony James | FAA |
| Karen Jenkins | |
| Lou Johanssen | |
| Deepak Joshi | NTSB |
| Jim Kittredge | (heard airplane didn't sound normal) RAC 000228 |
| Regan Koch | |
| Andrew Matthews | |
| Gary Mahoney | |
| Bryan Moore | (interviewed by Gretz – heard flight crew report a runaway trim) RAC 000226 |
| Richard I. Peck | Inspector FAA RAC 000276 |
| Charles D. Riddle | RAC 000667 |
| Larry Robinson | |
| Lee Rhodes | |
| Lt. Paul Rooney | Yarmouth Police Department |
| David Rosenberg | |
| Kate Spade | RAC |
| Jerry Staab | |
| John Tigue | RAC |
| Dana Schulze | NTSB |
| Mike Thummel | |
| "Tuha" | |
| Emory Van Kirk | |
| Eric West | FAA |

In addition individuals listed in the documents produced by Defendants, or, discussed in depositions, or whose existence and/or knowledge subsequently discovered are deemed included.

**B.    Documents, data compilations, and tangible things:**

    1.    Documents relating to the lease of UE-40

        a.    Used Airliner Airplane Warranty Effective 1999 and After

      b.      January 9, 2003 Side letter agreement between Colgan and RAAS.

      c.      January 3, 2003 letter from Karen Jenkins to Distribution and Lease Agreement between Colgan and RACC dated January 3, 2003. Not produced is the signed list of "Loose Equipment Check List and Manuals & Records" referenced in the Certificate of Final Acceptance.

      d.      Definitive Agreement between Colgan and RACC and RAAS dated August 1, 2002)

      e.      August 12, 2002 Letter from Brian Burris transmitting Definitive Agreement

      f.      Fax 12/31/02 with 2-page attachment to Karen Jenkins from Carolann Duiven

      g.      Lease – 1/3/03 and 1/3/03 letter from Karen Jenkins to Distribution

      h.      Warranty (used airliner) Effective 1999 and after

      i.      Operating Lease proposal between Colgan and RAAS and RACC dated March 15, 2002

      j.      Chain of Title documents from Morgan Aircraft Title Service – 3/14/05

      k.      Chain of Ownership from Aero Records & Title Co. – 4/7/05

      l.      Exhibit 71 to Barth Exhibit – Memo from Jenkins 1/3/03 (3 pages)

      m.      Side letter agreement 1/9/03 between Colgan and RAAS

      n.      License Agreement – REPS with limited warranty

      o.      REPS 1900D Maintenance Manual 129-59000 – Version 9 CD

2.      REPS Manual, Revision 9, excerpts: Table of Contents for Chapter 27; Chapter 27-00-00, including Temporary Revision 27-7; Chapters 27-30-00 through 27-30-09

3. REPS Manual, Rev. 9 – CD Rom

4. Beech 1900D Airliner Maintenance Manual – including Warnings, Cautions and Notes, Elevator Tab Control Cable Winding (Figure 201), Drafts

5. Chapter 27-30 of the maintenance Manual

6. Chapter 20-00-00 of the 1900D Airliner Maintenance Manual (Part Number  129-590000-15)

7. AMM Revision A29 dated July 26, 2002 – Page 201 of Section 27-30-09

8. AMM Revision A31 dated July 25, 2003 – Page 201 of Section 27-30-09

9. Service Bulletin (Mandatory) SB 27-3202; Title: Flight Controls – Elevator  Trim Tab Actuator Inspection/Modification, issued July 2003

