Sep 23 05 11:51a      ADP Carolinas CSR Fax        7045237820               p.2

| STATE NAME | P.O. ABBREV. | STATE TAX CODE | SUI/SDI TAX CODE |
|---|---|---|---|
| Alabama | AL | 03 | 14, 03 |
| Alaska | AK | 10 | *10, 03 |
| Arizona | AZ | 37 | 37 |
| Arkansas | AR | 18 | 18 |
| California | CA | 25 | *75, 25 |
| Colorado | CO | 15 | 15 |
| Connecticut | CT | 27 | 27 |
| Delaware | DE | 08 | 08 |
| Dist. of Columbia | DC | 07 | 07 |
| Florida | FL | 42 | 42 |
| Georgia | GA | 23 | 23 |
| Guam | GU | 16 | 16 |
| Hawaii | HI | 19 | *39, 88 |
| Idaho | ID | 40 | 94 |
| Illinois | IL | 43 | 43 |
| Indiana | IN | 21 | 89 |
| Iowa | IA | 11 | 86 |
| Kansas | KS | 44 | 44 |
| Kentucky | KY | 31 | 31 |
| Louisiana | LA | 24 | 24 |
| Maine | ME | 45 | 45 |
| Maryland | MD | 05 | 05 |
| Massachusetts | MA | 02 | 02 |
| Michigan | MI | 60 | 60 |
| Minnesota | MN | 20 | 20 |
| Mississippi | MS | 46 | 46 |
| Missouri | MO | 22 | 90 |
| Montana | MT | 41 | 41, 02 |
| Nebraska | NE | 47 | 47 |
| Nevada | NV | 48 | 48 |
| New Hampshire | NH | 58 | 58 |
| New Jersey | NJ | 56 | *01, *11, *21, 85 |
| New Mexico | NM | 33 | 33 |
| New York | NY | 01 | *09, *19, 78 |
| North Carolina | NC | 12 | 12 |
| North Dakota (RES) | ND | 29 | 92 |
| North Dakota (NR) | ND | 05 | 92 |
| Ohio | OH | 30 | 30 |
| Oklahoma | OK | 36 | 36 |
| Oregon | OR | 39 | 93 |
| Pennsylvania | PA | 59 | *59, 40 |
| Puerto Rico | PR | 34 | *29, 34 |
| Rhode Island | RI | 50 | *32, 50 |
| South Carolina | SC | 35 | 35 |
| South Dakota | SD | 51 | 51 |
| Tennessee | TN | 52 | 52 |
| Texas | TX | 53 | 53 |
| Utah | UT | 28 | 28 |
| Vermont | VT | 13 | 13 |
| Virgin Islands | VI | 06 | 06 |
| Virginia | VA | 17 | 17 |
| Washington | WA | 54 | 54 |
| West Virginia | WV | 26 | 26 |
| Wisconsin | WI | 14 | 87 |
| Wyoming | WY | 55 | 95 |
| Foreign | | 69 | |
| Multi-Tax Use Only | | | 69 |

*SUI/SDI codes marked with "*" create employee deduction. Refer to the chart below for employee contributions.

eGuides Search: state code

**MINIMUM WAGE AMOUNTS**

| | |
|---|---|
| Federal Minimum Wage | 5.15 |
| Youth Minimum Wage | 4.25 |
| Maximum Tip Credit | 3.02 |

**2004 SOCIAL SECURITY & MEDICARE**

| Component | Taxable Percentage | Taxable Limit | Maximum Contribution |
|---|---|---|---|
| MEDICARE | 1.45% | Unlimited | Unlimited |
| SOC SEC | 6.20% | $87,900.00 | $5,449.80 |
| COMBINED | 7.65% | | |

**2004 FUTA**

| | |
|---|---|
| Payroll Tax Rate | .8% |
| Taxable Limit | $7,000.00 |

Exhibit 1