*(Page rotated 90°; content is a Wage and Tax Register from ADP Baltimore Region for COLGAN AIR INC, Quarter Ending 12/31/2003, Federal EIN 54-1397506, Page 43 of 43. Detail page for employees including DAY, IAIN A (File 001191, SSN 002257, Dept 500109) and DEAN, STEVEN T (SSN 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, Dept 500211), with multiple SUI distribution and state distribution lines. Due to rotation and density of tabular payroll data, full numeric tabular reproduction is omitted.)*

Selected readable fields:

- COCORP CODE: MVM
- Company: COLGAN AIR INC
- Quarter Ending: 12/31/2003
- Federal EIN: 54-1397506
- Report title: Wage and Tax Register *** DETAIL PAGE ***
- ADP Automatic Data Processing — BALTIMORE REGION
- Run date: 01/05/2004  TSR 86.00  01  1
- Run Number: 2003/4/01115  Orig Number: 2003/4/00819
- Page Number: 43 / 43

Employee 1: DAY, IAIN A — File 001191 — Dept 500109
- SUI 02 WK 36 ... 2
- Federal Income Tax Wages: 452070  Federal Withheld: 42753.0 / 26507
- Social Security Wages: 427530  SS Tax Withheld: 26507
- Medicare Wages: 427530  Medicare Withheld: 6189
- SUI 45 WK 51
- Gross: 863555 / 814475
- State Income Tax Wages: 814475  State Withheld: 50498
- SUI 02 WK 51: 1275225 / 1209785 ...
- *** STATE DISTRIBUTION ***
  - ST1 45: 814475 / 50498 / 814475 / 118.10 / 814475 / 203.69 ... 49080
  - ST2 45: 3481994 / 3295284 / 3295284 / 4778.2 / 3319824 / 3295284 / 862272 ... 186710
- ***** LIVED IN STATE ***** ST2 45 ... 2 ... 452070
- SSN 002257 DEAN, STEVEN T (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  P 53 02  M 500211)
- SUI 45 WK 27: 1491240 / 1442490 / 1442490 / 20915 / 1455490 / 1442490 / 209369 ... 487.50
- SUI 02 WK 00: 1180094 / 700000 / 700000 / 1080000 ... 35750
- *** SUI DISTRIBUTION **** SUI 02 WK 00 ... 1 ... 13090
- SUI 45 WK 27: 1031860 / 996110 / 996110 / 14444 / 996110 / 996110 / 368695 ...
- SUI 02 WK 00: 96449 / 61759 / 61759 / 700.000
- SUI 02 WK 38: 459380 / 446380 / 446380 / 6472 / 459380 / 838.90 ... 459380 ... 10
- SUI 45 WK 38: 459380 / 446380 / 276875 / 4645 ...

Exhibit 2

# Wage and Tax Register
### *** DETAIL PAGE ***

**Company/Corp Name:** COLGAN AIR INC  
**Federal EIN:** 54-1397506  
**Quarter Ending:** 12/31/2003  
**Group Code:** MVM  
**ADP — Automatic Data Processing, Baltimore Region**  
**Run Date:** 01/08/2004 01:00 01  
**TBR:** 003 86.00 1  
**Orig Run Number:** 2003/4/01115  
**Page:** 44 of 44

| SSN | Employee Name | Options | Addl Block | Fed Exempt | Gross Earnings | Federal Income Tax Withheld | Social Security Wages | Social Security Tax Withheld | Medicare Wages | Medicare Tax Withheld | Total SUI Wages | State Income Tax Wages | State Income Tax Withheld | Local Income Tax Wages | Local Income Tax Withheld | Employer SDI Taxable Wages | 401(k) | MA Health Insurance | Weeks Worked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *** CONTINUED 002257 DEAN, STEVEN T *** | | | | | | | | | | | | | | | | | | |
| | *** STATE DISTRIBUTION *** | | | | | | | | | | | | | | | | | | |
| | ST1 53 | 1 | | | 1491240 | 1442490 | 1442490 | 89434 | 1442490 | 20916 | | 1455490 | 48750 | | | 459380 | | | |
| 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 | DEATON, MATTHEW D | | | | 311580 | 291330 | 291330 | 18062 | 291330 | 4224 | | 291330 | | | | | | | |
| T 42 | 17 17 | | | | 508 | | | | | | | | | | | | | | |
| | ***** LIVED IN STATE ***** | | | | | | | | | | | | | | | | | | |
| | ST1 53 | 1 | | | | | | | | | | | | | | | | | |
| 002313 | | | | | 1138094 | | 700000 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 001195 DEBLOIS, TAMMY | | | | | | | | | | | | | | | | | | | |
| 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 P X 13 13 | F | 600105 | | | 1121105 | 1121105 | 1121105 | 6951 | 1121105 | 1626 | | 1121105 | 1965 | | | 20250 | | | |
| RT=H 0009.0700 | | | | | 6686 | | | | | | | | | | | | | | |
| 003045 DEE, LISA R | | | | | | | | | | | | | | | | | | | |
| 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 01 19 | F | 514216 | | | 562414 | 562414 | 562414 | 34870 | 562414 | 8155 | | 562414 | 5854 | | | | 11544 | | 46 |
| | | | | | 17304 | | | | | | | | | | | | | | |
| 002241 DEFRANCESCO, OLIVIA | | | | | | | | | | | | | | | | | | | |
| 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 P 50 32 | F | 501215 | | 1 | 471841 | 450997 | 450997 | 27962 | 450997 | 6539 | | 450997 | 11288 | | | 20844 | | | 46 |
| | | | | | 218620 | | | | | 450997 | 7667 | | | | | | | | |
| | | | | | 36150 | | | | | | | | | | | | | | |
| 002314 DEJARNATT, KRAYTON O | | | | | | | | | | | | | | | | | | | |
| 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 17 17 | M | 618983 | | 2 | 805024 | 776944 | 776944 | 48170 | 776944 | 11266 | | 776944 | 27933 | | | 80032 | 280080 | | 42 |
| | | | | | 748102 | | | | | 805024 | 817 | | | | | | | | |
| 003213 DEJARNATT, KRAYTON O (cont) | | | | | 2337408 | 2253168 | 2253168 | 139696 | 2253168 | 32671 | | 2253168 | 81457 | | | 84240 | | | |
| | | | | | 20624 | | | | | 2337408 | 2370 | | | | | | | | |
| 003133 | | | | | 819424 | 799924 | 799924 | 49595 | 799924 | 11599 | | 799924 | 28336 | | | 19500 | | | |
| | | | | | | | | | | | 800000 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 002314 (continued) | | | | 5 | 3133111 | 3058361 | 3058361 | 189618 | 3058361 | 44346 | 3058361 | 110245 | | | | 74750 | | | |
| | | | | | 9040? | | | | | | 3058361 | 3099 | | | | | | | |
| 003120 DELGUIDICE, JOSEPH A | | | | | 816362 | 798410 | 798410 | 49501 | 798410 | 11577 | 798410 | 816362 | 39079 | | | 17952 | 816362 | | 53 |
| 508982 02 02 M | | 0 | | | 112282 | | | | | 757120 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| 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 | | | | | 1139242 | 1115306 | 1115306 | 69149 | 1115306 | 16172 | 1115306 | 1139242 | 1115306 | | | 23936 | 1139242 | | 21 |
| | | | | | 150790 | | | 700000 | | 700000 | 1080000 | 545899 | | | | | | | |