UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Administratrix of the Estate of STEVEN DEAN, deceased, et al., <br><br> Plaintiff, <br><br> vs. <br><br> RAYTHEON COMPANY, et al., <br><br> Defendants. | Case No.: 05 CV 10155 PBS |

## PLAINTIFF'S RESPONSE TO COLGAN AIR, INC.'S MOTION FOR A REQUEST FOR A HEARING

Counsel for Plaintiff did not object to Defendant's asking the court for a hearing, but counsel for Plaintiff also advised counsel for Defendant that we did not think another hearing was necessary, and that the matter had been briefed twice by Plaintiff and three times by Defendant and with the Stipulation of Facts, Plaintiff respectfully suggests the matter is ready for this Honorable Court's consideration and decision.

Dated: October 26, 2005

Respectfully Submitted,

/s/ Robert McConnell

Robert McConnell, Esq.
(BBO No. 550625)
Mary Schiavo
Motley Rice LLC
321 South Main St.
P.O. Box 6067
Providence, RI
(401) 457-7700

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, a true and correct copy of the above and foregoing PLAINTIFF'S RESPONSE TO COLGAN AIR, INC.,'S MOTION FOR REQUEST FOR A HEARING, was sent in the United States mail, postage prepaid and properly addressed to the following attorneys of record who do not receive service via electronic filing.

Michael G. Jones
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
100 North Broadway
Wichita, KS 67202

Thomas B. Almy
Dombroff & Gilmore, P.C.
1676 International Drive
McLean, VA 22102

/s/ Mary Schiavo