UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| YISEL DEAN, et al.,             )<br>                                 )<br>            Plaintiff,            )<br>                                 )<br>vs.                              )<br>                                 )<br>RAYTHEON COMPANY, et al.,        )<br>                                 )<br>            Defendants.          )<br>_____)<br>LISA A. WEILER, et al.,          )<br>                                 )<br>            Plaintiff,            )<br>                                 )<br>vs.                              )<br>                                 )<br>RAYTHEON COMPANY, et al.,        )<br>                                 )<br>            Defendants.          )<br>_____)  | Case No. 05 CV 10155 PBS<br><br><br><br>Case No. 05 CV 10364 PBS |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

**COME NOW** the Raytheon defendants, and pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, notify the Court that they have, on the 18th day of November, 2005, submitted the following discovery requests to plaintiff Yisel Dean:

1.     Raytheon Defendants' First Set of Interrogatories;

2.     Raytheon Defendants' First Requests for Production of Documents.

Respectfully submitted by,

   s/ Michael G. Jones
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:   (316) 265-9311

and

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
*Attorneys for Raytheon Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of November, 2005, he electronically filed the foregoing Notice of Service of Discovery Requests with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Robert McConnell -- bmcconnell@motleyrice.com
    Motley Rice, LLC
    P.O. Box 6067
    Providence, RI

    Mary Schiavo -- mschiavo@motleyrice.com
    Motley Rice, LLC
    P.O. Box 1792
    Mount Pleasant, SC 29465
    *Attorneys for Plaintiff*

                                                                               _____