UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>      Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>      Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>      Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>      Defendants. | DOCKET NO: 05cv10364 PBS |

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Defendants, hereby certifies that he has conferred with counsel for the Plaintiffs in this matter, in a good faith attempt to resolve or narrow

982733v1

some of the issues of dispute raised in the accompanying motion, in accordance with Local Rule 7.1

        Raytheon Defendants,
        RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION
        By Counsel,


        /s/ Gary W. Harvey
        _____
        Peter C. Knight, BBO # 276000
        Gary W. Harvey, BBO # 547993
        MORRISON MAHONEY LLP
        250 Summer Street
        Boston, MA 02210
        Phone: 617-439-7500

        and

        William L. Oliver, Jr. Esquire
        Michael G. Jones, Esquire
        MARTIN, PRINGLE, OLIVER, WALLACE
          & BAUER, L.L.P.
        100 North Broadway, Suite 500
        Wichita, KS 67202
        Phone:  (316) 265-9311

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

Mary Schiavo, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Robert McConnell, Esquire
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI  02903

/s/ Gary W. Harvey
_____

982733v1