UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS' MOTION TO FILE REPLY BRIEF IN SUPPORT OF
OF ITS MOTION FOR A PROTECTIVE ORDER**

NOW COME the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation ("Raytheon defendants") and hereby move for leave to file a reply memorandum of law in support of its pending Motion for a Protective Order (document No. 62). As grounds for this motion, the Raytheon defendants

985093v1

states the reply memorandum attempts to assist the court in resolution of the motion and will be directed to addressing the specific contentions made by the plaintiff in their recently filed oppositions and motions (document Nos. 66, 67, 68 and 69).

WHEREFORE, the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company and Raytheon Aircraft Credit Corporation respectfully request that their Motion to file a Reply Memorandum of Law (document No. 71) be **ALLOWED**.

Raytheon Defendants,
RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION
By Counsel,

/s/ Gary W. Harvey

_____
Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500

and

William L. Oliver, Jr. Esquire
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
    & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:  (316) 265-9311

985093v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.


/s/ Gary W. Harvey

985093v1