UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, et. al., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>RAYTHEON COMPANY, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No.: 05 CV 10155 PBS |
| LISA A. WEILER, et. al., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>RAYTHEON COMPANY, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No.: 05 CV 10364 PBS |

**MEMORANDUM TO THE COURT ON PLAINTIFF'S INTERROGATORIES**

At the hearing on January 25, 2006, Judge Leo T. Sorokin requested the plaintiff's restate Interrogatory 2(a) and 2(e) in accordance with the discussion in court on limiting the scope. Plaintiff restates these interrogatories as follows:

2. List all persons and include the full name, home and office address, home and office mobile and Blackberry or other phone numbers, email, job and/or professional title who have information or knowledge concerning the following:

    a.    Errors or corrections in any Beech 1900 maintenance or flight manuals, whether paper or electronic which caused, led to, were cited in relation to or were the subject of or were charged as a result of an accident, incident or Airworthiness Directive, or concerned the rigging or cables for flight control system such as trim or trim control, rudder, stabilizer, ailerons and elevators.

2.(e)    Any and all persons taking or making phone calls, e-mails, letters or memoranda, or any other communications from or to Colgan concerning the maintenance of the Beech 1900 in the year 2003.

January 31, 2006                                                         Respectfully Submitted,

                                                                             /s/Robert McConnell  
                                                                          Robert McConnell, Esq.  
                                                                          (BBO No. 550625)  
                                                                          Mary Schiavo, Esq.  
                                                                          J.B. Harris, Esq.  
                                                                          Motley Rice LLC  
                                                                          28 Bridgside Blvd.  
                                                                          Mt. Pleasant, SC 29465  
                                                                          (843) 216-9000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing:

**MEMORANDUM TO THE COURT ON PLAINTIFF'S INTERROGATORIES**

was served electronically through filing with the ECF system on January 31, 2006 to the following attorneys of record.:

Michael G. Jones
MARTIN, PRINGLE, OLIVER, WALLACE& BAUER, L.L.P.
100 North Broadway
Wichita, KS 67202

Peter Knight
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

/s/ Mary Schiavo