UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, et. al., ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 05 CV 10155 PBS |
| RAYTHEON COMPANY, et al., ) | |
| Defendants. ) | |
| | |
| LISA A. WEILER, et. al., ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 05 CV 10364 PBS |
| RAYTHEON COMPANY, et al., ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the plaintiffs in this action.

Respectfully Submitted,

  /s/ Jacob T. Elberg
Jacob T. Elberg (BBO No. 657469)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

Dated:  February 3, 2006

2

## CERTIFICATE OF SERVICE

      I, Jacob T. Elberg, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 3, 2006.

                                                /s/ Jacob T. Elberg