UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, et. al.,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>RAYTHEON COMPANY, et al.,     )<br>                              )<br>     Defendants.              )<br>                              ) | Case No.: 05 CV 10155 PBS |
| LISA A. WEILER, et. al.,      )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>RAYTHEON COMPANY, et al.,     )<br>                              )<br>     Defendants.              )<br>                              ) | Case No.: 05 CV 10364 PBS |

## MOTION FOR ADMISSION OF
## ATTORNEY J.B. HARRIS PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), undersigned counsel moves to admit attorney J. B. Harris to the bar of the Court *pro hac vice*. In support of this Motion, the undersigned counsel states that:

1) I am a partner of Dwyer & Collora LLP, 600 Atlantic Avenue, Boston, MA 02210. I am a member in good standing of the Massachusetts Bar and the bar of the United States District Court for the District of Massachusetts.

2) As attested in the accompanying Affidavit, J. B. Harris is an attorney with

the law Offices of Motley Rice LLC, 28 Bridgeside Boulevard, Mount Pleasant, South Carolina, 29465.

    3)    J. B. Harris is a member in good standing of the State Bar of Florida and the District of Columbia and is admitted to practice in all state and federal courts in the jurisdictions of Florida and the District of Columbia.

    4)    J. B. Harris is not currently the subject of any disciplinary proceedings as a member of any bar.

    5)    J. B. Harris is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

    6)    A check for the *pro hac vice* fee will be delivered today to the Clerk's Office.

**WHEREFORE**, undersigned counsel respectfully requests that this motion for admission of J. B. Harris, attorney for plaintiffs, *pro hac vice,* be granted.

                          Respectfully Submitted,

                          /s/ David A. Bunis
                        David A. Bunis (BBO No. 550570)
                        DWYER & COLLORA, LLP
                        600 Atlantic Avenue
                        Boston, MA  02210
                        (617) 371-1000

Dated:  February 3, 2006

## **CERTIFICATE OF SERVICE**

      I, David A. Bunis, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 3, 2006.

                                                      /s/ David A. Bunis

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| YISEL DEAN, et. al., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 05 CV 10155 PBS |
| RAYTHEON COMPANY, et al., | ) |
| Defendants. | ) |
| | |
| LISA A. WEILER, et. al., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 05 CV 10364 PBS |
| RAYTHEON COMPANY, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF J.B. HARRIS, ESQUIRE

Pursuant to Local Rule 83.5.3, I, J.B. Harris, state as follows:

1.  I am an attorney with the law Offices of Motley Rice LLC. My business address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina, 29465. I am counsel for the Plaintiff.

2.  I am a member in good standing of the State Bar of Florida and the District of Columbia and am admitted to practice in all state and federal courts in the jurisdictions of Florida and the District of Columbia. There are no disciplinary proceedings pending against me as a member

of the bar in any jurisdiction.

3. I am also familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY, on this 25th day of January 2006.

J.B. Harris, Esq.
Florida Bar # 495034