UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| YISEL DEAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 CV 10155 PBS |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| LISA A. WEILER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 CV 10364 PBS |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSE

**COME NOW** the Raytheon defendants, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, notify the Court that they have, on the 7th day of April, 2006, submitted their responses and objections to the Plaintiffs' Request to Permit Inspection of Property.

Respectfully submitted by,

   s/ Michael G. Jones
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:   (316) 265-9311

and

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
*Attorneys for Raytheon Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2006, he electronically filed the foregoing Notice of Service of Discovery Response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert McConnell -- bmcconnell@motleyrice.com
Motley Rice, LLC
P.O. Box 6067
Providence, RI

Mary Schiavo --  mschiavo@motleyrice.com
J.B. Harris – jbharris@motleyrice.com
Motley Rice, LLC
P.O. Box 1792
Mount Pleasant, SC 29465

David A. Bunis – dbunis@dwyercollora.com
Jacob T. Elberg – jelberg@dwyercollora.com
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
*Attorneys for Plaintiff*

   s/ Michael G. Jones