UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, et al., ) | **CONSOLIDATED UNDER** |
| ) | **CASE NO. 05-10155 PBS** |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 CV 10155 PBS |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| LISA A. WEILER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 CV 10364 PBS |
| ) | |
| RAYTHEON COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

**COME NOW** the Raytheon defendants, and pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, notify the Court that they have, on the 10th day of April, 2006, submitted the following discovery responses:

1. Raytheon Defendants' Supplemental Response to Plaintiffs' First Request for Production of Documents.

2. Raytheon Defendants' Answers to Plaintiffs' First Set of Interrogatories.

Respectfully submitted by,

   s/ Michael G. Jones
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:   (316) 265-9311

and

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
*Attorneys for Raytheon Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of April, 2006, he electronically filed the foregoing Notice of Service of Discovery Response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

   Robert McConnell -- bmcconnell@motleyrice.com
   Motley Rice, LLC
   P.O. Box 6067
   Providence, RI

   Mary Schiavo --  mschiavo@motleyrice.com
   J.B. Harris – jbharris@motleyrice.com
   Motley Rice, LLC
   P.O. Box 1792
   Mount Pleasant, SC 29465

   David A. Bunis – dbunis@dwyercollora.com
   Jacob T. Elberg – jelberg@dwyercollora.com
   Dwyer & Collora, LLP
   600 Atlantic Avenue
   Boston, MA  02210
   *Attorneys for Plaintiff*

   s/ Michael G. Jones