UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, et al.,              )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>RAYTHEON COMPANY, et al.,         )<br>                                  )<br>            Defendants.           )<br>_____<br>LISA A. WEILER, et al.,           )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>vs.                               )<br>                                  )<br>RAYTHEON COMPANY, et al.,         )<br>                                  )<br>            Defendants.           )<br>_____) | **CONSOLIDATED UNDER<br>CASE NO. 05-10155 PBS**<br><br>Case No. 05 CV 10155 PBS<br><br><br><br><br><br><br><br>Case No. 05 CV 10364 PBS |

**CERTIFICATE OF SERVICE OF EXPERT DISCLOSURES**

    Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Raytheon defendants make the following expert witness disclosures to the plaintiffs:

1. Richard J. Nelson
   719 Ridgeland Street
   Cheyenne, WY  82003
   970-218-6211
   **Pilot training, operations and standards**

2. Dwight D. Law
   Aerosafe Group
   20 North Street
   Dublin, OH  43017
   614-889-7491
   **Regulatory compliance, RAC's manual and Colgan's maintenance**

3.     Michael J. Dreikorn
   The IPL Group, LLC
   5697 Bay Point Road
   Bokeelia, FL  33922
   239-283-2839
   **Industry standards and RAC's manual**

4.     Donald H. Vallerand
   52 Constantine Drive
   Tyngsboro, MA  01879
   978-649-7110
   **A & P Certified Mechanic Instructor**

Copies of the expert reports and disclosures for each witness were sent to attorneys for the plaintiffs by e-mail and U.S. mail on the 25th day of August, 2006.

Respectfully submitted by,

   s/ Michael G. Jones
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:   (316) 265-9311

and

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
*Attorneys for Raytheon Defendants*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 25th day of August, 2006, he electronically filed the foregoing Certificate of Service of Expert Disclosures with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Robert McConnell -- bmcconnell@motleyrice.com
    Mary Schiavo --  mschiavo@motleyrice.com
    J.B. Harris – jbharris@motleyrice.com
    Motley Rice, LLC
    P.O. Box 1792
    Mount Pleasant, SC 29465

    David A. Bunis – dbunis@dwyercollora.com
    Jacob T. Elberg – jelberg@dwyercollora.com
    Dwyer & Collora, LLP
    600 Atlantic Avenue
    Boston, MA  02210
    *Attorneys for Plaintiff*

             s/ Michael G. Jones