UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**ASSENTED TO MOTION OF DEFENDANTS FOR A SHORT (FIVE DAY) EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

**NOW COME** the Defendants in the above-referenced consolidated actions and hereby move for a brief, five (5) day extension to file an opposition to Plaintiffs' Motion For Leave to File Second and Third Amended Complaints. As grounds for this Motion, Defendants submit that a short extension is needed to address Plaintiffs' Motion for Leave, that the brief extension will not alter any of the Court's existing scheduling dates, and that plaintiffs have otherwise assented to this Motion.

**WHEREFORE,** the Defendants respectfully request that their Motion for Extension of Time be ALLOWED.

ASSENTED TO:

The Plaintiffs,
By Their attorneys,

/s/ David A. Bunis
_____
David A. Bunis, BBO #550570
Jacob T. Elberg, BBO #657469
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000


/s/ Mary Schiavo
_____
Mary Schiavo, *Pro Hac Vice*
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465
(843) 216-9374

and

Robert S. McConnell, BBO #550625
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI
(401) 457-7700

Raytheon Defendants
RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION
By Counsel,


/s/ Peter C. Knight
_____
Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

and

William L. Oliver, Jr. Esquire
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
   & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

| | |
|---|---|
| Mary Schiavo, Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465 | Robert McConnell, Esquire<br>Motley Rice LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI  02903 |

David A. Bunis, Esquire
Jacob T. Elberg, Esquire
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ Peter C. Knight
_____