UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**ASSENTED TO MOTION OF DEFENDANTS
TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

**NOW COME** the defendants Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC, and Raytheon Aircraft Parts and Inventory Distribution LLC and with the assent of the plaintiffs move for an extension of time to file a motion for summary judgment. In

support of this motion defendants state that the present deadline for submitting a motion for summary judgment is October 18, 2006 and that plaintiffs have agreed to a short extension to October 27, 2006. The short extension is needed in order to adequately address and brief the various issues and claims including as to those claims pertaining to the two additional parties recently added by the plaintiffs. The requested and assented to extension will not interfere with either the scheduled hearing date on the summary judgment motion or the pre-trial or trial dates.

WHEREFORE, the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC, and Raytheon Aircraft Parts and Inventory Distribution LLC respectfully request that its Motion for an Extension of Time to File Summary Judgment Motions from October 18, 2006 until October 27, 2006 be **ALLOWED**.

| | |
|---|---|
| ASSENTED TO:<br>The Plaintiffs,<br>By Their attorneys,<br><br>/s/ David A. Bunis<br>_____<br>David A. Bunis, BBO #550570<br>Jacob T. Elberg, BBO #657469<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 371-1000<br><br>and<br><br>Mary Schiavo, *Pro Hac Vice*<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>(843) 216-9374 | Raytheon Defendants<br>RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, RAYTHEON AIRCRAFT CREDIT CORPORATION RAYTHEON AIRLINE AVIATION SERVICES, LLC and<br>RAYTHEON AIRCRAFT PARTS AND INVENTORY DISTRIBUTION LLC<br>By Counsel,<br><br>/s/ Tory A. Weigand<br>_____<br>Peter C. Knight, BBO # 276000<br>Tory A. Weigand, BBO #548553<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500<br><br>and |

1027136v1

| | |
|---|---|
| Robert S. McConnell, BBO #550625<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI<br>(401) 457-7700 | William L. Oliver, Jr. Esquire<br>Michael G. Jones, Esquire<br>MARTIN, PRINGLE, OLIVER, WALLACE<br>   & BAUER, L.L.P.<br>100 North Broadway, Suite 500<br>Wichita, KS 67202<br>(316) 265-9311 |

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **October 18, 2006**

/s/ Tory A. Weigand
_____