UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>　　　Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>　　　Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>　　　Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>　　　Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES (ASSENTED TO)**

1028963v1

2

NOW COME the defendants, Raytheon Company, Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC and Raytheon Aircraft Parts Inventory and Distribution Company, LLC ("defendants"), and hereby respectfully request pursuant to Local Rule 7.1(4) that this Court grant leave to the defendants to file a memorandum of law in support of their motion for summary judgment. In support hereof, the defendants state that due to the number of claims against the defendants and the complex factual and legal nature of the case, additional pages beyond the permissible twenty pages are necessary to adequately brief the arguments for the Court. The defendants' memorandum is 42 pages, with approximately 13 pages devoted to the uncontroverted statement of facts.

Plaintiffs have assented to this motion.

WHEREFORE, the defendants, Raytheon Company, Raytheon Aircraft Holdings, Inc., Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC, and Raytheon Aircraft Parts and Inventory Distribution LLC, respectfully request that their Motion for Leave to File Memorandum of Law in Excess of Twenty Pages be **ALLOWED**.

| | |
|---|---|
| ASSENTED TO:<br>The Plaintiffs,<br>By Their attorneys,<br><br>/s/ David A. Bunis<br>_____<br>David A. Bunis, BBO #550570<br>Jacob T. Elberg, BBO #657469<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 371-1000<br><br>and<br><br>Mary Schiavo, *Pro Hac Vice*<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>(843) 216-9374<br>Robert S. McConnell, BBO #550625<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI<br>(401) 457-7700 | Raytheon Defendants<br>RAYTHEON COMPANY, RAYTHEON<br>AIRCRAFT HOLDINGS, INC., RAYTHEON<br>AIRCRAFT COMPANY, RAYTHEON<br>AIRCRAFT CREDIT CORPORATION<br>RAYTHEON AIRLINE AVIATION<br>SERVICES, LLC and<br>RAYTHEON AIRCRAFT PARTS AND<br>INVENTORY DISTRIBUTION LLC<br>By Counsel,<br><br>/s/ Peter C. Knight<br>_____<br>Peter C. Knight, BBO # 276000<br>Tory A. Weigand, BBO #548553<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439- 7500<br><br>and<br><br>William L. Oliver, Jr. Esquire<br>Michael G. Jones, Esquire<br>MARTIN, PRINGLE, OLIVER, WALLACE<br>   & BAUER, L.L.P.<br>100 North Broadway, Suite 500<br>Wichita, KS 67202<br>(316) 265-9311 |

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on **October 27, 2006**

/s/ Peter C. Knight
_____

1028963v1