UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT HOLDINGS, INC. a Delaware Corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**ASSENTED TO MOTION OF DEFENDANTS TO RESCHEDULE THE FINAL PRETRIAL CONFERENCE FROM FEBRUARY 15, 2007 TO FEBRUARY 2, 2007**

**NOW COME** the Defendants in the above-referenced consolidated actions and , with the assent of plaintiffs, hereby requests that the Court reschedule the Final Pretrial Conference in the matter from February 15, 2007 to February 2, 2007 to accommodate defense counsel's pre-planned family vacation.

**WHEREFORE,** the Defendants respectfully request that their Motion to Reschedule the Final Pretrial Conference from February 15, 2007 to February 2, 2007 be ALLOWED.

|  |  |
|---|---|
|  | Raytheon Defendants<br>RAYTHEON COMPANY, RAYTHEON AIRCRAFT HOLDINGS, INC., RAYTHEON AIRCRAFT COMPANY, and RAYTHEON AIRCRAFT CREDIT CORPORATION<br>By Counsel, |
| ASSENTED TO: | /s/ Peter C. Knight<br>_____<br>Peter C. Knight, BBO # 276000<br>Gary W. Harvey, BBO # 547993<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |
| The Plaintiffs,<br>By Their attorneys,<br><br>/s/ David A. Bunis<br>_____<br>David A. Bunis, BBO #550570<br>Jacob T. Elberg, BBO #657469<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 371-1000 | and<br><br>William L. Oliver, Jr. Esquire<br>Michael G. Jones, Esquire<br>MARTIN, PRINGLE, OLIVER, WALLACE<br>   & BAUER, L.L.P.<br>100 North Broadway, Suite 500<br>Wichita, KS 67202<br>(316) 265-9311 |
| /s/ Mary Schiavo<br>_____<br>Mary Schiavo, *Pro Hac Vice*<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>(843) 216-9374<br><br>and<br><br>Robert S. McConnell, BBO #550625<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI<br>(401) 457-7700 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

Mary Schiavo, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Robert McConnell, Esquire
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI  02903

David A. Bunis, Esquire
Jacob T. Elberg, Esquire
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ Peter C. Knight
_____