# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

_____

YISEL DEAN, et. al.,                                )
                                                    )
                        Plaintiff,                  )
            vs.                                     )
                                                    )
RAYTHEON COMPANY, et al.,                           )        Case No.: 05 CV 10155 PBS
                                                    )
                        Defendants.                 )
                                                    )
                                                    )
                                                    )

_____

LISA A. WEILER, et. al.,                            )
                                                    )
                        Plaintiff,                  )
            vs.                                     )
                                                    )
RAYTHEON COMPANY, et al.,                           )        Case No.: 05 CV 10364 PBS
                                                    )
                        Defendants.                 )
                                                    )

_____

## ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

**NOW COME** Plaintiffs, Yisel Dean and Lisa Weiler, and with the assent of the defendants move for an extension of time to file an opposition to defendants' motion for summary judgment. In support of this motion, plaintiffs state that the present deadline for submitting a motion for summary judgment is November 13, 2006, and that defendants have agreed to a short extension to November 22, 2006. The short extension is needed in order to adequately address the numerous issues addressed by defendants' 42-page motion for summary judgment, and to allow the parties time to complete

1

depositions which were delayed by agreement of the parties due to scheduling conflicts. The extension would give plaintiffs the amount of time to respond originally agreed on by the parties and adopted by the Court (defendants filed on October 18, 2006, and the Court granted on October 19, 2006, an assented to motion to extend the time for filing of summary judgment motions by the same length of time). The requested and assented to extension will not interfere with either the scheduled hearing date on the summary judgment motion or the pre-trial or trial dates.

WHEREFORE, the plaintiffs, Yisel Dean and Lisa Weiler, respectfully request that its Motion for an Extension of Time to File Opposition to Motion for Summary Judgment from November 13, 2006, until November 22, 2006 be **ALLOWED**.

Respectfully submitted,


By:     /s/ Jacob T. Elberg
        David A. Bunis(BBO No. 550570)
        Jacob T. Elberg (BBO No. 657469)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        Ph: (617)371-1000

        And

        Mary Schiavo (pro hac vice)
        Don McCune (pro hac vice)
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        P.O. Box 1792
        Mount Pleasant, SC 29465
        Ph:  (843)216-9000


        Date: November 9, 2006

ASSENTED TO:
Attorneys for Raytheon Defendants

_____/s/  Peter C. Knight_____
Peter C. Knight (BBO No. 276000)
Gary W. Harvey (BBO No. 547993)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

and


William L. Oliver
Michael G. Jones
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, LLP
100 North Broadway, Suite 500
Wichita, Kansas 67202
 (316) 265-9311

## CERTIFICATE OF SERVICE

I, Jacob T. Elberg, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 9, 2006.


_____/s/ Jacob T. Elberg_____


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)


I, Jacob T. Elberg, hereby certify that on November 9, 2006, I conferred with Defendants' counsel, Peter Knight, pursuant to Local Rule 7.1(A)(2), who assented to this motion.

_____/s/ Jacob T. Elberg_

Date: November 9, 2006