UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

_____
                                            )
YISEL DEAN, Independent Administratrix of the Estate of )
STEVEN DEAN, deceased, and on behalf of all statutory )
beneficiaries,                              )
Plaintiff,                                  )
                                            )
v.                                          )
                                            ) DOCKET NO: 05cv10155 PBS
RAYTHEON COMPANY, a Delaware corporation,   )
RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, )
RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas )
Corporation, RAYTHEON AIRLINE AVIATION SERVICES, )
LLC, Kansas Corporation, and RAYTHEON AIRCRAFT )
PARTS INVENTORY AND DISTRIBUTION, COMPANY, )
LLC, a Kansas Corporation                   )
Defendants.                                 )
                                            )
_____ )
                                            )
LISA A. WEILER, Administratrix of the Estate of SCOTT A.)
KNABE, deceased, and on behalf of all statutory beneficiaries, )
Plaintiff,                                  )
                                            )
v.                                          )
                                            ) DOCKET NO: 05cv10364 PBS
RAYTHEON COMPANY, a Delaware corporation,   )
RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, )
RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas )
Corporation, RAYTHEON AIRLINE AVIATION SERVICES, )
LLC, Kansas Corporation, and RAYTHEON AIRCRAFT )
PARTS INVENTORY AND DISTRIBUTION, COMPANY, )
LLC, a Kansas Corporation                   )
Defendants.                                 )
                                            )
_____

**MOTION OF THE DEFENDANTS,
RAYTHEON COMPANY, RAYTHEON AIRCRAFT COMPANY,
RAYTHEON AIRCRAFT CREDIT CORPORATION, RAYTHEON AIRLINE
AVIATION SERVICES, LLC AND RAYTHEON AIRCRAFT PARTS
INVENTORY AND DISTRIBUTION COMPANY, LLC
<u>FOR LEAVE TO FILE A REPLY MEMORANDUM</u>**

NOW COME the defendants, Raytheon Company, Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC and Raytheon

1

1032313v1

Aircraft Parts Inventory and Distribution Company, LLC (the "Raytheon Defendants") and hereby request leave to file a 1 to 3 page reply memorandum in support of the Raytheon defendants' Motion to Strike Todd Michael Peterson/3Plains Corporation as Plaintiffs' Experts or, in the Alternative, to Compel Production of Copies of Animations and Reimbursement of Costs and Expenses (CM/ECF Doc. No. 109). A short reply is necessary in order to properly address the representations by plaintiffs in their opposition (CM/ECF Doc. No. 112) and to assure a proper pre-trial ruling with regard to any attempt by the plaintiffs to use or reference the animations.

WHEREFORE, the defendants, Raytheon Company, Raytheon Aircraft Company, Raytheon Aircraft Credit Corporation, Raytheon Airline Aviation Services, LLC and Raytheon Aircraft Parts Inventory and Distribution Company, LLC, respectfully request that their motion to file a 1 to 3 page reply memorandum be allowed.

Raytheon Defendants,
RAYTHEON COMPANY,
RAYTHEON AIRCRAFT COMPANY,
RAYTHEON AIRCRAFT CREDIT CORPORATION,
RAYTHEON AIRLINE AVIATION SERVICES, LLC and
RAYTHEON AIRCRAFT PARTS INVENTORY AND DISTRIBUTION COMPANY, LLC
By Counsel,

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on

/s/ Tory A. Weigand
_____

/s/ Tory A. Weigand
_____
Peter C. Knight, BBO # 276000
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500

-AND-

2

        William L. Oliver, Jr. Esquire
        Michael G. Jones, Esquire
        MARTIN, PRINGLE, OLIVER, WALLACE
          & BAUER, L.L.P.
        100 North Broadway, Suite 500
        Wichita, KS  67202
        Phone:  (316) 265-9311

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for the Defendants, hereby certifies that he has conferred with counsel in this matter in accordance with Local Rule 7.1 and that plaintiff's counsel stated they would not oppose the filing of the Motion for Leave to File a Reply Memorandum.

/s/ Tory A. Weigand
_____

1032313v1