UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries,<br><br>    Plaintiff,<br>vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>    Defendants. | **Case No.: 05 CV 10155 PBS**<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries,<br><br>    Plaintiff,<br>vs.<br><br>Raytheon Company, et. al.<br><br>    Defendants. | **Case No.: 05 CV 10364 PBS** |

**EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Audit of Colgan Air by Raytheon Airline Aviation Services, dated November 8, 2002

2. Deposition of Raytheon employee Willard Crowe, taken in Colgan v. RAC

3. Deposition of Raytheon employee Monty Root, taken in Dean, et al. v. Raytheon Company, et al.

4. Letter dated November 3, 2004 from Raytheon to the FAA Wichita ACO

5. Deposition of Raytheon Investigator, Robert Ramey, taken in Colgan v. RAC

6. RAAS Operating Lease Proposal to Colgan Air, dated March 15, 2002

7. National Transportation Safety Board (NTSB) Group Chairman's Factual Report, 12/29/03

8. Chronology of Contact between Colgan Air and RAC from August 23 – 26, 2003

9. E-mail Correspondence dated 8.25.03 from Matt McCarthy (RAAS technical support) to Dave Rosenburg (RAAS Manager of Financial Planning, Analysis, & Marketing)

10. Deposition of Colgan Employee Perry Sarluca, taken in Colgan v. RAC

11. Deposition of Defendants' expert Dwight Law, taken in Dean, et al. v. Raytheon Company, et al.

12. Deposition of Colgan Employee Daniel Kinan, taken by the NTSB

13. Deposition of Raytheon Employee Tim Green, taken in Colgan v. RAC

14. REPS R9, 27-30-04, Figure 201

15. Federal Aviation Administration Airworthiness Directive 2003-20-10

16. Deposition of Plaintiffs' expert Michael Maddox, taken in Dean, et al. v. Raytheon Company, et al.

17. NTSB Factual Report of Accident

18. Raytheon Internal Investigator, Robert Ramey's color-coded correct (Ramey Ex. 114) and incorrect (Ramey Ex. 115) visuals of Forward Elevator Trim Tab Cable Routing

19. Photograph of masking tape label on Raytheon aircraft, taken by Plaintiffs' Expert Michael Maddox at aircraft inspection in Wichita, KS on June 12, 2006

20. Deposition of Defendants' expert Donald H. Vallerand, taken in Dean, et al. v. Raytheon Company, et al.

21. NTSB Maintenance Demonstration and Interview of Colgan Air Mechanics, October 22, 2003

22. REPS R9, 27-30-05

23. Photograph of Trim Wheel, taken by Plaintiffs' Expert Michael Maddox at aircraft inspection in Wichita, KS on June 12, 2006

24. Deposition of Colgan employee Dominick Battaglia, taken in Colgan v. RAC

25. Deposition of Raytheon employee Michael Scheidt, taken in Colgan v. RAC

26. Deposition of Raytheon employee Michael Scheidt, taken in Dean, et a. v. Raytheon Company, et al.

27. 14 CFR Part 23.677 Trim Systems

28. Deposition of Plaintiffs' expert Michael Conway, taken in Dean, et al. v. Raytheon Company, et al.

29. NTSB Group Chairman's Factual Report, Cockpit Voice Recorder

30. Deposition of Defendants' expert Richard Nelson, taken in Dean, et al. v. Raytheon Company, et al. (Rough Draft Transcript)

31. Deposition of Plaintiffs' expert Greg Feith, taken in Dean, et al. v. Raytheon Company, et al.

32. Raytheon Company Website Information – "About Us"

33. Security Exchange Commission press release and Order imposing sanctions against RC and RAC

34. Type Certificate Data Sheet

35. Deposition of Raytheon Employee Robert Pedroja, taken in Colgan v. RAC

36. Deposition of Former Raytheon Employee Donovan Havnen, taken in Dean, et al. v. Raytheon Company, et al.

37. Deposition of Raytheon Employee Mike Jolicoeur, taken in Colgan v. RAC

38. Deposition of Plaintiffs' Expert Frederick Leonelli, taken in Dean, et al. v. Raytheon Company, et al.

39. 14 CFR Part 23, App. G

40. Deposition of Defendants' Expert Michael Dreikorn, taken in Dean, et al. v. Raytheon Company, et al.

41. Raytheon submission to the NTSB, dated May 6, 2004

42. 14 CFR Part 23.685(d)

43. 14 CFR Part 121.153