UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>　　　　Defendants. | Case No.: 05 CV 10155 PBS<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Raytheon Company, et. al.<br><br>　　　　Defendants. | Case No.: 05 CV 10364 PBS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES (ASSENTED TO)**

NOW COME, Plaintiffs' Yisel Dean and Lisa A. Weiler, and hereby respectfully request pursuant to Local Rule 7.1(4) that this Court grant leave to the plaintiffs to file a response in opposition to Defendant's Memorandum in Support of

Their Motion for Summary Judgment. In support hereof, the plaintiffs state that due to the complex factual and legal nature of this case and to respond to defendants' arguments against plaintiffs' claims, additional pages beyond the twenty pages that are permissible by this Court, are necessary to satisfactorily brief the arguments for the Court. Plaintiffs' have included a table of contents to assist the Court with the navigation of Plaintiffs' response.

Defendants' have assented to this motion.

WHEREFORE, the Plaintiffs, respectfully request that their Motion for Leave to File Memorandum of Law in Excess of Twenty Pages be **ALLOWED.**

Respectfully Submitted,

| Attorneys for the Plaintiffs | ASSENTED TO: |
| --- | --- |
| | Attorneys for Raytheon Defendants |
| /s/ Mary Schiavo_____ | /s/ Michael G. Jones_____ |
| Mary Schiavo, Esq. | William L. Oliver |
| J.B. Harris, Esq. | Michael G. Jones |
| Marlon Kimpson, Esq. | MARTIN, PRINGLE, OLIVER, |
| 28 Bridgeside Blvd. | WALLACE & BAUER, LLP |
| P.O. Box 1792 | 100 North Broadway, Suite 500 |
| Mount Pleasant, SC 29465 | Wichita, Kansas 67202 |
| (843) 216-9374 | (316) 265-9311 |
| | |
| David A. Bunis (BBO No. 550570) | Peter C. Knight (BBO No. 276000) |
| Jacob T. Elberg (BBO No. 657469) | Gary W. Harvey (BBO No. 547993) |
| DWYER & COLLORA, LLP | MORRISON MAHONEY LLP |
| 600 Atlantic Avenue | 250 Summer Street |
| Boston, MA  02210 | Boston, MA 02210 |
| (617) 371-1000 | (617) 439-7500 |
| | |
| (843) 216-9374 | (316) 265-9311 |

Dated:  November 22, 2006

## CERTIFICATE OF SERVICE

      I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2006.

                                                              /s/ Mary Schiavo