

**MotleyRice**

**Mary F. Schiavo**
**Licensed in MO, DC, MD**
DIRECT DIAL 843.216.9138
DIRECT FAX 843.216.9440
MSchiavo@motleyrice.com

December 12, 2006

**<u>VIA ELECTRONIC MAIL</u>**
Michael G. Jones
Martin Pringle Oliver Wallace & Bauer, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS 67202

      Re:    Dean/Weiler v. Raytheon Company, et. al.
              Civil Action No. 1:05CV10155
              Plaintiff's animation

Dear Mike:

       In response to your reply memorandum, we are working on an animation. It is not yet completed. We will decide whether to use the animation, and make it available to you, at least 4 weeks prior to trial. We suggest that Raytheon wait until that time to see if we are going to use an animation. If we decide to use it, we will at that time give them the name of any expert that we would use to authenticate it, and give them the opportunity to take discovery from that expert.

       This agreement would be without prejudice to Raytheon's right to file a motion to strike or otherwise preclude the animation at a later time.

Sincerely,

*Mary Schiavo*

Mary Schiavo

/ll
cc:    David Bunis
       Peter Knight

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX