# Exhibit 42

Page 1

Volume:   I

Pages :   1 - 126

Exhibits: 1 -7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER

CASE NO. 05-10155 PBS

- - - - - - - - - - - - - - - - - x
YISEL DEAN, et al.,
                  Plaintiffs,
                            Case No. 05 CV 10155 PBS
     V.
RAYTHEON COMPANY, a Delaware corporation,
et al.,

                  Defendants.
_____
LISA A. WEILER, et al.,

                  Plaintiffs,
                            Case No. 05 CV 10364 PBS
     V.
RAYTHEON COMPANY, a Delaware corporation,
et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - x

DEPOSITION OF JULIA M. READE, M.D.

Thursday, September 21, 2006,  10:15 a.m.

Dwyer & Collora LLP

600 Atlantic Avenue

Boston, Massachusetts

Reporter:  Rosemary F. Grogan, CSR, RPR

DR. JULIA READE                                    SEPTEMBER 21, 2006

Page 50

1    Q.  Who were they?
2    A.  Those included Bob's cousin, Pat Ryan, Miriam
3 Williams who is Bob's half-sister, and Laura Dean who is
4 his sister and also Kiera Colon who is Yisel's Dean's
5 sister-in-law.
6    Q.  What does Bob do for a living?
7    A.  As I said before, he does truck maintenance or
8 at the time I saw him he was doing truck maintenance.
9    Q.  Do you know how long a period of time he has
10 been doing truck maintenance?
11    A.  He has been doing that, I think, for about a
12 year maybe, maybe longer, before I interviewed him.  He
13 had aspirations to become a pilot and after his
14 brother's death, he shelved all of those and said he no
15 longer had any interest in flying or learning to be a
16 pilot.
17    Q.  In your report dated July 18, you say:  In my
18 opinion, to a reasonable degree of medical certainty,
19 Yisel Dean meets diagnostic criteria for Major
20 Depressive Disorder, Generalized Anxiety Disorder,
21 undifferentiated Somatoform Disorder, and suffers from a
22 syndrome of complicated grief.
23          What is major depressive disorder?
24    A.  Major depressive disorder is a major mental

Page 51

1 illness a mood disorder characterized by a host of what
2 are called neuro-vegetative symptoms, including some
3 combination of sleep disruption, changes in
4 concentration, appetite, eating habits, frequently
5 accompanied by guilty ruminations, changes in interest
6 in activities that previously gave one pleasure, changes
7 in energy, frequently accompanied by feelings of
8 hopelessness and helplessness, frequently accompanied by
9 suicidal ideation.
10          It's thought to be a biologically-driven
11 entity which frequently is improved by treatment with
12 antidepressant medication and psychotherapy.
13    Q.  When you say it's biologically-driven, what do
14 you mean by that?
15    A.  That means that there is some kind of
16 biological underpinning related to neurotransmitters or
17 to a brain process that's amendable treatment frequently
18 with some kind of pharmacologic intervention and/or
19 psychotherapy.
20    Q.  And what causes it?
21    A.  That's a very good question.  There clearly is
22 a genetic component for some people.  There are major
23 insults that people suffer in their lives that plunge
24 them into episodes of depression.  And there are people

Page 52

1 who are, because of their kind of limited coping skills,
2 are probably more vulnerable to spells of depression
3 than people with more robust repertoire of tools.
4    Q.  Did Yisel Dean suffer from major depressive
5 disorder before her husband died in August of 2003?
6    A.  In my opinion, Yisel met criteria for a
7 depressive disorder prior to her husband's death and
8 then suffered a significant exacerbation of her symptoms
9 following his death.
10    Q.  You answered the question a little differently
11 than I asked it.
12          Did she suffer major depressive disorder
13 prior to her husband's accident?
14    A.  In my opinion, yes.
15    Q.  And for how long a period of time had she had
16 major depressive disorder or suffered from major
17 depressive disorder prior to the accident?
18    A.  It's difficult to pinpoint exactly because of
19 the -- there are some records that appear to be missing,
20 but based on the available records, sometime in 2002.
21    Q.  What records are missing?
22    A.  There are mental health records which date
23 back, apparently, to 2001 that aren't available or were
24 not available.

Page 53

1    Q.  The next thing you write is that she meets the
2 diagnostic criteria for generalized anxiety disorder.
3          What is generalized anxiety disorder?
4    A.  Generalized anxiety disorder is a condition
5 where the sufferer experiences symptoms of anxiety that
6 are frequently accompanied by various physical symptoms;
7 knot in the stomach, shakiness, feelings of, you know,
8 imminent about to pass out, butterflies, palpitations.
9    Q.  And what causes generalized anxiety disorder?
10    A.  It's not well understood what drives it.  It's
11 also -- there are individuals who clearly have some kind
12 of biological vulnerability to it.  And there are
13 studies that demonstrate that individuals who have
14 anxiety symptoms may be physiologically different than
15 those who don't, but it's not clear what the underlying
16 path of physiology is.
17    Q.  In your opinion did the Yisel Dean suffer from
18 generalized anxiety disorder prior to her husband's
19 accident?
20    A.  It's a tough call.  She clearly was an anxious
21 person beforehand and had symptoms that were consistent
22 with some kind of anxiety disorder.  Again, her symptoms
23 were worsened by the death of her husband.
24    Q.  Next you say that she meets a diagnostic

14 (Pages 50 to 53)

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                    SEPTEMBER 21, 2006

