UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Yisel Dean, et al.__
       Plaintiff(s)

v.                                                    CIVIL CASE NO. 05-10155-PBS

__Raytheon Company, et al.__
       Defendant(s)

### NOTICE and ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a __mediation hearing__ on __January 22, 2007__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom __25__ on the __7th__ floor.

It is further ORDERED that all parties are REQUIRED to attend and must have full binding settlement authority. Leave of Court is required for any exceptions. All confidential meditation briefs are to be submitted to the Court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

01/03/2007                               By:   /s/ Marc K. Duffy, Esq.
Date                                           Deputy Clerk

(ADR Notice (Raytheon).wpd - 3/7/2005)