**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Yisel Dean, et al.
        Plaintiffs

V.                              CIVIL ACTION NO. 05-10105-PBS

Raytheon Co., et al.
        Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Saris_____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On ___1/22/2007___ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except _____].
The case was:

[ ]    Settled. Your clerk should enter a ___ day order of dismissal.

[X]    There was progress. A further conference will be scheduled, unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____01/23/2007_____                      _____Marianne B. Bowler, USMJ_____
DATE                                                  ADR Provider

(ADR Report (Deanv.Raytheon).wpd - 4/12/2000)                                    [adrrpt.]