UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS' FINAL WITNESS LIST**

Raytheon Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3), hereby submit, on this 24th day of January, 2007, the following final list of witnesses that defendants expect to or may call at the trial of the above-captioned matter.

## Raytheon Current or Former Employees/Agents[1]

| Name/Address | Title/Area of Knowledge/Expected Testimony | Will Call | May Call |
|---|---|---|---|
| Crowe, Willard | Senior Raytheon Engineer who is expected to testify about elevator trim controls and the manuals. | X | |
| Davis, Casey | Raytheon pilot who participated in the video of preflight checks. | X | |
| Elsenrath, Jenny | Raytheon pilot who participated in the video of preflight checks. | X | |
| Ernzen, Kim | Raytheon engineer involved in the production of defendant's manuals. | | X |
| Green, Tim | RAAS technical representative who had some interactions with Colgan mechanics and representatives. | | X |
| Jaerger, Ron | Retired Raytheon Manager of Publications. | | X |
| Johansen, Lou | Raytheon engineer who was involved in the CVR review in the Colgan case and is expected to testify about that review. | | X |
| Jolicouer, Mike[2] | Former RAAS technical services representative who had some interactions with Colgan mechanics and representatives. | | X |
| Lusch, A.J. | Raytheon mechanic, who appears in the Colgan trial video, and has knowledge about proper repair techniques and problems with mechanics following the manuals. | X | |
| McCarthy, Matt[3] | Senior Field Engineer who interacted with Colgan mechanics and representatives re technical services issues. | | X |
| Peay, Tom | RAAS Manager of Technical Support Group who has knowledge about Raytheon's relationship with Colgan and lease of UE-40 | | X |
| Pedroja, Bob | Senior regulatory analyst/legal liaison for Raytheon. | | X |
| Ramey, Rob[4] | Accident Investigator who investigated the Colgan Air accident for defendants and is expected to testify about his records and report regarding the same. | X | |
| Rhodes, Lee | Former manager in RAPID with knowledge about availability of parts and Colgan maintenance issues. | | X |
| Rosenberg, David | RAAS business manager who was in charge of marketing and the technical support group at the time of the accident. | | X |

---

[1] All witnesses in this section are current RAC employees or were in management positions when last employed at RAC, and may not be contacted except through counsel for defendants.
[2] By deposition.
[3] By deposition.
[4] Company representative at trial for defendants.

2

| Name/Address | Title/Area of Knowledge/Expected Testimony | Will Call | May Call |
|---|---|---|---|
| Scheidt, Mike | President of Raytheon Airline Aviation Services who has knowledge about Raytheon's relationship with Colgan and lease of UE-40. | X | |
| Thompson, Dean | Manager - Safety and Robert Ramey's superior at the time of the subject accident investigation. | | X |

## Colgan Employees/Agents

| Name/Address | Title/Area of Knowledge | Will Call | May Call |
|---|---|---|---|
| Barrett, John E.<br>Colgan Air, Inc.<br>10677 Aviation Lanes<br>Manassaas, VA  20110<br>703-368-8880 | Director of Flight Standards for Colgan. | | X |
| Battaglia, Dominick Jr.<br>Colgan Air, Inc. | Colgan mechanic involved in the actuator replacement on the subject aircraft. | X | |
| Desmond, Jimmy<br>Colgan Air, Inc. | Colgan mechanic who approved the paperwork on the maintenance procedures done before the accident. | X | |
| Gonzalez, Kevin<br>Colgan Air, Inc. | Technical support representative for Colgan. | | X |
| Kinan, Dan<br>Colgan Air, Inc. | Former Colgan Lead mechanic who replaced the elevator trim cable. | X | |
| Lemos, Dennis<br>Colgan Air, Inc. | Colgan official who knew the proper actuator pairing. | | X |
| Moorehead, Robert<br>Colgan Air, Inc. | Colgan Air's NTSB participant. | | X |
| Nunn, LaDonn James<br>Colgan Air, Inc. | Colgan VP-Operations and NTSB participant. | | X |
| Rodriguez, Miguel<br>Colgan Air, Inc. | Vice President of Maintenance for Colgan. | | X |
| Sarluca, Perry<br>Colgan Air, Inc. | A Colgan mechanic. | X | |
| Servis, Scott<br>Colgan Air, Inc. | Colgan mechanic who replaced the elevator trim cable. | X | |
| Vallejo, Thomas "Jeff"<br>Colgan Air, Inc. | Aircraft Inspector for Colgan who inspected the cable replacements. | X | |
| Vance, Dave<br>Colgan Air, Inc. | Colgan Air's Director of Safety and NTSB participant. | | X |

## Expert Witnesses

| Name/Address | Title/Area of Knowledge |
|---|---|
| Dreikorn, Michael<br>The IPL Group, LLC<br>5697 Bay Point Road<br>Bokeelia, FL  33922<br>239-283-2839 | Defendants' expert on its manual, industry standards, and compliance with Federal Aviation Regulations who is expected to testify about his findings and opinions regarding the same. |

3

| Name/Address | Title/Area of Knowledge |
|---|---|
| Law, Dwight Dean<br>Aerosafe Group<br>20 North Street<br>Dublin, OH 43017<br>614-889-7491 | Defendants' expert on its manual and the work performed by the Colgan mechanics who is expected to testify about his report and opinions regarding the same. |
| Nelson, Richard J.<br>719 Ridgeland Street<br>Cheyenne, WY 82003<br>970-218-6211 | Defendants' piloting expert who is expected to testify about the pilots' qualifications, errors, and flight simulations done at the Flight Safety Learning Center in Wichita, Kansas. |
| Vallerand, Don<br>52 Constantine Drive<br>Tyngsboro, MA 01879<br>978-649-7110 | Defendants' A & P mechanic expert who is expected to testify about training and general knowledge of A & P mechanics related to aircraft rigging and FAA regulations. |

RAYTHEON DEFENDANTS,
By Counsel,

/s/ Peter C. Knight
_____

Peter C. Knight, BBO # 276000
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500

-AND-

William L. Oliver, Jr. Esquire
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
   & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone: (316) 265-9311

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2007.

/s/ Peter C. Knight
_____

4