# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YISEL DEAN, et al., | ) | **CONSOLIDATED UNDER** |
| | ) | **CASE NO. 05-10155 PBS** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05 CV 10155 PBS |
| | ) | |
| RAYTHEON COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LISA A. WEILER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05 CV 10364 PBS |
| | ) | |
| RAYTHEON COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF SUPPLEMENTAL EXPERT DISCLOSURES

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Raytheon defendants make the following supplemental expert witness disclosures to the plaintiffs:

1. Richard J. Nelson, defendants' piloting expert, has supplemented his report with an addendum regarding a flight simulation.

A copy of the expert report was sent to attorneys for the plaintiffs by e-mail and U.S. mail on the 24th day of January, 2007.

Respectfully submitted by,

   s/ Michael G. Jones
Michael G. Jones, Esquire
MARTIN, PRINGLE, OLIVER, WALLACE
& BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
Phone:   (316) 265-9311

and

Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO # 547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
*Attorneys for Raytheon Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of January, 2007, he electronically filed the foregoing Certificate of Service of Expert Disclosures with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert McConnell -- bmcconnell@motleyrice.com
Mary Schiavo --  mschiavo@motleyrice.com
J.B. Harris – jbharris@motleyrice.com
Motley Rice, LLC
P.O. Box 1792
Mount Pleasant, SC 29465

David A. Bunis – dbunis@dwyercollora.com
Jacob T. Elberg – jelberg@dwyercollora.com
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
*Attorneys for Plaintiff*

   s/ Michael G. Jones

2