UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS' FINAL EXHIBIT LIST**

Raytheon Defendants, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3), hereby submit the following final list of exhibits that defendants expect to offer as evidence at the trial of the above-captioned matter.

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1. | Animated Trim Tab Tutorial on CD | | | | |
| 2. | REPS (Raytheon Electronic Publication System) Chapter 27-30-03 of Beech 1900D Airliner Maintenance Manual | | | | |
| 3. | REPS (Raytheon Electronic Publication System) Chapter 27-30-04 of Beech 1900D Airliner Maintenance Manual | | | | |
| 4. | REPS (Raytheon Electronic Publication System) Chapter 27-30-05 of Beech 1900D Airliner Maintenance Manual | | | | |
| 5. | REPS (Raytheon Electronic Publication System) Chapter 27-30-06 of Beech 1900D Airliner Maintenance Manual | | | | |
| 6. | REPS (Raytheon Electronic Publication System) Chapter 27-30-07 of Beech 1900D Airliner Maintenance Manual | | | | |
| 7. | REPS (Raytheon Electronic Publication System) Chapter 27-30-09 of Beech 1900D Airliner Maintenance Manual | | | | |
| 8. | REPS (Raytheon Electronic Publication System) Chapter 27-00-00 of Beech 1900D Airliner Maintenance Manual | | | | |
| 9. | REPS (Raytheon Electronic Publication System) Chapter 20-00-00 of Beech 1900D Airliner Maintenance Manual | | | | |
| 10. | REPS Beech 1900D Airliner Maintenance Manual 129-59000-Version 9 CD | | | | |
| 11. | Beech 1900D Airliner Maintenance Manual, Printed Version | | | | |
| 12. | Demonstrative Exhibit – Drum and Guard | | | | |
| 13. | Demonstrative Exhibit – Aircraft Mock-up[1] | | | | |

---

[1] There will be a platform with a pedestal and tubular frame for the horizontal stabilizer and trim control cables. There will be two separate sections with an 18-inch space between for cable movement, and the two sections will be

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 14. | Demonstrative Exhibit – Model of UE-40 | | | | |
| 15. | Colgan Air's First Flight of the Day Checklist | | | | |
| 16. | Trial Video – Maintenance | | | | |
| 17. | Trial Video – Pilot's Checklist | | | | |
| 18. | Order of Suspension of Daniel R. Kinan | | | | |
| 19. | Order of Suspension of Thomas J. Vallejo | | | | |
| 20. | Order of Suspension of Dominick Battaglia, Jr. | | | | |
| 21. | Suspension Letter to Jim Desmond for Failure to Sign Aircraft Log Book | | | | |
| 22. | Demonstrative Exhibit – Exemplar Turnbuckles | | | | |
| 23. | Demonstrative Exhibit – Travel Boards | | | | |
| 24. | Demonstrative Exhibit – Digital Protractor | | | | |
| 25. | Notice of Disapproval of Application of Scott Knabe, 4/24/2000 | | | | |
| 26. | Notice of Disapproval of Application of Scott Knabe, 1/6/2003 | | | | |
| 27. | Pilot Knabe's Flying Time Summaries | | | | |
| 28. | Notice of Disapproval of Application of Steven Dean, First Failure | | | | |
| 29. | Notice of Disapproval of Application of Steven Dean, Second Failure | | | | |
| 30. | Pilot Dean's Flying Time Summaries | | | | |
| 31. | Operating Lease Agreement between RACC and Colgan Air, Inc., dated 1/3/2003 | | | | |
| 32. | Used Airliner Airplane Warranty Effective 1999 and After | | | | |
| 33. | Beech 1900D Airliner Flight Manual, Section IV | | | | |
| 34. | Beech 1900D FAA Approved Airplane Flight Manual | | | | |

bolted together. The first (forward/cockpit section) will be the pedestal and pulley brackets. The second (aft/tail section) will be the horizontal stabilizer, elevator, and elevator trim tabs. Instead of being the usual 16 foot tail, it will be only 8 feet wide.

