## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER**
**CASE NO. 05-10155 PBS**

| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries, <br><br> Plaintiff, <br> vs. <br><br> Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation <br><br> Defendants. | **Case No.: 05 CV 10155 PBS** |
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries, <br><br> Plaintiff, <br> vs. <br><br> Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation <br><br> Defendants. | **Case No.: 05 CV 10364 PBS** |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE AGREEMENT BETWEEN DONALD SOMMER AND THE FEDERAL AVIATION ADMINISTRATION**

Plaintiffs, Yisel Dean and Lisa A. Weiler, move in limine to exclude evidence of the agreement between Donald Sommer and the Federal Aviation Administration regarding a paperwork violation in October in 1985 that resulted in a ninety-day suspension of his inspection authorization. Plaintiffs refer the Court to their supporting Memorandum of Law accompanying this motion.

Wherefore, Plaintiffs request that their motion in limine be granted and this evidence be excluded.

### REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this motion, Plaintiffs respectfully request the opportunity to present oral argument pursuant to local rule 7.1(D).

Respectfully Submitted,

By:     /s/ Mary Schiavo
        28 Bridgeside Blvd.
        P.O. Box 1792
        Mount Pleasant, SC 29465
        (843) 216-9374
        Don McCune (pro hac vice)

        And

        David A. Bunis (BBO No. 550570)
        Jacob T. Elberg (BBO No. 657469)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 371-1000

        Dated: January 25, 2007

### CERTIFICATE OF SERVICE

I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25 , 2007.

/s/ Mary Schiavo