UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries, )<br><br>  Plaintiff, )<br> vs. )<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>  Defendants. | **Case No.: 05 CV 10155 PBS** |
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries,<br><br>  Plaintiff,<br> vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>  Defendants. | **Case No.: 05 CV 10364 PBS** |

**PLAINTIFFS' MOTION IN LIMINE
TO EXCLUDE REFERENCE TO COMPARATIVE NEGLIGENCE**

Plaintiffs, Yisel Dean and Lisa A. Weiler, move in limine to exclude Defendants' reference to comparative negligence. Plaintiffs refer the Court to their supporting Memorandum of Law accompanying this motion.

Wherefore, Plaintiffs request that their motion in limine be granted and the Defendants should be prohibited from mentioning comparative negligence at any phase of the trial.

### REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this motion, Plaintiffs respectfully request the opportunity to present oral argument pursuant to local rule 7.1(D).

Respectfully Submitted,

By:   /s/ Mary Schiavo
       28 Bridgeside Blvd.
       P.O. Box 1792
       Mount Pleasant, SC 29465
       (843) 216-9374
       Don McCune (pro hac vice)

       And

       David A. Bunis (BBO No. 550570)
       Jacob T. Elberg (BBO No. 657469)
       DWYER & COLLORA, LLP
       600 Atlantic Avenue
       Boston, MA  02210
       (617) 371-1000

       Dated: January 26, 2007

### CERTIFICATE OF SERVICE

I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as

- 3 -

identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2007.

/s/ Mary Schiavo