UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>Defendants. | DOCKET NO: 05cv10155 PBS |
| LISA A. WEILER, Administratrix of the Estate of SCOTT A. KNABE, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, COLGAN AIR, INC., a Virginia Corporation d/b/a US Air Express,<br>    Defendants. | DOCKET NO: 05cv10364 PBS |

**DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE USE OF ANY DEMONSTRATIVE EVIDENCE OR MOCK-UPS CREATED BY PLAINTIFFS' EXPERT WITNESS, MR. DONALD E. SOMMER OR HIS STAFF OR ASSOCIATES**

The defendants hereby respectfully move for an order *in limine* precluding plaintiffs' use

of any demonstrative aid(s) or mock-up(s) at trial which the plaintiffs have not earlier provided

to the defendants on the grounds that the defendants have asked to observe and examine such aids and/or mock-ups and have been denied permission to view the same prior to trial.[1] By not providing such demonstrative aids or mock-ups prior to trial, the defendants are prejudiced especially where the defendants specifically requested to view the same and where the defendants had offered the plaintiffs multiple opportunities to view the defendants' mock-up, an offer never accepted by the plaintiffs.

WHEREFORE, the defendants respectfully request that this Court enter an order *in limine* precluding the plaintiffs from using and/or introducing the demonstrative aid(s) or mock-up(s) created by Mr. Donald E. Sommer, his staff or his associates.

RAYTHEON DEFENDANTS,
By Counsel,

/s/ Peter C. Knight

_____
Peter C. Knight, BBO # 276000
Gary W. Harvey, BBO #547993
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500

-AND-

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2007.

/s/ Peter C. Knight
_____

---

[1] At the deposition of Mr. Sommer, he noted that he and his staff had created two mock-ups. One mock-up showing the trim drum, cables and turnbuckles that allegedly represent such cable arrangement as found in Figure 201 and a second mock-up which is allegedly a cockpit of a Beech 1900D showing the center console, trim wheel and power quadrant. See Sommer deposition pp. 12-16.

        William L. Oliver, Jr. Esquire
        Michael G. Jones, Esquire
        MARTIN, PRINGLE, OLIVER, WALLACE
          & BAUER, L.L.P.
        100 North Broadway, Suite 500
        Wichita, KS 67202
        Phone: (316) 265-9311

1042795v1