**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Yisel Dean, et al.
           Plaintiffs

V.                          CIVIL ACTION NO. 05-10105-PBS

Raytheon Co., et al.
           Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Saris_____

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On _____1/31/2007_____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION                      _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL                        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except_____].
The case was:

[X] Settled. Your clerk should enter a ___ day order of dismissal.

[ ] There was progress. A further conference will be scheduled, unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

01/31/2007                                                    Marianne B. Bowler, USMJ
DATE                                                           ADR Provider

(ADR Report (Deanv.Raytheon2).wpd - 4/12/2000)                                        [adrrpt.]