UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Consolidated
Civil Action
No: 05-10155

Yisel Dean, et al,
Plaintiffs,

v.

Raytheon Company, et al
Defendants.

### SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

January 31, 2007

To: All Counsel