## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

|  |  |  |
|---|---|---|
| YISEL DEAN, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05 CV 10155 PBS |
| | ) | |
| RAYTHEON COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |  |
|---|---|---|
| LISA A. WEILER, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05 CV 10364 PBS |
| | ) | |
| RAYTHEON COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

The parties respectfully move the Court to extend the date for submission of the stipulation of dismissal from March 2, 2007 to March 30, 2007.  In support thereof, the parties state as follows:

1.    On January 31, 2007, the parties reached an agreement in principle to settle the underlying claims that serve as the basis for this action

2.    Local Rule 68.2 provides that a stipulation of dismissal be filed within 30 days after settlement.

3.    Counsel have been working diligently to complete the required underlying tasks, including drafting release statements, complying with the probate requirements of

Ohio and Texas, and arranging for structure of settlement monies.

      4.    An extension of time is necessary in order to insure that the plaintiffs have the opportunity to make reasoned and fully informed choices on the disposition of settlement funds. Likewise, the defendants require this additional time to insure the orderly disbursement of settlement monies.

      5.    This request is not made for any dilatory purpose.

      WHEREFORE, the parties jointly move that the deadline for submission of the stipulation of settlement be moved to March, 30, 2007.

Respectfully Submitted,

Attorneys for the Plaintiffs

Attorneys for Raytheon Defendants

  /s/ Mary Schiavo
Mary Schiavo, Esq.
Donald McCune, Esq..
MOTLEY RICE LLC
28 Bridgeside Blvd
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9374

  /s/ Peter C. Knight
Peter C. Knight (BBO No. 276000)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

and

David A. Bunis (BBO No. 550570)
Jacob T. Elberg (BBO No. 657469)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

and

William L. Oliver
Michael G. Jones
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, LLP
100 North Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311

Dated: February 28, 2007

2

## <u>CERTIFICATE OF SERVICE</u>

I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 28, 2007.

_____/s/ Mary Schiavo_____

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)</u>

I, Mary Schiavo, hereby certify that on February 28, 2007, Donald McCune conferred with Defendants' counsel, Peter Knight, pursuant to Local Rule 7.1(A)(2). Defendants' counsel assents to this motion.

_____/s/ Mary Schiavo_____

Date: February 28, 2007