## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CONSOLIDATED UNDER
CASE NO. 05-10155 PBS

| | |
|---|---|
| LISA A. WEILER, et. al., ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 05 CV 10364 PBS |
| RAYTHEON COMPANY, et al., ) | |
| Defendants. ) | |

### JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

The parties respectfully move the Court to extend the date for submission of the stipulation of dismissal from March 30, 2007 to April 30, 2007. In support thereof, the parties state as follows:

1. On January 31, 2007, the parties reached an agreement in principle to dismiss the underlying claims that serve as the basis for this action

2. Local Rule 68.2 provides that a stipulation of dismissal be filed within 30 days after such agreement is reached.

3. Counsel have been working diligently to complete the required underlying tasks.

4. An extension of time is necessary in order to receive the ruling of an Ohio Probate Court that is essential to the stipulation.

5. This request is not made for any dilatory purpose.

WHEREFORE, the parties jointly move that the deadline for submission of the stipulation of settlement be moved to April, 30, 2007.

Respectfully Submitted,

| Attorneys for the Plaintiffs | Attorneys for Raytheon Defendants |
|---|---|
| /s/ Mary Schiavo | /s/ Peter C. Knight |
| Mary Schiavo, Esq. | Peter C. Knight (BBO No. 276000) |
| Donald McCune, Esq.. | MORRISON MAHONEY LLP |
| MOTLEY RICE LLC | 250 Summer Street |
| 28 Bridgeside Blvd | Boston, MA 02210 |
| P.O. Box 1792 | (617) 439-7500 |
| Mount Pleasant, SC 29465 | |
| (843) 216-9374 | |
| and | and |
| David A. Bunis (BBO No. 550570) | William L. Oliver |
| Jacob T. Elberg (BBO No. 657469) | Michael G. Jones |
| DWYER & COLLORA, LLP | MARTIN, PRINGLE, OLIVER, |
| 600 Atlantic Avenue | WALLACE & BAUER, LLP |
| Boston, MA 02210 | 100 North Broadway, Suite 500 |
| (617) 371-1000 | Wichita, Kansas 67202 |
| | (316) 265-9311 |

Dated: March 30, 2007

## CERTIFICATE OF SERVICE

      I, Mary Schiavo, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 30, 2007.

                                      /s/ Mary Schiavo

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      I, Mary Schiavo, hereby certify that on March 30, 2007, Donald McCune conferred with Defendants' counsel, Peter Knight, pursuant to Local Rule 7.1(A)(2). Defendants' counsel assents to this motion.

                                      /s/ Mary Schiavo

Date: March 29, 2007