UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YISEL DEAN, Independent Administratrix of the Estate of STEVEN DEAN, deceased, and on behalf of all statutory beneficiaries,<br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON AIRCRAFT COMPANY, a Kansas Corporation, RAYTHEON AIRCRAFT CREDIT CORPORATION, a Kansas Corporation, RAYTHEON AIRLINE AVIATION SERVICES LLC, a Kansas Corporation, and RAYTHEON AIRCRAFT PARTS INVENTORY AND DISTRIBUTION COMPANY LLC, a Kansas Corporation,<br>Defendants. | DOCKET NO: 05cv10155 PBS |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that said action of **Yisel Dean, Independent Administratrix of the Estate of Steven Dean** be dismissed, with prejudice and without costs, and waiving all rights of appeal.

| The Plaintiffs,<br>By Their attorneys, | RAYTHEON DEFENDANTS,<br>By Counsel, |
|---|---|
| /s/ David A. Bunis | /s/ Peter C. Knight |
| David A. Bunis, BBO #550570<br>Jacob T. Elberg, BBO #657469<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 371-1000 | Peter C. Knight, BBO # 276000<br>Tory A. Weigand, BBO #548553<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>Phone: 617-439-7500 |

/s/ Mary Schiavo                                        -and-
_____
Mary Schiavo, *Pro Hac Vice*              William L. Oliver, Jr. Esquire
Motley Rice LLC                                     Michael G. Jones, Esquire
28 Bridgeside Boulevard                       MARTIN, PRINGLE, OLIVER, WALLACE
P.O. Box 1792                                             & BAUER, L.L.P.
Mount Pleasant, SC  29465                  100 North Broadway, Suite 500
(843) 216-9374                                       Wichita, KS  67202
                                                                  Phone:  (316) 265-9311
and

Robert S. McConnell, BBO #550625
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI
(401) 457-7700