UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CONSOLIDATED UNDER
CASE NO. 05-10155 PBS**

| | |
|---|---|
| Yisel Dean, Independent Administratrix of the Estate of Steven Dean, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br>vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>Defendants. | **Case No.: 05 CV 10155 PBS** |
| Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe, deceased, and on behalf of all statutory beneficiaries,<br><br>Plaintiff,<br>vs.<br><br>Raytheon Company, a Delaware Corporation, Raytheon Aircraft Company, a Kansas Corporation, Raytheon Aircraft Credit Corporation, a Kansas Corporation, Raytheon Airline Aviation Services LLC, a Kansas Corporation, and Raytheon Aircraft Parts Inventory and Distribution Company LLC, a Kansas Corporation<br><br>Defendants. | **Case No.: 05 CV 10364 PBS** |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled actions, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that said action of **Yisel Dean, Independent Administratrix of the Estate of Steven Dean** and said action of **Lisa A. Weiler, Administratrix of the Estate of Scott A. Knabe** be dismissed, with prejudice and without costs, and waiving all rights of appeal.

| The Plaintiffs,<br>By Their attorneys, | RAYTHEON DEFENDANTS,<br>By Counsel, |
|---|---|
| /s/ Robert McConnell<br>_____<br>Robert S. McConnell, BBO #550625<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI<br>(401) 457-7700 | /s/ Peter C. Knight<br>_____<br>Peter C. Knight, BBO # 276000<br>Tory A. Weigand, BBO #548553<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>Phone: 617-439-7500 |
| and | |
| /s/ Mary Schiavo<br>_____<br>Mary Schiavo, *Pro Hac Vice*<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>(843) 216-9374 | -and-<br><br>William L. Oliver, Jr. Esquire<br>Michael G. Jones, Esquire<br>MARTIN, PRINGLE, OLIVER, WALLACE<br>    & BAUER, L.L.P.<br>100 North Broadway, Suite 500<br>Wichita, KS  67202<br>Phone:  (316) 265-9311 |
| and | |
| s/ David A. Bunis<br>_____<br>David A. Bunis, BBO #550570<br>Jacob T. Elberg, BBO #657469<br>Dwyer & Collora, LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 371-1000 | |