10. Beech 1900D Airliner Flight Manual – Section IV (RAC 1242-1291) – same as Exhibit 67 to Barrett Deposition

11. Beech 1900D Airliner Pilot's Operating Manual

12. Exhibit 89 to Crowe deposition - pages from flight manual

13. Fax to Dennis Lemos 7/9/03 from Matthew J. McCarthy

14. Fax to Miguel Rodriguez 8/27/03 from Tim Green

15. Revision A33, Maintenance Manual

16. Revision A35 Maintenance Manual

17. Publication Change Request dated July 25, 2003 – Memo from Willard Crowe to Raytheon Aircraft Company

18. Maintenance Training Manual dated January 28, 2003

19. General Maintenance Manual – including Volume V

20. Parts Manuals

21. CAMP Manual

22. FOPP Manual

23. Beech 1900 Company Flight Manual

24. Illustrated Parts Catalog

25. Flight Manual

26. Flight Operations Policies and Procedures Manual

27. Elevator Trim Tab – Maintenance Practices

28. Presentation – Elevator Trim Actuators – ATA 27

29. Video and Photos of 1900D – AERS (CD-Rom)

30. Memo from Tim Green to Miguel Rodriguez regarding Elevator Tim Actuators p/n 129-526033-7 (L/H) and 129-526033-9 (R/H) relative to Beech 1900D Airliner s/n UE-40

31. Letter from Robert Ramey of Raytheon to Steven Magladry dated November 4, 2003

32. Letter to Robert Busto from Robert Ramey (Raytheon) dated November 14, 2003

33. Letter to NTSB from Robert Ramey regarding Elevator Trim System and Service Bulletin

34. Letter to Bob Gretz from Robert Ramey (Raytheon) dated January 14, 2004

35. Letter to Bob Gretz from Raytheon dated May 21, 2004 re: REPS 1900D

36. Vertex Aerospace Submission to NTSB regarding January 2003 accident

37. Colgan Air Audit on November 8, 2002

38. DOD Audit of Colgan

39. US Airways Audit of Colgan and Co.

40. Colgan Response to US Airways Audit

41. Aircraft Certification Service – AD Proposal Worksheet dated May 1994 revised July 17, 1995

42. Maintenance Work Order dated August 24, 2003

43. Maintenance Work Order dated August 24, 2003 - Kinan

44. Maintenance Work Order dated August 25, 2003

45. Email from Hyannis Maintenance Department (Perry Sarluca) to Mike Jolicoeur dated August 25, 2003

46. Scott N. Servis – Work Schedule August 16 through August 29

47. Elevator Tab Cables – Maintenance Practices

48. Elevator Tab Actuators – Maintenance Practices

49. Elevator Trim Tab Servo System – Maintenance Practices

50. Ratliff Training Report – November 5, 2002 through January 28, 2003

51. Repair Work Order Form dated August 23, 2003

52. Repair Work Order Form dated July 13, 2003

53. Serviceable Unit Data dated August 23, 2003

54. Dominick Battaglia – Work Schedule August 16 through August 29

55. Desmond Training Report – January 22, 1990 through March 27, 2003

56. Vallejo Training Report – June 21, 2003 through July 29, 2003

57. Training Report – January 30, 2002 through October 20, 2003

58. Elevator Airworthiness and Tab Freeplay Check

59. Detail #6 Panel Chart

60. Detail #6 Tally Sheet

61. Aircraft Schedule Maintenance Forecast dated August 22, 2003

62. Aircraft Schedule Maintenance Forecast dated August 26, 2003

63. Release Checklist dated August 24, 2003

64. Airworthiness Release dated August 26, 2003

65. Elevator Tab Control Rigging – Maintenance Practices

66. Raytheon Aircraft Company Mandatory Service Bulletin SB 27-3202; Title:  Flight Controls – Elevator Trim Tab Actuator Inspection/Modification, issues  July 2003.