Page 54

1  criteria for undifferentiated somatoform disorder. What
2  is undifferentiated somatoform disorder?
3      A.  Undifferentiated somatoform disorder is a very
4  poorly understood condition where the individual
5  experiences physical symptoms in response to stressful
6  events, usually has a variety of physical symptoms
7  including pain syndromes, various gastro -- GI,
8  gastroenterological symptoms, menstrual symptoms,
9  sometimes neurologic symptoms which are either
10  unexplained by the objective medical findings or are in
11  excess of what one would expect given the medical
12  findings.  And it's thought to be someone who really
13  experiences psychological distress through her body.
14      Q.  Is undifferentiated somatoform disorder, a
15  diagnosis that is listed in DSM-IV Revised?
16      A.  It's listed in DSM-IV-TR.
17      Q.  What about my question?
18      A.  I don't know if it's DSM-IVR.  There are other
19  somatization-type disorders.
20      Q.  In reviewing the records, did you see evidence
21  that prior to her husband's death, Yisel Dean did suffer
22  from undifferentiated somatoform disorder?
23      A.  That's a diagnosis I've made and I do find
24  evidence based in a medical and psychiatric record

Page 55

1  review that she met criteria for it and again, she
2  suffered an exacerbation following the death of her
3  husband.
4      Q.  And the last diagnosis that you've given her
5  as a result of your evaluation of her --
6      A.  Mm-hmm.
7      Q.  -- was that she suffers from a syndrome of
8  complicated grief, correct?
9      A.  That's correct.
10      Q.  Did you come up with any other diagnosis for
11  her as a result of your evaluation, other than the ones
12  that we've listed, and they include, major depressive
13  disorder, generalized anxiety disorder, undifferentiated
14  somatoform disorder and syndrome of complicated grief?
15      A.  I think that covers it.
16      Q.  All right.  Is syndrome of complicated grief
17  listed in the DSM-IV Revised manual?
18      A.  It is not currently listed.  It is under
19  evaluation for the next volume of DSM.
20      Q.  But it's not a recognized diagnosis at this
21  time?
22      A.  At this time, no.  There is, however, a peer
23  reviewed literature that's fairly extensive supporting
24  this as a diagnosis and a diagnostic entity separate

Page 56

1  from a depressive disorder or an anxiety disorder and
2  distinguished from a normal grief response; that this
3  appears to be a separate entity that has -- that has
4  validity and can be reliably distinguished from other
5  psychiatric disorders.
6      Q.  What is syndrome of complicated grief?
7      A.  Syndrome of complicated grief, although there
8  are some disagreement about the components, is
9  essentially a protracted grief response that goes awry
10  and becomes a chronic unremitting condition.  And it
11  includes a series of symptoms related to a yearning for
12  the lost person, feelings of sort of stunned, surprised
13  that the person is still gone, unbidden experiences of
14  unbidden memories and often intrusive recollections of
15  the person, frequently feelings of detachment and
16  withdrawal from other human relationships, a feeling of
17  numbness about the death or difficulty coming to terms
18  with the death.  And despite these intrusive experiences
19  of the loss, really a difficulty addressing the loss or
20  metabolizing the loss and moving on.
21          So these are people who are frequently
22  quite stuck in the grieving and has a qualitative
23  difference.  It's qualitatively different from normal
24  bereavement where the individual is mourned and there

Page 57

1  are sort of periods of intense sadness and grief, but
2  that gradually that remits over time and it's thought
3  that remits over time because the individual comes to
4  terms with their ability to carry the memory of that
5  person internally.  And complicated grief is complicated
6  in part because the death is so noxious to the
7  individual that they can't forget about it.
8          As Craig Knabe said, You can't forget
9  about the death, so you just drag it along.  It's a very
10  nice description of this sort of inability to detach
11  yourself from it or get distance from it.  And at the
12  same time, an inability to really sort of move through
13  it and metabolize it.
14          It's thought that about 15 percent of
15  people who lose significant others and are bereaved,
16  about 15 percent of them develop this complicated grief
17  syndrome.  And the people who appear to be particularly
18  vulnerable to developing it, are people whose loved ones
19  have died suddenly, violently, when children die or
20  someone that the individual was excessively dependent
21  upon, when there has been some ambivalence about the
22  person who's died.  I think there are a couple of other
23  factors that are not coming to mind right now, but those
24  are the --

15 (Pages 54 to 57)

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                      SEPTEMBER 21, 2006

Page 58

1        Oh, importantly, individuals who have
2  histories of depressive disorders or anxiety disorders
3  are also more vulnerable to developing syndromes of
4  complicated grief. It's also not something that abates
5  in the normal course of events. It requires specialized
6  treatment and a lot of the treatment that has been
7  implemented, sort of historically or conventionally for
8  individuals who are bereaved, is to try to sort of
9  encourage the person to give up the dead loved one and
10  kind of move on. And research is showing that in fact
11  that contradicted and that tends to increase the
12  yearnings and increase the disbelief and further
13  entrench people in their complicated grief syndrome.
14        And what is needed a process whereby the
15  individual is kind of encouraged to think about that
16  person and to develop a closer attachment with them and
17  to feel they have that person keeping them company over
18  time and to sort of gradually expand their coping skills
19  and their ability to integrate that loss.
20    Q.  This syndrome of complicated grief is not
21  listed in the DSM-IV-R, the most recent text for
22  diagnostic criteria; is that correct?
23    A.  That's correct.
24    Q.  And you say it's under consideration for the

Page 59

1  next one?
2    A.  That's correct.
3    Q.  Whenever the next DSM comes out, right?
4    A.  That's right.
5    Q.  Is it recognized in any textbook as a form of
6  psychological pathology?
7    A.  I don't know about textbook recognition.
8  There is a peer reviewed literature from respected
9  medical centers like Yale, University of California at
10  San Francisco, University of British Columbia in Canada.
11  There have been studies done cross-culturally in the
12  Netherlands and also in Scandinavia that make it clear
13  this is viewed as a pathologic process separate from
14  what's seen as a normal bereavement process.
15    Q.  Have you provided us with the text that you
16  regard as it authoritative in the area of complicated
17  grief disorders?
18    A.  I provided you with text I found helpful in
19  developing my own understanding of this area.
20    Q.  Well, you said there were peer reviewed
21  literature out there that has recognized grief disorder
22  as a recognized pathology?
23    A.  Right.
24    Q.  Mental illness, right?