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 35. | Facsimile from Matthew J. McCarthy to Dennis Lemos, dated 7/9/2003 | | | | |
| 36. | Facsimile from Tim Green to Miguel Rodriguez, dated 8/27/2003 | | | | |
| 37. | Telephone Contact Report, dated 7/9/2003 | | | | |
| 38. | Telephone Contact Report, dated 8/21/2003 | | | | |
| 39. | Chronology of Contact between Colgan and RAC from 8/23 to 8/26/2003 | | | | |
| 40. | Colgan Air, Inc.'s Maintenance Training Manual | | | | |
| 41. | Colgan Air, Inc.'s 1900 Continuous Airworthiness Maintenance Program Manual | | | | |
| 42. | Colgan's Flight Operations Policies and Procedures Manual Excerpt, Airworthiness Verification | | | | |
| 43. | Colgan's Flight Operations Policies and Procedures Manual Excerpt, Before Start Checklist | | | | |
| 44. | Colgan's Flight Operations Policies and Procedures Manual Excerpt, Sterile Cockpit | | | | |
| 45. | Colgan's Beechcraft 1900 Normal Checklist | | | | |
| 46. | Colgan's General Maintenance Manual Excerpt, General Maintenance Policies | | | | |
| 47. | Colgan's Continuous Airworthiness Maintenance Program (CAMP) Manual | | | | |
| 48. | Colgan's Continuing Analysis and Surveillance Program (CASP) Manual | | | | |
| 49. | Colgan's Response to U.S. Airways Audit of March 2003 | | | | |
| 50. | Colgan Air Maintenance Work Order, dated 8/24/2003 | | | | |
| 51. | Scott Servis Time Sheet from 8/16 to 8/29/2003 | | | | |
| 52. | Colgan Air Maintenance Work Order (Elevator Trim Tab Cable), dated 8/25/2003 | | | | |
| 53. | Scott Servis' Training Record | | | | |
| 54. | Daniel Kinan Training Record | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 55. | Card 27-30-01, Colgan's Elevator and Tab Freeplay Check, dated 8/23/2003 | | | | |
| 56. | Card 06-00-06, Colgan's Detail #6 Panel Chart, dated 8/23/2003 | | | | |
| 57. | Card 05-20-06, Colgan's Detail #6 Tally Sheet, dated 8/23/2003 | | | | |
| 58. | Colgan's Aircraft Scheduled Maintenance Forecast, Airworthiness Verification Release, dated 8/26/2003 | | | | |
| 59. | Card 05-00-02, Colgan's Airworthiness Release Checklist, dated 8/24/2003 | | | | |
| 60. | Colgan Air Maintenance Work Order (Captain's Seat Removed), dated 8/25/2003 | | | | |
| 61. | Colgan Air Maintenance Work Order (Captain's Floorboards and Pedestal Sides Removed), dated 8/25/2003 | | | | |
| 62. | Colgan Air Maintenance Work Order (Removed Fuselage Access Panel), dated 8/25/2003 | | | | |
| 63. | Letter from David Fitzpatrick to Daniel R. Kinan Regarding Suspension, dated 9/4/2003 | | | | |
| 64. | Memo from Miguel Rodriguez to Daniel R. Kinan Regarding Suspension Following Colgan's Accident Investigation, dated 10/1/2003 | | | | |
| 65. | Training Report of Larry Ratliff | | | | |
| 66. | Colgan Air Repair Work Order Form, dated 8/23/2003 | | | | |
| 67. | Colgan Air Maintenance Work Order (Seat 3A Air Vent Broke), dated 8/24/2003 | | | | |
| 68. | Colgan Air Maintenance Work Order (L/H Elevator Tab Failed Freeplay Check), dated 8/24/2003 | | | | |
| 69. | Colgan Serviceable Unit Data Regarding Inspection of Brush Block Assembly, dated 8/23/2003 | | | | |
| 70. | Employee Counseling Form on Dominick Battaglia, Jr., dated 3/17/2003 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 71. | Employee Counseling Form on Dominick Battaglia, Jr., dated 5/21/2003 | | | | |
| 72. | Dominick Battaglia Time Sheet, dated from 8/16 to 8/29/2003 | | | | |
| 73. | Training Report of James Desmond | | | | |
| 74. | James Desmond Performance Review, dated 7/23/1997 | | | | |
| 75. | Aircraft Maintenance Log, dated 8/3/2003 | | | | |
| 76. | Maintenance Training Class Roster for Maintenance Employee Recurrent Training, dated 1/28/2003 | | | | |
| 77. | Aircraft Maintenance Log, dated 8/26/2003 (Clean Copy) [Colgan trial exhibit 138] | | | | |
| 78. | Aircraft Maintenance Log, dated 8/26/2003 (Copy Found in Aircraft) | | | | |
| 79. | Letter from Miguel Rodriguez to James Desmond Regarding Suspension, dated 9/12/2003 | | | | |
| 80. | On the Job Training Card on James Desmond Regarding Basic Maintenance Manual Procedures and Paperwork, dated 9/13/2003 | | | | |
| 81. | Training Report of Thomas Jeff Vallejo | | | | |
| 82. | Colgan's Aircraft Scheduled Maintenance Forecast, Airworthiness Verification Release, dated 8/22/2003 | | | | |
| 83. | Letter from David Fitzpatrick to Thomas Jeff Vallejo Regarding Suspension, dated 9/4/2003 | | | | |
| 84. | Letter from Robert Moorhead to Thomas Jeff Vallejo Regarding Suspension Following Accident Investigation, dated 10/6/2003 | | | | |
| 85. | E-mail from Perry Sarluca to Mike Jolicoeur, dated 8/25/2003 | | | | |
| 86. | Letter from Miguel Rodriguez to Perry Sarluca Regarding Suspension Following Accident Investigation, dated 9/19/2003 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 87. | Employee Counseling Form on Perry Sarluca, dated 9/4/2003 | | | | |
| 88. | Colgan Air's Response to Request for Admissions No. 20, Submitted in the *Colgan Air vs. RAC* case | | | | |
| 89. | Substitution of Order of *Suspens* regarding Donald E. Sommer's Violations of the FAR, dated 5/24/1991 | | | | |
| 90. | ASA Aviation Maintenance Technician Series, Airframe Volume 1, Chapter 4, Assembly and Rigging | | | | |
| 91. | Specification For Manufacturers Maintenance Data, GAMA Specification No. 2 and Specification No. 100 | | | | |
| 92. | FAA "Personal Minimums" Checklist (AC 43.13 1B – Human Factors, Chapter 13) | | | | |
| 93. | Pertinent excerpts from AC 120-72 regarding maintenance resource management | | | | |
| 94. | Pertinent excerpts (related to trim systems) of FAA and industry mechanic training publications (airframe and general series) | | | | |
| 95. | FAA and Industry mechanic training publications | | | | |

RAYTHEON DEFENDANTS,
By Counsel,

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2007.

/s/ Peter C. Knight
_____

/s/ Peter C. Knight
_____
Peter C. Knight, BBO # 276000
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500

-AND-

7

        William L. Oliver, Jr. Esquire
        Michael G. Jones, Esquire
        MARTIN, PRINGLE, OLIVER, WALLACE
          & BAUER, L.L.P.
        100 North Broadway, Suite 500
        Wichita, KS 67202
        Phone: (316) 265-9311