67. Raytheon Aircraft Safety Communique, September 2003

68. Raytheon Aircraft Temporary Revision 27-9

69. Raytheon Aircraft Temporary Revision 27-10

70. Raytheon Technical Publications Desktop Procedures Style Guide for Commercial Maintenance Manuals

71. Raytheon Technical Publications Desktop Procedures Style Guide for Pilot's Operating Handbooks and FAA Approved Airplane Flight Manuals

72. Flight Times Report for Scott Knabe

73. Flight Times Report for Steven Dean

74. Sworn Statement in Proof of Loss

75. FAA Airworthiness Directive AD2003-20-10 – effective October 15, 2003

76. Trim Cable Drum from accident aircraft

77. N240CJ Records relating to maintenance and trim cable

78. Purchase Order 1900 C/D REPS CD

79. Purchase Order 4800

80. Purchase Order 10305

81. Raytheon Aircraft Invoice 91719001

82. Beechcraft 1900 Normal Checklist

83. Photos from Rob Ramey File (CD Rom)

84. Advisory Circular No. 43.13-1B

85. 1900 Heritage printout from RAAS website

86. Service Difficulty Reports – September 1 through October 3, 2003

87. Service Difficulty Reports – June 25, 1996 through August 20, 2002

88. FAA Maintenance Training Notebook AC-65-15A

89. Chronology of contact between Colgan Air and RAC during period August 23-26, 2003 dated August 26, 2003

90. Elevator Trim Tab Cables – Maintenance Practices

91. Elevator Trim Tab Cables – Maintenance Practices – New Procedure, REPS (Rev. 16)

92. History of 1900D AMM Page Block 27-30-09-201

93. Email from Dean Thompson to Doris Waggoner dated September 12, 2003 re: UE-40 update

94. Inventory Analysis Detail Inquiry

95. Email from Matt McCarthy to Dave Rosenberg dated August 25, 2003

96. Fax from Dean Thompson to Garry Mahoney dated August 29, 2000 re: letter from CommutAir

97. Letter to Robert Houghton (Champlain Enterprises, Inc.) from Tom Peay dated October 23, 2000 re: 1900D hydraulic landing gear valve

98. Memo from Safety Communique dated September 2003 re: Elevator Trim Tab Cable Installation

99. Draft Telephone Contact Report from Mike Jolicoeur dated August 23, 2003

100. Telephone Contact Report – 7/9/03

101. Telephone Contact Report – 8/21/03

102. RAC Letter 940-2004-05-133 to NTSB dated May 6, 2004

103. Party Submission of Colgan Air to the NTSB.

104. RAC Submissions May 6, 2004 and August 12, 2004 to NTSB

105. RAC Letter 940-2004-07-191 to NTSB dated August 12, 2004

106. Raytheon Aircraft Company letter 940-2004-05-133, dated May 6, 2004

107. Colgan Air, Inc. Submission to the NTSB.

108. Colgan Air-Beechcraft 1900 Normal Checklist Volume XXX Revision 5 dated March 14, 2003.

109. Telephone Contact Report dated May 15, 2005

110. Letter from Raytheon to Colgan Air (Mike Colgan) dated March 15, 2002

111. Letter from Raytheon (Brian Burris) to Patti Barth dated August 12, 2002

112. Letter from Raytheon to Mike Colgan (Side Letter Agreement) dated January 9, 2003

113. Used Beechcraft 1900D Airliner Operating Lease Agreement between Raytheon Aircraft and Colgan Air, Inc.

114. Data Route and Approval (Elevator Trim Tab Cable Installation)

115. Data Route and Approval (Model 1900D Airliner Maintenance Manual Temporary Revision 27-9)

116. Safety Communiqué No. 234 regarding Elevator Trim Tab cable Installation

117. Raytheon Aircraft Company Policies and Procedures, General

118. Email from Madella Paquette to Kimberly Ernzen regarding Safety Communiqué 234 dated September 14, 2003

119. RAC letter 940-2003-10-175 to NTSB dated October 7, 2003

120. RAC letter 940-2003-10-576 to NTSB dated October 27, 2003

121. RAC letter 940-2003-11-085 to NTSB dated November 4, 2003

122. RAC letter 940-2003-aa-088 to NTSB dated November 6, 2003

123. RAC letter 940-2003-11-337 to FAA dated November 6, 2003

124. RAC letter 940-1003-11-418 to NTSB dated November 20, 2003

125. RAC letter 940-2003-12-050 to NTSB dated December 1, 2003

126. RAC letter 940-2003-12-476 to NTSB dated December 22, 2003

127. Email dated September 2, 2003 - Colgan to Raytheon.

128. FAA letter to RAC dated January 9, 2004; Subject: Compliance Review Beech 1900 Series Flight Control Trim System.

129. FAA letter to RAC dated January 13, 2004; Subject: Raytheon Model 1900C/D Aileron and Rubber Trim System Control Authority.