Page 60

1    A.  Right.
2    Q.  Can you give us the names of any of the
3  literature or have you give us copy of them?
4    A.  I've given you copies of them. They're
5  articles from the American Journal of Psychiatry. There
6  is some research published from the Canadian Psychiatric
7  Association. There's information from the National
8  Cancer Institute. There is some data from the American
9  Psychiatric Association, and then some descriptions of
10  work done out of Yale.
11    Q.  Has Yisel Dean ever been treated for any of
12  her mental illness following the death of her husband?
13    A.  Yes.
14    Q.  Who provided the treatment?
15    A.  Yisel has been treated as far as I know only
16  through this public clinic, JPS -- let me get the name.
17    Q.  We have those records?
18    A.  Yeah, JPS Health Network in Texas.
19    Q.  And what was the nature of her treatment?
20    A.  Well, the nature of her treatment has been
21  largely psychopharmacologic intervention. She's had a
22  series of appointments with resident physicians lasting
23  about 15 minutes, occurring about every two months. And
24  it's mostly been focused on rearranging her package of

Page 61

1  medication.
2        So in terms of the adequacy, I don't
3  consider this adequate treatment or necessarily helpful
4  treatment, but yes, that's what she has availed herself
5  of. She also attended The WARM Place with her daughter,
6  Brittany, and Bob Dean but did not find that
7  particularly helpful; in fact, found it quite noxious to
8  be in a room with other adults talking about her
9  feelings.
10    Q.  Following your evaluation of her, did you
11  recommend that she pursue alternative treatment?
12    A.  I didn't make recommendations about
13  alternative treatment for her because her means are so
14  limited that all she has available to her is stuff that
15  is in the public sector which would include the
16  15-minute medication visits with sort of a rotating
17  assortment of partly-trained doctors.
18    Q.  You say that she has limited means, financial
19  means?
20    A.  That's correct.
21    Q.  On what basis do you say that?
22    A.  On the basis of the information she gave me
23  about those sources of income that she uses to support
24  herself.

16 (Pages 58 to 61)

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                    SEPTEMBER 21, 2006

Page 102

1    Q.  And did you see records of a manic episode
2  with her?
3    A.  No records of a manic episode.  A couple of
4  mentions what they felt were hypomanic episodes.
5    Q.  But you don't have the 2001 records?
6    A.  That's correct.
7    Q.  What is depressive disorder NOS?
8    A.  NOS stands for not otherwise specified.  So
9  that is a depressive disorder that doesn't necessarily
10  fit neatly into any of the other diagnostic baskets.
11    Q.  She was prescribed, I'm reading from your
12  report, a host of mood-stabilizing antidepressant
13  anxiolytic and antipsychotic medication.
14      What was the antipsychotic medication she
15  was prescribed?
16    A.  She was given a number.  She was given
17  Abilify, Seroquel, Xyprexa.  I think she might have had
18  a course of Risperdal.  There may be others but those
19  are the ones I remember.
20    Q.  You say in early 2006, she discontinued all
21  medication, right?
22    A.  Right.
23    Q.  At the time you saw her, was she taking any
24  medication?

Page 103

1    A.  She was back on an antidepressant Celexa which
2  had been prescribed by her physician assistant, Debbie
3  Rushing.
4    Q.  And that was Celexa?
5    A.  Yes.
6    Q.  What are her current psychosocial stressors
7  that are impacting on her mental illness?
8    A.  I would include her financial situation,
9  stress of mothering, being a single mother, her
10  daughter, her social isolation, her lack of a job or
11  gain, employment and her distance from family.
12    Q.  As far as the financial information, you don't
13  have any basis for that; is that correct?
14    A.  I have the information from Yisel about what
15  her income is.  I have deposition testimony, and then I
16  have data from Bob.
17    Q.  The psychosocial stressor about distance from
18  family, does she have any interest in going back to the
19  Dominican Republic?
20    A.  Most of her family is in New York, and she's
21  conflicted about it.  On the one hand she would like to
22  be closer, especially to two of her brothers.  But she
23  said it's also very expensive there; doesn't think she
24  can afford it.  And then there's also, she would like to

Page 104

1  be closer to her mother who was in the Dominican
2  Republic, but she also would like -- she feels like she
3  needs to be on her own.
4    Q.  Why don't we talk about Alice Knabe.
5      I take it your retention to evaluate
6  Alice Knabe was at the same time you were retained to
7  evaluate Yisel Dean?
8    A.  That's correct.
9    Q.  When did you interview Alice Knabe?
10    A.  I interviewed her on April 7th and 8th, 2006
11  for approximately four hours.
12    Q.  Who was present?
13    A.  I saw her alone.
14    Q.  Were you able to form an opinion based on your
15  evaluation of her as to whether she was suffering from
16  any mental illness?
17    A.  Yes.
18    Q.  What was your opinion?
19    A.  My opinion was she suffered from dysthymic
20  disorder and complicated grief syndrome.
21    Q.  What is dysthymic disorder?
22    A.  Dysthymic disorder is a chronic depressive
23  state that's characterized by changes in appetite, lower
24  energy, poor concentration, feelings of hopelessness,