130. RAC letter 940-2003-01-221 to NTSB dated January 14, 2004

131. RAC letter 940-2004-02-055 to NTSB dated January 23, 2004

132. Draft Group Chairman's Factual Report NYC03MA183.

133. RAC letter 940-2004-04-097 to NTSB dated April 5, 2004

134. RAC letter 940-2004-04-420 to NTSB dated April 21, 2004

135. RAC letter 940-2004-04-471 to NTSB dated April 22, 2004

136. NTSB Draft Airworthiness Group Chairman's Factual Report of Investigation NYC03MA183.

137. RAC letter 940-2004-05-079 to NTSB dated May 4, 2004

138. NTSB Draft Factual Report NYC03MA183.

139. RAC letter 940-2004-05-207 to NTSB dated May 11, 2004

140. RAC letter 940-2004-05-425 to NTSB dated May 21, 2004

141. RAC letter 940-2004-04471 to Steven H. Magladry, dated April 22, 2004

142. RAC Letter 940-2005-05-133 to Bob Gretz, dated May 6, 2004
143. RAC letter 940-2004-05-510 to NTSB dated May 27, 2004
144. RAC letter 940-2004-06-074 to NTSB dated June 2, 2004
145. RAC letter 940-2004-09-441 to NTSB dated September 22, 2004
146. RAC letter 940-2003-11-088 to NTSB dated November 14, 2003
147. RAC letter 940-2003-12-050 to NTSB dated December 1, 2003
148. Factual Aircraft Accident Investigation Report.
149. Employee Records for Knabe and Dean
150. Damages documentation and medical reports as available
151. Summary of Expenses, invoices, bills, and other such costs
152. Reports of Experts as appropriate
153. Order of Suspension of Daniel R. Kinan
154. Order of Suspension of Dominick Battaglia, Jr.
155. RAC presentation given to FAA August 11, 2004
156. FAA Letter December 10, 2004
157. Colgan's Maintenance Training Manual
158. Course material for Beech Phase I and II training courses Numbers MT 204 and 205
159. Training handouts re: RII and Airworthiness courses – nos. MT401-404
160. Training handout re: MT 101
161. Airplane and component parts as known and available scale model
162. Mockups, drawings, summary charts as known and available
163. CD with Robert Ramsey's accident investigation photos