Page 105

1  frequently has component of sleep disturbance and
2  decreased self-esteem.
3    Q.  Were those the same signs and symptoms you
4  gave us with respect to depression?
5    A.  They're similar.
6    Q.  What's the difference?
7    A.  Major depressive disorder is considered more
8  acute and severe process that can become chronic over
9  time.
10    Q.  Is the dysthymic disorder something that
11  requires, as a matter of definition, two years of
12  unrelenting sadness?
13    A.  Low mood.  The sadness can come and go, but
14  the mood overall should be -- I mean it's a relative
15  thing.
16    Q.  Never happy for two years?
17    A.  There can be little episodes of bursts of
18  happiness but the general picture is one of a depressed
19  mood.
20    Q.  But if you're happy for a day, you don't meet
21  that criteria, do you?
22    A.  That's an overly stringent interpretation of a
23  mood disorder.  Everybody has fluctuations, even
24  depressed people.

27 (Pages 102 to 105)

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                        SEPTEMBER 21, 2006

Page 106

1    Q.  Now you've already defined for us complicated
2  grief syndrome, right?
3    A.  Right.
4    Q.  And in your view the complicated grief
5  syndrome suffered by Yisel Dean is the same suffered by
6  Alice Knabe?
7    A.  Yes.
8    Q.  Is dysthymic disorder defined by the DSM-IV?
9    A.  Yes.
10   Q.  But again, complicated grief syndrome is not?
11   A.  That's correct.
12   Q.  And you say that dysthymic disorder is
13 complicated and typically does not remit without
14 treatment, right?
15   A.  That's correct.
16   Q.  Has Alice Knabe ever undergone any kind of
17 treatment for it?
18   A.  Not that I know of.
19   Q.  Any reason she has not?
20   A.  I think there are a number.  One is that she's
21 a very private woman, she told me.  And she's loathed to
22 express her sad feelings in front of someone else.  She
23 told me she didn't really want to grieve or show her
24 grief to anyone or her sadness to anyone.  And I think

Page 107

1  she also comes from a generation of -- she has a --
2          Her preference is to try to pull up her
3  socks and carry on, and I think she sees talking about
4  her depressive symptoms as a weakness that she dislikes
5  in herself.
6    Q.  You say, she wants to carry on, sort of with a
7  stoic approach to her loss?
8    A.  Not stoic in the form of sort of stony and
9  unfeeling, but stoic in terms of willingness to endure
10 and a determination to persevere.
11   Q.  So did she tell you that, at the time you
12 interviewed her, that since her son's death, she cries
13 every day?
14   A.  Yes, she didn't volunteer that.
15   Q.  But you asked her?
16   A.  I asked her a general question.  I mean she
17 didn't say, By the way, I'm in terrible grief and I cry
18 every day.  We were talking about her son and the
19 aftermath of his death.
20   Q.  What is Mrs. Knabe's health situation at the
21 present time?
22   A.  She suffers from hypertension, diabetes.  She
23 has a pacemaker for some kind of cardiac arrhythmia.
24 She had a knee, some kind of knee problem, and she has

Page 108

1  this -- she hyperlipidemia and she also has what's
2  called, neuro-cardiogenic syncope, and she also had a
3  heart attack.
4    Q.  Have any of these medical conditions impacted
5  on her ability to get out and around?
6    A.  I think for a period of time her knee pain
7  impacted her ability to get out and around, and then
8  her -- the episodes of syncope or fainting that she was
9  having on some pacemaker problems interfered with her
10 ability to travel up to Massachusetts for her son's
11 memorial service and funeral.
12   Q.  And her lack of mobility has that impacted, at
13 least as far as a weight gain?
14   A.  It may have for some stretch of time, but at
15 the time I saw her, she was taking the dog out for
16 walks.  She was alternating with her son to take the dog
17 out for walks and they took the dog out every two hours.
18        What she told me was problematic, was
19 that she was, instead of eating healthily or eating
20 discrete meals, she was doing a lot of snacking.  And
21 that she gained a lot of weight, 15 to 20 pounds, since
22 her son's death because of that pattern of eating.
23   Q.  Her husband died in 2000, is that what she
24 told you?

Page 109

1    A.  Yes.
2    Q.  Did you ask her what impact that had?
3    A.  Yes, we talked about it at length.
4    Q.  And what impact did that have on her?
5    A.  It had a big impact on her.  She was -- they
6  were a very close couple and enjoyed a very happy
7  marriage and were looking forward to a long quiet
8  retirement when he died quite suddenly in the fall of
9  2000 from a stroke.  She described feeling acutely
10 grief-stricken, very, sort of, at a loss and quite
11 isolated because they had moved to Florida not that long
12 before his death.
13        And he was someone she relied on to share
14 her daily experiences with, so she really missed his
15 presence.
16   Q.  This had a tremendous impact on her?
17   A.  Yes.
18   Q.  Emotionally?
19   A.  Yes.
20        MR. KNIGHT:  In fact, let's go off the record
21   for a second.
22        (Off Record Discussion)
23 BY MR. KNIGHT:
24   Q.  When you interviewed Craig, he told you that