164. Printed copies Robert Ramsey's accident investigation photos

165. Drum/guard

166. Turnbuckles, cables, trim wheel, trim indicator

167. Travel board

168. Digital protractor

169. Curriculum vitae of Richard J. Nelson, his expert report and potential exhibits

170. Curriculum vitae of Dwight Law, his expert report and potential exhibits

171. Video of maintenance and flight crew procedures and pictures

172. 1900 Colgan's Continuous Airworthiness Maintenance Program Manual

173. Colgan's Flight Operations Policies and Procedures Manual – FOPP

174. FOPP page 4-21, 5-12

175. Colgan's Continuing Analysis and Surveillance Program

176. Dean Flying time, flight logs, and other such documents

177. Knabe Flying time, flight logs, and other such documents

178. Exhibits to Servis deposition

179. Exhibits to Kinan deposition

180. Service OJT training record 27-30-4

181. Exhibits to Ratliff deposition

182. Exhibits to Battaglia deposition

183. Exhibits to Desmond deposition

184. Exhibits to Vallejo deposition

185. Exhibits to Sarluca deposition

186. Exhibits to Barrett deposition

187. Exhibits to Peay deposition

188. Exhibits to Ramey deposition

189. Potential exhibits to expert depositions

190. Autopsy and police reports

191. Eyewitness reports

192. Any exhibits or documents by Defendant presented in this case or in Colgan vs. Raytheon

193. Future persons and documents as they become known and available

194. NTSB Materials:

   a. Brief of Accident adopted 8/13/2004 from the NTSB website

   b. NTSB Airplane performance study

   c. NTSB FDR study

   d. NTSB FDR Specialist Factual Report

   e. FDR data plots from UE-40

   f. History of Flight, NYC03MA183, from the NTSB website

   g. NTSB Factual Report – Aviation, from the NTSB website

   h. NTSB Factual Report for N233YV incident

   i. NTSB Aircraft Accident Report for N233YV incident, less Section 3.2

   j. NTSB Docket Contents dated 3-15-2004 and numerous attachments

   k. NTSB Aircraft Maintenance and Records Group Factual Report, dated March 16, 2004

l.  NTSB Airworthiness Group Chairman's Field Notes – NYC03MA183 dated August 31, 2003, September 5, 2003, October 15, 2003 and October 22, 2003

m.  NTSB Airworthiness Group Chairman's Factual Report of Investigation – NYC03MA183, dated April 12, 2004

n.  NTSB Interviews by Robert J. Gretz, Air Safety Investigator

o.  NTSB Safety Board Office of Marine Safety; Subject: Major Investigation Accident, and Factual Report NYC03MA183 Investigation Interviews dated August 27, 2003. Interviewee Dominick Battaglia

p.  NTSB Safety Board Office of Marine Safety; Subject: Major Investigation Accident, NYC03MA183 Investigation Interviews dated August 27, 2003. Interviewee Dan Kinan

q.  NTSB Safety Board Office of Marine Safety; Subject: Major Investigation Accident, NYC03MA183 Investigation Interviews dated August 27, 2003. Interviewee Jeff Vallejo

r.  NTSB Safety Recommendation Letter of March 5, 2004

s.  NTSB Report, Airways Express Incident on June 3, 2000, NTSB ID NY00IA150

t.  NTSB Report, Continental Express Incident on September 16, 2000, NTSB ID MIA00IA266

u.  NTSB Weather report

v.  NTSB Docket contents

w.  NTSB Docket for N240CJ incident (CD-Rom) – Doc. Nos. 7, 11-16, 19, 23, 24 and 26-34

x.  NTSB Safety Recommendations

y.  System Group Field Notes, NTSB Accident No. DCA03MA022

z.  NTSB Group Chairman's Factual Report Dec. 29, 2003 and attachments

   aa. NTSB Group Chairman's Factual Report CVR Oct. 3, 2003

   bb. NTSB Aircraft Maintenance and Records Group Factual Report – NYC03MA183, dated March 16, 2004

   cc. NTSB CVR Chairman Group Study Report

   dd. NTSB Performance Group Chairman Study Report

   ee. NTSB Summary of maintenance manual diagrams

   ff. NTSB Summary of data gathered from Accident NYC03MA183

 195. Manufacturers Products/Grounding Liability Policy

**C.** **Computation and evidence of damages as available and known.**

**D.** **Insurance Policies and Agreements:**

**E.** **Photographs, Videos, and other personal items pertaining to Plaintiffs**

**F.** **Recordings, Photos, Drawings and Statements of Brittany Dean.**

October 12, 2005            Respectfully Submitted,

                  _/s/ Robert McConnell_

                  Robert McConnell, Esq.
                  (BBO No. 550625)
                  Mary Schiavo
                  Motley Rice LLC
                  321 South Main St.
                  P.O. Box 6067
                  Providence, RI
                  (401) 457-7700

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, a true and correct copy of the above and foregoing PLAINTIFFS' RULE 26 INITIAL DISCLOSURES was sent in the United States mail, postage prepaid and properly addressed to the following attorneys of record who do not receive service via electronic filing.

Michael G. Jones
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
100 North Broadway
Wichita, KS 67202

Thomas B. Almy
Dombroff & Gilmore, P.C.
1676 International Drive
McLean, VA 22102