28 (Pages 106 to 109)

EPPLEY COURT REPORTING, LLC
(508) 478-9795

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                SEPTEMBER 21, 2006

Page 110

1  his father's death in October of 2000, was the hardest
2  hit; is that correct?
3      A.  That was his experience.
4      Q.  Life kind of ended at that point for my mother
5  and me?
6      A.  That was his view, yes.
7      Q.  He was talking about his mother, was a
8  profound impact?
9      A.  He was talking about himself and his mother.
10     Q.  As a result of the loss of his father --
11  strike that, if I may.
12          When Mr. Knabe died, was it in Florida?
13     A.  Yes.
14     Q.  He was living just with his wife?
15     A.  That's right.
16     Q.  Alice Knabe?
17     A.  That's right.
18     Q.  And she informed you that this was a terrible
19  blow to her?
20     A.  Yes.
21     Q.  Emotionally and whatever, yes?
22     A.  Yes.
23     Q.  Did she suffer dysthymic disorder as a result?
24     A.  She was sad.  She was grief-stricken.  She was

Page 111

1  bereaved, but it was not my impression that she suffered
2  dysthymic disorder.
3      Q.  Do you have an explanation as to why, in your
4  opinion, she suffered a dysthymic disorder as a result
5  of her son dying but not her husband dying?
6      A.  Yes.
7      Q.  What is your explanation?
8      A.  Despite the blow that her husband's death was,
9  she described a palpably different experience of her
10  son's death.  For one thing, her son was younger and she
11  saw him as, you know, as someone who was filled with
12  potential and opportunity.  She saw elements of herself
13  and her father in this boy, and she referred to him as a
14  boy, this young man.
15          And he was, of her two sons, the
16  gregarious, outgoing, adventurous one who was really the
17  hope for her of some kind of future family and life
18  after her husband's died.  So his death cut all of that
19  short.  Cut short his hope for a future, cut short her
20  hope of some kind of restitution in the form of a
21  daughter-in-law, grandchildren or living vicariously
22  through her son's achievement and activities, which she
23  got a huge kick out of.  The other is that she said that
24  she felt that, you know, there really was -- she really

Page 112

1  felt there was very little point in engaging in much of
2  anything.  And she really lost her will to pull herself
3  out of it.
4          So it was a -- several observers talked
5  about how she was very sad after her husband's death but
6  was beginning to recover, when her son's death really
7  plunged her into a whole different space that she's
8  really been unable to move out of.
9      Q.  You said she had an excellent loving marriage
10  with her husband?
11     A.  Mm-hmm.
12     Q.  That's a yes?
13     A.  Yes.
14     Q.  And they moved to Florida for retirement where
15  they knew virtually no one?
16     A.  They were beginning to put together a social
17  circle there.  They also traveled back to Cincinnati
18  where they had a big social circle.
19     Q.  And according to Craig Knabe, that life ended
20  at that point for my mother and me when his father died,
21  right?
22     A.  That was Craig's view.
23     Q.  And certainly, Mrs. Knabe, when she spoke to
24  you about her husband's death, indicated that it was a

Page 113

1  terrible blow?
2      A.  That's correct.
3      Q.  And she did in fact go into an unrelenting
4  depressed mood, did she not, after her husband's death?
5      A.  No, it was not unrelenting.  She was sad and
6  grief-stricken for a long period of time.
7      Q.  Did she have any changes in her appetite after
8  her husband's died?
9      A.  She may have transiently.
10     Q.  According to what she told you, that's the
11  only thing you're relying on, right?
12     A.  Mm-hmm.
13     Q.  Did she tell you she had low energy after her
14  husband died?
15     A.  I don't recall how she quantified her energy
16  after her husband died.
17     Q.  Did you ask her whether or not after her
18  husband died, that whether or not she became depressed?
19     A.  Yes.
20     Q.  And she indicated she did?
21     A.  She indicated that she felt sad.  She didn't
22  indicate that she suffered a major depression.
23     Q.  Did she say or provide a description similar
24  to what Craig had said, that life kind of ended at that

EPPLEY COURT REPORTING, LLC
(508) 478-9795

ccb9c853-646c-489b-a8a5-a78180b36705

Page 118

1 complicated grief syndrome, according to your
2 evaluation, as a result of Scott Knabe's death?
3    A.  That's correct.
4    Q.  And my question was:  Did Scott Knabe and
5 Alice Knabe handle Mr. Knabe's death in a different
6 manner?
7    A.  Did Craig Knabe, I think you mean, Craig?
8    Q.  Did Craig Knabe sustain complicated grief
9 syndrome as a result of his father's death?
10    A.  Yes, I believe he did.
11    Q.  He did.  So did he also suffer depression,
12 major depression or major depressive disorder, as a
13 result of his father's death?
14    A.  Yes.
15    Q.  And you said that Alice Knabe did not suffer
16 major depressive disorder nor complicated grief syndrome
17 as a result of her husband's death?
18    A.  That's correct.
19    Q.  But she did as a result of Scott Knabe's
20 death?
21    A.  That's correct.
22    Q.  What psychosocial stressors does Alice Knabe
23 suffer from?
24    A.  Currently?

Page 119

1    Q.  Yes.
2    A.  I think her social isolation takes a toll and
3 I think she worries about Craig, sort of how Craig is
4 doing, and worries about what will happen to Craig once
5 she dies.  And I think that's is a source of stress for
6 her.
7    Q.  Did you say in your report regarding Craig
8 Knabe -- I think you have it?
9    A.  Mm-hmm.
10    Q.  Do you have it in front of you?
11    A.  Yes, I do.
12    Q.  That as a result of Scott's death, he suffered
13 major depressive disorder, right?
14    A.  I believe I said that as a result of his
15 father's death, he suffered a major depressive disorder
16 and it was exacerbated by his brother's death.
17    Q.  In the second paragraph:  In my opinion, to a
18 reasonable degree of medical certainty, Craig Knabe
19 meets the diagnostic criteria for major depressive
20 disorder and suffers from a syndrome complicated grief?
21    A.  Correct.
22    Q.  And unlike his mother, he suffers from major
23 depressive disorder, not dysthymic disorder?
24    A.  That's correct.

Page 120

1    Q.  Your opinion is that she suffered dysthymic
2 disorder as a result of Scott's death?
3    A.  That's correct.
4    Q.  What is the difference between her disorder
5 and his disorder?
6    A.  It's a -- some people would argue that major
7 depressive disorder is a more severe, acute disorder,
8 illness and that dysthymic disorder -- and major
9 depressive disorder can take many patterns.  There can
10 be exacerbations, remissions, single episodes, multiple
11 episodes.  And dysthymic disorder tends to be more of a
12 chronic lower grade, but chronic and persistent set of
13 symptoms.
14    Q.  Dysthymic disorder never goes away without
15 treatment?
16    A.  That's correct.
17    Q.  And neither of them ever had any treatment?
18    A.  That's correct.
19    Q.  So what I think you said before when his
20 father died, Craig Knabe suffered major depressive
21 disorder?
22    A.  That's correct.
23    Q.  Not a dysthymic disorder?
24    A.  That's correct.

Page 121

1    Q.  Which is somewhat less?
2    A.  Well, slightly different in quality, yes.
3 Some people would argue that it's less.  Some people
4 would argue that in fact, it has more morbidity attached
5 to it because it's so chronic and so unremitting.
6    Q.  But Mrs. Knabe suffered neither?
7    A.  After her husband's death, correct.
8    Q.  And so on the last page, page four, you say,
9 Prior to her son's death, Mrs. Knabe had no known
10 history of any psychiatric symptoms or psychiatric
11 disorder, right?
12    A.  Right.
13    Q.  If you go back to page three, when you
14 describe Mrs. Knabe's emotional impact with the death of
15 her husband, you say that she recalled feeling very sad,
16 withdrew socially for a time and stopped participating
17 in activities like riding a bicycle.  She felt
18 comparatively isolated; and you further say, her
19 husband's death was a terrible blow.
20       So none of those, you would say, none of
21 those evidence any psychiatric symptoms?
22    A.  There's something called normal grief and she
23 had, what I would characterize, as a normal grief
24 reaction.  And there are elements of normal grief

EPPLEY COURT REPORTING, LLC
(508) 478-9795

ccb9c853-646c-489b-a8a5-a78180b36705

DR. JULIA READE                                    SEPTEMBER 21, 2006

Page 122

1 reaction that if you parse them, can look like elements
2 of a depressive disorder. But the difference is they
3 remit and they are part of a normal accommodation to
4 loss.
5     Q. Craig Knabe's symptoms never remitted,
6 according to your testimony, right?
7     A. Not to my understanding, no.
8     Q. How long was it that Mrs. Knabe suffered those
9 symptoms?
10    A. Related to her husband's death?
11    Q. Yes.
12    A. It's difficult to pinpoint them exactly. What
13 she described was a course of months of acute grief
14 followed by gradual recovery.
15    Q. So your opinion is that she dealt with her
16 husband's death in a manner which was entirely normal or
17 anticipated anyone would?
18    A. That's correct.
19    Q. But when her son died, she then suffered two
20 distinct psychiatric disorders?
21    A. That's correct.
22    Q. And she's never sought any treatment for
23 either?
24    A. That's correct.

Page 124

1              C E R T I F I C A T E
2 COMMONWEALTH OF MASSACHUSETTS )
3                                )
4 COUNTY OF PLYMOUTH          )
5        I, Rosemary F. Grogan, a Registered
6 Professional Reporter and Notary Public duly
7 commissioned and qualified in and for the Commonwealth
8 of Massachusetts, do hereby certify:
9        That JULIA M. READE, M.D., the witness whose
10 deposition is hereinbefore set forth, was duly
11 identified and sworn by me, and that the foregoing
12 transcript is a true record of the testimony given by
13 such witness to the best of my ability.
14       I further certify that I am not related to any
15 of the parties in this matter by blood or marriage, and
16 that I am in no way interested in the outcome of this
17 matter.
18       IN WITNESS WHEREOF, I have hereunto set my
19 hand and affixed my notarial seal this 2nd day of
20 October, 2006.
21                   _____
22                   Rosemary F. Grogan, RPR
23                   CSR No. 112993
24 My Commission Expires: January 7, 2011

Page 123

1     MR. KNIGHT: All right. Thank you very much.
2     THE WITNESS: My pleasure.
3     MR. BUNIS: Thank you.
4     We'll read and sign; waive notary, and we do
5 want a copy.
6     (Deposition concluded at 2:20 p.m.)

Page 125

1 ERRATA SHEET DISTRIBUTION INFORMATION
2 DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4 ERRATA SHEET DISTRIBUTION INFORMATION
5      The original of the Errata Sheet has
6 been delivered to David Bunis, Esquire.
7 When the Errata Sheet has been completed by
8 the deponent and signed, a copy thereof should
9 be delivered to each party of record and the
10 Original forwarded to Peter Knight,
11 Esquire, to whom the original deposition
12 transcript was delivered.
13
14 INSTRUCTIONS TO DEPONENT
15      After reading this volume of your
16 deposition, please indicate any corrections or
17 changes to your testimony and the reasons
18 therefor on the Errata Sheet supplied to you
19 and sign it. DO NOT make marks or notations n
20 on the transcript volume itself. Add
21 additional sheets, if necessary? Please
22 refer to above instructions for errata sheet
23 distribution information.

EPPLEY COURT REPORTING, LLC
(508) 478-9795

ccb9c853-646c-489b-a8a5-a78180b36705

# Exhibit 43

Page 1

Vol. 1, Pgs. 1-94              Exhibits 1-7

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -

YISEL DEAN, et al.              CONSOLIDATED

     Plaintiffs

v.                             CA No. 05 CV 10155 PBS

RAYTHEON COMPANY, a Delaware

corporation, et al.

     Defendants

- - - - - - - - - - - - - - - - - -

LISA A. WEILER, et al.

       Plaintiff

v.                             CA No. 05 CV 1034 PBS

RAYTHEON COMPANY, a Delaware

corporation, et al.

     Defendants

- - - - - - - - - - - - - - - - - -

DEPOSITION of  ROBIN DEUTSCH, Ph.D.

Wednesday, September 20, 2006 - 9:24 a.m.

Dwyer & Collora, LLP

600 Atlantic Avenue

Boston, Massachusets

Reporter:  Jill K. Ruggieri, RMR/CRR

fe7e5756-bf32-4632-9935-5aaa52999118

ROBIN DEUTSCH, Ph.D.                                  SEPTEMBER 20, 2006

Page 82

1   A   Yes, that's my understanding.
2   Q   But the family wasn't together?
3   A   Well, they -- even when they were separated,
4       by reports, he was still very involved.
5           There wasn't conflict between them.
6       It wasn't an angry separation.
7   Q   Certainly not ideal for a child?
8   A   What, the separation?
9   Q   Yes.
10  A   No, separations typically aren't.
11  Q   And you say the resulting was a young,
12      inexperienced mother?
13  A   Yes.
14  Q   What did you mean by that?
15  A   She's very childlike.  She -- by her report
16      and by observation, she's not a -- does not
17      appear to be a solid, experienced mother.
18          She's young.  She's unexperienced.
19      She doesn't cope well with things.
20  Q   Did you ever see any evidence of bipolar
21      disorder with her?
22  A   No, but I wasn't doing a diagnostic
23      evaluation of her.
24  Q   When you said, Upon the death of Steven

Page 83

1       Dean, Brittany's mother and uncle were so
2       consumed with their own grief that they were
3       unable to provide for Brittany's emotional
4       needs, what did you mean by that?
5   A   Well, the first year after he died, they
6       both reported, the mother and the uncle,
7       that they -- that she cried all the time.
8           She often had difficulty mobilizing
9       herself, that neither of them were -- paid
10      very much attention to Brittany.
11          So when she was off in her room, they
12      sort of left her there and were not very
13      attentive to her, that that's what they both
14      described.
15  Q   Why would they do that?
16  A   Why would they do what?
17  Q   Leave her alone and not meet her emotional
18      needs.
19  A   I think they were so grieving themselves,
20      that they were not able to mobilize.
21  Q   You next say that, Brittany's grades have
22      continued to decline since the death of her
23      father.
24          Does that include this past year?

Page 84

1   A   The fifth grade?
2   Q   Fifth grade?
3   A   Yes.
4   Q   She's now in the sixth grade?
5   A   Yes.
6   Q   So the fifth's grades have gone down from
7       where they were in the fourth grade?
8   A   Actually, I don't know that they -- they've
9       gone down in some areas, yes, not all areas.
10  Q   Across -- not across the board?
11  A   No.  They've gone down in some
12      areas -- fourth grade they went down up,
13      and fifth grade in some areas they've gone
14      down but --
15  Q   But not all the grades?
16  A   No.  And they haven't improved.  So she's
17      either stayed the same or declined.
18  Q   You say, Since her father's death, she has
19      developed asthma and stomachaches.
20          I asked about the asthma before?
21  A   Yes.
22  Q   And, in fact, she had asthma before her
23      father died?
24  A   She was treated for it, yes.

Page 85

1   Q   So this is an error in your report?
2   A   Well, it could be an error in my report, but
3       I based it on when the diagnosis was made.
4           The stomachaches began in September,
5       right after he died.
6   Q   And you've said that your diagnosis of her
7       is depression -- depressive disorder, single
8       episode; is that correct?
9   A   Yes.
10          Well, Major Depressive Episode.
11  Q   All right.
12  A   Yes.
13  Q   Does she, in your opinion, have any
14      dysthymia?
15  A   Well, dysthymia is sort of an ongoing
16      depressive mood that doesn't meet criteria
17      for major depression.
18          She meets criteria for major
19      depression, so you sort of don't address
20      dysthymia.
21  Q   Does she suffer at all from bipolar
22      disorder?
23  A   No.
24  Q   You said she suffered from anxiety?

EPPLEY COURT REPORTING, LLC
(508) 478-9795

fe7e5756-bf32-4632-9935-5aaa52999118

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CONSOLIDATED UNDER**
**CASE NO. 05-10155 PBS**

| | | |
|---|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries, | ) ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) | **Case No.: 05 CV 10155 PBS** |
| | ) | |
| Raytheon Company, a Delaware Corporation, | ) | **PLAINTIFFS' AMENDED OPPOSITION** |
| Raytheon Aircraft Company, a Kansas | ) | **TO DEFENDANTS' MOTION FOR** |
| Corporation, Raytheon Aircraft Credit Corporation, | ) | **SUMMARY JUDGMENT** |
| a Kansas Corporation, Raytheon Airline Aviation | ) | |
| Services LLC, a Kansas Corporation, and Raytheon | ) | |
| Aircraft Parts Inventory and Distribution Company | ) | |
| LLC, a Kansas Corporation | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries, | ) ) ) | |
| | ) | **Case No.: 05 CV 10364 PBS** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Raytheon Company, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED EXHIBITS TO PLAINTIFFS' AMENDED OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Audit of Colgan Air by Raytheon Airline Aviation Services, dated November 8, 2002

2. Deposition of Raytheon employee Willard Crowe, taken in Colgan v. RAC

3. Deposition of Raytheon employee Monty Root, taken in Dean, et al. v. Raytheon Company, et al.

4. Letter dated November 3, 2004 from Raytheon to the FAA Wichita ACO

5.  Deposition of Raytheon Investigator, Robert Ramey, taken in Colgan v. RAC

6.  RAAS Operating Lease Proposal to Colgan Air, dated March 15, 2002

7.  National Transportation Safety Board (NTSB) Group Chairman's Factual Report, 12/29/03

8.  Deposition of Defendants' expert Dwight Law, taken in Dean, et al. v. Raytheon Company, et al.

9.  Deposition of Colgan Employee Daniel Kinan, taken by the NTSB

10. Deposition of Colgan Employee Perry Sarluca, taken in Colgan v. RAC

11. Deposition of Raytheon Employee Tim Green, taken in Colgan v. RAC

12. E-mail Correspondence dated 8.25.03 from Matt McCarthy (RAAS technical support) to Dave Rosenburg (RAAS Manager of Financial Planning, Analysis, & Marketing)

13. REPS R9, 27-30-04, Figure 201

14. Federal Aviation Administration Airworthiness Directive 2003-20-10

15. Deposition of Plaintiffs' expert Michael Maddox, taken in Dean, et al. v. Raytheon Company, et al.

16. NTSB Factual Report of Accident

17. Raytheon Internal Investigator, Robert Ramey's color-coded correct (Ramey Ex. 114) and incorrect (Ramey Ex. 115) visuals of Forward Elevator Trim Tab Cable Routing

18. Photograph of masking tape label on Raytheon aircraft, taken by Plaintiffs' Expert Michael Maddox at aircraft inspection in Wichita, KS on June 12, 2006

19. Deposition of Defendants' expert Donald H. Vallerand, taken in Dean, et al. v. Raytheon Company, et al.

20. NTSB Maintenance Demonstration and Interview of Colgan Air Mechanics, October 22, 2003

21. REPS R9, 27-30-05

22. Photograph of Trim Wheel, taken by Plaintiffs' Expert Michael Maddox at aircraft inspection in Wichita, KS on June 12, 2006

23. Deposition of Colgan employee Dominick Battaglia, taken in Colgan v. RAC

24. Deposition of Raytheon employee Michael Scheidt, taken in Colgan v. RAC

25. Deposition of Raytheon employee Michael Scheidt, taken in Dean, et a. v. Raytheon Company, et al.

26. 14 CFR Part 23.677 Trim Systems

27. Deposition of Plaintiffs' expert Michael Conway, taken in Dean, et al. v. Raytheon Company, et al.

28. NTSB Group Chairman's Factual Report, Cockpit Voice Recorder

29. Deposition of Defendants' expert Richard Nelson, taken in Dean, et al. v. Raytheon Company, et al. (Rough Draft Transcript)

30. Deposition of Plaintiffs' expert Greg Feith, taken in Dean, et al. v. Raytheon Company, et al.

31. Raytheon Company Website Information – "About Us"

32. Security Exchange Commission press release and Order imposing sanctions against RC and RAC

33. Type Certificate Data Sheet

34. Deposition of Former Raytheon Employee Donovan Havnen, taken in Dean, et al. v. Raytheon Company, et al.

35. Deposition of Raytheon Employee Mike Jolicoeur, taken in Colgan v. RAC

36. Deposition of Plaintiffs' Expert Frederick Leonelli, taken in Dean, et al. v. Raytheon Company, et al.

37. 14 CFR Part 23, App. G

38. Deposition of Defendants' Expert Michael Dreikorn, taken in Dean, et al. v. Raytheon Company, et al.

39. Raytheon submission to the NTSB, dated May 6, 2004

40. 14 CFR Part 23.685(d)

41. 14 CFR Part 121.153

42. Deposition of Plaintiffs' Expert Julia Reade, M.D., taken in Dean, et al. v. Raytheon Company, et al.

43. Deposition of Plaintiffs' Expert Robin Deutsch, Ph.D., taken in Dean, et al. v. Raytheon Company, et al.

Respectfully Submitted,

By:   /s/ Mary Schiavo
      MOTLEY RICE LLC
      28 Bridgeside Blvd.
      P.O. Box 1792
      Mount Pleasant, SC 29465
      (843) 216-9374
      Don McCune (pro hac vice)

      And

      David A. Bunis (BBO No. 550570)
      Jacob T. Elberg (BBO No. 657469)
      DWYER & COLLORA, LLP
      600 Atlantic Avenue
      Boston, MA  02210
      (617) 371-1000

      Dated:  December 14, 2006

## CERTIFICATE OF SERVICE

     I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2006.

/s/ Mary Schiavo